B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re Highway Technologies, Inc., et al.,
     Debtors

Case No. 13-_____ (____)

Chapter 11

## CONSOLIDATED LIST OF CREDITORS HOLDING 35 LARGEST UNSECURED CLAIMS

Following is the consolidated list of the debtors' creditors holding the 35 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| ENNIS PAINT<br>1509 SOUTH KAUFMAN STREET<br>ENNIS, TX 75119 | ENNIS PAINT<br>1509 SOUTH KAUFMAN STREET<br>ENNIS, TX 75119<br>TEL: (800) 331-8118<br>FAX: (972) 875-7201<br>ATTN: JAME RENFROE | MATERIAL SUPPLIER - PORTION OF CLAIM AMOUNT ASSERTS CLAIM AGAINST SURETY BOND | | $8,261,727.76 |
| LABOR READY, INC<br>1002 SOLUTIONS CENTER<br>CHICAGO, IL 60677 | LABOR READY, INC<br>1002 SOLUTIONS CENTER<br>CHICAGO, IL 60677<br>TEL: (253) 680-8553<br>FAX: (253) 382-2584<br>ATTN: TERI CLUBB | PROVIDER OF TEMPORARY LABOR | | $1,360,811.94 |
| SEYFARTH SHAW LLP<br>3807 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | SEYFARTH SHAW LLP<br>3807 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693<br>TEL: (312) 460-5876<br>FAX: (312) 460-7876<br>ATTN: BRENT CLARK | COMPANIES LEGAL ADVISOR ON EMPLOYMENT AND OTHER MATTERS | | $913,350.37 |
| TRAFFIX DEVICES, INC.<br>160 AVENIDA LA PATA<br>SAN CLEMENTE, CA 92673 | TRAFFIX DEVICES, INC.<br>160 AVENIDA LA PATA<br>SAN CLEMENTE, CA 92673<br>TEL: (949) 573-9230<br>FAX: (949) 573-9280<br>ATTN: LINDA REDDERSON | PROVIDER OF TRAFFIC CONTROL DEVICES | | $821,415.72 |
| WYNNE SYSTEMS<br>2603 MAIN STREET<br>SUITE 710<br>IRVINE, CA 92614 | WYNNE SYSTEMS<br>2603 MAIN STREET<br>SUITE 710<br>IRVINE, CA 92614<br>TEL: (949) 225-6559<br>FAX: (949) 225-6540<br>ATTN: JOHN BUREAU | OPERATING SYSTEMS PROVIDER | | $805,000.00 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| AON RISK SERVICES INC CALIF INSURANCE SERVICES FILE 56276 LOS ANGELES, CA 900746276 | AON RISK SERVICES INC CALIF INSURANCE SERVICES FILE 56276 LOS ANGELES, CA 90074 TEL: (314) 719-5161 FAX: (314) 719-5126 ATTN: SUE SCHWARTZ | INSURANCE AND CLAIMS BROKER | | $607,721.00 |
| EPOPLEX DIVISION OF STONCOR, INC C/O P O BOX 931947 CLEVELAND, OH 441930000 | EPOPLEX DIVISION OF STONCOR, INC C/O P O BOX 931947 CLEVELAND, OH 44193 TEL: (856) 914-2046 FAX: (856) 235-2786 ATTN: SERGIO I. SCUTERI | MATERIAL SUPPLIER | | $546,569.13 |
| 3M PO BOX 1450 NW 9045 MINNEAPOLIS, MN 55485 | 3M PO BOX 1450 NW 9045 MINNEAPOLIS, MN 55485 TEL: (651) 733-4014 FAX: (651) 732-7064 ATTN: TERI L. ST MARTIN | MATERIAL SUPLLIER | | $504,499.94 |
| ARI 9000 MID-ATLANTIC DR PO BOX 5039 MOUNT LAUREL, NJ 080540000 | ARI 9000 MID-ATLANTIC DR PO BOX 5039 MOUNT LAUREL, NJ 08054 TEL: (856) 914-7555 FAX: (856) 608-7151 ATTN: RICH MOYER | FLEET MAINTENACE AND EQ LEASING | | $350,252.98 |
| GRIMCO 1585 FENCORP DRIVE FENTON, MO 63026 | GRIMCO 1585 FENCORP DRIVE FENTON, MO 63026 TEL: (800) 542-9941 X5904 FAX: (330) 630-0779 ATTN: CAROL CUTLER | MATERIAL SUPPLIER | | $327,804.67 |
| HIGHWAY GRAPHICS INC PO BOX 745 WEST MONROE, LA 71294 | HIGHWAY GRAPHICS INC PO BOX 745 WEST MONROE, LA 71294 TEL: (318) 324-9499 X105 FAX: (318) 651-8487 ATTN: MARTIN HOWARD | SUBCONTRACTOR – ASSERTS CLAIM AGAINST SURETY BOND | | $314,939.51 |
| FLINT TRADING, INC. PO BOX 160 THOMASVILLE, NC 273610160 | FLINT TRADING, INC. PO BOX 160 THOMASVILLE, NC 27361-0160 TEL: (800) 331-8118 FAX: (972) 875-7201 ATTN: JAME RENFROE | MATERIAL SUPPLIER | | $250,699.79 |
| POTTERS INDUSTRIES LLC CREDIT DEPARTMENT 300 LINDENWOOD DRIVE MALVERN, PA 19355 | POTTERS INDUSTRIES LLC CREDIT DEPARTMENT 300 LINDENWOOD DRIVE MALVERN, PA 19355 TEL: (610) 651-4746 FAX: (610) 408-9725 ATTN: MICHELE LEVY | MATERIAL SUPPLIER | | $230,560.89 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidaated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| SHERWIN-WILLIAMS COMPANY CORP 4206 ORANGE BLOSSOM TRAIL ORLANDO, FL 328042764 | SHERWIN-WILLIAMS COMPANY CORP 4206 ORANGE BLOSSOM TRAIL ORLANDO, FL 32804-2764 TEL: (216) 515-8733 FAX: (216) 830-0329 ATTN: SEAN N. PLEVA | MATERIAL SUPPLIER | | $207,726.25 |
| ENVIRONMENTAL RESOURCES MGT 1701 GOLF ROAD SUITE 1 1000 ROLLING MEADOWS, IL 60008 | ENVIRONMENTAL RESOURCES MGT 1701 GOLF ROAD SUITE 1 1000 ROLLING MEADOWS, IL 60008 TEL: (919) 233-4501 FAX: (919) 233-4505 ATTN: CHRIS NELSON | PROVIDER OF SAFETY AUDITS | | $195,600.86 |
| MICROSOFT LICENSING GP 6100 NEIL ROAD RENO, NV 89511 | MICROSOFT LICENSING GP 6100 NEIL ROAD RENO, NV 89511 TEL: (630) 725-4380 FAX: N/A ATTN: ANDY MCNULTY | SOFTWARE LICENSES | | $173,358.88 |
| ZUMAR INDUSTRIES - AZ / CA PO BOX 44549 TACOMA, WA 98448 | ZUMAR INDUSTRIES - AZ / CA PO BOX 44549 TACOMA, WA 98448 TEL: (253) 238-1105 FAX: (253) 536-8680 ATTN: DENISE OTTO | MATERIAL SUPPLIER | | $167,841.35 |
| MCSHEA CONTRACTING LLC 508 OWEN AVENUE NORTH LEHIGH ACRES, FL 33971 | MCSHEA CONTRACTING LLC 508 OWEN AVENUE NORTH LEHIGH ACRES, FL 33971 TEL: (239) 368-5200 FAX: (239) 368-7095 ATTN: CHRIS SHEA JR. | SUBCONTRACTOR | | $163,444.93 |
| ELGIN MOLDED PLASTICS 909 GRACE STREET ELGIN, IL 601200000 | ELGIN MOLDED PLASTICS 909 GRACE STREET ELGIN, IL 60120 TEL: (847) 931-2455 FAX: (847) 931-2454 ATTN: SALLY VARGAS | MATERIAL SUPPLIER | | $160,745.52 |
| UNITED RENTALS (NORTH AMERICA) PO BOX 100711 ATLANTA, GA 303840711 | UNITED RENTALS (NORTH AMERICA) PO BOX 100711 ATLANTA, GA 30384-0711 TEL: (602) 267-8800 FAX: (602) 225-9118 ATTN: DARREN HENDRIX | EQUIPMENT RENTALS | | $159,508.18 |
| FLEXSTAKE, INC. 2150 ANDREA LANE FT MYERS, FL 339120000 | FLEXSTAKE, INC. 2150 ANDREA LANE FT MYERS, FL 33912 TEL: (239) 481-3539 FAX: (239) 482-3539 ATTN: MICHAEL HIGGS | MATERIAL SUPPLIER | | $146,061.15 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| COHEN KENNEDY DOWD & QUIGLEY<br>2425 EAST CAMELBACK ROAD<br>SUITE 1100<br>PHOENIX, AZ 85016 | COHEN KENNEDY DOWD & QUIGLEY<br>2425 EAST CAMELBACK ROAD<br>SUITE 1100<br>PHOENIX, AZ 85016<br>TEL: (602) 252-8400<br>FAX: (602) 252-5339<br>ATTN: ROBBYN SWANSON | LEGAL SERVICES | | $144,570.66 |
| AMERICAN LOUVER COMPANY<br>PO BOX 66318<br>CHICAGO, IL 606660318 | AMERICAN LOUVER COMPANY<br>PO BOX 66318<br>CHICAGO, IL 60666-0318<br>TEL: (847) 583-4909<br>FAX: (847) 966-8074<br>ATTN: KRISTINE HASSMER | MATERIAL SUPPLIER | | $124,117.53 |
| GREGORY INDUSTRIES INC<br>4100 13TH STREET SOUTHWEST<br>CANTON, OH 44710 | GREGORY INDUSTRIES INC<br>4100 13TH STREET SOUTHWEST<br>CANTON, OH 44710<br>TEL: (330) 477-4800 X165<br>FAX: (330) 477-0626<br>ATTN: TOM CLOSE | MATERIAL SUPPLIER | | $123,524.00 |
| G MILLER CH-7 TRUSTEE - ADDCO<br>EIGHT PENN CENTER, SUITE 950<br>1628 JOHN F KENNEDY BOULEVARD<br>PHILADELPHIA, PA 19103 | G MILLER CH-7 TRUSTEE - ADDCO<br>EIGHT PENN CENTER, SUITE 950<br>1628 JOHN F KENNEDY BOULEVARD<br>PHILADELPHIA, PA 19103<br>TEL: (215) 561-0950<br>FAX: (215) 561-0330<br>ATTN: GEORGE L MILLER | PAST DUE ON ADDCO BANKRUPTCY | | $114,823.16 |
| BDO<br>PO BOX 642743<br>PITTSBURGH, PA 152642743 | BDO<br>PO BOX 642743<br>PITTSBURGH, PA 15264-2743<br>TEL: (312) 616-4670<br>FAX: (312) 856-1379<br>ATTN: JACK SOLWAY | AUDIT SERVICES | | $112,716.00 |
| ACE BOND SERVICES TL33B<br>1601 CHESTNUT STREET<br>PHILADELPHIA, PA 19103 | MELISSA M. DETRICK<br>ACE NORTH AMERICAN CLAIMS<br>CLAIMS SPECIALIST-SURETY<br>PO BOX 5108,<br>SCRANTON, PA 18505-0525<br>TEL: 215.640.4258<br>FAX: 1-866-635-5687 | PERFORMANCE BOND SURETY | UNLIQUIDATED CONTINGENT | $UNKNOWN |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidaated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| ZURICH AMERICAN INSURANCE COMPANY | CURTE FERGUSON ZURICH AMERICAN INSURANCE COMPANY SURETY AND FINANCIAL CLAIMS P.O. BOX 968037 SCHAUMBURG, IL 60196 TEL: (800) 656-5155, EXT. 5 FAX: (800) 329-6112 | PERFORMANCE BOND SURETY | UNLIQUIDATED CONTINGENT | $UNKNOWN |
| PENSION BENEFIT GUARANTY CORPORATION OFFICE OF THE GENERAL COUNSEL 1200 K STREET, N.W. WASHINGTON, DC 20005-4026 | PENSION BENEFIT GUARANTY CORPORATION OFFICE OF THE GENERAL COUNSEL 1200 K STREET, N.W. WASHINGTON, DC 20005-4026 TEL: 202-326-4020 FAX: 202-326-4112 | PERFORMANCE BOND SURETY | UNLIQUIDATED CONTINGENT | $UNKNOWN |

Date: *May 21, 2013*

*/s/ RH*

Highway Technologies, Inc., et al.
By: Robert Hookstra
    Interim President