IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIGHWAY TECHNOLOGIES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 13-11326 (KJC)<br><br>(Jointly Administered)<br>**Related Docket Nos. 9 & 55** |

**Objection Deadline: June 3, 2013 at 4:00 p.m. (prevailing Eastern time)**
**Hearing: June 10, 2013 at 11:00 a.m. (prevailing Eastern time)[2]**

## NOTICE OF ENTRY OF INTERIM ORDER (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING AND USE OF CASH COLLATERAL; (II) GRANTING ADEQUATE PROTECTION; (III) SCHEDULING A FINAL HEARING AND (IV) GRANTING CERTAIN RELATED RELIEF

TO: (a) the Office of the United States Trustee for the District of Delaware; (b) the entities listed on the Consolidated List of Creditors Holding the 35 Largest Unsecured Claims filed pursuant to Bankruptcy Rule 1007(d); (c) counsel to the Agent for the Lenders; (d) the parties to the Union Agreements; (e) the Sureties; (f) the UCC and (g) those persons who have requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on May 22, 2013, the debtors and debtors in possession (collectively, the "Debtors"), in the above-captioned cases, filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing and Use Cash Collateral, (II) Granting Adequate Protection (III) Scheduling a Final Hearing, and (IV) Granting Certain Related Relief* (the "Motion") (Docket No. 9), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You previously were served with a copy of the Motion.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court granted interim relief on the Motion and entered the *Interim Order* (the "Interim Order") (Docket No. 55). The Interim Order is attached hereto as Exhibit A. A final hearing on certain of the relief requested in the Motion shall be held on June 10, 2013 at 11:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the final relief sought in the Motion must be filed with the Bankruptcy Court on or before **June 3, 2013 at 4:00 p.m. prevailing Eastern Time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) (proposed) counsel to the Debtors and Debtors-in-Possession, (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Bruce Grohsgal; Esq.; (b) Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111, Attn: Debra I. Grassgreen, Esq. and John W. Lucas, Esq.; and (c) Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, NY 10017, Attn: Maria A. Bove, Esq. (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801; and (iii) counsel to any Committee appointed in these cases.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THIS RELIEF REQUESTED IN THE MOTION ON A FINAL BASIS WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A FINAL HEARING TO CONSIDER CERTAIN ITEMS OF RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **JUNE 3, 2013 AT 11:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

Dated: May 24, 2013

PACHULSKI STANG ZIEHL & JONES LLP

/s/ signature

Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
Maria A. Bove (NY Bar No. 8687)
John W. Lucas (NY Bar No. 4288379 and
 CA Bar No. 271038)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:    rpachulski@pszjlaw.com
           dgrassgreen@pszjlaw.com
           bgrohsgal@pszjlaw.com
           mbove@pszjlaw.com
           jlucas@pszjlaw.com

[Proposed] Counsel for the Debtors and
Debtors in Possession