# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIGHWAY TECHNOLOGIES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 13-11326 (KJC)<br><br>(Jointly Administered)<br><br>Related Docket Nos. 2, 4, 5, 7, 8, 43, 44, 45, 46, 47 |

## NOTICE OF FIRST DAY MOTIONS FILED AND ORDERS ENTERED PURSUANT TO DEL.BANKR.L.R. 9013-1(m)(iv)

TO:   (a) the Office of the United States Trustee for the District of Delaware; (b) the entities listed on the Consolidated List of Creditors Holding the 35 Largest Unsecured Claims filed pursuant to Bankruptcy Rule 1007(d); (c) counsel to the Agent for the Lenders; (d) the parties to the Union Agreements; (e) the Sureties; (f) the UCC and (g) those persons who have requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on May 22, 2013, the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code") with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors presented motions (collectively, the "First Day Motions") at a hearing before the Honorable Kevin J. Carey, United States Bankruptcy Court for the District of Delaware on May 23, 2013. The Bankruptcy Court entered relief on May 23, 2013 on the following First Day Motions and the orders thereon:

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

a. *Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases* (Docket No. 2), attached hereto as Exhibit A-1; and *Order Directing Joint Administration of the Debtors' Chapter 11 Cases* (Docket No. 43), attached hereto as Exhibit A-2;

b. *Application of Debtors Pursuant to 28 U.S.C. Section 156(c) and Local Rule 2002-1(f) for an Order Authorizing the Retention of Kurtzman Carson Consultants LLC as Claims and Noticing Agent for the Debtors* (Docket No. 4), attached hereto as Exhibit B-1; and *Order Authorizing the Retention and Employment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent for the Debtors* (Docket No. 44), attached hereto as Exhibit B-2;

c. *Debtors' Motion Pursuant to Sections 105, 345, 363, 1107, and 1108 of the Bankruptcy Code for an Order Authorizing (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Business Forms, (III) Continued Use of Existing Cash Management System, (IV) Continued Performance of Intercompany Transactions and (V) Limited Waiver of Section 345(b) Deposit and Investment Requirements* (Docket No. 5), attached hereto as Exhibit C-1; and *Order Authorizing (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Business Forms, (III) Continued Use of Existing Cash Management System, (IV) Continued Performance of Intercompany Transactions and (V) Limited Waiver of Section 345(b) Deposit and Investment Requirements* (Docket No. 45), attached hereto as Exhibit C-2;

d. *Debtors' Motion Pursuant to Sections 105(a), 507(a)(8), and 541(d) of the Bankruptcy Code for an Order (I) Authorizing the Payment of Prepetition Sales and Use Taxes and Similar Taxes and Fees and (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing* (Docket No. 7), attached hereto as Exhibit D-1; and *Order Order (I) Authorizing the Payment of Prepetition Sales and Use Taxes and Similar Taxes and Fees and (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing* (Docket No. 46), attached hereto as Exhibit D-2;

e. *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Wages, Salaries, Accrued Vacation Pay and Other Compensation, (B) Maintain Employee Medical and Similar Benefits, and (C) Pay Reimbursable Employee Expenses; and (II) Authorizing Banks and Other Financial Institutions to Pay All Checks and Electronic Payment Requests Made by the Debtors Relating to the Foregoing* (Docket No. 8), attached hereto as Exhibit E-1; and *Order (I) Authorizing the Debtors to (A) Pay Wages, Salaries, Accrued Vacation Pay and Other Compensation, (B) Maintain Employee Medical and Similar Benefits, and (C) Pay Reimbursable Employee Expenses; and (II) Authorizing Banks and Other Financial Institutions to Pay All Checks and Electronic Payment Requests*

2

*Made by the Debtors Relating to the Foregoing* (Docket No. 47), attached hereto as <u>Exhibit E-2</u>;

Dated: May 24, 2013

PACHULSKI STANG ZIEHL & JONES LLP

/s/ [signature]
Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
Maria A. Bove (NY Bar No. 8687)
John W. Lucas (NY Bar No. 4288379 and
 CA Bar No. 271038)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:    rpachulski@pszjlaw.com
           dgrassgreen@pszjlaw.com
           bgrohsgal@pszjlaw.com
           mbove@pszjlaw.com
           jlucas@pszjlaw.com

[Proposed] Counsel for the Debtors and Debtors in Possession

DOCS_DE:187584.1 36024/001

3