IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHWAY TECHNOLOGIES, INC., *et al.*, | Case No.: 13-11326 (KJC) |
| Debtors.[1] | (Joint Administration Requested) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                 ) ss:
COUNTY OF NEW CASTLE   )

      Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she

is employed by the law firm of Pachulski Stang Ziehl & Jones LLP attorneys for the Debtors in

the above-captioned action, and that on the 24th day of May 2013 she caused a copy of the

following document(s) to be served upon the parties on the attached service lists in the manner

indicated:

      **Notice of First Day Motions Filed and Orders Entered Pursuant to Del. Bankr. L.R.
      9013-1(m)(iv)**

*[signature]*
Kathleen Forte Finlayson

Sworn to and Subscribed before
me this 24 day of May 2013

_____
Notary Public
Commission Exp.: _____

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 13, 2014

DOCS_DE:187598.1 36024/001

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

**Highway Tech Bank Service List**
**(First Class Mail)**
Case No. 13-11326 (KJC)
Document No. 187616


04 – First Class Mail


***Via First Class Mail***
***(Bank of America)***
Mr. Michael Staunton
SVP Sr. Client Manager
Global Commercial Bank
Bank of America Merrill Lynch
135 S. LaSalle Street
Chicago, IL  60603

***Via First Class Mail***
***(Bank of America)***
Ms. Joanne Ruiz, VP
Global Treasury Solutions
Bank of America Merrill Lynch
135 S. LaSalle Street
Chicago, IL  60603

***Via First Class Mail***
***(Bank of America)***
Mr. Mark Monroe
Global Treasury Solutions
Bank of America Merrill Lynch
135 S. LaSalle Street
Chicago, IL  60603


***Via First Class Mail***
***(BMO Harris Bank)***
Mr. Bruce Pietka
BMO Harris Bank
111 W. Monroe Street
Chicago, IL  60603

HT –Secured Parties Service List (Lien
Search Results)
Case No. 13-11326 (KJC
Document No. 187530
17 – First Class Mail

**First Class Mail**
Wachovia Bank
P.O. Box 1111
Mt Laurel NJ  08054-0000

**First Class Mail**
Banc of America Leasing & Capital, LLC
P.O. Box 7023
Troy MI  48007-7023

**First Class Mail**
General Electric Capital Corporation
P.O. Box 35701
Billings MT  59107-5701

**First Class Mail**
Aspen American Insurance Company
175 Capital Blvd., Suite 100
Rocky Hill CT  06067

**First Class Mail**
M2 Lease Funds, LLC
175 N. Patrick Boulevard, Suite
Brookfield WI  53045

**First Class Mail**
Ableco Finance LLC, As Collateral Agent
299 Park Avenue
New York NY  10171

**First Class Mail**
Ableco Finance LLC, As Collateral Agent
875 Third Avenue
New York NY  10022

**First Class Mail**
Les Schwab Tire Centers of Portland, Inc.
29175 SW Town Center LP
Wilsonville OR  97070

**First Class Mail**
CSI Leasing, Inc.
9990 Old Olive Street Road, Suite 101
St. Louis MO  63141

**First Class Mail**
GreatAmerica Leasing Corporation
625 First Street
Cedar Rapids IA  52401

**First Class Mail**
Mitel Leasing Inc.
1140 West Loop North
Houston TX  77055

**First Class Mail**
Prime Alliance Bank
1868 South 500 West
Woods Cross UT  84087

**First Class Mail**
TFG-Arizona, L.P.
3165 E. Millbrook Drive, Suite 400
Salt Lake City UT  84121

**First Class Mail**
LCA Bank Corporation
1375 Deer Valley Drive, Suite 218
Park City UT  84060

**First Class Mail**
Dell Financial Services L.L.C.
One Dell Way
Mail Stop-PS2DF-23
Round Rock TX  78682

**First Class Mail**
Data Sales Co., Inc.
3450 West Burnsville Parkway
Burnsville MN  55337

**First Class Mail**
Wells Fargo Bank, N.A.
300 Tri-State International, Suite 400
Lincolnshire IL  60069

HT – Union Addresses Service List
Case No. 13-11326 (kjc)
Document No. 187539
15 – First Class Mail

**First Class Mail**
S. California Const. Laborers
4399 Santa Anita Avenue, Suite 200
El Monte, CA  91731

**First Class Mail**
Laborers Local 270
Attn: Mario Delgado
509 Emory Street
San Jose, CA  95110

**First Class Mail**
Operating Engineers Local 3
Attn: Carl Goff
1620 S. Loop Road
Alameda, CA  94502

**First Class Mail**
Teamster Local 210
Attn: Pedro Cabeza
110 Wall Street, 3rd Floor
New York, NY  10005

**First Class Mail**
Laborers Local 172
Attn: Anthony Capaccio
604 Bordentown Avenue
Trenton, NJ  08610

**First Class Mail**
Laborers Local 1686
Attn: Ms. Kim Rickard
3100 Horseshoe Bend Road
Helena, MT  59602

**First Class Mail**
Laborers Local 132
Attn: Dave Nasby
346 Larpenteur Avenue West
St. Paul, MN  55113

**First Class Mail**
Operating Engineers Local 49
Attn: Glen Johnson
2829 Anthony Lane South
Minneapolis, MN  55418

**First Class Mail**
Teamsters Local 245
Attn: Jim Kabell
1850 E. Division Street
Springfield, MO  65803

**First Class Mail**
Laborers Local 860
Attn: Dominic Tomaro
3334 Prospect Avenue
Cleveland, OH  44115

**First Class Mail**
Indiana Laborers Union
425 South 4th Street
Terra Haute, IN  47807

**First Class Mail**
Teamster Local 731
Attn: Terrance Hancock
1000 Burr Ridge Parkway, Suite 300
Burr Ridge, IL  60527

**First Class Mail**
Laborers Local 32
4477 Linden Road
Rockford, IL  11095

**First Class Mail**
Laborers Local 727
768 Bloody Gulch Road
Dixon, IL  10212

**First Class Mail**
WI Oper. Engrs Local 139
Attn: Terrance McGowan
N27 W23233 Roundy Drive
P.O. Box 130
Pewaukee, WI  53072

**Highway Technologies, Inc., et al. TOP 35
Creditors Service List**
Case Number 13-11326 (KJC)
Document No. 187549
38 – First Class Mail

***First Class Mail***
(35 Largest)
Ennis Paint
Attn:  Jame Renfroe
1509 South Kaufman Street
Ennis, TX  75119

***First Class Mail***
(35 Largest)
Labor Ready, Inc.
Attn:  Teri Clubb
1002 Solutions Center
Chicago, IL  60677

***First Class Mail***
(35 Largest)
Seyfarth Shaw LLP
Attn:  Brent Clark
3807 Collections Center Drive
Chicago, IL  60693

***First Class Mail***
(35 Largest)
Traffix Devices, Inc.
Attn:  Linda Redderson
160 Avenida La Pata
San Clemente, CA  92673

***First Class Mail***
(35 Largest)
Wynne Systems
Attn:  John Bureau
2603 Main Street, Suite 710
Irvine, CA  92614

***First Class Mail***
(35 Largest)
Aon Risk Services Inc.
Attn:  Sue Schwartz
Calif Insurance Services
File 56276
Los Angeles, CA  90074-6276

***First Class Mail***
(35 Largest)
Epoplex
Attn:  Sergio I. Scuteri
Division of Stoncor, Inc.
c/o P.O. Box 931947
Cleveland, OH  44193-0000

***First Class Mail***
(35 Largest)
3M
Attn:  Teri L. St Martin
P.O. Box 1450 NW 9045
Minneapolis, MN  55485

***First Class Mail***
(35 Largest)
Ari
Attn:  Rich Moyer
9000 Mid-Atlantic Dr
P.O. Box 5039
Mount Laurel, NJ  08054-0000

***First Class Mail***
(35 Largest)
Grimco
Attn:  Carol Cutler
1585 Fencorp Drive
Fenton, MO  63026

***First Class Mail***
(35 Largest)
Highway Graphics Inc.
Attn:  Martin Howard
P.O. Box 745
West Monroe, LA  71294

*First Class Mail*
(35 Largest)
Flint Trading, Inc.
Attn: Jame Renfroe
P.O. Box 160
Thomasville, NC  27361-0160

*First Class Mail*
(35 Largest)
Potters Industries LLC
Attn: Michele Levy
Credit Department
300 Lindenwood Drive
Malvern, PA  19355

*First Class Mail*
(35 Largest)
Sherwin-Williams Company Corp.
Attn: Sean N. Pleva
4206 Orange Blossom Trail
Orlando, FL  32804-2764

*First Class Mail*
(35 Largest)
Environmental Resources Mgt
Attn: Chris Nelson
1701 Golf Road
Suite 1 1000
Rolling Meadows, IL  60008

*First Class Mail*
(35 Largest)
Microsoft Licensing GP
Attn: Andy McNulty
6100 Neil Road
Reno, NV  89511

*First Class Mail*
(35 Largest)
Zumar Industries - AZ / CA
Attn: Denise Otto
P.O. Box 44549
Tacoma, WA  98448

*First Class Mail*
(35 Largest)
Mcshea Contracting LLC
Attn: Chris Shea Jr.
508 Owen Avenue North
Lehigh Acres, FL  33971

*First Class Mail*
(35 Largest)
Elgin Molded Plastics
Attn: Sally Vargas
909 Grace Street
Elgin, IL 60120-0000

*First Class Mail*
(35 Largest)
United Rentals (North America)
Attn: Darren Hendrix
P.O. Box 100711
Atlanta, GA  30384-0711

*First Class Mail*
(35 Largest)
Flexstake, Inc.
Attn: Michael Higgs
2150 Andrea Lane
Ft. Myers, FL 33912-0000

*First Class Mail*
(35 Largest)
Cohen Kennedy Dowd & Quigley
Attn: Robbyn Swanson
2425 East Camelback Road, Suite 1100
Phoenix, AZ  85016

*First Class Mail*
(35 Largest)
American Louver Company
Attn: Kristine Hassmer
P.O. Box 66318
Chicago, IL  60666-0318

*First Class Mail*
(35 Largest)
Gregory Industries Inc.
Attn: Tom Close
4100 13th Street Southwest
Canton, OH 44710

*First Class Mail*
(35 Largest)
G Miller Ch-7 Trustee – Addco
Attn: George L. Miller
Eight Penn Center, Suite 950
1628 John F Kennedy Boulevard
Philadelphia, PA 19103

*First Class Mail*
(35 Largest)
BDO
Attn: Jack Solway
P.O. Box 642743
Pittsburgh, PA 15264-2743

*First Class Mail*
(35 Largest)
Ace Bond Services
TL33b
1601 Chestnut Street
Philadelphia, PA 19103

*First Class Mail*
(35 Largest)
Melissa M. Detrick
Ace North American Claims
Claims Specialist-Surety
P.O. Box 5108
Scranton, PA 18505

*First Class Mail*
(35 Largest)
Argonaut Insurance Company
Attn: Vice President
Argo Surety
20333 State Highway 249, Suite 200
Houston, TX 77070

*First Class Mail*
(35 Largest)
Vincent C. Miseo
AVP-Senior Surety
Counsel & Director of Claims
P.O. Box 469012
San Antonio, TX 78246

*First Class Mail*
(35 Largest)
Jamie Perkins, Esquire
Surety Claims Counsel
P.O. Box 469011
San Antonio, TX 78246

*First Class Mail*
(35 Largest)
Aspen American Insurance Company
Attn: Kevin Gillen
175 Capital Blvd.
Rocky Hill, CT 06067

*First Class Mail*
(35 Largest)
Berkeley Surety Group, LLC
Attn: Nancy Manno
412 Mt. Kemble Ave., Suite 310N
Morristown, NJ 07960

*First Class Mail*
(35 Largest)
The Hanover Insurance Company
Attn: Arthur J. Ferreira, CFO
440 Lincoln Street
Worcester, MA 01653

*First Class Mail*
(35 Largest)
International Fidelity Insurance Company
One Newark Center, 20th floor
Newark, NJ 07102

*First Class Mail*
(35 Largest)
Travelers Casualty and Surety Company of
America
c/o St. Paul Travelers Bond
Attn: Joe Wilson
One Tower Square
Hartford, CT  06183

*First Class Mail*
(35 Largest)
Zurich American Insurance Company
Attn:  Curte Ferguson
Insurance Company Surety and Financial
Claims
P.O. Box 968037
Schaumburg, IL  60196

*First Class Mail*
(35 Largest)
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, DC  20005-4026

**Highway Technologies, Inc., et al.**
**2002 Service List**
Case Number 13-11326 (KJC)
Document No. 187583
03 – Interoffice Mail
09 – Hand Delivery
21 – First Class Mail


([Proposed] Counsel for the Debtors)
Bruce Grohsgal (DE Bar No. 3583)
Pachulski Stang Zeihl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier
19801)

*Interoffice Mail*
([Proposed] Counsel for the Debtors)
Richard M. Pachulski, Esquire
Pachulski Stang Zeihl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067

*Interoffice Mail*
([Proposed] Counsel for the Debtors)
Debra I. Grassgreen, Esquire
John W. Lucas, Esquire
Pachulski Stang Zeihl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA  94111

*Interoffice Mail*
([Proposed] Counsel for the Debtors)
Maria A. Bove, Esquire
Pachulski Stang Zeihl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY  10017

*Hand Delivery*
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(U.S. Trustee)
Jane M. Leamy, Esquire
The Office of the United States
Trustee for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE  19801

*Hand Delivery*
(United States Attorney)
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Automotive Rentals, Inc.)
John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Ave., Suite 1370
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Roadsafe Traffic Systems, Inc.)
Michael Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Ennis-Flint, Inc.)
Mark D. Collins, Esquire
John H. Knight, Esquire
Amanda R. Steele, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Argonaut Insurance Company, Inc.)
Thomas J. Francella, Jr., Esquire
Whiteford Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801

*Hand Delivery*
(Co-Counsel for Oak Hill Special Opportunities Fund, LP, Oak Hill Special Opportunities Fund (Management), LP, Wynnchurch Capital Partners II, LP, the proposed debtor in possession lenders and Ableco Finance LLC, in its capacity as agent for prepetition lenders)
Richard S. Cobb, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

*Hand Delivery*
(Counsel for 3M Company f/k/a Minnesota Mining and Manufacturing Co.)
Rafael X. Zahralddin-Aravena, Esquire
Eric M. Sutty, Esquire
Elliott Greenleaf
1105 N. Market Street, Suite 1700
Wilmington, DE 19801

*First Class Mail*
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

*First Class Mail*
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

*First Class Mail*
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

*First Class Mail*
George S. Canellos, Esquire
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

*First Class Mail*
Michael A. Berman, Esquire
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

*First Class Mail*
Matthew Berry, Esquire
Office of General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC 20554

*First Class Mail*
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

*First Class Mail*
(Counsel to Agent for Lenders and Co-
Counsel for Ableco Finance LLC, in its
capacity as agent for prepetition lenders)
David M. Hillman, Esquire
Eliot L. Relles, Esquire
Lucy F. Kweskin, Esquire
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

*First Class Mail*
(Equity Sponsor)
Ian M. Kirson, Esquire
Wynnchurch Capital, Ltd.
6250 N. River Road, Suite 10-100
Rosemont, IL  60018

*First Class Mail*
(Financial Advisor and Investment Banker)
Robert Warshauer
Justin Byrne
Imperial Capital LLC
277 Park Avenue
New York, NY  10172

*First Class Mail*
(Financial Advisor and Investment Banker)
Scott Farnsworth
Erich Hobelmann
Imperial Capital LLC
2000 Avenue of the Stars, 9th Floor South
Los Angeles, CA  90067

*First Class Mail*
(Financial Advisor and Investment Banker)
Adeel Ahmad
Imperial Capital LLC
60 South Sixth Street, Suite 3720
Minneapolis, MN  55402

*First Class Mail*
(Debtors)
Mr. Robert Hookstra
Controller
Highway Technologies, Inc.
6800 Dixie Drive
Houston, TX  77807

*First Class Mail*
(Counsel for StonCor Group, Inc. by and
through its Epoplex Division)
Sergio I. Scuteri, Esquire
Capehart & Scatchard, P.A.
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, NJ  08054

*First Class Mail*
(Counsel for Automotive Rentals, Inc.)
Mr. Richard E. Moyer
Credit & Litigation Supervisor
Automotive Rentals, Inc.
9000 Midlantic Drive
P.O. Box 5039
Mt. Laurel, NJ  08054

*First Class Mail*
(Counsel for Roadsafe Traffic Systems, Inc.)
Leyza F. Blanco, Esquire
GrayRobinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, FL  33131

*First Class Mail*
(Counsel for Ennis-Flint, Inc.)
Martin A. Sosland, Esquire
Charles M. Persons, Esquire
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX  75201

***First Class Mail***
(Counsel for Argonaut Insurance Company,
Inc.)
Keith A. Langley, Esquire
Gina D. Shearer, Esquire
Langley Weinstein LLP
901 Main Street, Suite 600
Dallas, TX 75202

***First Class Mail***
(Co-Counsel for Oak Hill Special
Opportunities Fund, LP, Oak Hill Special
Opportunities Fund (Management), LP and
Wynnchurch Capital Partners II, LP, the
proposed debtor in possession lenders)
Rosanne T. Matzat, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

***First Class Mail***
(Counsel for 3M Company f/k/a Minnesota
Mining and Manufacturing Co.)
Alan E. Brown, Esquire
Special Counsel to 3M Company
3M Office of General Counsel
Mail Stop 220-9E-02
Office Location 220-10W/27
P.O. Box 33428
St. Paul, MN 55133