**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Highway Technologies, Inc., *et al*. | : | Case No. 13-11326 (KJC) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Ennis Paint, Inc.**, Attn: Ted Navitskas, Esq., 5910 N. Central Expressway, Ste. 1050, Dallas, TX 75206, Phone: 800-331-8118

2. **TrueBlue, Inc.**, Attn: Albert H. Kirby, Sr., 1015 A. Street, Tacoma, WA 98402, Phone: 253-680-8468, Fax: 253-382-2522

3. **Traffix Devices Inc.**, Attn: James King, 160 Avenida La Plata, San Clemente, CA 92673, Phone: 949-361-5663, Fax: 949-361-9205

4. **3M Company**, Attn: Alan Brown, Esq., 3M Center, 220-9E-02, St. Paul, MN 55144, Phone: 651-736-6739, Fax: 651-736-2131

5. **Automotive Rentals, Inc.**, Attn: Richard E. Moyer, 4021 Leadenhall Rd., Mt. Laurel, NJ 08054, Phone: 856-914-7555, Fax: 856-608-7151

6. **The Sherwin-Williams Company**, Attn: Sean Pleva, 101 W. Prospect Ave., Cleveland, OH 44115, Phone: 216-515-8733, Fax: 216-830-0329

7. **Aspen American Insurance Company**, Attn: Kevin Gillen, 175 Capital Blvd., Ste. 100, Rocky Hill, CT 06067, Phone: 860-656-2936, Fax: 860-760-7702


ROBERTA A. DEANGELIS
United States Trustee, Region 3

 /s/ Jane M. Leamy for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: May 30, 2013

Attorney assigned to these cases: Jane M. Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Bruce Grohsgal, Esquire, Phone: (302) 652-1000, Fax: (302) 652-4400