IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIGHWAY TECHNOLOGIES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 13-11326 (KJC)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                                          ) ss:
COUNTY OF NEW CASTLE )

Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP attorneys for the Debtors in the above-captioned action, and that on the 4th day of June 2013 she caused a copy of the following document(s) to be served upon the parties on the attached service lists in the manner indicated:

**Notice of Commencement of Chapter 11 Bankruptcy Cases,
Meeting of Creditors and Fixing of Certain Dates**

*Kathleen Finlayson*
Kathleen Forte Finlayson

Sworn to and Subscribed before
me this ____ day of June 2013

_____
Notary Public
Commission Exp.: _____

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 13, 2014

DOCS_DE:187807.1 36024/001

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

**Highway Technologies, Inc., et al.**
**2002 Service List**
Case Number 13-11326 (KJC)
Document No. 187583
03 – Interoffice Mail
16 – Hand Delivery
24 – First Class Mail


([Proposed] Counsel for the Debtors)
Bruce Grohsgal (DE Bar No. 3583)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

**Interoffice Mail**
([Proposed] Counsel for the Debtors)
Richard M. Pachulski, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

**Interoffice Mail**
([Proposed] Counsel for the Debtors)
Debra I. Grassgreen, Esquire
John W. Lucas, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

**Interoffice Mail**
([Proposed] Counsel for the Debtors)
Maria A. Bove, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017

**Hand Delivery**
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
(U.S. Trustee)
Jane M. Leamy, Esquire
The Office of the United States
Trustee for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Automotive Rentals, Inc.)
John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Ave., Suite 1370
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Roadsafe Traffic Systems, Inc.)
Michael Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Ennis-Flint, Inc.)
John H. Knight, Esquire
Amanda R. Steele, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Argonaut Insurance Company, Inc.)
Thomas J. Francella, Jr., Esquire
Whiteford Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801

**Hand Delivery**
(Co-Counsel for Oak Hill Special Opportunities Fund, LP, Oak Hill Special Opportunities Fund (Management), LP, Wynnchurch Capital Partners II, LP, the proposed debtor in possession lenders and Ableco Finance LLC, in its capacity as agent for prepetition lenders)
Richard S. Cobb, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

**Hand Delivery**
(Counsel for 3M Company f/k/a Minnesota Mining and Manufacturing Co.)
Rafael X. Zahralddin-Aravena, Esquire
Eric M. Sutty, Esquire
Elliott Greenleaf
1105 N. Market Street, Suite 1700
Wilmington, DE 19801

**Hand Delivery**
(Counsel for The Hanover Insurance Company, Massachusetts Bay Insurance Company and Citizens Insurance Company of America)
Carl N. Kunz, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Safety National Casualty Corp. and Aspen American Insurance Company)
Richard W. Riley, Esquire
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Safety National Casualty Corp.)
Sommer L. Ross, Esquire
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Hand Delivery**
(Counsel Zurich American Insurance Company and Fidelity and Deposit Company of Maryland)
James S. Yoder, Esquire
White and Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Taxing Authorities)
Jennifer L. Dering, Esquire
Archer & Greiner, P.C.
300 Delaware Ave., Suite 1370
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Creditors' Committee)
Mark D. Collins, Esquire
Russell C. Silberglied, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Financial Advisor for Creditors' Committee)
Wayne Weitz
Gavin/Solmonese
919 N. Market Street, Suite 600
Wilmington, DE 19801

**First Class Mail**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**First Class Mail**
Andrew Calamari, Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

**First Class Mail**
Michael A. Berman, Esquire
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

**First Class Mail**
Matthew Berry, Esquire
Office of General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC 20554

**First Class Mail**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

**First Class Mail**
(Counsel to Agent for Lenders and Co-Counsel for Ableco Finance LLC, in its capacity as agent for prepetition lenders)
David M. Hillman, Esquire
Eliot L. Relles, Esquire
Lucy F. Kweskin, Esquire
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

**First Class Mail**
(Equity Sponsor)
Ian M. Kirson, Esquire
Wynnchurch Capital, Ltd.
6250 N. River Road, Suite 10-100
Rosemont, IL 60018

**First Class Mail**
(Financial Advisor and Investment Banker)
Robert Warshauer
Justin Byrne
Imperial Capital LLC
277 Park Avenue
New York, NY 10172

**First Class Mail**
(Financial Advisor and Investment Banker)
Scott Farnsworth
Erich Hobelmann
Imperial Capital LLC
2000 Avenue of the Stars, 9th Floor South
Los Angeles, CA  90067

**First Class Mail**
(Financial Advisor and Investment Banker)
Adeel Ahmad
Imperial Capital LLC
60 South Sixth Street, Suite 3720
Minneapolis, MN  55402

**First Class Mail**
(Debtors)
Mr. Robert Hookstra
Controller
Highway Technologies, Inc.
6800 Dixie Drive
Houston, TX  77807

**First Class Mail**
(Counsel for StonCor Group, Inc. by and through its Epoplex Division)
Sergio I. Scuteri, Esquire
Capehart & Scatchard, P.A.
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, NJ  08054

**First Class Mail**
(Counsel for Automotive Rentals, Inc.)
Mr. Richard E. Moyer
Credit & Litigation Supervisor
Automotive Rentals, Inc.
9000 Midlantic Drive
P.O. Box 5039
Mt. Laurel, NJ  08054

**First Class Mail**
(Counsel for Roadsafe Traffic Systems, Inc.)
Leyza F. Blanco, Esquire
GrayRobinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, FL  33131

**First Class Mail**
(Counsel for Ennis-Flint, Inc.)
Martin A. Sosland, Esquire
Charles M. Persons, Esquire
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX  75201

**First Class Mail**
(Counsel for Argonaut Insurance Company, Inc.)
Keith A. Langley, Esquire
Gina D. Shearer, Esquire
Langley Weinstein LLP
901 Main Street, Suite 600
Dallas, TX  75202

**First Class Mail**
(Co-Counsel for Oak Hill Special Opportunities Fund, LP, Oak Hill Special Opportunities Fund (Management), LP and Wynnchurch Capital Partners II, LP, the proposed debtor in possession lenders)
Rosanne T. Matzat, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

**First Class Mail**
(Counsel for 3M Company f/k/a Minnesota Mining and Manufacturing Co.)
Alan E. Brown, Esquire
Special Counsel to 3M Company
3M Office of General Counsel
Mail Stop 220-9E-02
Office Location 220-10W/27
P.O. Box 33428
St. Paul, MN  55133

**First Class Mail**
(Counsel for The Hanover Insurance
Company, Massachusetts Bay Insurance
Company and Citizens Insurance Company
of America)
Mike F. Pipkin, Esquire
Melissa L. Gardner, Esquire
Sedgwick LLP
1717 Main Street, Suite 5400
Dallas, TX  75201

**First Class Mail**
(Counsel for Taxing Authorities)
John P. Billman, Esquire
Linebarger Goggan Blair & Sampson, LLP
Post Office Box 3064
Houston, TX  77253

**First Class Mail**
(Counsel for Office of Unemployment
Compensation Tax Services, Department of
Labor and Industry, Commonwealth of
Pennsylvania)
Timothy Bortz, Esquire
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankrputcy & Compliance Unit
625 Cherry Street, Room 203
Reading, PA  19602-1152