**<u>EXHIBIT A</u>**

**(RDP APA)**

## ASSET PURCHASE AGREEMENT

**THIS ASSET PURCHASE AGREEMENT** (this *"Agreement"*) is entered into the 20th day of June 2013 (the *"Effective Date"*) by and between Highway Technologies, Inc., a Massachusetts corporation (the *"Seller"*), and RDP Barricade Company, LLC, a Colorado limited liability company (the *"Purchaser"*).

**WHEREAS**, on May 22, 2013 (the *"Petition Date"*), the Seller filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. Sections 101 *et seq.* (the *"Bankruptcy Code"*) in the United States Bankruptcy Court District of Delaware (the *"Bankruptcy Court"*), commencing a federal bankruptcy case in respect of (such case, the *"Chapter 11 Case"*);

**WHEREAS**, the Seller was a national leader in providing temporary and permanent roadway traffic safety solutions, and engaged in such business in Colorado with facilities at the following locations: (1) 1300 West Evans, Denver, CO 80223, (2) 2279-2295 S. Lipan Street, Denver, CO (3) 15507 W. 18th Avenue, Aurora, CO 80011 and (4) 3051 S. Rooney Road, Morrison, CO 80465 (such business as engaged in and from all such locations in Colorado, the *"Denver Branch"*) prior to the Petition Date. Seller owns, leases or otherwise holds an interest in certain assets located in the State of Colorado directly related to the operation of the Denver Branch (the *"Denver Branch Assets"*);

**WHEREAS**, the Purchaser desires to purchase, and the Seller desires to sell, substantially all of the Denver Branch Assets used or useful, or intended to be used, in the operation of the Denver Branch as referenced in <u>Section 1</u> of this Agreement; and

**WHEREAS**, the parties hereto wish to make certain representations, covenants, and agreements in connection with the purchase of the Denver Branch and Denver Branch Assets, and also to prescribe various conditions to such transaction pursuant to this Agreement.

**NOW THEREFORE**, in consideration of the foregoing and the mutual covenants and agreements contained herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

**SECTION 1.    ASSETS PURCHASED.** Pursuant to the terms and conditions set forth in this Agreement, the Seller agrees to sell, transfer, and assign to the Purchaser substantially all of the Seller's Denver Branch Assets, whether or not carried on the books of the Seller or included in the attached schedules, including but not limited to the following Denver Branch Assets but in all cases excluding the Excluded Assets:

1.1    Any and all assets bearing serial numbers, plated and non-plated, as used by the Seller in connection with the Denver Branch including but not limited to those assets identified on the attached Schedule 1.1.

1.2    Any and all bulk and non-serialized assets, as used by the Seller in connection with the Denver Branch including but not limited to those assets identified on the attached Schedule 1.2.

1.3    All goods, products, parts and supplies sold or used in the sale of any goods or products and all other inventory owned and held by the Seller or used in connection with the Denver Branch, wherever located, and whether on hand, on order, in transit, or held by others on a consignment basis (the "*Inventory*") of the Seller held for sale in (or for use in connection with any sale in) the Denver Branch including but not limited to those assets identified on the attached Schedule 1.3.

1.4    All fixtures and other leasehold improvements, POS system, disposal system, artwork, racks, stands, displays, counters, desks, chairs, tables, dispensers, and other furnishings, hardware, tools, smallware, and other equipment (copiers, fax machines, telephone lines and numbers for both landlines and cellular lines (including but not limited to (303) 922-7815 and (303) 922-5433), yellow page listings, URL addresses, and other telecommunication equipment), cellular phones, and miscellaneous office and store supplies and other items of tangible property owned by the Seller relating to or used in connection with the Denver Branch including but not limited to those assets identified on the attached Schedule 1.4.

1.5    To the extent assignable under applicable law and the Bankruptcy Code, all computer software and programs, including all computer software and programs relating to job costing, bidding, billing, accounting or other software programs owned or licensed by the Seller.

1.6    All books, files, documents and records owned by or in the control of the Seller relating to the Denver Branch (in whatever format they exist, whether in hard copy of electronic format), including, without limitation: all tax records, all corporate books and records, all financial statements and records, plans, data, studies, training manuals, engineering data, safety and environmental reports and documents, maintenance schedules and operating records, inventory records, business plans, customer records and files, employment records to the extent allowable by law, bonding and insurance records and documents.

1.7    To the extent assignable under applicable law and the Bankruptcy Code, all of the goodwill, customer relationships, licenses, permits, franchise rights and other general intangibles of Seller related to the Denver Branch, including rights to the trade name "Colorado Barricade Company" and all other domain names, advertising, marketing and promotional materials, studies, reports and all other printed or written materials relating to the Denver Branch.

Purchaser hereby acknowledges and agrees that Seller makes no representations or warranties whatsoever, express or implied, with respect to any matter relating to the Denver Branch Assets (including income to be derived or expenses to be incurred in connection with the Denver Branch Assets, the physical condition of any tangible Denver Branch Assets, the environmental condition or other matter relating to the physical condition of any real property or improvements, the zoning of any real property or improvements, the value of the Denver Branch Assets (or any portion thereof), the transferability of the Denver Branch Assets or any portion

- 2 –

thereof, the terms, amount, validity, collectability or enforceability of the receivables or any Assumed Liabilities or Seller's contracts, the merchantability or fitness of the equipment, the inventory or any other portion of the Denver Branch Assets s for any particular purpose, or any other matter or thing relating to the Denver Branch Assets or any portion thereof). Without in any way limiting the foregoing, Seller hereby disclaim any warranty (express or implied) of merchantability or fitness for any particular purpose as to any portion of the Denver Branch Assets. Purchaser further acknowledges that Purchaser has conducted an independent inspection and investigation of the physical condition of all portions the Denver Branch Assets and all such other matters relating to or affecting or comprising the Denver Branch Assets and/or the Assumed Liabilities as Purchaser deemed necessary or appropriate and that in proceeding with the transactions contemplated hereby, Purchaser is doing so based solely upon such independent inspections and investigations. Accordingly, Purchaser will accept the Denver Branch Assets at the Closing "AS IS," "WHERE IS," and "WITH ALL FAULTS."

**SECTION 2.** **EXCLUDED ASSETS.** Excluded from this sale and purchase are the following (collectively, the "*Excluded Assets*"): (a) assets located in Colorado that have not been used and are not intended for use in the Denver Branch operations; (b) all tangible assets of the Seller not located in Colorado; (c) all rights of Seller under any contract between the Seller and any third party and to which consent to assignment to the Purchaser is required, but has not been obtained by the Closing Date; (d) any cash, cash equivalents (including certificates of deposit and other time deposits) and marketable securities, wherever located; (e) any depositary, checking or other accounts of Seller at any bank or financial institution; (f) all equipment and other tangible personal property, wherever located, together with all manufacturers' warranties pertaining to the same, that are subject to personal property leases that are not assumed by Purchaser; (g) the Purchase Price and Seller's rights under this Agreement; (h) any avoidance actions; (i) any claims to proceeds under insurance policies relating to the assets, properties, business or operations of Seller where the related incident or event of loss occurred before the Closing Date; (j) any directors' and officers' liability insurance policies of the Seller and the proceeds thereof; (k) any claims arising out of, relating to, or reasonably necessary to enforce or enjoy the benefits of any contract not assumed by Purchaser or any Excluded Asset; (*l*) any Denver Branch permits not transferable or assignable to Purchaser at the Closing; (m) any books and records relating to any pre-Closing Period that the Seller is under legal requirement to retain, including (i) tax returns, financial statements, and corporate or other entity filings, (ii) minute books, stock ledgers, and stock certificates of any subsidiaries of Seller, and (iii) documents relating to proposals to acquire the Denver Branch by persons other than Purchaser; (n) any materials containing information about employees, disclosure of which is prohibited under applicable law; (o) any materials containing information subject to any attorney-client, attorney work product or other applicable privilege in favor of Seller; (p) any materials containing information disclosure of which by Seller to Purchaser would breach any contractual obligation of confidentiality to which Seller is subject; (q) any software or other item of intangible property held by the Seller pursuant to a license or other Seller's contract where Purchaser does not assume the underlying Seller's contract relating to such intangible personal property at the Closing; (r) all securities, whether capital stock or debt, and other ownership interests issued by Seller, (s) any accounts receivable and notes receivable (whether current or non-current) and all cash received post-petition attributable to such accounts receivable and notes receivable that are subject to the

- 3 –

contractual rights of companies which have issued bonds and all causes of action pertaining to the collection of the foregoing and (t) the lease for real property located at 1300 West Evans, Denver, Colorado 80223, except that Purchaser shall be able to occupy such location prior to Closing conditioned on making the payments described in Section 5 of this Agreement.

**SECTION 3.    LIABILITIES ASSUMED.**

3.1    Assumption of Only Certain Liabilities. Other than as set forth below, and the liabilities related to or arising from the Assets after the Closing Date, the Purchaser shall not assume, agree to pay, discharge or perform, or incur, as the case may be, any liability or obligation of Seller of any nature whatsoever, whether matured or un-matured, liquidated or un-liquidated, fixed or contingent, known or unknown, including, but not limited to: (a) liabilities (including principal and interest) arising out of loans and other indebtedness owing to any person or entity; (b) liabilities of the Seller either arising or not arising in the ordinary course of its business incurred or accrued prior to the Closing Date, including fees of Seller's professionals related to this transaction, other than liabilities arising out of any contracts that are expressly assumed by Purchaser, which includes any cure claims not to exceed $43,000 that must be paid on account of the assumption and assignment of contracts pursuant to section 365(b) of the Bankruptcy Code as set forth in Section 3.3 below; (c) liabilities arising out of any goodwill, customer relationships, licenses, permits, franchise rights and other general intangibles of the Seller except to the extent such items are included in the Denver Branch Assets; (d) any liability or obligation owing to current or former employees of the Seller and/or arising out of or in connection with any employee benefit plan or union-related obligations; (e) except as otherwise provided herein, any liability for taxes related to any of the Denver Branch Assets or the Denver Branch for any tax period or portion thereof ending on or before the Closing Date and any obligation for other taxes of the Seller; and (f) except as provided herein, any liability for real property or office leases, taxes, or related property expense accrued as of the Closing.

3.2    Intentionally Left Blank.

3.3    Assumed Liabilities. Upon the terms and subject to the conditions set forth in this Agreement, at the Closing, the Purchaser shall assume, and thereafter pay, perform and discharge when due (in accordance with their respective terms and subject to the respective conditions thereof), including any cure claim that might be required to be paid upon the assumption by Seller and assignment to the Purchaser pursuant to section 365(b) of the Bankruptcy Code, only the following liabilities set forth below in Section 3.3 (the "*Assumed Liabilities*") and no others:

3.3.1    Operating Leases. The operating leases in connection with the Denver Branch as set forth on **Schedule 3.3**. The Seller specifically agrees to use its commercially reasonable efforts to assume and assign such operating leases to the Purchaser and obtain the consent if necessary.

3.3.2    Customer Contracts. The customer contracts in connection with the Denver Branch as set forth on **Schedule 3.3**. The Seller specifically agrees to use its commercially

reasonable efforts to assume and assign such customer contracts to the Purchaser and obtain the consent if necessary.

3.3.3   Vendor Contracts. The vendor contracts in connection with the Denver Branch as set forth on **Schedule 3.3**. The Seller specifically agrees to use its commercially reasonable efforts to assume and assign such vendor contracts to the Purchaser and obtain the consent if necessary.

3.3.4   Real Estate Leases. The real estate leases in connection with the Denver Branch as set forth on **Schedule 3.3**. The Seller specifically agrees to use its commercially reasonable efforts to assume and assign such real estate leases to the Purchaser and obtain the consent if necessary.

3.3.5   Bonded Contracts. The bonded contracts in connection with the Denver Branch which have been specifically assumed by the Purchaser as set forth on **Schedule 3.3**. The Seller specifically agrees to use its commercially reasonable efforts to assume and assign such bonded contracts to the Purchaser and obtain the consent if necessary.

3.3.6   Procedure. As part of the Sale Motion (as defined herein), the Seller shall seek Bankruptcy Court authorization to assume and assign to the Purchaser all of the executory contracts and unexpired leases set forth in Section 3.3 (together, "*Executory Contracts*") and shall obtain Bankruptcy Court orders determining the cure amounts, if any, required for such assumption and assignment. Purchaser shall be entitled to decline, at any time before Closing, to take assignment of any or all Executory Contracts, in which case Seller shall determine whether the Executory Contracts not assumed and assigned may be rejected upon separate notice and hearing.

**SECTION 4.    PURCHASE PRICE.**

4.1    Payment at Closing. At Closing, the Purchaser shall pay to the Seller the purchase price for the Denver Branch Assets of Seven Hundred Seventy Five Thousand and No/100 ($775,000.00) (the "*Purchase Price*") by means of application of the Deposit and wire transfer or certified funds. The Purchase Price be reduced by the rent paid to the Seller as set forth in Section 5 of this Agreement.

4.2    Purchase Price Allocation. The Purchaser allocates $454,000 of the Purchase Price to "Rolling Stock." The term "Rolling Stock" is defined in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Certain Related Relief and the Interim Order (I) Authorizing Debtors to Obtain Postpetition Secured Financing, (II) Authorizing Use Cash Collateral, (III) Granting Adequate Protection, (IV) Scheduling Final Hearing, and (IV) Granting Certain Related Relief* [Docket No. 55] (the "*DIP Order*"), means the Debtors' titled vehicles.

4.3    Deposit. Not later than two (2) business days after entry into this Agreement (the "**Deposit Date**"), the Purchaser shall transfer to Seller's counsel the sum of Seventy-Seven Thousand Five Hundred Dollars ($77,500.00) (such amount, together with any interest accrued thereon prior to the Closing Date, the "**Deposit**"). The Deposit shall not be subject to any lien, attachment, trustee process or any other judicial process of any creditor of the Seller. In the event of a termination of this Agreement by the Seller pursuant to section 12.13(vii) of this Agreement, the Seller's right to receive the Deposit as herein provided shall be the sole and exclusive remedy available to the Seller against the Purchaser or any of its respective former, current or future shareholders, directors, officers, employees, attorneys, affiliates or agents with respect to this Agreement and the transactions contemplated hereby. The Deposit shall be held by the Seller's counsel in a non-interest bearing client trust account and distributed as follows:

4.3.1    If the Closing shall occur, then the Deposit shall be applied towards the Purchase Price payable by the Purchaser to the Seller under Section 4.1.

4.3.2    If this Agreement is terminated other than pursuant to Section 4.3.3 or Section 4.3.4 hereof, then the Deposit shall be delivered to the Seller within five (5) business days of such termination.

4.3.3    If this Agreement is terminated by the Purchaser pursuant to Section 12.13(ii), Section 12.13(iii), Section 12.13(iv), Section 12.13(v) and/or Section 12.13(vi) then the Deposit shall be delivered to the Purchaser within five (5) days of such termination.

4.3.4    If this Agreement is terminated by the Seller and the Purchaser pursuant to Section 12.13(i), then the Deposit shall be delivered to the Purchaser within five (5) business days of such termination.

4.3.5    If this Agreement is terminated by Purchaser entitling it to the return of the Deposit, the amount of the Deposit shall be reduced by any Rental Obligations of the Purchaser set forth in Section 5 of the Agreement.

**SECTION 5.    LEASE OF ASSETS AND OPERATION OF DENVER BRANCH**

5.1    In the ordinary course of business, Seller will lease all of the Denver Branch Assets, including the right to use the name "Colorado Barricade Company," to Purchaser for the period beginning on the Deposit Date through the earliest of the date this Agreement is terminated pursuant to Section 12.13 of this Agreement, the Closing Date of this Agreement, or the closing date of an alternative transaction with a different party of a sale of the Denver Branch Assets (*"Termination Date"*). If the Termination Date occurs as a result of termination of this Agreement, the Purchaser shall turnover or relinquish control of the Denver Branch Assets on the Termination Date.

5.2    The Seller shall lease the Denver Branch Assets to the Purchaser beginning on the Deposit Date, through the Termination Date, and the Purchaser shall pay a bulk lease rate of $15,500.00 per each thirty day period, regardless of which day of the month the lease begins

-6-

("**Rental Obligations**"). If this Agreement is fully consummated, Purchaser shall be entitled to a reduction of the Purchase Price by the amount of the Rental Obligations paid and/or outstanding through the Closing Date. If this Agreement is terminated pursuant to Section 12.13, the Seller shall retain the rental payments and the Purchaser shall not be entitled to any reimbursement therefor. The payment of Rental Obligations for the first 30 day period of the lease shall be credited against the Deposit provided under Section 4.3 of the Agreement; *provided, however*, if this Agreement is terminated by the Seller under any provision of this agreement entitling it to retain the Deposit, Purchaser shall within five (5) business days after such termination pay to the Seller in cash the Rental Obligations that were credited against the Deposit. The payment of Rental Obligations for the second thirty day period, shall be paid prior to the expiration of the first thirty day period and in cash. The parties agree that the Rental Obligations for the second thirty day period shall be pro rated to the extent the parties agree that the Denver Branch Assets will not be utilized for an entire thirty days.

5.3    For as long as the Purchaser utilizes the Seller's facilities located at: (1) 1300 West Evans, Denver, CO 80223, (2) 2279-2295 S. Lipan Street, Denver, CO (3) 15507 W. 18th Avenue, Aurora, CO 80011 and (4) 3051 S. Rooney Road, Morrison, CO 80465, the Purchaser shall be responsible for payment of rent to the landlords and other operating costs arising from such locations. The rent payable to the landlord relating to the foregoing properties shall be tendered by the Purchaser to the Seller no later than July 1, 2013 and any of the other costs arising from Purchaser's use of the facilities shall be paid in connection with the Closing. The rent payable to the landlord relating to the foregoing properties shall not be pro rated.

5.4    The Purchaser shall bear all expenses arising from the operation of the Denver Branch Assets between the lease commencement date and the Closing Date or other Termination Date.

5.5    The Purchaser shall be entitled to the revenue arising from its operation of the Denver Branch pursuant to the terms and conditions of the Purchaser's agreements with the various customers relating to the Denver Branch.

5.6    Collection of Revenue. If Seller receives any revenue or payments on account of the services provided by the Purchaser to any of the Seller's customers, the Seller shall turnover such revenue or payments.

5.7    Indemnification.    The Purchaser and its owners, jointly and severally, shall indemnify and hold harmless the Debtors and their affiliates, and their respective officers, directors, partners, members, shareholders, employees, representatives, consultants, advisors and agents (*"**Indemnified Person**"*) to the full extent lawful, from and against all claims, liabilities, losses, damages and expenses, or actions in respect thereof, as incurred, based upon, related to, arising out of, or in connection with actions taken or omitted to be taken by the Purchaser's operation of the Denver Branch and lease of the Denver Branch Assets.

SECTION 6.    CLOSING.

6.1    Time and Place.  The consummation of the transactions contemplated hereby (the "*Closing*") shall take place at the offices of Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, California, on July 18, 2013, or at such other place and time as may be mutually agreed to by the parties (the "*Closing Date*").  The Closing Date shall be effective at 12:01 a.m. on the day of the Closing.  Subject to the satisfaction or waiver of the conditions set forth in Section 9, the parties shall consummate the transactions contemplated hereby within fourteen (14) calendar days after the Bankruptcy Court enters the Sale Order approving the sale to the Purchaser provided that such Sale Order has become a final order, unless otherwise mutually agreed to by the parties.

6.2    Obligations of Seller and Other Agreements.  At the Closing, the Seller shall execute and/or deliver to the Purchaser the following:

6.2.1    A bill of sale from the Seller conveying all of the Denver Branch Assets to the Purchaser, including, without limitation, appropriate endorsements and assignments of contracts, permits, or other binding arrangements included in the Denver Branch Assets.

6.2.2    Vehicle and Denver Branch Asset title transfer documentation.

6.2.3    All data included within the Denver Branch Assets and, simultaneously with such delivery, the Seller agrees to take all actions necessary to put the Purchaser in actual possession and control of the Denver Branch Assets.

6.2.4    Such other assignments, bills of sale, or instruments of conveyance, certificates of officers, and other documents as reasonably may be requested by the Purchaser prior to the Closing to consummate this Agreement and the transactions contemplated hereby.

6.2.5    Instruments of assumption and assignment of the Leases and any other contracts to be assigned by Seller hereunder, duly executed by the Seller, if applicable.

6.2.6    Any duly executed written instruction required of the Seller under Section 4.3.

6.3    Obligations of Purchaser and Other Agreements.  At the Closing, the Purchaser shall execute, or cause to be executed, and shall deliver to the Seller the following:

6.3.1    Funds sufficient to satisfy the Purchase Price pursuant to Section 4 herein.

6.3.2    Such certificates of officers and other documents as reasonably may be requested by the Seller prior to the Closing to consummate this Agreement and the transactions contemplated hereby.

6.3.3    Instruments of assumption and assignment of the Leases and any other contract to be assumed by Purchaser hereunder, duly executed by Purchaser, if applicable.

- 8 –

6.3.4    Any duly executed written instruction required of Purchaser under <u>Section 4.3</u>.

6.3.6    <u>Sales, Use and Other Taxes</u>.  To the extent not exempt under the Bankruptcy Code, any sales, purchase, transfer, stamp, documentary stamp, use or similar taxes under the laws of the states in which any portion of the Purchased Assets is located, or any subdivision of any such state, or under any federal law or the laws or regulations of any federal agency or authority, which may be payable by reason of the sale or transfer of the Purchased Assets under this Agreement or the Contemplated Transactions (the *"Transfer Taxes"*), if any, shall be borne and paid by Purchaser.  Purchaser shall be solely responsible for the preparation and filing of all relevant Tax Returns required to be filed in respect of such Transfer Taxes and shall pay all such Transfer Taxes.

6.4    <u>Allocation of Purchase Price</u>.  Following the Closing, the Purchaser and the Seller shall agree to an allocation of the Purchase Price among the Denver Branch (the *"Allocation"*) and sufficiently detailed to satisfy applicable accounting and tax requirements.  Such Allocation will be binding upon the Purchaser and the Seller, and neither the Purchaser nor the Seller will take any position (whether in returns, audits or otherwise) that is inconsistent with the Allocation. The Purchaser and the Seller will report the purchase and sale of the Denver Branch on all tax returns, including, without limitation, Form 8594 as provided for in Section 1060 of the Internal Revenue Code, in accordance with the Allocation and will cooperate in timely filing with the Internal Revenue Service their respective Form 8594.  If the Purchaser and the Seller do not so agree within ninety days of the Closing, each of the Purchaser and the Seller may prepare their own Allocation and, for the avoidance of doubt each of the Purchaser and the Seller will have no liability to the other for additional taxes that may be imposed as a result of inconsistences between the respective allocations of the Purchaser and the Seller.

**SECTION 7.    SELLER'S REPRESENTATIONS AND WARRANTIES**.  The Seller represents and warrants to the Purchaser as follows:

7.1    <u>Corporate Existence and Authority</u>.  The Seller is now, and on the Closing Date will be, a corporation duly organized, validly existing and in good standing under the laws of the state of Massachusetts.  Subject to the Bankruptcy Code and the jurisdiction of the Bankruptcy Court in the Chapter 11 Case, the Seller has all requisite corporate power and authority to own its property and assets and carry on its business and is good standing in each jurisdiction in which such qualification is required.  Subject to the Bankruptcy Code and the jurisdiction of the Bankruptcy Court in the Chapter 11 Case, the Seller has full corporate authority to execute and deliver this Agreement and any other agreement to be executed and delivered by the Seller in connection herewith, and to carry out the transactions contemplated hereby.  Subject to the Bankruptcy Code and the jurisdiction of the Bankruptcy Court in the Chapter 11 Case, and upon the entry of the Sale Order, this Agreement constitutes a valid and binding Agreement of the Seller in accordance with its terms.

7.2    <u>Reserved</u>.

7.3     Broker.  The Seller has not retained a broker, directly or indirectly, in connection with the purchase of the Denver Branch or this Agreement; provided, however, the Seller is seeking to retain both Imperial Capital, LLC and Hilco Industrial, LLC, whose compensation will be paid by the Seller subject to Bankruptcy Court approval.

7.4     Title to Denver Branch and Condition.  At the Closing, the Seller will convey good and marketable title to the Denver Branch and Denver Branch Assets to the extent provided in the Sale Order.

7.5     Litigation.  The Seller has no actual knowledge of any claim, litigation, proceeding, or investigation pending or threatened against the Seller either impairing title to the Denver Branch or Denver Branch Assets being conveyed under this Agreement or precluding the Seller from completing this Agreement.

**SECTION 8.     REPRESENTATIONS OF PURCHASER.**  The Purchaser represents and warrants as follows:

8.1     Corporate Existence and Authority.  The Purchaser is now, and on the Closing Date is a limited liability company duly organized, validly existing and in good standing under the laws of the State of Colorado, has all requisite power and authority to enter into this Agreement and perform its obligations hereunder. The Purchaser has full authority to execute and deliver this Agreement and any other agreement to be executed and delivered in connection herewith, and to carry out the transactions contemplated hereby. This Agreement constitutes a valid and binding agreement of the Purchaser in accordance with its terms.

8.2     Conflict with Other Agreements, Consents and Approvals.  With respect to (i) the articles of incorporation of the Purchaser, (ii) any applicable law, statute, rule or regulation, (iii) any contract to which the Purchaser is a party or may be bound, or (iv) any judgment, order, injunction, decree or ruling of any court or governmental authority to which the Purchaser is a party or subject, the execution and delivery by the Purchaser of this Agreement and any other agreement to be executed and delivered by the Purchaser in connection herewith and the consummation of the transactions contemplated hereby will not (a) result in any violation, conflict or default, or give to others any interest or rights, including rights of termination, cancellation or acceleration, or (b) require any authorization, consent, approval, exemption or other action by any court or administrative or governmental body which has not been obtained, or any notice to or filing with any court or administrative or governmental body which has not been given or done.

8.3     Brokers.  The Purchaser has not retained a broker, directly or indirectly, in connection with the purchase of the Denver Branch or this Agreement.

8.4     Available Funds.  The Purchaser has available funds and is of the financial ability to pay the total consideration and close under this Agreement and within the deadline described in this Agreement.

- 10 -

8.5     Seller's Employees. Purchaser will its best efforts to make offers of employment to current employees of Seller employed as of the Closing Date and former employees of the Seller as Purchaser in its sole discretion shall select. Such offers may provide for base salary or hourly wage rate, as applicable, and other compensation as Purchaser shall determine at its sole discretion. Purchaser, in its sole discretion, and without any obligation whatsoever, may elect to make retention payments and/or provide other consideration directly to certain employees of the Seller that Purchaser determines, in its judgment, to be necessary and critical to consummation of the Agreement (including to the transition of the Denver Branch Assets to Purchaser)."

**SECTION 9.     CONDITIONS PRECEDENT TO CLOSING.**

9.1     Representations, Warranties and Covenants of the Seller. All representations and warranties of the Seller in this Agreement and in certificates and other instruments delivered by the Seller to the Purchaser in connection with this Agreement shall be true and correct in all material respects as of the Closing Date. The Seller shall have performed and complied with all material covenants, obligations and conditions set forth in this Agreement required to be performed or complied with prior to or on the Closing Date.

9.2     Bankruptcy Court Orders. The Procedures Order and the Sale Order, each in a form acceptable to the Purchaser in its discretion, shall have been entered by the Bankruptcy Court, shall not have been rescinded, and the time to file an appeal under applicable rules shall have run or if an appeal has been filed, no stay pending appeal shall be pending or granted.

**SECTION 10.     BANKRUPTCY ACTIONS.**

10.1     Sale Motion.     On or before June 21, 2013, the Seller shall file with the Bankruptcy Court a motion seeking approval of this Agreement (the "*Sale Motion*") in form acceptable to Purchaser in its discretion requesting a final hearing no later than July 11, 2013.

10.2     Procedures Order.     As part of the Sale Motion, Seller will seek an order (the "*Procedures Order*") (a) approving the Bidding Procedures (11.2) and Break-Up Fee (11.3-11.5) of Section 11 of this Agreement and (b) approving the Seller's lease of Denver Branch Assets under Section 5 of this Agreement pending the Closing or Termination, and request a hearing on such matters no later than June 28, 2013.

10.3     Sale Order.     For purposes of this Agreement, the term "*Sale Order*" shall mean the order of the Bankruptcy Court entered pursuant to sections 363 and 365 of the Bankruptcy Code and Rules 6004 and 6006 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), in form and substance satisfactory to Purchaser in its discretion in part, (A) approving this Agreement and the transactions contemplated hereby; (B) approving the sale of the Denver Branch to the Purchaser free and clear of all liens, claims and encumbrances to the fullest extent permitted by section 363(f) of the Bankruptcy Code, (C) finding that the Purchaser is a good-faith purchaser entitled to the protections of section 363(m) of the Bankruptcy Code; (D) providing that the provisions of Bankruptcy Rules 6004(g) and 6006(d) are waived and there will be no stay of execution of the Sale Order under Rule 62(a) of the Federal Rules of Civil

- 11 –

Procedure; (E) retaining jurisdiction of the Bankruptcy Court to interpret and enforce the terms and provisions of this Agreement, the Sale Motion, and the Sale Order; and (F) containing other terms and conditions acceptable to the Purchaser in the Purchaser' sole discretion.

10.3    Notice and Reasonable Efforts. The Seller shall provide appropriate notice of the hearing(s) on the Sale Motion, as is required by the Bankruptcy Code and the Bankruptcy Rules and other applicable law to all parties entitled to notice, including, but not limited to, all taxing and environmental authorities in jurisdictions applicable to the Seller. Thereafter, the Seller shall take all actions as may be reasonably necessary to cause each of such orders to be issued, entered and become a final order.

**SECTION 11.    MARKETING, SALE PROCEDURES, AND BID PROTECTIONS.**

11.1    Notwithstanding execution of this Agreement, the Purchaser acknowledges that the sale of the Denver Branch will be subject to higher or better offers. To the extent there is interest by other potential purchasers, the Debtors and their advisors shall hold an auction ("*Auction*") at a time and place agreed upon by parties prior to hearing on the Sale Motion.

11.2    Bidding Procedures. Any person that wishes to bid at the Auction must comply with the following procedures (the "*Bidding Procedures*") to become a "*Qualified Bidder*" except that Purchaser shall be deemed a Qualified Bidder. As a prerequisite to becoming a Qualified Bidder, a potential Qualified Bidder must deliver to the satisfaction of the Debtors:

- An asset purchase agreement marked against this Agreement that provides for the purchase of substantially all of the Denver Branch; (which asset purchase agreement shall indicate the portion of the purchase price allocated to any Rolling Stock that is the subject of such bid); *provided, however*, that all parties' rights are reserved to object to the buyer's allocation and valuation of the Rolling Stock. Any party may object to the sale as a whole and/or to the allocation. The buyer's allocation shall not be determinative of the value of the Rolling Stock.

- Sufficient information as requested by the Debtors (including, without limitation, agreement to such terms and conditions as may be required by the Debtors' advisors to register to bid and participate in the Auction), to allow them to determine that the potential Qualified Bidder has the financial wherewithal and any required authorizations to close the sale, including without limitation, such entity's current audited (if applicable) financial statements and a good faith, cash deposit (in the amount of 10% of the purchase price) (the "*Good Faith Deposit*"); and

- Notwithstanding anything herein to the contrary, nothing herein shall prejudice the rights of any secured creditor to credit bid on any Denver Branch (including with respect to the Good Faith Deposit), subject to such creditor(s) making payment in cash of the buyer's premium payable to the Debtors' liquidator. Notwithstanding any credit bid by the Secured Parties (as defined in the DIP Order), such credit bid shall not prejudice or impair the rights granted to the Committee and other parties in interests pursuant to the DIP Order, including but not limited to paragraph 15 thereof.

– 12 –

**Bid Requirements**

- None of the bids may contain any financing, due diligence or "material adverse change" contingencies and the bid of any Successful Bidder (as defined below) will be binding whether or not (a) the Successful Bidder has obtained financing or completed its due diligence investigation, or (b) a "material adverse change" has occurred.

- The initial overbid must be an amount that is equal to or greater than $50,000.00 than the Purchase Price set forth in Section 4.1 of the Agreement. The amount of any subsequent overbids will be determined at the Auction. Any competing bid must be received on or before July 5, 2013 at 12:00 p.m. (Eastern).

- Copies of all bids shall promptly be provided to Purchaser, Creditors' Committee, DIP Lender, and Prepetition Agent.

- The Auctions shall be conducted openly and all creditors will be permitted to attend but only Qualified Bidders shall be permitted to submit bids.

- Upon the conclusion of the Auction, the Debtors and their advisors, in consultation with the Creditors' Committee, DIP Lender, and Prepetition Agent shall (a) identify and certify the bid or bids that constitutes the highest or best offer or offers for the Denver Branch (each bid a "*Prevailing Bid*" and each person submitting such bid a "*Successful Bidder*"), and (b) identify and may, in its discretion, certify the bid or bids that constitute the next highest or best offer or offers for the Personal Property Assets (each bid a "*Backup Bid*" and each person submitting such a bid a "*Backup Bidder*"), and, in each case, notify the Successful Bidder(s) and Backup Bidder(s). Purchaser may elect to be a Backup Bidder but is not required to do so.

11.3    Bid Protections. The parties hereto acknowledge and agree that the terms and conditions set forth in this Section 11.3 with respect to the payment of the Break-Up Fee (defined below) shall only occur under the following conditions: (a) if and solely to the extent that the Bankruptcy Court enters an order approving such terms and conditions, or such other order as shall be entered approving the allowance and payment of the Break-Up Fee (it being understood and agreed that the consummation of the transactions contemplated by this Agreement shall be conditioned upon the approval by the Bankruptcy Court), (b) if there is a closing of a transaction involving the sale (in a single transaction or a series of transactions) of all or substantially all of the Denver Branch Assets to any Person other than Purchaser or a designee of Purchaser (an "*Alternative Transaction*"), and (c) the Purchaser is not otherwise in material breach of this Agreement. If the conditions set forth in sections 11.3(a) through 11.3(c) of this Agreement are satisfied, then the Seller shall pay the Purchaser, exclusively out of the proceeds of the Alternative Transaction, a break-up fee equal to Thirty-Eight Thousand Seven Hundred and Fifty and 00/100 Dollars ($38,750), which is inclusive of any expenses to reimburse the Purchaser for out of pocket expenses of the Purchaser expended prior to the entry of the Sale Order incurred by in preserving the going concern value of the Denver Branch used in the Denver Branch (the "*Break-Up Fee*"). Payment of the Break-Up Fee pursuant to the previous sentence shall be subject to the closing of the Alternative Transaction and paid from

- 13 -

sale proceeds within two (2) business days of the closing of the Alternative Transaction. The Seller shall use its reasonable commercial efforts to seek approval of the Break-Up Fee by the Bankruptcy Court, and shall not object to, encourage or cooperate in any way with other parties in interest in objecting to, the approval, allowance or payment of the Break-Up Fee. Except in the case of fraud or intentional misconduct by any Seller, the Purchaser's right to receive payment of the Break-Up Fee from the Seller as herein provided shall be the sole and exclusive remedy available to the Purchaser against the Seller or any of its former, current or future shareholders, directors, officers, affiliates or agents with respect to this Agreement and the transactions contemplated hereby in the event that this Agreement is terminated pursuant to the terms set forth herein, and upon payment of the Break-Up Fee in circumstances described herein, neither the Seller nor any of its former, current or future shareholders, directors, officers, affiliates or agents shall have any further liability or obligation relating to or arising out of this Agreement or the transactions contemplated hereby.

11.4    The Sale Order shall further provide that to the extent payable under this Agreement, the Seller's obligation to pay the Break-Up Fee shall survive termination of this Agreement, and that the Break-Up Fee shall be an allowed administrative expense in the Seller's bankruptcy case, pursuant to the Sections 503 and 507 of the Bankruptcy Code. The Seller's obligation to make such payment shall be made in the amounts, and at the times provided for in this Agreement.

11.5    If the Bankruptcy Court shall enter an order approving the Break-Up Fee, then the Break-Up Fee shall be paid in accordance with the terms and conditions set forth herein and in such order and shall have such status as is specified herein and in such order.

**SECTION 12.    MISCELLANEOUS.**

12.1    Notices.  All notices, requests, demands, or other communications hereunder shall be in writing and shall be either delivered personally, by messenger service, or mailed by United States mail, certified or registered with return receipt requested, with appropriate postage prepaid to the address herein designated or such other address as may be designated in writing by notice given in the manner provided herein and shall be effective upon personal delivery thereof or forty-eight (48) hours following deposit in the United States mail or with a messenger service, whether or not delivery is accepted:

- 14 -

If to the Seller:

>Highway Technologies, Inc.
>6811 Dixie Drive
>Houston, Texas 77087
>Attn.: Mr. Robert Hookstra
>Fax: (713) 845-1830

With a copy to:

>Pachulski Stang Ziehl & Jones LLP
>150 California Street
>Fifteenth Floor
>San Francisco, California 94111-4500
>Attn.: Debra Grassgreen
>       John W. Lucas
>Fax: (415) 263-7010

If to the Purchaser:

>RDP Barricade Company LLC
>304 Spruce St
>Denver, CO 80230
>Attn:  Jordan Scharg
>       Zach Frisch

With a copy to:

>Markus Williams Young & Zimmermann LLC
>1700 Lincoln, Suite 4000
>Denver, Colorado 80203
>Attn:  James T. Markus
>       Donald D. Allen
>Fax:   (303) 830-0809

12.2    _Further Assurances_.  From time to time following the Closing, at the separate expense of Seller and the Purchaser, the Seller and the Purchaser shall, and shall cause their respective affiliates to, execute, acknowledge and deliver all such further conveyances, notices, assumptions, releases and such other instruments, and shall take such further actions, as may be reasonably necessary or appropriate to assure fully to the Purchaser and its respective successors or assigns, all properties, rights, titles, interests, estates, remedies, powers and privileges intended to be conveyed to the Purchaser under this Agreement and to assure fully to the Seller and its affiliates and their successors and assigns, the assumption of the liabilities and obligations intended to be assumed by the Purchaser under this Agreement, and to otherwise make effective the transactions contemplated hereby and thereby.

- 15 –

12.3    Assignability; Binding Effect. This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and permitted assigns; provided that the parties hereto shall not have the right to assign this Agreement to any party without the prior written consent of the other party hereto.

12.4    Construction. Wherever possible, each provision of this Agreement and each related document shall be interpreted in such manner as to be effective and valid under applicable law, but if any provision of this Agreement or any related document shall be prohibited by or invalid under applicable law, such provision shall be ineffective only to the extent of such prohibition or invalidity without invalidating the remainder of such provision or the remaining provisions of this Agreement or such related documents.

12.5    Waiver. No failure on the part of either party to exercise, and no delay in exercising any right or remedy hereunder shall operate as a waiver thereof; nor shall any single or partial exercise of any right or remedy hereunder preclude any other or further exercise thereof or the exercise of any other right or remedy granted hereby or by any related document or by law.

12.6    Severability. In the event any part of this Agreement is found to be void, the remaining provisions of this Agreement shall nevertheless be binding with the same effect as though the void parts were deleted.

12.7    No Third Party Beneficiaries. This Agreement is a contract solely between the parties hereto, and shall be effective only as between the parties hereto, their successors and permitted assignees. No third party beneficiaries (including, without limitation, employees and customers of the Purchaser or the Seller) are intended and none shall be inferred, and no party other than the Purchaser or the Seller and their successors and permitted assignees may assert any right, make any claim, or otherwise attempt to enforce any provision of or under this Agreement.

12.8    Governing Law. This Agreement shall be interpreted, construed, and governed in accordance with the laws of the state of Colorado (without giving effect to the principles of conflicts of laws thereof), except to the extent that the laws of such State are superseded by the Bankruptcy Code or other applicable federal law. For so long as the Seller is subject to the Bankruptcy Court, the parties irrevocably elect, as the sole judicial forum for the adjudication of any matters arising under or in connection with the Agreement, and consent to the exclusive jurisdiction of, the Bankruptcy Court. After the Seller is no longer subject to the jurisdiction of the Bankruptcy Court, the parties irrevocably elect, as the sole judicial forum for the adjudication of any matters arising under or in connection with this Agreement, and consent to the jurisdiction of, the state or federal courts of Colorado.

12.9    Entire Agreement. Except as otherwise specifically provided herein, this Agreement and the schedules and exhibits, constitute the entire agreement among the parties hereto with respect to the subject matters thereof and supersede all prior communications, writings, and other documents with regard thereto. No modification, amendment, or waiver of

- 16 —

any provision hereof shall be binding upon any party hereto unless it is in writing and executed by all of the parties hereto.

12.10  Confidentiality and Non-Disparagement.  The parties hereto, their agents, and assigns agree that they will not make disparaging statements or use any of the information related to any other party furnished in connection with this transaction in a manner or for a purpose detrimental to the other party or otherwise then in connection with this transaction, provided however, that it is expressly understood that this Agreement will be publicly filed with the Bankruptcy Court.

12.11  Captions.  The division of this Agreement into articles, sections, subsections, and Exhibit is for convenience of reference only and shall not affect the interpretation or construction of this Agreement.

12.12  Counterparts.  This Agreement may be executed in two or more counterparts, all of which together shall be deemed one original.

12.13  Termination.  This Agreement may be terminated (i) at any time prior to Closing by mutual written agreement of the Seller and the Purchaser; (ii) by the Purchaser due to a breach of Seller's representations and warranties or covenants, or of any other obligation of the Seller or requirement set forth in this Agreement; (iii) by the Purchaser if the Procedures Order in form satisfactory to the Purchaser is not entered by July 1, 2013; (iv) by the Purchaser if the Sale Order in form satisfactory to the Purchaser is not entered by July 15, 2013 and such failure is not the result of a breach by the Purchaser; (v) by the Purchaser if the Seller has not assumed and assigned to Purchaser all of the Executory Contracts other than those declined by the Purchaser and those which, notwithstanding section 365 of the Bankruptcy Code, are by law not assignable to Purchaser and such failure is not the result of a breach by the Purchaser; (vi) by the Purchaser if the transaction contemplated herein has not closed by the Closing Date and such failure is not the result of a breach by the Purchaser hereunder; or (vii) by the Seller due to a material breach of the Purchaser's representations and warranties or covenants set forth in this Agreement.

12.14  Broker Fees.  Each party shall be responsible for and indemnify the other parties hereto for any broker or finder fees incurred by such party.

12.15  Final Administration of Chapter 11 Case.  In order to facilitate Seller's efforts to administer and close the Chapter 11 Case, Purchaser shall, for a period of one (1) year following the Closing, maintain and permit Seller and its agents and other professionals employed in the Chapter 11 Case to have at Seller's cost a reasonable number of copies of the books and records existing as of the Closing Date for the purposes of the continuing administration of the Chapter 11 Case (including the preparation of filings in the Chapter 11 Case, the allowance or disallowance of any claims, the pursuit of any avoidance actions, and the preparation of final tax returns), which copies Purchaser shall deliver to such person upon reasonable advance notice.

12.16  <u>Survival</u>.  The respective representations and warranties of Purchaser and Seller under this Agreement shall lapse and cease to be of any further force or effect effective upon the Closing.

- 18 –

**IN WITNESS WHEREOF**, the parties have executed this Agreement as of the date first above written.

**SELLER:**

HIGHWAY TECHNOLOGIES, INC.

By: _____

Its: _Interim President_____


**PURCHASER:**

RDP Barricade Company, LLC

By: _____

Its: _____

- 19 -

**IN WITNESS WHEREOF**, the parties have executed this Agreement as of the date first above written.

**SELLER**:

HIGHWAY TECHNOLOGIES, INC.

By: _____

   Its: _____

,  **PURCHASER**:

RDP Barricade Company, LLC

By: _____

   Its: _Manager_____

**Schedule 1.1**

**Highway Technologies, Inc.**
**RDP Barricade Company, LLC**
## Serialized Equipment List

| Description | | Make | Model | Model Year | Owned or Leased |
|---|---|---|---|---|---|
| ARROW BOARD SOLAR | * | WANCO | WTSP100-LSAC75 | 2002 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 2001 | Owned |
| ARROW BOARD SOLAR | * | WANCO | WTSP110-LSAC | 1999 | Owned |
| ATTENUATOR 21' TRACC TL-3 | | TRACC | TL-3 | 2006 | Owned |
| ATTENUATOR 21' TRACC TL-3 | | TRINITY | TRACC TL-3 | 2005 | Owned |
| ATTENUATOR 21' TRACC TL-3 | | TRINITY | TRACC TL-3 | 2005 | Owned |
| ATTENUATOR TRUCK MOUNTED (TMA) | | ENERGY ABS | TMA8290CLC | 2005 | Owned |
| ATTENUATOR TRUCK MOUNTED (TMA) | | TRAFFIX | TL3-12C | 2007 | Owned |
| ATTENUATOR TRUCK MOUNTED (TMA) | | TRAFFIX | 10000-TL3-12C | 2007 | Owned |
| ATTENUATOR TRUCK MOUNTED (TMA) | | TRAFFIX | 10000-TL3-12C | 2007 | Owned |
| ATTENUATOR TRUCK MOUNTED (TMA) | | TRAFFIX | 10000-TL3-12C | 2007 | Owned |
| ATTENUATOR TRUCK MOUNTED (TMA) | | TRAFFIX | TL3-12C | 2007 | Owned |
| AUTOMOBILE CONTRACT EQUIP | | FORD | CROWN VIC | 1999 | Owned |
| AUTOMOBILE CONTRACT EQUIP | | FORD | CROWN VIC | 1998 | Owned |
| BARRIER WALL LIFTING DEVICE (BW) | | KENCO | KL9000 | 2011 | Owned |
| BARRIER WALL LIFTING DEVICE (BW) | | KENCO | KL9000 | 2011 | Owned |
| BARRIER WALL LIFTING DEVICE (BW) | | KENCO | KL9000 | 2011 | Owned |
| BARRIER WALL LIFTING DEVICE (BW) | | KENCO ENG. | KL 9000 | 2006 | Owned |
| BARRIER WALL LIFTING DEVICE (BW) | | KENCO ENG. | 850 | 2001 | Owned |
| BARRIER WALL LIFTING DEVICE (BW) | | KENCO ENG. | 850 | 2001 | Owned |
| COMPRESSOR CONTRACT-EQUIPMENT | | INGER RAND | 800 | 1998 | Owned |

**Highway Technologies, Inc.**
**RDP Barricade Company, LLC**
Serialized Equipment List

| Description | Make | Model | Model Year | Owned or Leased |
|---|---|---|---|---|
| COMPRESSOR CONTRACT-EQUIPMENT | INGRSL-RND | 185 | 1998 | Owned |
| CONCRETE CONTRACT-EQUIPMENT | MULTI QUIP | 1/3 YARD | 1999 | Owned |
| FORKLIFT CONTRACT EQUIPMENT | CAT | 30-8K B-80 | 1997 | Owned |
| FORKLIFT CONTRACT EQUIPMENT | NISSAN | P50 | 2002 | Owned |
| FORKLIFT CONTRACT EQUIPMENT | YALE | GP120MJ | 2006 | Owned |
| FORKLIFT CONTRACT EQUIPMENT | YALE | GP120MJ | 2006 | Owned |
| FORKLIFT CONTRACT EQUIPMENT | NISSAN | 4000 | 1996 | Owned |
| FORKLIFT CONTRACT EQUIPMENT | CAT | 9000 | 2002 | Owned |
| FORKLIFT CONTRACT EQUIPMENT | CAT | 9000 | 1995 | Owned |
| GENERATOR 5.5 - 5.9KW    * | WACKER | GP6600A | 2010 | Owned |
| GENERATOR 5.5 - 5.9KW    * | WACKER | GP6600A | 2010 | Owned |
| GROOVER GRN-SAW CONTRACT-EQUIPMENT | DYNATECH | CC8072-14 | 2002 | Owned |
| GROOVER GRN-SAW CONTRACT-EQUIPMENT | DYTEC | FH8000DCVT | 2008 | Owned |
| HAND LINER PAINT CONTRACT EQUIP | GRACO | LINE LASER | 1995 | Owned |
| HAND LINER PAINT CONTRACT EQUIP | GRACO | AIRLESS | 1999 | Owned |
| HAND LINER PAINT CONTRACT EQUIP | GRACO | LINE LASER | 2002 | Owned |
| HAND LINER PAINT CONTRACT EQUIP | GRACO | D05A | 2005 | Owned |
| LIGHT TOWER TOWABLE SM    *(LITE) | GENIE | TML-4000N | 2004 | Owned |
| LIGHT TOWER TOWABLE SM    *(LITE) | MAGNUM | 3060MMH | 2005 | Owned |
| LIGHT TOWER TOWABLE SM    *(LITE) | MAGNUM | MLT4060 | 2003 | Owned |
| LIGHT TOWER TOWABLE SM    *(LITE) | MAGNUM | 4061MH | 2002 | Owned |
| LIGHT TOWER TOWABLE SM    *(LITE) | MAGNUM | MLT4060 | 2002 | Owned |
| LIGHT TOWER TOWABLE SM    *(LITE) | MAGNUM | 4060IMH | 2002 | Owned |
| LIGHT TOWER TOWABLE SM    *(LITE) | MAGNUM | MH-E | 2002 | Owned |
| LIGHT TOWER TOWABLE SM    *(LITE) | WANCO | WSLCR5-4MH | 2002 | Owned |
| LIGHT TOWER TOWABLE SM    *(LITE) | WANCO | WSLCR5-4MH | 2002 | Owned |
| LIGHT TOWER TOWABLE SM    *(LITE) | WANCO | WTL-4MH | 2000 | Owned |
| LIGHT TOWER TOWABLE SM    *(LITE) | WANCO | WTL-4MH | 2000 | Owned |
| LIGHT TOWER TOWABLE SM    *(LITE) | WANCO | WTLH-4MH | 2000 | Owned |
| LIGHT TOWER TOWABLE SM    *(LITE) | WANCO | WTL-4MH | 2000 | Owned |
| LIGHT TOWER TOWABLE SM    *(LITE) | ALLMAND BR | NLOPKFWMXZ | 2000 | Owned |
| LIGHT TOWER TOWABLE SM    *(LITE) | ALLMAND BR | NIGHT LIGHT | 2000 | Owned |
| LIGHT TOWER TOWABLE SM    *(LITE) | ALLMAND BR | NLOPKFWMXZ | 2000 | Owned |
| LIGHT TOWER TOWABLE SM    *(LITE) | ALLMAND BR | NLOPKFWMXZ | 2000 | Owned |
| MACHINERY NON-RENTAL | DELTA | A5816 | 2002 | Owned |
| MACHINERY NON-RENTAL | GRAINGER | SPILLDECK | 1997 | Owned |
| MACHINERY NON-RENTAL | MOHAWK | TP15 | 1997 | Owned |
| MACHINERY NON-RENTAL | NAPA | 1000 | 1996 | Owned |
| MACHINERY NON-RENTAL | NAPA | PAC | 1998 | Owned |
| MACHINERY NON-RENTAL | PIRANHA | P70 | 1998 | Owned |
| MACHINERY NON-RENTAL | STOKVIS | HAND LIFT | 1980's | Owned |
| MACHINERY NON-RENTAL | GORBEL | OVERHEAD | 1993 | Owned |
| MACHINERY NON-RENTAL | GORBEL | 2TON | 1998 | Owned |

**Highway Technologies, Inc.**
**RDP Barricade Company, LLC**
## Serialized Equipment List

| Description | | Make | Model | Model Year | Owned or Leased |
|---|---|---|---|---|---|
| MACHINERY NON-RENTAL | | STRONG | 25THP | UNK | Owned |
| MACHINERY NON-RENTAL | | LIFT-N | DUMP HOPPER | 2000 | Owned |
| MACHINERY NON-RENTAL | | CYCLONE | SHAKER | 1995 | Owned |
| MACHINERY NON-RENTAL | | GRAINGER | 16' | 2000 | Owned |
| MACHINERY NON-RENTAL | | KD | 10 STEP | 2001 | Owned |
| MACHINERY NON-RENTAL | | STEEL | LADDER | 1991 | Owned |
| MACHINERY NON-RENTAL | | GRAY | HAND LIFT | 1998 | Owned |
| MACHINERY NON-RENTAL | | RED | HAND LIFT | 1999 | Owned |
| MACHINERY NON-RENTAL | | HUCK | HUCK INST TOOL | 2001 | Owned |
| MACHINERY NON-RENTAL | | SNAP-ON | AC RECYCLE MACH | 1997 | Owned |
| MACHINERY NON-RENTAL | | NAPA | TIRE BALANCER | 1998 | Owned |
| MACHINERY NON-RENTAL | | SNAP-ON | MULTIPLER | 1990 | Owned |
| MACHINERY NON-RENTAL | | RECLAIMER | PANEL | 1990 | Owned |
| MACHINERY NON-RENTAL | | NAPA | NFLRJ | 1992 | Owned |
| MACHINERY NON-RENTAL | | HENNESSY | 5065AX | 2005 | Owned |
| MACHINERY NON-RENTAL | | MODIS | 5.4 MODIS ELITE | 2006 | Owned |
| MACHINERY NON-RENTAL | | DOALL | C916M | 2006 | Owned |
| MACHINERY NON-RENTAL | | ROPER WHIT | RADIUS MASTER 9 | 2007 | Owned |
| MAJOR REPAIR ON ARI-03209 | | 0 | 0 | 0 | Owned |
| MESSAGE BOARD SOLAR | | WANCO | WTLMB | 2010 | Owned |
| MESSAGE BOARD SOLAR | | WANCO | WTLMB | 2010 | Owned |
| MESSAGE BOARD SOLAR | * | PRECISION | VMBS 2-1000 | 2000 | Owned |
| MESSAGE BOARD SOLAR | * | PRECISION | SMC11-1000 | 2000 | Owned |
| MESSAGE BOARD SOLAR | * | PRECISION | SMC11-1000 | 2000 | Owned |
| MESSAGE BOARD SOLAR | * | PRECISION | SMC11-1000 | 2000 | Owned |
| MESSAGE BOARD SOLAR | * | PRECISION | VMBS 2-1000 | 2000 | Owned |
| MESSAGE BOARD SOLAR | * | WANCO | VMBS 2-1000 | 2000 | Owned |
| MESSAGE BOARD SOLAR | * | WANCO | VMBS 2-1000 | 2000 | Owned |
| MESSAGE BOARD SOLAR | * | PRECISION | WTLMB-2-LLM | 2000 | Owned |
| MESSAGE BOARD SOLAR | * | PRECISION | VMBS 2-1000 | 2001 | Owned |
| MESSAGE BOARD SOLAR | * | WANCO | VMBS 2-1000 | 2001 | Owned |
| MESSAGE BOARD SOLAR | * | WANCO | VMBS 2-1000 | 2001 | Owned |
| MESSAGE BOARD SOLAR | * | WANCO | VMBS 2-1000 | 2001 | Owned |
| MESSAGE BOARD SOLAR | * | PRECISION | VMBS 2-1000 | 2001 | Owned |
| MESSAGE BOARD SOLAR W/COMMUNICATION | | WANCO | WTMMB-SLL (A)M | 2011 | Owned |
| MESSAGE BOARD SOLAR W/COMMUNICATION | | WANCO | WTMMB-SLL (A)M | 2011 | Owned |
| MESSAGE BOARD SOLAR W/COMMUNICATION | | WANCO | WTMMB-SLL (A)M | 2011 | Owned |
| MESSAGE BOARD SOLAR W/COMMUNICATION | | WANCO | WTMMB-SLL (A)M | 2011 | Owned |
| Phone System-Denver | | 0 | 0 | 0 | Owned |
| PRESSURE WASHER CONTRACT-EQUIPMENT | | LANDA | LPW | 1990 | Owned |
| PRESSURE WASHER CONTRACT-EQUIPMENT | | OWN BUILD | CB1 | 1995 | Owned |
| SANDBLASTER CONTRACT EQUIP | | DAVEYS | 600 | 1990 | Owned |
| SKIDLOADER CONTRACT EQUIP | | JOHN DEERE | CT322 | 2006 | Owned |

**Highway Technologies, Inc.**
**RDP Barricade Company, LLC**
Serialized Equipment List

| Description | Make | Model | Model Year | Owned or Leased |
|---|---|---|---|---|
| SM GRINDER/LINE RMVL (HAND) CONTRACT EQP | SMITH MFG | SPS8 | 1993 | Owned |
| SM GRINDER/LINE RMVL (HAND) CONTRACT EQP | SMITH MFG | LNX8 | 1993 | Owned |
| SM GRINDER/LINE RMVL (HAND) CONTRACT EQP | SMITH MFG | LNX8 | 1993 | Owned |
| SM GRINDER/LINE RMVL (HAND) CONTRACT EQP | SMITH MFG | SPS10 | 2004 | Owned |
| SM GRINDER/LINE RMVL (HAND) CONTRACT EQP | SMITH MFG | LNX8D | 2005 | Owned |
| SM GRINDER/LINE RMVL (HAND) CONTRACT EQP | SMITH MFG | LNX8D | 2005 | Owned |
| SM GRINDER/LINE RMVL (HAND) CONTRACT EQP | SMITH MFG | SPS10 | 2005 | Owned |
| SM GRINDER/LINE RMVL (HAND) CONTRACT EQP | SMITH MFG | SPS10 | 2005 | Owned |
| SM GRINDER/LINE RMVL (HAND) CONTRACT EQP | SMITH MFG | SPS10 | 2006 | Owned |
| SM GRINDER/LINE RMVL (HAND) CONTRACT EQP | SMITH MFG | SPS10.D | 2010 | Owned |
| SM GRINDER/LINE RMVL(HAND) CONTRACT EQP | SMITH MFG | SPS10.D | 2010 | Owned |
| STRIPER PAINT PORTABLE CONTRACT EQUIP | GRACO | AIRLESS | 2000 | Owned |
| TOOL (CONTRACT) | DYNATECH | HEAD | 2002 | Owned |
| TOOL (CONTRACT) | STANLEY | POGO | 1990 | Owned |
| TOOL (CONTRACT) | TRAFFIX | 2100 | 1999 | Owned |
| TOOL (CONTRACT) | SPR BEAM | ASB | 1995 | Owned |
| TOOL (CONTRACT) | NAPA | AIR | 1995 | Owned |
| TOOL (CONTRACT) | NIAGARA | SPARTAN | 1993 | Owned |
| TOOL (CONTRACT) | GERBER | EDGE 2-110 | 2000 | Owned |
| TOOL (CONTRACT) | GERBER | ENVISION 375 | 2000 | Owned |
| TOOL CONCRETE (HAND) CONTRACT-EQUIPMEN | NORTON | NORTON | 2003 | Owned |
| TOOL CONCRETE (HAND) CONTRACT-EQUIPMEN | PIONJAR | 9232960440 | 1996 | Owned |
| TOOL CONCRETE (HAND) CONTRACT-EQUIPMEN | PIONJAR | 9232960440 | 1990 | Owned |
| TOOL CONCRETE (HAND) CONTRACT-EQUIPMEN | PIONJAR | 9232960440 | 2000 | Owned |
| TOOL CONCRETE (HAND) CONTRACT-EQUIPMEN | PIONJAR | 9232960440 | 2000 | Owned |
| TOOL CONCRETE (HAND) CONTRACT-EQUIPMEN | PIONJAR | 9223160440 | 1994 | Owned |
| TOOL CONCRETE (HAND) CONTRACT-EQUIPMEN | RHINO | PD50 | 1985 | Owned |
| TOOL CONCRETE (HAND) CONTRACT-EQUIPMEN | HILTI | DX A41 | 1997 | Owned |
| TOOL ELEC (HAND) CONTRACT-EQUIPMENT | SB PWRTOOL | MIWK | 1998 | Owned |
| TOOL ELEC (HAND) CONTRACT-EQUIPMENT | SB PWRTOOL | 1/2" | 1995 | Owned |
| TRAFFIC SIGNAL PORTABLE (EACH) | HORIZON | SQ5 | 2000 | Owned |
| TRAFFIC SIGNAL PORTABLE (EACH) | HORIZON | SQ5 | 2000 | Owned |
| TRAILER < OR = 20' CONTRACT EQUIP | DRESSEN | TRAILER | 1998 | Owned |
| TRAILER < OR = 20' CONTRACT EQUIP | BIG TEX | 16FT | 1999 | Owned |
| TRAILER < OR = 20' CONTRACT EQUIP | BIG TEX | 12LX | 2005 | Owned |
| TRAILER < OR = 20' CONTRACT EQUIP | CB | TRAILER | 2002 | Owned |
| TRAILER < OR = 20' CONTRACT EQUIP | SUPERIOR | TRL2PT6M-T | 1998 | Owned |
| TRAILER > 20' CONTRACT-EQUIP | TRAILER | TRL | 2000 | Owned |
| TRAILER > 20' CONTRACT-EQUIP | TRAILER | TRL | 2000 | Owned |
| TRAILER > 20' CONTRACT-EQUIP | TRAIL-KING | TRAILER | 1999 | Owned |
| TRAILER > 20' CONTRACT-EQUIP | TRAIL-KING | TRAILER | 1997 | Owned |
| TRAILER TOWABLE SPEED AWARENESS | AM-SIG | CMS-S131 DIG100 | 2003 | Owned |
| TRAILER TOWABLE SPEED AWARENESS | AM-SIG | CMS-S131 DIG100 | 2000 | Owned |

Highway Technologies, Inc.
RDP Barricade Company, LLC
## Serialized Equipment List

| Description | Make | Model | Model Year | Owned or Leased |
|---|---|---|---|---|
| TRUCK AUGER/BUCKET   CONTRACT-EQUIPMEN | INTERNAT'L | 4700ET | 1999 | Owned |
| TRUCK AUGER/BUCKET   CONTRACT-EQUIPMEN | KENWORTH | T300 | 2001 | Owned |
| TRUCK BED CONTRACT EQUIP | FRONTIER | UTILTY | 2003 | Owned |
| TRUCK BED CONTRACT EQUIP | FRONTIER | FLAT | 2003 | Owned |
| TRUCK BED CONTRACT EQUIP | FRONTIER | PVMX-163C | 2005 | Owned |
| TRUCK BED CONTRACT EQUIP | FRONTIER | PVMX-123C | 2005 | Owned |
| TRUCK BED CONTRACT EQUIP | FRONTIER | 944384-2005S | 2005 | Owned |
| TRUCK CHASSIS 1-2TON CONTRACT-EQUIPMENT | FORD | F450 XL RC DRW | 1999 | Owned |
| TRUCK CHASSIS 1-2TON CONTRACT-EQUIPMENT | FORD | F450 XL RC DRW | 2005 | Owned |
| TRUCK CHASSIS 1-2TON CONTRACT-EQUIPMENT | FORD | F450 XL RC DRW | 2005 | Owned |
| TRUCK CHASSIS 1-2TON CONTRACT-EQUIPMENT | FORD | F450 XL RC DRW | 2005 | Owned |
| TRUCK CHASSIS 1-2TON CONTRACT-EQUIPMENT | FORD | F450 XL RC DRW | 2005 | Owned |
| TRUCK CHASSIS 1-2TON CONTRACT-EQUIPMENT | FORD | F450 XL RC DRW | 2005 | Owned |
| TRUCK CHASSIS 1-2TON CONTRACT-EQUIPMENT | FORD | F450 XL RC DRW | 2005 | Owned |
| TRUCK CHASSIS 1-2TON CONTRACT-EQUIPMENT | FORD | F450 XL RC DRW | 2005 | Owned |
| TRUCK CHASSIS 1-2TON CONTRACT-EQUIPMENT | FORD | F450 XL RC DRW | 2005 | Owned |
| TRUCK CHASSIS 1-2TON CONTRACT-EQUIPMENT | FORD | F450 XL RC DRW | 2005 | Owned |
| TRUCK CHASSIS 1-2TON CONTRACT-EQUIPMENT | FORD | F450 XL RC DRW | 2005 | Owned |
| TRUCK CHASSIS 1-2TON CONTRACT-EQUIPMENT | FORD | F450 XL RC DRW | 2005 | Owned |
| TRUCK CRANE        CONTRACT-EQUIPMENT | FORD | L9000 | 1994 | Owned |
| TRUCK EPOXY        CONTRACT-EQUIPMENT | GMC | T8500 | 2006 | Owned |
| TRUCK LINE REMOVAL   CONTRACT-EQUIPMENT | FORD | CFT 8000 | 1994 | Owned |
| TRUCK LINE REMOVAL   CONTRACT-EQUIPMENT | GMC | W5500 | 2004 | Owned |
| TRUCK PAINT STRIPER  CONTRACT EQUIPMENT | NISSAN | DIESEL | 1993 | Owned |
| TRUCK PAINT STRIPER  CONTRACT EQUIPMENT | GMC | T8500 | 2006 | Owned |
| TRUCK PORT STRIPER   CONTRACT-EQUIPMENT | GMC | W4000 | 1992 | Owned |
| TRUCK SEMI TRACTOR   CONTRACT-EQUIPMENT | FREIGHTLNR | FL120 | 1999 | Owned |
| TRUCK SEMI TRACTOR   CONTRACT-EQUIPMENT | FREIGHTLNR | TRACTOR | 1997 | Owned |
| TRUCK SEMI TRACTOR   CONTRACT-EQUIPMENT | FREIGHTLNR | TRACTOR | 1993 | Owned |
| TRUCK WATER BLASTER  CONTRACT-EQUIPMEN | GMC | T7500 | 2001 | Owned |
| WATER TANK CONTRACT EQUIP | NLB | WATER TANK | 1996 | Owned |
| WELDER CONTRACT EQUIP | DIAL ARC | 250 | 1985 | Owned |
| WELDER CONTRACT EQUIP | HOLBULT | CHAMP16 | 1995 | Owned |
| WELDER CONTRACT EQUIP | MILLER | MILLERMATIC 251 | 2006 | Owned |

**Schedule 1.2**

| Bulk Rental Equipment Listing | | | |
| --- | --- | --- | --- |
| | | | |
| | | | |
| **Major Category** | **Desc** | **Qty** | **Uom** |
| Attenuator Barrels | ATTEN BARREL, TRAFX 1400# W/ LID | 31 | EA |
| Attenuator Barrels | ATTEN BARREL, TRAFX 200/400/700 W/ | 66 | EA |
| Attenuator Barrels | ATTEN BARREL, TRAFX 2100# W/ LID | 10 | EA |
| Barricade, T2 | BARRICADE T2 24X8 DG (BCADE) | 64 | EA |
| Barricade, T3 | BARRICADE T3 96X8 SEG BS (BCADE) | 322 | EA |
| Barricade, T1 | BCADE PANEL, 36X10 DG BS (BCADE) | 1,429 | EA |
| Barrier Wall | BARRIER WALL 12' (LENGTH) CONCRETE | 96 | LF |
| Barrier Wall | BARRIER WALL 48" PLAS WATER FILL(B | 9 | LF |
| Barrier Wall | BARRIER WALL 96" PLAS WATER FILL ( | 436 | LF |
| Barrier Wall | BARRIER WALL T4 CONCRETE (PER FOOT | 4,780 | LF |
| Barrier Wall | BARRIER WALL T7 CONCRETE (PER FOOT | 18,391 | LF |
| Bike Racks | RACK, BIKE | 10 | EA |
| Channelizers | CHANNELIZER TUBE BASE, 10-20# RUBB | 3,255 | EA |
| Channelizers | CHANNELIZER TUBE, 42" W/2-4" HI (C | 2,594 | EA |
| Cones | TRAFFIC CONE, 18" NR STANDARD (TC) | 259 | EA |
| Cones | TRAFFIC CONE, 28" HI STANDARD (TC) | 63 | EA |
| Cones | TRAFFIC CONE, 36" HI STANDARD (TC) | 5,285 | EA |
| Crowd Control | BARRIER, (FOOT) PEDESTRIAN/CROWD G | 9,101 | LF |
| Crowd Control | BARRIER, (FOOT) PEDESTRIAN/CROWD G | 940 | LF |
| Delineators | VP BASE, 21-50# RUBBER | 1,461 | EA |
| Delineators | VP, 8X24 DG BS | 558 | EA |
| Drums | TC BARREL BASE, 40# RUBBER | 1,398 | EA |
| Drums | TC BARREL, 4" HI (TRAFFIC CONTROL) | 1,294 | EA |
| Fence | FENCE, CHAINLINK 48"(H) GALV | 756 | LF |
| Fence | FENCE, CHAINLINK 72"(H) GALV | 19,011 | LF |
| Fence | FENCE, SAFETY AND/OR SNOW (PER FT) | 1,450 | LF |
| Lights | LIGHT AIRPORT FLASH (A/P) | 561 | EA |
| Lights | LIGHT STAND A/P TYPE (AIRPORT) | 91 | EA |
| Lights | LIGHT WARNING TY-A FLASH (FLSH)(BC | 1,761 | EA |
| Lights | LIGHT WARNING TY-C STEADY (SB)(BCA | 116 | EA |
| Sign Stands | BARRIER WALL LIGHT MOUNT (BW) | 90 | EA |
| Sign Stands | BARRIER WALL SIGN BRACKET/STAND (B | 13 | EA |
| Sign Stands | SIGN STAND, A-FRAME | 41 | EA |
| Sign Stands | SIGN STAND, DURASTEM PLASTIC/METAL | 1,496 | EA |
| Sign Stands | SIGN STAND, HI-RISE | 366 | EA |
| Sign Stands | SIGN STAND, LO-RISE | 1,097 | EA |
| Sign Stands | SIGN STAND, PORTABLE W/O SPRING | 1,595 | EA |
| Signs | CUSTOM 36X10 DG FORM 3 LANES | 19 | EA |
| Signs | CUSTOM 48X30 DG TRAIL CLOSED | 11 | EA |
| Signs | G20-2 48X24 DG END ROAD WORK | 33 | EA |
| Signs | G20-2 60X24 DG END ROAD WORK | 14 | EA |
| Signs | G20-9 36X12 DG WORK ZONE | 33 | EA |
| Signs | G70-1A 30X30 DG USE BOTH LANES | 22 | EA |
| Signs | M1-1 24X24 DG INTERSTATE SHIELD | 83 | EA |

| Bulk Rental Equipment Listing | | | |
|---|---|---|---|
| Signs | M1-5 24X24 DG STATE ROUTE MARKER | 22 | EA |
| Signs | M3-1INT 24X12 DG NORTH DIRECTIONAL | 45 | EA |
| Signs | M3-2INT 24X12 DG EAST DIRECTIONAL | 39 | EA |
| Signs | M3-3INT 24X12 DG SOUTH DIRECTIONAL | 57 | EA |
| Signs | M3-4INT 24X12 DG WEST DIRECTIONAL | 22 | EA |
| Signs | M4-10D 48X18 DG DBL DETOUR ENCL AR | 7 | EA |
| Signs | M4-10L 48X18 DG LEFT DETOUR ENCL A | 37 | EA |
| Signs | M4-10R 48X18 DG RIGHT DETOUR ENCL | 17 | EA |
| Signs | M4-5INT 24X12 DG TO (AUXILLARY) | 27 | EA |
| Signs | M4-9 30X24 DG DETOUR W/___ ARROW | 24 | EA |
| Signs | M4-9CCD 30X24 DG BIKE/PED DETOUR _ | 26 | EA |
| Signs | M4-9D 36X10 DG DETOUR W/DOUBLE ARR | 3 | EA |
| Signs | M4-9L 36X10 DG DETOUR W/LEFT ARROW | 14 | EA |
| Signs | M4-9R 36X10 DG DETOUR W/RIGHT ARRO | 17 | EA |
| Signs | M4-9S 30X24 DG DETOUR W/UP ARROW ( | 2 | EA |
| Signs | M5-1L 21X15 DG 90DEG LEFT ADVANCE | 13 | EA |
| Signs | M5-1R 21X15 DG 90DEG RIGHT ADVANCE | 11 | EA |
| Signs | M6-1INT 21X15 DG DIRECTIONAL ARROW | 42 | EA |
| Signs | M6-3INT 21X15 DG STRAIGHT DIRECTIO | 23 | EA |
| Signs | MOB-OP 48X48 DG MOBILE OPERATION | 7 | EA |
| Signs | R10-6 24X30 DG STOP HERE ON RED W/ | 7 | EA |
| Signs | R1-1 30" DG STOP | 51 | EA |
| Signs | R11-2 48X30 DG ROAD CLOSED | 141 | EA |
| Signs | R11-2A 36X10 DG ALLEY CLOSED | 6 | EA |
| Signs | R11-2B 48X30 DG BRIDGE CLOSED | 5 | EA |
| Signs | R11-4 60X30 DG ROAD CLOSED TO THRU | 70 | EA |
| Signs | R11-4A 36X10 DG STREET CLOSED TO T | 18 | EA |
| Signs | R1-1A 18" EG STOP/SLOW PADDLE | 12 | EA |
| Signs | R1-2 30XTRI DG YIELD | 9 | EA |
| Signs | R20-5D 48X60 DG BEGIN SPEEDING FIN | 32 | EA |
| Signs | R2-1 24X30 DG SPEED LIMIT ___ | 24 | EA |
| Signs | R2-1 36X48 DG SPEED LIMIT ___ | 56 | EA |
| Signs | R2-1 48X60 DG SPEED LIMIT ___ | 60 | EA |
| Signs | R2-5A 24X30 DG REDUCED SPEED AHEAD | 3 | EA |
| Signs | R2-5A 48X60 DG REDUCED SPEED AHEAD | 10 | EA |
| Signs | R2-6E 48X60 DG END DOUBLE FINES | 34 | EA |
| Signs | R2-X7 48X48 DG THANK YOU | 27 | EA |
| Signs | R3-1 24X24 DG NO RIGHT TURN SYMBOL | 45 | EA |
| Signs | R3-16PC 48X30 DG BIKE PATH CLOSED | 2 | EA |
| Signs | R3-2 24X24 DG NO LEFT TURN SYMBOL | 66 | EA |
| Signs | R3-3 18X24 DG NO TURNS | 47 | EA |
| Signs | R3-4 24X24 DG NO U-TURN (SYM) | 6 | EA |
| Signs | R3-5LA 18X24 DG LEFT TURN ONLY (LE | 9 | EA |
| Signs | R3-5RA 18X24 DG RIGHT TURN ONLY (L | 20 | EA |
| Signs | R3-7L 30X30 DG LEFT LANE MUST TURN | 24 | EA |
| Signs | R3-7R 30X30 DG RIGHT LANE MUST TUR | 70 | EA |
| Signs | R4-1 48X60 DG DO NOT PASS | 12 | EA |

| Bulk Rental Equipment Listing | | | |
|---|---|---|---|
| Signs | R4-2 24X30 DG PASS WITH CARE | 9 | EA |
| Signs | R4-7 24X30 DG KEEP RIGHT (SYM) | 44 | EA |
| Signs | R4-7A 18X24 DG KEEP RIGHT W/ HORIZ | 10 | EA |
| Signs | R4-8 18X24 DG KEEP LEFT (SYM) | 32 | EA |
| Signs | R4-9 36X48 DG STAY IN LANE | 2 | EA |
| Signs | R5-1 36X36 DG DO NOT ENTER SYMBOL | 44 | EA |
| Signs | R5-1A 30X18 DG WRONG WAY | 20 | EA |
| Signs | R5-2 18X24 DG NO TRUCKS (SYM) | 4 | EA |
| Signs | R52-6A 36X48 DG BEGIN FINES DOUBLE | 18 | EA |
| Signs | R52-6B 36X48 DG END FINES DOUBLE I | 12 | EA |
| Signs | R5-8 48X30 DG SIDE WALK CLOSED | 10 | EA |
| Signs | R6-2L 36X10 DG ONE WAY W/LEFT HORI | 46 | EA |
| Signs | R6-2R 36X10 DG ONE WAY W/RIGHT HOR | 27 | EA |
| Signs | R7-1 12X18 EG NO PARKING ANYTIME | 1,223 | EA |
| Signs | R7-128 12X18 EG HCAP (SYM) PARKING | 119 | EA |
| Signs | R8-5A 12X18 EG NO STOPPING ANYTIME | 48 | EA |
| Signs | R9-11X 36X48 DG SIDEWALK CLOS PED | 107 | EA |
| Signs | R9-3A 24X24 DG NO PEDS CROSSING SY | 8 | EA |
| Signs | R9-9 36X10 DG SIDEWALK CLOSED | 100 | EA |
| Signs | SE-4 36X36 DG EVENT IN PROGRESS | 3 | EA |
| Signs | SIGN, VARIABLE LEGEND DG <10SF | 683 | EA |
| Signs | SIGN, VARIABLE LEGEND DG >16SF | 3 | EA |
| Signs | SIGN, VARIABLE LEGEND DG 10-16SF | 136 | EA |
| Signs | W1-2L 48X48 DG LEFT CURVE ARROW | 3 | EA |
| Signs | W13-1 24X24 DG ADVISORY SPEED | 60 | EA |
| Signs | W13-2 48X60 DG EXIT ___ MPH | 13 | EA |
| Signs | W1-3DR 48X48 DG DBL RIGHT REVERSE | 1 | EA |
| Signs | W1-3L 48X48 DG REVERSE TURN LEFT | 5 | EA |
| Signs | W1-3R 48X48 DG REVERSE TURN RIGHT | 4 | EA |
| Signs | W1-4DL 48X48 DG DOUBLE LEFT REVERS | 8 | EA |
| Signs | W1-4DR 48X48 DG DOUBLE RIGHT REVER | 4 | EA |
| Signs | W1-4L 48X48 DG LEFT REVERSE CURVE | 21 | EA |
| Signs | W1-4R 48X48 DG RIGHT REVERSE CURVE | 27 | EA |
| Signs | W1-4T 48X48 DG TRIPLE REVERSE CURV | 3 | EA |
| Signs | W1-8 24X30 DG CHEVRON | 34 | EA |
| Signs | W1-8 36X48 DG CHEVRON | 3 | EA |
| Signs | W20-1A 36X36 DG ROAD WORK AHEAD | 22 | EA |
| Signs | W20-1A 48X48 DG ROAD WORK AHEAD | 362 | EA |
| Signs | W20-2A 36X36 DG DETOUR AHEAD | 14 | EA |
| Signs | W20-2A 48X48 DG DETOUR AHEAD | 64 | EA |
| Signs | W20-3A 36X36 DG ROAD CLOSED AHEAD | 5 | EA |
| Signs | W20-3A 48X48 DG ROAD CLOSED AHEAD | 66 | EA |
| Signs | W20-4AH 48X48 DG ONE LANE ROAD AHE | 49 | EA |
| Signs | W20-52A 48X48 DG GROOVED PAVEMENT | 12 | EA |
| Signs | W20-5XX 36X36 DG ___ LANE CLOSED _ | 3 | EA |
| Signs | W20-5XX 48X48 DG ___ LANE CLOSED _ | 164 | EA |
| Signs | W20-7A 48X48 DG FLAGGER SYMBOL | 86 | EA |

| Bulk Rental Equipment Listing | | | |
|---|---|---|---|
| Signs | W21-17 36X24 DG FINES DOUBLED | 96 | EA |
| Signs | W21-1A 48X48 DG WORKERS SYMBOL | 14 | EA |
| Signs | W21-1C 36X10 DG MEN WORKING (LEGEN | 3 | EA |
| Signs | W21-1C 36X36 EG MEN WORKING (LEGEN | 12 | EA |
| Signs | W21-2 36X10 DG FRESH OIL/TAR | 35 | EA |
| Signs | W21-5 48X48 DG SHOULDER WORK | 74 | EA |
| Signs | W21-5CA 48X48 DG SHOULDER CLOSED A | 23 | EA |
| Signs | W21-6 48X48 DG SURVEY CREW | 10 | EA |
| Signs | W21-7 36X36 DG UTILITY WORK AHEAD | 4 | EA |
| Signs | W21-7 48X48 DG UTILITY WORK AHEAD | 16 | EA |
| Signs | W22-2 48X48 DG TURN OFF 2-WAY RADI | 5 | EA |
| Signs | W22-3 42X36 DG END BLASTING ZONE | 3 | EA |
| Signs | W3-1 48X48 DG STOP AHEAD SYMBOL | 8 | EA |
| Signs | W3-2 48X48 DG YIELD AHEAD (SYMBOL) | 10 | EA |
| Signs | W3-3 48X48 DG SIGNAL AHEAD SYMBOL | 1 | EA |
| Signs | W3-4 36X36 DG BE PREPARED TO STOP | 10 | EA |
| Signs | W3-4 48X48 DG BE PREPARED TO STOP | 27 | EA |
| Signs | W4-1 48X48 DG MERGE (SYM) | 8 | EA |
| Signs | W4-2 48X48 DG ___ TRANS SYM (UNIVE | 112 | EA |
| Signs | W42-7A 48X48 DG TRUCKS TURNING | 11 | EA |
| Signs | W42-8 48X48 DG SLOW | 6 | EA |
| Signs | W5-1 36X36 DG ROAD NARROWS | 2 | EA |
| Signs | W5-1 48X48 DG ROAD NARROWS | 13 | EA |
| Signs | W5-4C 36X10 DG RAMP CLOSED | 18 | EA |
| Signs | W5-4C 48X30 DG RAMP CLOSED | 3 | EA |
| Signs | W5-4CA 48X48 DG RAMP CLOSED AHEAD | 2 | EA |
| Signs | W6-3 36X36 DG TWO WAY TRAFFIC SYMB | 1 | EA |
| Signs | W6-3 48X48 DG TWO WAY TRAFFIC SYMB | 37 | EA |
| Signs | W7-3A 24X18 HI NEXT ___ MILE(S) | 13 | EA |
| Signs | W8-1 36X36 DG BUMP | 12 | EA |
| Signs | W8-1 48X48 DG BUMP | 23 | EA |
| Signs | W8-11 48X48 DG UNEVEN LANES | 22 | EA |
| Signs | W8-2 30X30 DG DIP | 5 | EA |
| Signs | W8-53 48X48 DG TRUCKS ENTERING HIG | 9 | EA |
| Signs | W8-6 48X48 DG TRUCK CROSSING | 2 | EA |
| Signs | W8-7 36X10 DG LOOSE GRAVEL | 26 | EA |
| Signs | W8-7 48X48 DG LOOSE GRAVEL | 8 | EA |
| Signs | W8-9A 48X48 DG SHOULDER DROP-OFF | 1 | EA |
| Signs | W9-2 48X48 DG LANE ENDS MERGE ___ | 4 | EA |
| Signs | Y11-2S 36X10 DG STREET CLOSED | 35 | EA |

**Schedule 1.3**

| Highway Technologies, Inc. | | | | |
| RDP Barricade Company, LLC | | | | |
| **Inventory Listing** | | | | |
| Item# | Stckcls | Description | Qty on Hand | Total Qty |
| 9120A0 | STCOR | EPOXY, WHT LS50 | 2057.5 | 2057.5 |
| 9120B0 | STCOR | EPOXY, CATALYST HARDNER LS50 | 1652.5 | 1652.5 |
| 9115A0 | STCOR | EPOXY, YELLOW LS50 | 1431.5 | 1431.5 |
| 614530 | POTIN | GLASS BEADS, P18+4 AASHTO CODOT | 56380 | 56380 |
| U-CHAN 6FT 1.12# PNTD CODOT | COMOD | U-CHANNEL, 6' 1.12# GRN COL-PUNCH(CODOT) | 2831 | 2831 |
| TELE 2IN 10FT 12GA GALV | COMOD | TELESPAR, 2" X 10' 12GA GALV | 378 | 378 |
| HPS-3-CATALYST | IPSYS | EPOXY, CATALYST FAST-CURE | 290.5 | 290.5 |
| 89430566 | LKF | TAPE, PREMARK 24" X 3' WHT 90MIL | 673 | 673 |
| A380IES-4X100 | 3M-HT | TAPE, 4" X 100YD WHT EXT-SEASON | 2919 | 2919 |
| 601634 | POTIN | GLASS BEADS, T1 M247 AC110 | 13854.5 | 13854.5 |
| SB-036XCCD-.080-DG | UHTSI | CITY/COUNTY OF DENVER SPECIAL | 54 | 54 |
| A270ES-6X30 | 3M-HT | TAPE, 6" X 30YD WHT EXT-SEASON | 2650 | 2650 |
| 894295 | ZUMAR | TAPE, HOT 4' X 2' 75MM BIKE-HOUSE | 100 | 100 |
| A380WR-5ES-16X25 | 3M-HT | TAPE, 16" X 25YD WHT WET REFL EXT-SEASON | 460 | 460 |
| 720920G | TRIIN | POST, P2 POZ-LOC 2.5" X 14' GALV SCH-80 | 16 | 16 |
| B2056250 | COLOP | PAINT, YEL ACRYLIC ZONE MARKING | 150 | 150 |
| HT894743-L | LKF | TAPE, HOT 9' BIKE SHARROW (NARROW) | 25 | 25 |
| TELE 2IN 10FT 12GA GRN PWDR | COMOD | TELESPAR, 2" X 10' 12GA GRN PWDR | 50 | 50 |
| 4084-48X50 | 3M-HT | SHTG, 48" X 50YD FL-ORG DG3 CUBED | 564.76 | 564.76 |
| TELE 2IN 9FT 12GA GALV | COMOD | TELESPAR, 2" X 9' 12GA GALV | 108 | 108 |
| 4081-48X50 | 3M-HT | SHTG, 48" X 50YD FL-YEL DG3 CUBED | 543.05 | 543.05 |
| 980602 | ENNIS | PAINT, YEL WATER-BASE CODOT | 195 | 195 |
| BCADEFRAME | COWBY | BCADE, 36X42 METAL FRAME W/LIGHT BRACKET | 32 | 32 |
| 721014G | TRIIN | SLIPBASE, 2 .5" ROUND 36" SCH | 25 | 25 |
| 980691 | ENNIS | PAINT, WHT LOW-VOC CODOT | 175 | 175 |
| SA-030XOCTR/W-.080-DG-R1-1 | UHTSI | STOP | 32 | 32 |
| 4097-48X50 | 3M-HT | SHTG, 48" X 50Y GRN DG3 CUBED | 500 | 500 |
| P-50 | 3M-HT | ADHESIVE, TAPE (PRIMER) | 256 | 256 |
| HPS-3-YELLOW | IPSYS | EPOXY, RESIN YEL FAST-CURE | 85.5 | 85.5 |
| 4090-36X50 | 3M-HT | SHTG, 36" X 50YD WHT DG3 CUBED | 403.25 | 403.25 |
| SB-072X018-.080-DG | UHTSI | STREET NAME, CUSTOM LEGEND | 4 | 4 |
| 3990-48X50 | 3M-HT | SHTG, 48" X 50YD WHT DG VIP | 471.34 | 471.34 |
| 4081-30X50 | 3M-HT | SHTG, 30" X 50YD FL-YEL DG3 CUBED | 307 | 307 |
| A380IES-24X30 | 3M-HT | TAPE, 24" X 30YD WHT EXT-SEASON | 140 | 140 |
| 3983-36X50 | 3M-HT | SHTG, 36" X 50YD YG DF VIP | 374.5 | 374.5 |
| 3983-30X50 | 3M-HT | SHTG, 30" X 50YD YG DF VIP | 368.7 | 368.7 |
| ALUMINUM-.125-SQFT | COMOD | ALUMINUM, .125 (SQFT ONLY) | 331.12 | 331.12 |
| C206R9 | BANDT | BANDING, .75" X 100' .030 STST RED-TOTE | 20 | 20 |
| 4084-24X50 | 3M-HT | SHTG, 24" X 50YD FL-ORG DG3 CUBED | 300 | 300 |
| 624206-20 | LKF | SEALER, PREMARK LOW-VOC (20LT) | 33.75 | 33.75 |
| 20-VR3 | TRAPA | ANCHOR, MAILBOX 2.5" X 2.5" X 30" V-LOC | 60 | 60 |
| A270ES-18X30 | 3M-HT | TAPE, 18" X 30YD WHT EXT-SEASON | 330 | 330 |
| 720914G | TRIIN | POST, P2 POZ-LOC 2.5" X 12' GALV SCH-80 | 7 | 7 |
| 8002577180 | FILEX | RPM, 4" 2-WAY YEL WZ W/BUTYL | 1363 | 1363 |
| R9101 | COLOP | EPOXY, CATALYST PART-B W/RUSTOLEUM BASE | 19 | 19 |
| 89431067 | LKF | TAPE, PREMARK 18" X 3' WHT 90MIL | 227 | 227 |
| SA-024X018-.080-HI | UHTSI | SIGN, CUSTOM LEGEND | 31 | 31 |
| 985171 | ENNIS | PAINT, WHT FAST-DRY | 89.5 | 89.5 |
| HT894736 | LKF | TAPE, HOT 8' X 4' BIKE LANE SYMBOL 90MIL | 10 | 10 |
| SX-19RND-STL-BASE | UHTSS | BASE, SIGN 19" RND STL W/6" STUB 25# | 10 | 10 |
| 1179-48X50 | 3M-HT | FILM, EC 48" X 50YD BRN | 732.05 | 732.05 |
| A380I-5ES-11X50B/W | 3M-HT | TAPE, 11" X 50YD B/W CONTRAST EXT-SEASON | 170 | 170 |
| TELE 1.75IN 9FT 12GA GALV | COMOD | TELESPAR, 1.75" X 9' 12GA GALV | 43 | 43 |

| Highway Technologies, Inc. | | | | |
| --- | --- | --- | --- | --- |
| RDP Barricade Company, LLC | | | | |
| **Inventory Listing** | | | | |
| LUMBER 6X6 16FT TREAT | COMOD | LUMBER, 6" X 6" X 16' TREATED | 10 | 10 |
| 705859 | ENNIS | TAPE, FLAME 6' BIKE GUY LEGEND | 16 | 16 |
| TELE 2IN 12FT 12GA GALV | COMOD | TELESPAR, 2" X 12' 12GA GALV | 24 | 24 |
| 1177-36X50 | 3M-HT | FILM, EC 36" X 50YD GRN | 684.5 | 684.5 |
| 4090-30X50 | 3M-HT | SHTG, 30" X 50YD WHT DG3 CUBED | 167.14 | 167.14 |
| HPS-3-WHITE | IPSYS | EPOXY, RESIN WHT FAST-CURE | 31.5 | 31.5 |
| PARKINGCURB-6FTCONC | COMOD | CURB, PARKING 72" CONC | 25 | 25 |
| SD0031-IB | STITE | POST, DELIN 48" T1 GRN FLEX W/BLU SHTG | 25 | 25 |
| C204B9 | BANDT | BANDING, .5" X 100' .030 STST W/BLU-TOTE | 15 | 15 |
| 4097-36X50 | 3M-HT | SHTG, 36" X 50YD GRN DG3 CUBED | 160 | 160 |
| SMS-L270ES-LD | 3M-HT | TAPE, 18' LEFT LANE DROP EXT-SEASON | 2 | 2 |
| SA-030XOCTR/W-.080-HI-R1-1 | UHTSI | STOP | 15 | 15 |
| U-CHAN 10FT 2# GRN PNTD | COMOD | U-CHANNEL, 10' 2# GRN PAINTED | 48 | 48 |
| TELE 1.75IN 11FT 12GA GALV | COMOD | TELESPAR, 1.75" X 11' 12GA GALV | 24 | 24 |
| 9999 | GRHPI | STEM, VP PLAS DURASTEM MOLDED | 123 | 123 |
| SA-096X048-.080-EG | UHTSI | SIGN, CUSTOM LEGEND | 2 | 2 |
| U-CHAN 8FT 2# GRN PNTD | COMOD | U-CHANNEL, 8' 2# GRN PAINTED | 72 | 72 |
| 3930-48X50 | 3M-HT | SHTG, 48" X 50YD HI PRIS-WHT | 377.44 | 377.44 |
| AKT-18-CLR | AKTCP | REFLECTOR, DELIN 3.25" RND CLR W/AL-BK | 927 | 927 |
| SANDBAG EMPTY ORANGE 18X27 | COMOD | SANDBAG, EMPTY 18" X 27" ORG | 1960 | 1960 |
| SMS-L380IES-RX | 3M-HT | TAPE, RAILROAD CROSSING KIT | 1 | 1 |
| 720747G | TRIIN | SOCKET, POZLOC 2.375" X 33" GALV W/WEDGE | 55 | 55 |
| ALUMINUM-.100-SQFT | COMOD | ALUMINUM, .100 (SQFT ONLY) | 169.14 | 169.14 |
| B116701 | COLOP | PAINT, BLK FAST-DRY LATEX | 58 | 58 |
| 1172-48X50 | 3M-HT | FILM, EC 48" X 50YD RED | 564.3 | 564.3 |
| 1177-48X50 | 3M-HT | FILM, EC 48" X 50YD GRN | 525.4 | 525.4 |
| 1160-48X50 | 3M-HT | SHTG, 48" X 50YD CLR OVERLAY W/PREMASK | 300 | 300 |
| CW84NL-48X50 | 3M-HT | SHTG, 48" X 50YD ORG EG WZ | 613.75 | 613.75 |
| SMS-L380WRES-R-78 | 3M-HT | TAPE, R (LETTER) RXR CROSS WET-REFL WHT | 6 | 6 |
| 8002577130 | FILEX | RPM, 4" 1-WAY WHT WZ W/BUTYL | 775 | 775 |
| SH248GPR-GX | SAFEH | POST, DELIN T2 48" GRN NR | 40 | 40 |
| 8T3B08000 | FILEX | PANEL, BCADE T3 8' PLAS NR DRILLED | 48 | 48 |
| SD0031-IY | STITE | POST, DELIN 48" T1 GRN FLEX W/YEL SHTG | 18 | 18 |
| 720539G | TRIIN | POST, P 2.375 9' 14GA A-15 G90 | 25 | 25 |
| 3430-48X50 | 3M-HT | SHTG, 48" X 50YD EG PRIS-WHT | 755.4 | 755.4 |
| B116101 | COLOP | PAINT, RED FAST-DRY LATEX | 39 | 39 |
| TELE 1.75IN 10FT 12GA GALV | COMOD | TELESPAR, 1.75" X 10' 12GA GALV | 22 | 22 |
| CN28-7LB-NR-BLK-PVC | UHTBC | CONE, 28" ORG BLK-B NR 7# PVC | 78 | 78 |
| U-CHAN 9FT 2# GRN PNTD | COMOD | U-CHANNEL, 9' 2# GRN PAINTED | 43 | 43 |
| SX0220 | BANDT | CLAMP, UNIVERSAL CHANNEL STANDARD | 157 | 157 |
| HT894735 | LKF | TAPE, HOT 6' X 3' BICYCLE DESIGNATED LAN | 8 | 8 |
| 892302464LHS | LKF | TAPE, PREMARK SHARED LANE SYM | 3 | 3 |
| SA-030X030B/W-.080-DG-R3-7R | UHTSI | RIGHT LANE MUST TURN RIGHT | 6 | 6 |
| B116001 | COLOP | PAINT, WHT FAST-DRY LATEX | 50 | 50 |
| A270ES-24X30 | 3M-HT | TAPE, 24" X 30YD WHT EXT-SEASON | 85 | 85 |
| 7725-37-48X50 | 3M-HT | SHTG, 48" X 50YD SAPPHIRE BLUE VINYL | 327.3 | 327.3 |
| SA-036X036B/W-.080-DG-R3-8LL | UHTSI | MANDATORY LEFT/LEFT W/ARROWS (2LN) | 4 | 4 |
| SA-030X036-.080-DG | UHTSI | SIGN, CUSTOM LEGEND | 5 | 5 |
| 3983-24X50 | 3M-HT | SHTG, 24" X 50YD YG DF VIP | 122 | 122 |
| 89330240 | LKF | TAPE, PREMARK 9'6" STRAIGHT ARROW | 6 | 6 |
| A380I-6X110 | 3M-HT | TAPE, 6" X 110YD WHT HI-PERF | 200 | 200 |
| SA-030X030R/W-.080-HI-R5-1 | UHTSI | DO NOT ENTER SYMBOL | 18 | 18 |
| HT894904 | LKF | TAPE, HOT 10' SCHOOL (WORD) 90MIL | 2 | 2 |
| SMS-L270ES-ON | 3M-HT | TAPE, 8' ONLY EXT-SEASON | 3 | 3 |
| GERZP28497A-15X50 | GERSP | SHTG, 15" X 50YD YEL 280I EG | 133.8 | 133.8 |

| Highway Technologies, Inc. | | | | |
|---|---|---|---|---|
| RDP Barricade Company, LLC | | | | |
| **Inventory Listing** | | | | |
| 6070 | COPEL | STAND, SIGN CONCRETE 18X18X18 | 4 | 4 |
| SA-030XOCTR/W-.080-EG-R1-1 | UHTSI | STOP | 23 | 23 |
| 6V-HD | RYOVC | BATTERY, 6V SPRING INDUS HVYDTY | 344 | 344 |
| SA-072X018-.080-HI | UHTSI | SIGN, CUSTOM LEGEND | 2 | 2 |
| R9106 | COLOP | EPOXY, YEL PART-A W/RUSTOLEUM BASE | 7 | 7 |
| PM602006 | LKF | TAPE, PREMARK BIKE RIDER 6'X3'4" LEFT | 3 | 3 |
| 1179-30X50 | 3M-HT | FILM, EC 30" X 50YD BRN | 416.25 | 416.25 |
| 1175-36X50 | 3M-HT | FILM, EC 36" X 50YD BLU | 218.5 | 419.5 |
| B116405 | COLOP | PAINT, BLU ADA FAST-DRY HANDICAP | 34 | 34 |
| SA-030X030-.080-DF | UHTSI | SIGN, CUSTOM LEGEND | 5 | 5 |
| 720647G | TRIIN | POST, P 2.375 8' 14GA A-15 G90 | 11 | 11 |
| B112705 | COLOP | PAINT, BLK FAST-DRY ALKYD | 47.5 | 47.5 |
| SA-024X018G/W-.080-DG-D11-1 | UHTSI | BIKE ROUTE GUIDE SYMBOL | 10 | 10 |
| TELE 1.75IN 6FT 12GA GALV | COMOD | TELESPAR, 1.75" X 6' 12GA GALV | 19 | 19 |
| SMS-L380IES-RA | 3M-HT | TAPE, 8' RIGHT CURVE ARROW LINED | 2 | 2 |
| SMS-L270ES-SA | 3M-HT | TAPE, STRAIGHT ARROW | 6 | 6 |
| SA-030X030B/W-.080-DG-R3-7L | UHTSI | LEFT LANE MUST TURN LEFT | 5 | 5 |
| 3271-48X50 | 3M-HT | SHTG, 48" X 50YD EG YEL PS | 600 | 600 |
| 1175-48X50 | 3M-HT | FILM, EC 48" X 50YD BLU | 396 | 396 |
| SA-024X030B/W-.080-DG-R4-7 | UHTSI | KEEP RIGHT SYMBOL | 7 | 7 |
| SMS-L270ES-RA | 3M-HT | TAPE, 8' RIGHT CURVE ARW EXT-SEASON | 5 | 5 |
| SA-036X036/Y-.100Z-DF-W4-3R | UHTSI | ADDED LANE RIGHT MERGE W/Z-BAR | 2 | 2 |
| 1172-36X50 | 3M-HT | FILM, EC 36" X 50YD RED | 376.09 | 376.09 |
| 1179-36X50 | 3M-HT | FILM, EC 36" X 50YD BRN | 370 | 370 |
| 1150-30X50 | 3M-HT | SHTG, 30" X 50YD CLR OVERLAY | 337.5 | 337.5 |
| SA-048X048B/O-.080-DF-W20-1A | UHTSI | ROAD WORK AHEAD | 2 | 2 |
| U-CHAN 6FT 1.12# BRN PWDR | COMOD | U-CHANNEL, 6' 1.12# BRN PWDR | 27 | 27 |
| C25699 | BANDT | BUCKLE, BANDING .75" .070 EAR-LOK | 800 | 800 |
| 8003639147 | FILEX | POLE, SNOW 6' FL-ORG W/3" AMB | 50 | 50 |
| SA-036X012B/W-.080-DG-R6-1R | UHTSI | ONE WAY RIGHT ENCLOSED IN ARROW | 9 | 9 |
| 3934-48X50 | 3M-HT | SHTG, 48" X 50YD HI PRIS-ORG | 225.9 | 225.9 |
| 89330241NB | LKF | TAPE, PREMARK 8' REV CURVE ARROW 90MIL | 4 | 4 |
| 1177-30X50 | 3M-HT | FILM, EC 30" X 50YD GRN | 336.2 | 336.2 |
| SA-030X030B/Y-.080-DG-W17-1 | UHTSI | SPEED HUMP | 4 | 4 |
| CW84NL-30X50 | 3M-HT | SHTG, 30" X 50YD ORG EG WZ | 375 | 375 |
| HT894771 | LKF | TAPE, HOT 12' X 3' REVERSE ELONG ARW 90M | 4 | 4 |
| U-CHAN 11FT 2# GRN PNTD | COMOD | U-CHANNEL, 11' 2# GRN PAINTED | 22 | 22 |
| A381IES-4X100 | 3M-HT | TAPE, 4" X 100YD YEL EXT-SEASON | 189 | 189 |
| SA-012X018R/W-.080-HI-R7-1TD | UHTSI | NO PARKING ANYTIME TAZ W/DOUBLE ARROW | 21 | 21 |
| SG-054X009-.080-DG-BS | UHTSI | STREET NAME, UNSCREENED | 6 | 6 |
| SA-048X048-.080-EG | UHTSI | SIGN, CUSTOM LEGEND | 2 | 2 |
| U-CHAN 6FT 2# GRN PNTD | COMOD | U-CHANNEL, 6' 2# GRN PAINTED | 48 | 48 |
| R9192 | COLOP | EPOXY, WHT PART-A W/RUSTOLEUM BASE | 6 | 6 |
| SF-019X5.5-.050-NR-PNTD | UHTSI | SIGN, UNSCREENED | 164 | 164 |
| BPN-60X8WHT-2WD-PNT-SS | UHTBC | PANEL, BCADE 5' X 8" WD PNT WHT SS | 30 | 30 |
| PM602005 | LKF | TAPE, PREMARK 6' BIKE LANE STRAIGHT ARW | 8 | 8 |
| 3002 | FOLTP | TAPE, FOIL 4" X 100YD WHT CG FOL200 | 1800 | 1800 |
| TELE 2IN 12FT 12GA BRN PWDR | COMOD | TELESPAR, 2" X 12' 12GA BROWN POWDER BRN | 5 | 5 |
| 3931-30X50 | 3M-HT | SHTG, 30" X 50YD HI PRIS-YEL | 198.75 | 198.75 |
| SB-054X009-.080-DG | UHTSI | STREET NAME, CUSTOM LEGEND | 4 | 4 |
| SA-042X036-.080-DG | UHTSI | SIGN, CUSTOM LEGEND | 2 | 2 |
| SHEPX-13--K1 | SAFEH | EPOXY, 2-PART | 24 | 24 |
| SMS-L270ES-A6 | 3M-HT | TAPE, 6' STRAIGHT ARROW EXT-SEASON | 5 | 5 |
| 720552G | TRIIN | POST, P 2.375 10' 14GA A-15 G90 | 12 | 12 |
| BPN-96X8O/W-PL-HI-BS | UHTBC | PANEL, BCADE 8' X 8" PLAS HI O/W BS | 6 | 6 |

| Highway Technologies, Inc. | | | | |
|---|---|---|---|---|
| RDP Barricade Company, LLC | | | | |
| **Inventory Listing** | | | | |
| SA-030X030R/W-.080-DG-R3-1 | UHTSI | NO RIGHT TURN SYMBOL | 3 | 3 |
| SA-012X018R/W-.080-EG-R7-1TD | UHTSI | NO PARKING ANYTIME TAZ W/DOUBLE ARROWS | 41 | 41 |
| CN515L6-8X50 | NIPPO | TAPE, BCADE 8" X 50YD HI R/W PS 6L | 123 | 123 |
| SA-036X036-.080-DG | UHTSI | SIGN, CUSTOM LEGEND | 2 | 2 |
| 1150-36X50 | 3M-HT | SHTG, 36" X 50YD CLR OVERLAY | 240 | 240 |
| CW84NL-24X50 | 3M-HT | SHTG, 24" X 50YD ORG EG | 301 | 301 |
| SA-018XOCT-.063-HI-R1-1A-60PVC | UHTSI | R1-1A 18" .063 HI STOP/SLOW 5'PVC | 6 | 6 |
| SA-036X036B/Y-.080-HI-W11-7 | UHTSI | EQUESTRIAN CROSSING ADVANCE | 3 | 3 |
| SA-024X030B/W-.080-DG-R10-6A | UHTSI | STOP HERE ON RED W/ CURVED ARROW | 4 | 4 |
| UL2052 | BANDT | BANDING, ULTRA .75 X 52 .030 SS TOTE | 4 | 4 |
| 3934-36X50 | 3M-HT | SHTG, 36" X 50YD HI PRIS-ORG | 177.05 | 177.05 |
| 89130104 | LKF | TAPE, PREMARK 8' STOP (WORD) 90MIL | 2 | 2 |
| SA-024X030B/W-.080-DG-R2-1-35 | UHTSI | SPEED LIMIT 35 | 4 | 4 |
| ALUM-030XCCD-.080 | COMOD | SIGN, BLANK CITY/COUNTY OF DENVER SPEC | 28 | 28 |
| SA-036XOCTR/W-.080-HI-R1-1 | UHTSI | STOP | 5 | 5 |
| SH218SMR-WX | SAFEH | TUBE, CHLZR T2 18" WHT SURFACE | 19 | 19 |
| 8004526170 | FILEX | MARKER, BW 2-WAY YEL HI PCBM15 | 82 | 82 |
| SA-024X042-.080-DG | UHTSI | SIGN, CUSTOM LEGEND | 2 | 2 |
| SHSMA-1-BL | SAFEH | BASE, CHLZR SURFACE-MTD W/PIN LOCK | 57 | 57 |
| HT895056 | LKF | TAPE, HOT 12" X 3' 90MIL BLUE | 90 | 90 |
| HT895284 | LKF | TAPE, HOT 6' STRAIGHT ARROW 90ML | 8 | 8 |
| 3934-24X50 | 3M-HT | SHTG, 24" X 50YD HI PRIS-ORG | 162.75 | 162.75 |
| SA-018XOCT-.063-HI-R1-1B | UHTSI | STOP/STOP R1-1B 18" .063 | 11 | 11 |
| 7725-58-24X50 | 3M-HT | SHTG, 24" X 50YD BURGUNDY VNL | 255 | 255 |
| SB-042X016-.080-HI | UHTSI | STREET NAME, CUSTOM LEGEND | 4 | 4 |
| SA-036XOCTR/W-.080-DG-R1-1 | UHTSI | STOP | 2 | 2 |
| 7725-10-48X50 | 3M-HT | SHTG, 48" X 50YD WHT VNL | 182.5 | 182.5 |
| SA-036XPENB/YG-.080-DF-S1-1 | UHTSI | SCHOOL ADVANCE SYMBOL W/O LINES | 2 | 2 |
| SH248GPR-YX | SAFEH | POST, DELIN T2 48" YEL NR | 18 | 18 |
| A380IES-8X30 | 3M-HT | TAPE, 8" X 30YD WHT EXT-SEASON | 65 | 65 |
| 1242-LOGO-2X | KISHG | VEST, SURVEY CL3 LIM MESH CONTRAST | 20 | 20 |
| SMS-L270ES-K4 | 3M-HT | TAPE, 4' BICYCLE SYMBOL EXT-SEASON | 3 | 3 |
| SA-030X036B/W-.080-DG-R3-5L | UHTSI | MANDATORY MOVE LEFT W/ARROW (1LN) | 4 | 4 |
| 3934-30X50 | 3M-HT | SHTG, 30" X 50YD HI PRIS-ORG | 150.05 | 150.05 |
| SA-024X024R/W-.080-DG-R3-1 | UHTSI | NO RIGHT TURN SYMBOL | 4 | 4 |
| 3271-30X50 | 3M-HT | SHTG, 30" X 50YD EG YEL PS | 285 | 285 |
| LDS-W341.5 | 3M-HT | TAPE, BCADE 34" X 1.5" LDS WHT | 29 | 29 |
| 3931-36X50 | 3M-HT | SHTG, 36" X 50YD HI PRIS-YEL | 149.28 | 149.28 |
| ALUM-048X009-.080-SN | COMOD | SIGN, BLANK STREET NAME | 30 | 30 |
| SX-48-DURA-22#BASE-STAND | UHTSS | STAND, SIGN 4' PLAS STEM W/22# RBR BASE | 8 | 8 |
| CW46LNL-12X50 | 3M-HT | TAPE, BCADE 12" X 50YD EG O/W 6L | 241.95 | 241.95 |
| SMS-L270ES-RE | 3M-HT | TAPE, ELONG RIGHT CURVE ARROW | 1 | 1 |
| 985177 | ENNIS | PAINT, YEL FAST-DRY | 20 | 20 |
| 3290-36X50 | 3M-HT | SHTG, 36" X 50YD WHITE EG PS | 273.34 | 273.34 |
| SA-048X048B/O-.080-DF-W9-3 | UHTSI | CENTER LANE CLOSED AHEAD | 1 | 1 |
| SH248SMR-WX | SAFEH | TUBE, CHLZR T2 48" WHT NR | 15 | 15 |
| BPN-120X8WHT-2WD-PNT | UHTBC | PANEL, BCADE 10' X 8" WD PNT WHT | 9 | 9 |
| ALUM-024X024-.080 | COMOD | SIGN, BLANK | 21 | 21 |
| 1175-30X50 | 3M-HT | FILM, EC 30" X 50YD BLU | 197.3 | 197.3 |
| SA-036X036R/W-.100Z-DG-R3-4 | UHTSI | NO U-TURN SYMBOL W/Z-BAR | 1 | 1 |
| 1242-LOGO-XL | KISHG | VEST, SURVEY CL3 LIM MESH CONTRAST | 18 | 18 |
| ALUM-012X018-.080 | COMOD | SIGN, BLANK | 54 | 54 |
| SA-048X024B/O-.080-DF-G20-2 | UHTSI | END ROAD WORK | 2 | 2 |
| SA-048X048B/O-.080-DF-W4-2 | UHTSI | TRANSITION SYMBOL (UNIVERSAL)W/PLATE | 1 | 1 |
| A271ES-4X100 | 3M-HT | TAPE, 4" X 100YD YEL EXT-SEASON STAMARK | 212 | 212 |

| Highway Technologies, Inc. | | | | |
|---|---|---|---|---|
| RDP Barricade Company, LLC | | | | |
| **Inventory Listing** | | | | |
| UL2036 | BANDT | BANDING, .75" X 36" .030 STST ULTRA | 3 | 3 |
| SA-030X030B/W-.080-HI-R3-7R | UHTSI | RIGHT LANE MUST TURN RIGHT | 7 | 7 |
| CW46RNL-12X50 | 3M-HT | TAPE, BCADE 12" X 50YD EG O/W 6R | 220.45 | 220.45 |
| TELE 2.25IN 3FT 12GA GALV | COMOD | TELESPAR, 2.25" X 3' 12GA GALV | 21 | 21 |
| 3430-30X50 | 3M-HT | SHTG, 30" X 50YD EG PRIS-WHT | 269.42 | 269.42 |
| A270ES-12X30 | 3M-HT | TAPE, 12" X 30YD WHT EXT-SEASON | 67 | 67 |
| SH248GPR-WX | SAFEH | POST, DELIN T2 48" WHT NR | 14 | 14 |
| BPN-144X8WHT-2WD-PNT-BS | UHTBC | PANEL, BCADE 12' X 8" WD PNT WHT BS | 7 | 7 |
| SMS-L380IES-K6 | 3M-HT | TAPE, 6' BICYCLE (SYM) EXT-SEASON | 1 | 1 |
| 7725-12-24X50 | 3M-HT | SHTG, 24" X 50YD BLK VNL | 144.93 | 144.93 |
| 1179-24X50 | 3M-HT | FILM, EC 24" X 50YD BRN | 175 | 175 |
| DG6-OWL-8X50 | 3M-HT | TAPE, BCADE 8" X 50YD DG O/W 6L | 65 | 65 |
| CN36-10LB-64H-3M-BLK-PVC | COMOD | CONE, 36" ORG BLK-B W/6&4" HI 3M 10# PVC | 13 | 13 |
| SA-024X030B/W-.080-HI-R2-1-20 | UHTSI | SPEED LIMIT 20 | 6 | 6 |
| TELE 2IN 11FT 12GA GALV | COMOD | TELESPAR, 2" X 11' 12GA GALV | 7 | 7 |
| LDS-FY341.5 | 3M-HT | TAPE, BCADE 34" X 1.5"LDS FL-Y | 23 | 23 |
| SF-036XCCD-.080-DG | UHTSI | SIGN, UNSCREENED CITY/COUNTY DENVER | 4 | 4 |
| BPN-144X8O/W-2WD-HI-SS | UHTBC | PANEL, BCADE 12' X 8" WD HI O/W SS | 3 | 3 |
| SA-036X012B/W-.080-DG-R6-1L | UHTSI | ONE WAY LEFT ENCLOSED IN ARROW | 4 | 4 |
| CW84NL-36X50 | 3M-HT | SHTG, 36" X 50YD ORG EG WZ | 189 | 189 |
| SB-042X009-.080-DG | UHTSI | STREET NAME, CUSTOM LEGEND | 4 | 4 |
| SA-024X024R/W-.080-HI-R3-1 | UHTSI | NO RIGHT TURN SYMBOL | 8 | 8 |
| SA-012X018-.080-HI | UHTSI | SIGN, CUSTOM LEGEND | 10 | 10 |
| 3275-30X50 | 3M-HT | SHTG, 30" X 50YD EG BLU PS | 217.87 | 217.87 |
| SB-054X006-.080-DG | UHTSI | STREET NAME, CUSTOM LEGEND | 4 | 4 |
| SD-048X060-VNL-DG | UHTSI | DECAL, CUSTOM LEGEND | 1 | 1 |
| 89330142NB | LKF | TAPE, PREMARK 12'9" REV COMBO ARROW | 1 | 1 |
| 89430566RHS | LKF | TAPE, PREMARK 24" X 3' RED 90M | 24 | 24 |
| U-CHAN 7FT 1.12# GALV | COMOD | U-CHANNEL, 7' 1.12# GALV | 32 | 32 |
| SX0073 | BANDT | EXTRUSION, 10' MEDIUM | 100 | 100 |
| SA-036XTRIR/W-.080-DG-R1-2 | UHTSI | YIELD | 2 | 2 |
| SA-036XTRIR/W-.100Z-DG-R1-2 | UHTSI | YIELD W/Z-BAR | 1 | 1 |
| ALUM-018X024-.080 | COMOD | SIGN, BLANK | 20 | 20 |
| ALUM-036X036-.080 | COMOD | SIGN, BLANK | 7 | 7 |
| ALUM-048X096-.080 | COMOD | SIGN, BLANK | 2 | 2 |
| ALUM-036XOCT-.080-R1-1 | COMOD | R1-1 BLANK STOP | 6 | 6 |
| SA-018X018B/Y-.080-DG-W13-1-15 | UHTSI | ADVISORY SPEED 15 MPH | 4 | 4 |
| SB-036X009-.080-DG | UHTSI | STREET NAME, CUSTOM LEGEND | 4 | 4 |
| SA-012X018R/W-.080-HI-R8-32 | UHTSI | NO PARKING FIRE LANE (BOXED) | 8 | 8 |
| 3290-48X50 | 3M-HT | SHTG, 48" X 50YD WHITE EG PS | 189.3 | 189.3 |
| HT400109 | LKF | TAPE, HOT 10' ZONE (WORD) 90MIL | 1 | 1 |
| GERZP20854C-15X50 | GERSP | SHTG, 15" X 50YD WHT 220 | 144 | 144 |
| 770030L | NORSA | RESPIRATOR/MASK, HALF-FACE SILICONE LG | 6 | 6 |
| 770030M | NORSA | RESPIRATOR/MASK, HALF-FACE SILICONE MD | 6 | 6 |
| 770030S | NORSA | RESPIRATOR/MASK, HALF-FACE SILICONE SM | 6 | 6 |
| SB-042X006-.080-DG | UHTSI | STREET NAME, CUSTOM LEGEND | 4 | 4 |
| MBB-D | TRAPA | SUPPORT, MAILBOX DOUBLE #1/1A RURAL | 8 | 8 |
| SA-024X030B/W-.080-HI-R3-5L | UHTSI | MANDATORY MOVE LEFT W/ARROW (1LN) | 3 | 3 |
| U-CHAN 8FT 1.12# GRN PNTD | COMOD | U-CHANNEL, 8' 1.12# GRN PAINTED | 31 | 31 |
| 3924-24X50 | 3M-HT | SHTG, 24" X 50YD DF ORG WZ | 45 | 45 |
| SA-012X018-.080-EG | UHTSI | SIGN, CUSTOM LEGEND | 10 | 10 |
| SA-036XTRIR/W-.080-HI-R1-2 | UHTSI | YIELD | 5 | 5 |
| SA-030X024B/W-.080-DG-R5-11 | UHTSI | AUTHORIZED VEHICLES ONLY | 2 | 2 |
| SA-024X030B/W-.080-DG-R2-1-15 | UHTSI | SPEED LIMIT 15 | 2 | 2 |
| SA-024X030B/W-.080-DG-R2-1-30 | UHTSI | SPEED LIMIT 30 | 2 | 2 |

| Highway Technologies, Inc. | | | | |
|---|---|---|---|---|
| RDP Barricade Company, LLC | | | | |
| **Inventory Listing** | | | | |
| B112100 | COLOP | PAINT, RED FAST-DRY ZONE PAINT | 10 | 10 |
| ALUM-036X009-.080-SN | COMOD | SIGN, BLANK STREET NAME | 15 | 15 |
| SA-012X018R/W-.080-EG-R8-31TD | UHTSI | NO PARKING FIRE LANE TAZ W/DOUBLE ARROW | 17 | 17 |
| SB-030X008-.080-DG | UHTSI | STREET NAME, CUSTOM LEGEND | 4 | 4 |
| ALUM-060X008-.080-SN | COMOD | SIGN, BLANK STREET NAME | 16 | 16 |
| SA-036X030-.080-HI | UHTSI | SIGN, CUSTOM LEGEND | 2 | 2 |
| SA-018X018-.080-EG | UHTSI | SIGN, CUSTOM LEGEND | 6 | 6 |
| SA-012X018BL/W-.080-EG-R7-128 | UHTSI | HANDICAP SYMBOL PARKING | 24 | 24 |
| SA-024X030B/W-.080-HI-R2-1-30 | UHTSI | SPEED LIMIT 30 | 4 | 4 |
| SA-024X024R/W-.080-HI-R3-4 | UHTSI | NO U-TURN SYMBOL | 5 | 5 |
| SA-024X024R/W-.080-HI-R5-1 | UHTSI | DO NOT ENTER SYMBOL | 6 | 6 |
| C25499 | BANDT | BUCKLE, BANDING .5" X .050" EAR-LOKT | 849 | 849 |
| 336L-8X50 | 3M-HT | TAPE, BCADE 8" X 50YD PRIS-HI O/W 6L | 120.75 | 120.75 |
| ALUM-036XCCD-.080 | COMOD | SIGN, BLANK CITY/COUNTY OF DENVER SPEC | 10 | 10 |
| 3931-48X50 | 3M-HT | SHTG, 48" X 50YD HI PRIS-YEL | 70.55 | 70.55 |
| ALUM-030X030-.080 | COMOD | SIGN, BLANK | 8 | 8 |
| SA-048X030B/W-.080-DG-R11-2 | UHTSI | ROAD CLOSED | 1 | 1 |
| 26048-HF | TRAFX | ASSEMBLY, FRAME HVYDTY | 8 | 8 |
| SD0031-IC | STITE | POST, DELIN 48" T1 GRN FLEX W/CRYST SHTG | 4 | 4 |
| SD0031-IG | STITE | POST, DELIN 48" T1 GRN FLEX W/GRN SHTG | 4 | 4 |
| SA-012X036B/Y-.080-HI-OM-3L | UHTSI | MARKER, OBJECT T3 LEFT TO RIGHT | 6 | 6 |
| 7581P100L | NORSA | CARTRIDGE, RESPIRATOR P100 ORGANIC VAPOR | 6 | 6 |
| C25599 | BANDT | BUCKLE, BANDING .625" X .060" EAR-LOKT | 297 | 297 |
| SG-048X008-.080-DG | UHTSI | STREET NAME, UNSCREENED | 5 | 5 |
| SF-030X024-.080-DF | UHTSI | SIGN, UNSCREENED | 3 | 3 |
| U-CHAN 12FT 2# GRN PNTD | COMOD | U-CHANNEL, 12' 2# GRN PAINTED | 7 | 7 |
| SB-048X009-EXT-HI-BS | UHTSI | STREET NAME, CUSTOM LEGEND BS | 2 | 2 |
| SHBTL-23-KI | SAFEH | PAD, BUTYL 8 X 8 X 1/8" (SINGLE ONLY) | 40 | 40 |
| SA-030X030B/Y-.080-HI-W14-1 | UHTSI | DEAD END | 4 | 4 |
| ALUM-018X016-.080 | COMOD | SIGN, BLANK | 19 | 19 |
| SA-030X030B/W-.080-HI-R3-7L | UHTSI | LEFT LANE MUST TURN LEFT | 3 | 3 |
| SX-1.75T-H SIGN STAND | UHTSS | STAND, SIGN 1.75" TELE H-TYPE | 1 | 1 |
| 3430-36X50 | 3M-HT | SHTG, 36" X 50YD EG PRIS-WHT | 155.5 | 155.5 |
| ALUM-054X008-.080-SN | COMOD | SIGN, BLANK STREET NAME | 15 | 15 |
| BPS-36X12-.080-EG-SG-SGS-R9-9 | UHTBC | SIDEWALK CLOSED | 9 | 9 |
| SB-024X008-.080-DG | UHTSI | STREET NAME, CUSTOM LEGEND | 4 | 4 |
| 334L-8X50 | 3M-HT | TAPE, BCADE 8" X 50YD HI-PRIS O/W 4L | 86.3 | 86.3 |
| ALUM-030X036-.080 | COMOD | SIGN, BLANK | 6 | 6 |
| SA-012X006BL/W-.080-EG-R7-8A | UHTSI | VAN ACCESSIBLE | 17 | 17 |
| SA-030X012-.080-DG | UHTSI | SIGN, CUSTOM LEGEND | 3 | 3 |
| SA-024X030B/W-.080-HI-R2-1-45 | UHTSI | SPEED LIMIT 45 | 5 | 5 |
| SG-054X008-.080-DG | UHTSI | STREET NAME, UNSCREENED | 4 | 4 |
| 26048-EFO-HF-W21-6A | TRAFX | ROLLUP, 48" REFL VNL SURVEY CREW AHEAD | 1 | 1 |
| SA-012X018R/W-.080-HI-R7-31L | UHTSI | NO PARKING (SYMBOL) W/LEFT ARR | 5 | 5 |
| CURB SPIKE 14IN REBAR | COMOD | SPIKE, PARKING CURB 14" REBAR | 83 | 83 |
| TELE 1.75IN 5FT 12GA GALV | COMOD | TELESPAR, 1.75" X 5' 12GA GALV | 10 | 10 |
| ALUM-030X006-EXT-SN | COMOD | SIGN, BLANK STREET NAME EXT | 14 | 14 |
| SA-024X030B/W-.080-EG-R2-1-15 | UHTSI | SPEED LIMIT 15 | 3 | 3 |
| SG-036X008-.080-HI-BS | UHTSI | STREET NAME, UNSCREENED BS | 6 | 6 |
| SB-054X009-.080-HI | UHTSI | STREET NAME, CUSTOM LEGEND | 2 | 2 |
| SB-042X009-EXT-HI-BS | UHTSI | STREET NAME, CUSTOM LEGEND BS | 2 | 2 |
| SA-012X018R/W-.080-HI-R7-31R | UHTSI | NO PARKING (SYMBOL) W/RIGHT AR | 5 | 5 |
| 7725-12-30X50 | 3M-HT | SHTG, 30" X 50YD BLK VNL | 80.5 | 80.5 |
| 800BASE196R | FILEX | BASE, FG300 BANANA FYG 35# RUB | 2 | 2 |
| UB2569 | BANDT | BUCKLE, BANDING .075" 201SS ULTRA-LOK | 200 | 200 |

| Highway Technologies, Inc. | | | | |
| RDP Barricade Company, LLC | | | | |
| **Inventory Listing** | | | | |
| SA-030X030R/W-.080-DG-R3-2 | UHTSI | NO LEFT TURN SYMBOL | 1 | 1 |
| ALUM-048X006-EXT | COMOD | SIGN, BLANK | 6 | 6 |
| 3277-30X50 | 3M-HT | SHTG, 30" X 50YD EG GRN PS | 128.05 | 128.05 |
| 200-VS2 | TRAPA | ANCHOR, POST 2X2 24" V-LOC 12GA W/WEDGE | 3 | 3 |
| C00369 | BANDT | TOOL, BANDING 0-.75" BAND/BUCKLE HVYDTY | 1 | 1 |
| 89330247NB | LKF | TAPE, PREMARK 12' REV ELONG ARROW 90MIL | 1 | 1 |
| SA-012X018R/W-.080-EG-R8-31TR | UHTSI | NO PARKING FIRE LANE TAZ W/RIGHT ARROW | 12 | 12 |
| SH336SMR-YX | SAFEH | TUBE, CHLZR T3 36" YEL NR | 6 | 6 |
| 89230524LHS | LKF | TAPE, PREMARK 78X40 BIKE LANE SYM 90MIL | 1 | 1 |
| MBB-4 | TRAPA | SUPPORT, MAILBOX SINGLE #2 RURAL | 6 | 6 |
| MBB-M | TRAPA | SUPPORT, MAILBOX MULTI #1/1A RURAL | 9 | 9 |
| SA-036X012B/W-.080-HI-R6-1R | UHTSI | ONE WAY RIGHT ENCLOSED IN ARROW | 6 | 6 |
| BL6V.3WCLYY | CCSIG | LIGHT, BCADE 6V AMB-LEN AMB-BTM | 6 | 6 |
| SA-024X024B/BL/R/W/Y.080DGM15A | UHTSI | COLORADO STATE ROUTE MARKER | 2 | 2 |
| TELE 1.75IN 12FT 12GA GALV | COMOD | TELESPAR, 1.75" X 12' 12GA GALV | 3 | 3 |
| K3260LD | JOKAT | GLOVE, DRIVERS THERM-LINED LG | 24 | 24 |
| K3260XLD | JOKAT | GLOVE, DRIVER THERMAL COW SZ-X | 24 | 24 |
| A381IES-WR-4X100 | 3M-HT | TAPE, 4" X 100YD YEL WET REFL EXT-SEASON | 50 | 50 |
| 4090-48X50 | 3M-HT | SHTG, 48" X 50YD WHT DG3 CUBED | 18.52 | 18.52 |
| 3290-30X50 | 3M-HT | SHTG, 30" X 50YD WHITE EG PS | 106.3 | 106.3 |
| SB-042X006-EXT-HI-BS | UHTSI | STREET NAME, CUSTOM LEGEND BS | 2 | 2 |
| 4090-24X50 | 3M-HT | SHTG, 24" X 50YD WHT DG3 CUBED | 18.48 | 18.48 |
| SA-012X018R/W-.080-EG-R8-31TL | UHTSI | NO PARKING FIRE LANE TAZ W/LEFT ARROW | 10 | 10 |
| SF-030X008-.080-HI | UHTSI | SIGN, UNSCREENED | 7 | 7 |
| TELE 2IN 3FT 12GA GALV | COMOD | TELESPAR, 2" X 3' 12GA GALV STUB | 7 | 7 |
| ALUM-030XCIR-.080-W10-1 | COMOD | W10-1 BLANK CIRCLE | 2 | 2 |
| SX0130 | BANDT | EXTRUSION, 10' LARGE | 28 | 28 |
| 1242-MD | KISHG | VEST, SURVEY CL3 LIM MESH CONTRAST W/ZIP | 8 | 8 |
| SA-048X030B/W-.080-HI-R11-2 | UHTSI | ROAD CLOSED | 1 | 1 |
| SA-012X036B/Y-.080-DG-OM-3R | UHTSI | MARKER, OBJECT T3 RIGHT TO LEFT | 2 | 2 |
| Z-BAR 2.33# (FT) | COMOD | Z-BAR, 2.33# (FOOT ONLY) | 13 | 13 |
| C006 | BANDT | TOOL, BANDING REPAIR-KIT | 4 | 4 |
| SB-042X008-.080-HI | UHTSI | STREET NAME, CUSTOM LEGEND | 2 | 2 |
| ALUM-048X030-.080 | COMOD | SIGN, BLANK | 3 | 3 |
| 7725-12-48X50 | 3M-HT | SHTG, 48" X 50YD BLK VNL | 54.91 | 54.91 |
| ALUM-024X006-EXT-SN | COMOD | SIGN, BLANK STREET NAME EXT | 12 | 12 |
| SA-018XTRIR/W-.080-HI-R1-2 | UHTSI | YIELD | 8 | 8 |
| SG-036X008-.080-HI | UHTSI | STREET NAME, UNSCREENED | 5 | 5 |
| 1242-LOGO-LG | KISHG | VEST, SURVEY CL3 LIM MESH CONTRAST | 6 | 6 |
| S2575S | PYRMX | GLASSES, SFTY ZTEK W/BLU-MIRROR | 41 | 41 |
| SX0405 | BANDT | ARM, CANTILEVER SHORT LENGTH 18" | 4 | 4 |
| D02189 | BANDT | BRACKET, FLAIR-LEG W/HARDWARE (50/BX) | 32 | 32 |
| SA-036X008B/Y-.080-DF-W14-2PR | UHTSI | NO OUTLET W/ RIGHT ARROW | 2 | 2 |
| SA-024X030B/W-.080-DG-R3-5A | UHTSI | MANDATORY MOVE FORWARD W/ARROW | 1 | 1 |
| AE10 | ARSGN | SIGN, CONE 12.75X10.5 NR TWO-WAY ARROW | 10 | 10 |
| A100 | ARSGN | SIGN, CONE 12.75X10.5 NR ARW LEFT/RIGHT | 10 | 10 |
| 1242-LG | KISHG | VEST, SURVEY CL3 LIM MESH CONTRAST W/ZIP | 7 | 7 |
| SA-012X018R/W-.080-HI-R8-31R | UHTSI | NO PARKING FIRE LANE W/RIGHT ARROW | 4 | 4 |
| BPN-120X8-.75PW | UHTBC | PANEL, BCADE 10' X 8" PLY NR | 4 | 4 |
| 3810I-3X50 | 3M-HT | SHTG, CHLZR 3" X 50YD HI WHT FLEX | 126 | 126 |
| UL2048 | BANDT | BANDING, ULTRA FREE END .75X48 .030 SS | 1 | 1 |
| SA-036X036B/O-.080-HI-W20-5R | UHTSI | RIGHT LANE CLOSED ___(3-LINE) | 1 | 1 |
| SA-012X018G/W-.080-DG-M1-8 | UHTSI | BICYCLE ROUTE MARKER D_ | 3 | 3 |
| MBB-5 | TRAPA | BRACKET, MAILBOX SUPPORT MULTI #2 RURAL | 5 | 5 |
| ALUM-030XPEN-.080-S1-1 | COMOD | S1-1 BLANK SCHOOL | 4 | 4 |

| Highway Technologies, Inc. | | | | |
|---|---|---|---|---|
| RDP Barricade Company, LLC | | | | |
| **Inventory Listing** | | | | |
| ALUM-042X009-EXT-SN | COMOD | SIGN, BLANK STREET NAME EXT | 6 | 6 |
| SA-024X030B/W-.080-HI-R2-1-40 | UHTSI | SPEED LIMIT 40 | 3 | 3 |
| SHA3-18C--GL | SAFEH | ANCHOR, DELIN SOIL 18" (GP3) | 16 | 16 |
| SG-048X008-.080-HI-BS | UHTSI | STREET NAME, UNSCREENED BS | 3 | 3 |
| SF-048X024-.100-HI | UHTSI | SIGN, UNSCREENED | 1 | 1 |
| ALUM-048X008-.080-SN | COMOD | SIGN, BLANK STREET NAME | 9 | 9 |
| 3811I-3X50 | 3M-HT | SHTG, CHLZR 3" X 50YD YEL HI FLEX | 105 | 105 |
| SA-048X048-4CP-NR | UHTSI | SIGN, CUSTOM LEGEND | 5 | 5 |
| K3260MD | JOKAT | GLOVE, DRIVER THERMAL COW SZ-M | 18 | 18 |
| APF | SAFFC | FLAG, AIRPORT 36X36 O/W HVYDTY NYL (A/P) | 5 | 5 |
| SA-024X024R/W-.080-DG-R3-2 | UHTSI | NO LEFT TURN SYMBOL | 1 | 1 |
| SA-012X018R/W-.080-HI-R7-1R | UHTSI | NO PARKING ANYTIME W/RIGHT ARROW | 4 | 4 |
| SA-012X018R/W-.080-HI-R7-1L | UHTSI | NO PARKING ANYTIME W/LEFT ARROW | 4 | 4 |
| C00169 | BANDT | TOOL, BANDING 0-.75" BAND/BUCKLE | 1 | 1 |
| PS-1-79 | TRAPA | DRIVER SHANK TOOL, 7/8X4.25 V-LOC | 1 | 1 |
| ORRFF11315F10 | ORRSA | GLOVE, 13" NITRILE CHEM-RESIST | 48 | 48 |
| N75001L | NORSA | CARTRIDGE, RESPIRATOR ORGANIC VAPOR | 6 | 6 |
| SA-024X030B/W-.080-DG-R2-1-25 | UHTSI | SPEED LIMIT 25 | 1 | 1 |
| SF-036X036-.080-HI | UHTSI | SIGN, UNSCREENED | 1 | 1 |
| ALUM-018XOCT-.063-R1-1 | COMOD | R1-1 BLANK STOP | 13 | 13 |
| SA-012X018R/W-.080-EG-R7-1R | UHTSI | NO PARKING ANYTIME W/RIGHT ARROW | 7 | 7 |
| SA-036X008B/Y-.080-DF-W14-2PL | UHTSI | NO OUTLET W/ LEFT ARROW | 2 | 2 |
| 1242-LOGO-MD | KISHG | VEST, SURVEY CL3 LIM MESH CONTRAST | 5 | 5 |
| SA-030X036B/W-.080-EG-R3-5R | UHTSI | MANDATORY MOVE RIGHT W/ARROW (1LN) | 1 | 1 |
| SA-036X012B/W-.080-HI-R6-1L | UHTSI | ONE WAY LEFT ENCLOSED IN ARROW | 4 | 4 |
| SF-048X036-.080-HI-W14-3 | UHTSI | SIGN, UNSCREENED NO PASSING ZONE | 1 | 1 |
| SA-024X030B/W-.080-DG-R2-1-35G | UHTSI | SPEED LIMIT 35 W/GRAF-GRD | 1 | 1 |
| CN28-7LB-64H-NS-BLK-PVC | UHTBC | CONE, 28" ORG BLK-B W/6&4" HI 7# | 5 | 5 |
| AKT-18-GRN | AKTCP | REFLECTOR, DELIN 3.25" RND GRN | 39 | 39 |
| SA-012X018R/W-.080-EG-R8-31 | UHTSI | NO PARKING FIRE LANE (LEGEND) | 7 | 7 |
| SA-012X018R/W-.080-EG-R7-1D | UHTSI | NO PARKING ANYTIME W/DOUBLE ARROW | 9 | 9 |
| SA-012X018R/W-.080-EG-R7-1L | UHTSI | NO PARKING ANYTIME W/LEFT ARROW | 7 | 7 |
| SB-024X006-.080-HI | UHTSI | STREET NAME, CUSTOM LEGEND | 4 | 4 |
| SA-024X030B/W-.080-HI-R2-1-15 | UHTSI | SPEED LIMIT 15 | 2 | 2 |
| ALUM-024X009-.080-SN | COMOD | SIGN, BLANK STREET NAME | 15 | 15 |
| 1242-XL | KISHG | VEST, SURVEY CL3 LIM MESH CONTRAST W/ZIP | 5 | 5 |
| 1242-2X | KISHG | VEST, SURVEY CL3 LIM MESH CONTRAST W/ZIP | 5 | 5 |
| SA-030X036B/W-.080-HI-R3-6R | UHTSI | OPTIONAL MOVE RIGHT W/STRAIGHT ARROW | 1 | 1 |
| SB-036X006-.080-DG | UHTSI | STREET NAME, CUSTOM LEGEND | 2 | 2 |
| PM600150 | LKF | TAPE, PREMARK 4" X 3' WHT 90MIL | 48 | 48 |
| SA-012X018R/W-.080-EG-R8-31D | UHTSI | NO PARKING FIRE LANE W/DOUBLE ARROW | 8 | 8 |
| SF-018X012-.080-EG | UHTSI | SIGN, UNSCREENED | 5 | 5 |
| 336L-12X50 | 3M-HT | TAPE, BCADE 12" X 50YD PRIS-HI O/W 6"L | 29 | 29 |
| ALUM-030X008-.080 | COMOD | SIGN, BLANK | 10 | 10 |
| 8002553150 | FILEX | MARKER, BW 1-WAY WHT HI PCBM12 | 31 | 31 |
| SA-012X036B/Y-.080-HI-OM-3R | UHTSI | MARKER, OBJECT T3 RIGHT TO LEFT | 2 | 2 |
| TELE 1.75IN 3FT 12GA GALV | COMOD | TELESPAR, 1.75" X 3' 12GA GALV | 5 | 5 |
| SA-012X036-.080-DF | UHTSI | SIGN, CUSTOM LEGEND | 1 | 1 |
| CM-1-W | ASOPT | MARKER, CURB 3.5" X 2.25" WHT | 42 | 42 |
| SA-030X036B/W-.080-HI-R3-6L | UHTSI | OPTIONAL MOVE LEFT W/STRAIGHT ARROW | 1 | 1 |
| SA-012X006G/W-.080-EG-R7-8A | UHTSI | VAN ACCESSIBLE | 4 | 4 |
| 7725-12-36X50 | 3M-HT | SHTG, 36" X 50YD BLK VNL | 29.3 | 29.3 |
| SA-024X008-.080-DF-BS | UHTSI | SIGN, CUSTOM LEGEND BS | 1 | 1 |
| HT896324 | LKF | TAPE, HOT 4' STRAIGHT ARROW 90MIL | 2 | 2 |
| SA-012X018BL/G/W-.080-EG-R7-8T | UHTSI | RESERVED PARK HCAP (SYMBOL) TAZ | 5 | 5 |

| Highway Technologies, Inc. | | | | |
|---|---|---|---|---|
| RDP Barricade Company, LLC | | | | |
| **Inventory Listing** | | | | |
| SA-024X024B/Y-.080-HI-W11-2 | UHTSI | PEDESTRIAN ADVANCE W/O LINES | 1 | 1 |
| SA-024X030B/W-.080-HI-R2-1-35 | UHTSI | SPEED LIMIT 35 | 1 | 1 |
| S4120S | PYRMX | GLASSES, SFTY GRAY 4110 SERIES | 38 | 38 |
| ALUM-024XOCT-.063-R1-1 | COMOD | R1-1 BLANK STOP | 3 | 3 |
| SA-012X036B/Y-.080-DG-OM-3L | UHTSI | MARKER, OBJECT T3 LEFT TO RIGHT | 1 | 1 |
| SA-012X018R/W-.080-EG-R7-1TL | UHTSI | NO PARKING ANYTIME TAZ W/LEFT | 5 | 5 |
| SA-021X015B/W-.080-DG-M6-2R | UHTSI | DIRECTIONAL ARROW 45DEG RIGHT | 1 | 1 |
| 3930-30X50 | 3M-HT | SHTG, 30" X 50YD HI PRIS-WHT | 22 | 22 |
| CN12-1.5LB-NR-ORG-PVC | UHTBC | CONE, 12" ORG ORG-B NR 1.5# PVC | 11 | 11 |
| SA-024X012B/W-.080-DG-M3-4 | UHTSI | WEST DIRECTIONAL MARKER | 1 | 1 |
| SA-021X015B/W-.080-DG-M5-1L | UHTSI | LEFT ADVANCE TURN 90DEG | 1 | 1 |
| SG-030X009-.080-HI | UHTSI | STREET NAME, UNSCREENED | 3 | 3 |
| ALUM-018X012-.080 | COMOD | SIGN, BLANK | 9 | 9 |
| ALUM-030XTRI-.080-R1-2 | COMOD | R1-2 BLANK YIELD | 4 | 4 |
| SA-018X006R/W-.080-DG-R1-4 | UHTSI | ALL-WAY | 3 | 3 |
| 1177-24X50 | 3M-HT | FILM, EC 24" X 50YD GRN | 31.05 | 31.05 |
| A59030000 | NORSA | HARD-HAT, ORG CAP PEAK 4PT PIN | 9 | 9 |
| ALUM-018X018-.080 | COMOD | SIGN, BLANK | 5 | 5 |
| 840009G | TRIIN | ANCHOR, 1.75" SURFACE MOUNT CAST | 1 | 1 |
| SD-006X004-VNL-EG | UHTSI | DECAL, CUSTOM LEGEND | 20 | 20 |
| ALUM-054X008-.100-SN | COMOD | SIGN, BLANK STREET NAME | 2 | 2 |
| SB-042X009-.080-HI | UHTSI | STREET NAME, CUSTOM LEGEND | 1 | 1 |
| SA-012X018BL/G/W-.080-HI-R7-8D | UHTSI | RESERVED PARKING W/HANDICAP | 2 | 2 |
| SA-030X009-.080-DG | UHTSI | SIGN, CUSTOM LEGEND | 1 | 1 |
| SB-030X006-EXT-HI-BS | UHTSI | STREET NAME, CUSTOM LEGEND BS | 1 | 1 |
| SA-024X012B/W-.080-DG-M3-2 | UHTSI | EAST DIRECTIONAL MARKER | 1 | 1 |
| ORRFB515LS | ORRSA | GLOVE, DRIVER ECON PIG INSULATED SM | 8 | 8 |
| 622PXL | MEMPH | GLOVE, DRIVER ECON PIG SZ-XL | 9 | 9 |
| ALUM-030XOCT-.080-R1-1 | COMOD | R1-1 BLANK STOP | 2 | 2 |
| 334R-8X50 | 3M-HT | TAPE, BCADE 8" X 50YD HI-PRIS O/W 4R | 23.3 | 23.3 |
| SF-012X012-.080-EG | UHTSI | SIGN, UNSCREENED | 5 | 5 |
| SA-024X024R/W-.080-HI-R3-2 | UHTSI | NO LEFT TURN SYMBOL | 1 | 1 |
| 3107L | JOKAT | GLOVE, JAG-GRIP LATEX COATED | 24 | 24 |
| SF-018X024-.080-DG | UHTSI | SIGN, UNSCREENED | 1 | 1 |
| SF-010X018-.080-HI | UHTSI | SIGN, UNSCREENED | 2 | 2 |
| ALUM-024X008-.080 | COMOD | SIGN, BLANK | 4 | 4 |
| SA-012X018R/W-.080-EG-R8-31L | UHTSI | NO PARKING FIRE LANE W/LEFT ARROW | 5 | 5 |
| SA-030X012B/W-.080-HI-R3-17B | UHTSI | (SYM) BIKE LANE ENDS | 1 | 1 |
| SA-012X018BL/G/W-.080-EG-R7-8D | UHTSI | RESERVED PARK HANDICAP (SYM) W/DBL ARROW | 3 | 3 |
| SA-030X012B/W-.080-HI-R3-17A | UHTSI | (SYM) BIKE LANE BEGIN | 1 | 1 |
| SF-024X018-.080-DG | UHTSI | SIGN, UNSCREENED | 1 | 1 |
| SF-024X024-.080-HI | UHTSI | SIGN, UNSCREENED | 1 | 1 |
| 1242-LOGO-4X | KISHG | VEST, SURVEY CL3 LIM MESH CONTRAST | 2 | 2 |
| CN515R6-8X50 | NIPPO | TAPE, BCADE 8" X 50YD HI R/W 6R | 11 | 11 |
| SA-012X018BL/G/W-.080-EG-R7-8V | UHTSI | RESERVED PARK HCAP (SYM) VAN ACCESSIBLE | 3 | 3 |
| 8002553165 | FILEX | MARKER, BW 2-WAY YEL HI PCBM12 | 12 | 12 |
| HD-D | RYOVC | BATTERY, D-CELL HVYDTY | 72 | 72 |
| 8007302220 | FILEX | MARKER, CHIP 2-WAY YEL 1-CAP 1-STAPLE | 50 | 50 |
| SF-024X012-.080-DF | UHTSI | SIGN, UNSCREENED | 1 | 1 |
| SA-024X006BL/W-.080-EG-R7-201 | UHTSI | TOW AWAY ZONE | 12 | 12 |
| SA-024X036-4CP-NR | UHTSI | SIGN, CUSTOM LEGEND | 1 | 1 |
| 1242-3X | KISHG | VEST, SURVEY CL3 LIM MESH CONTRAST W/ZIP | 2 | 2 |
| SA-012X018G/W-.080-HI-R7-108D | UHTSI | 2HR PARKING AM TO PM DBL-ARROW | 1 | 1 |
| SA-012X018G/W-.080-HI-R7-108R | UHTSI | 2HR PARKING AM TO PM W/RIGHT | 1 | 1 |
| TELE 1.75IN 10FT 14GA GALV | COMOD | TELESPAR, 1.75" X 10' 14GA GALV | 1 | 1 |

| Highway Technologies, Inc. | | | | |
|---|---|---|---|---|
| **RDP Barricade Company, LLC** | | | | |
| **Inventory Listing** | | | | |
| ALUM-030X006-.080 | COMOD | SIGN, BLANK | 6 | 6 |
| 8002553140 | FILEX | MARKER, BW 1-WAY AMB HI PCBM12 | 14 | 14 |
| ALUM-024X012-.080 | COMOD | SIGN, BLANK | 2 | 2 |
| SF-012X036-.080-HI | UHTSI | SIGN, UNSCREENED | 1 | 1 |
| ALUM-030X009-.080-SN | COMOD | SIGN, BLANK STREET NAME | 3 | 3 |
| ALUM-036X006-.080-SN | COMOD | SIGN, BLANK STREET NAME | 4 | 4 |
| SF-018X024-.080-EG | UHTSI | SIGN, UNSCREENED | 1 | 1 |
| SF-012X012-.080-HI | UHTSI | SIGN, UNSCREENED | 2 | 2 |
| 3107S | JOKAT | GLOVE, JAG-GRIP LATEX COATED | 14 | 14 |
| SA-012X009G/W-.080-DG-M7-1 | UHTSI | DIRECTIONAL ARROW (BICYCLE) | 1 | 1 |
| SA-012X018BL/G/W-.080-EG-R7-8 | UHTSI | RESERVED PARKING W/HANDICAP SYMBOL | 2 | 2 |
| 434056 | LKF | ADHESIVE, PAD 8.25X8.25" SUPER-BUNDY | 10 | 10 |
| 3107XL | JOKAT | GLOVE, JAG-GRIP LATEX COATED | 13 | 13 |
| 700SLC/M | WCHES | GLOVE, ST-KNIT PREM-COATED BLU SZ-MD | 12 | 12 |
| ALUM-020X004-.080 | COMOD | SIGN, BLANK | 4 | 4 |
| ALUM-024X018-.080 | COMOD | SIGN, BLANK | 2 | 2 |
| S2580S | PYRMX | GLASSES, SFTY ZTEK W/IN-OUT MIRROR | 10 | 10 |
| SX0072 | BANDT | EXTRUSION, 10' SMALL | 18.5 | 18.5 |
| SA-012X018R/W-.080-EG-R7-1 | UHTSI | NO PARKING ANYTIME | 1 | 1 |
| 3290-24X50 | 3M-HT | SHTG, 24" X 50YD WHITE EG PS | 15.85 | 15.85 |
| SG-024X008-.080-DG | UHTSI | STREET NAME, UNSCREENED | 1 | 1 |
| 1242-LOGO-3X | KISHG | VEST, SURVEY CL3 LIM MESH CONTRAST | 1 | 1 |
| ALUM-024X030-.080 | COMOD | SIGN, BLANK | 1 | 1 |
| SA-012X018R/W-.080-EG-R8-3 | UHTSI | NO PARKING (CENTERED) | 2 | 2 |
| SA-030X008B/Y-.080-HI-W14-2PL | UHTSI | NO OUTLET W/LEFT ARROW | 1 | 1 |
| 3107M | JOKAT | GLOVE, JAG-GRIP LATEX COATED | 9 | 9 |
| 11326-00000-20 | 3M-HT | GLASSES, SFTY CLR W/ANTI-FOG LENS | 10 | 10 |
| PLYWOOD-048X120-.5MD | COMOD | PLYWOOD, 4X10' .5" MDO | 4 | 4 |
| SF-024X008-.080-HI | UHTSI | SIGN, UNSCREENED | 1 | 1 |
| 1091-LG | KISHG | VEST, NON-ANSI SURVEY ORG MULTI-POCKET | 1 | 1 |
| ALUM-010X002-.080 | COMOD | SIGN, BLANK | 4 | 4 |
| SA-012X006G/W-.080-EG-R7-201 | UHTSI | TOW AWAY ZONE | 3 | 3 |
| SF-010X014-.080-EG | UHTSI | SIGN, UNSCREENED | 1 | 1 |
| ALUM-036X012-.080 | COMOD | SIGN, BLANK | 1 | 1 |
| SA-012X018R/W-.080-EG-R7-1TR | UHTSI | NO PARKING ANYTIME TAZ W/RIGHT ARROW | 1 | 1 |
| ALUM-012X006-.080 | COMOD | SIGN, BLANK | 3 | 3 |
| 1172-30X50 | 3M-HT | FILM, EC 30" X 50YD RED | 4.4 | 4.4 |
| ALUM-008X024-.080 | COMOD | SIGN, BLANK | 1 | 1 |
| 90A | ELGMP | WRENCH, SOCKET 1" FOR PYRAMID BOLTS | 5 | 5 |
| ALUM-018X006-.080 | COMOD | SIGN, BLANK | 1 | 1 |
| AKT-18-AMB | AKTCP | REFLECTOR, DELIN 3.25" RND AMB W/AL-BK | 2 | 2 |
| | | | | |

| Highway Technologies, Inc. | | | | |
| RDP Barricade Company, LLC | | | | |
| **Inventory Listing** | | | | |
| Parts Inventory | | | | |
| | | | | |
| **Item#** | **Stckcls** | **Description** | | **Total Qty** |
| CF4116.1 | SMTMA | CUTTER, FLAIL 16-SPIKE ULT-PRETUNG C | | 349.00 |
| CF3150.1 | SMTMA | CUTTER, FLAIL 12-SPIKE ULT-PRETUNG C | | 995.00 |
| EA00010 | REXNO | COUPLING, OMEGA E2 CLOSE | | 7.00 |
| CF2616 | SMTMA | TEETH, CARBIDE VONARX VA25S | | 313.00 |
| S087.09.0500 | SMTMA | SHAFT, HARDENED FOR GRINDER TR | | 87.00 |
| SP3344 | SMTMA | SPACERS, | | 1531.00 |
| 1065033A | SMTMA | ASSEMBLY, HEX BEARING SID PLATE | | 2.00 |
| SE-0507-72 | LITEW | STRAP, TETHER 72" AL | | 4.00 |
| 100343-001 | WANCO | VISOR, 4.5" | | 32.00 |
| 41-12552 | BINKS | PIN, | | 14.00 |
| 1850 | KMINT | BULB, 6V FLSH 1850 | | 290.00 |
| 41-12559 | BINKS | PIN, | | 12.00 |
| 10516 | TRAFX | SIGNAL LIGHT, RIGHT TURN | | 1.00 |
| 2175-107 | LOMBA | FILTER, OIL | | 3.00 |
| BB-19B | RIDGH | BUDDY, BEARING BRA | | 25.00 |
| 1408 | GENEL | BULB, 12V | | 200.00 |
| 009357 | MRLEC | SEAL, BEARING BACKING PLATE | | 1.00 |
| 5407-RS | POLLA | CONNECTOR, 7-WAY ROUND SOCKET | | 2.00 |
| | | | | |

**Schedule 1.4**

| Miscellaneous Furniture and Fixtures | | | | |
|---|---|---|---|---|
| | | | | |
| **Location** | **Description** | | | |
| Warehouse | Warehouse Racking/Shelving/Cabinetry | | | |
| Office | Office Chairs/Desks/Kitchen Appliances/Filing Cabinets | | | |
| Sign Shop | Computers/Sign design software | | | |
| Sign Shop | Roller tables | | | |
| Sign Shop | Sheeting applicator | | | |
| Yard | Storage Shed | | | |
| Yard | Shipping Container | | | |
| | | | | |
| | | | | |
| **Computer Equipment** | | | | |
| (high likelihood that these are all on lease) | | | | |
| | | | | |
| **Employee/Dept.** | **Make** | **Model** | **Type** | **Service Tag** |
| Lee | Dell | Latitude | Laptop | f1mk3r1 |
| C. Reynolds | Dell | OptiPlex | Desktop | 3g3n8v1 |
| Customer Service | Dell | OptiPlex | Desktop | 3g3p8v1 |
| Customer Service | Dell | OptiPlex | Desktop | 3f3vp8v1 |
| Schmidt | Dell | Latitude | Laptop | JGSW6R1 |
| Conrad | Dell | OptiPlex | Desktop | 3fyn8v1 |
| Dispatch | Dell | OptiPlex | Desktop | 3fwn8v1 |
| O'Bryan | Dell | Latitude | Laptop | 1Sd5wf1 |
| Badillo | Dell | Latitude | Laptop | dr4ncs1 |
| Neal | Dell | Latitude | Laptop | 2hswr61 |
| R. Reynolds | Dell | Latitude | Laptop | fgsw6r1 |
| Sign Shop | Dell | OptiPlex | Desktop | 9r11fh1 |
| Sign Shop | Dell | Optima | Desktop | 351468-2 |
| Sign Shop | Dell | Optima | Desktop | 351468-1 |
| Spare | Dell | Latitude | Laptop | dz4ncs1 |
| Spare | Dell | Latitude | Laptop | 5Omk3r1 |
| Spare | Dell | Latitude | Laptop | 8fg0hv1 |
| Ott | Dell | Latitude | Laptop | jslk3r1 |
| Smith | Dell | OptiPlex | Desktop | 3g0q8v1 |
| | | | Routers/MPLS Equipment | |

**Schedule 3.3**

**(Contracts and Leases)**

| Counterparty Name (Contractor) | Project Name / Description | Job # | Project # | Cure Amount |
|---|---|---|---|---|
| Adolfson & Peterson Construction (AP Mountain States, LLC) 797 Ventura St Aurora, CO 80011 | Alpine Campus Center - Roadway, site, and parking signage | 435882 | 6275 | $0.00 |
| Concrete Works of Colorado, Inc. 1260 Rock Creek Circle Lafayette, CO 80026 | Baseline Road Water Main Replacement | 443918 | 1212 | $0.00 |
| Fiore & Sons, Inc. 730 West 62nd Avenue Denver, CO 80216 | 40th Ave Lowering Project | 451838 | CO 120918-001 | $0.00 |
| Goodland Construction Inc. 760 Nile Street Golden, CO 80401 | Sheridan Trail Improvements | 465631 | 913.0032 | $0.00 |
| JBS Pipeline Contractors 8600 Verbena Street Commerce City, CO 80022 | 115th Street Bridge Replacement | 455165 | JBS 0053 | $0.00 |
| Oakwood Homes 4908 Tower Road Denver, CO 80249 | CP Bedrock No. 3 Phase 2-4 | 465638 | 2010D00216 | $0.00 |
| Oakwood Homes 4908 Tower Road Denver, CO 80249 | The Meadows Filing 16 Ph 2L & 2M | 461111 | 12-024 | $0.00 |
| Rocky Mountain Excavating 651 Topeka Way, Suite N100 Castle Rock, CO 80108 | Replacement Medical Center Facility, V.A. - Aurora, CO | 438219 | VA101CFM-C-0100 #554-601 | $0.00 |
| Rocky Mountain Excavating 651 Topeka Way, Suite N100 Castle Rock, CO 80108 | Maintain Markings, Pavement, Curb & Gutter | 453915 | W911RZ-12-D-0005-5G01 | $0.00 |
| Scott Contracting, Inc. 9600 E. 104th Avenue Henderson, CO 80640 | Candelas Filing 1 Phasing 1A UTI | 433713 | 11503-02 | $0.00 |
| Sturgeon Electric 12150 East 112th Avenue Henderson, CO 80640 | Work on the C-470 ITS | 441545 | N/A | $0.00 |
| Urban Farmer 3431 East 86th Ave. Thornton, CO 80229 | Foothills Irrigation US 36 Interchange to Colorado Avenue, Boulder, CO | 454278 | 726 P.001/022 | $0.00 |

| Counterparty Name (Contractor) | Project Name / Description | Job # | Project # | Cure Amount |
|---|---|---|---|---|
| **Property Leases** | | | | |
| Donald H. Tisdall and Joyce F. Tisdall<br>c/o Work Zone Co., Inc.<br>2385 South Lipan Street<br>Denver, CO 80223 | Lease | N/A | N/A | $43,077.13 |
| Donald H. Tisdall and Joyce F. Tisdall<br>c/o Work Zone Co., Inc.<br>2385 South Lipan Street<br>Denver, CO 80223 | First Amendment to Lease | N/A | N/A | $0.00 |
| Donald H. Tisdall and Joyce F. Tisdall<br>2265 S. Klamath St.<br>Denver, CO 80223 | Lease Agreement | N/A | N/A | $0.00 |
| Denver East Machinery<br>15507 E. 18th Avenue<br>Aurora, CO 80011 | Lease Agreement | N/A | N/A | $0.00 |
| Denver East Machinery<br>15507 E. 18th Avenue<br>Aurora, CO 80011 | First Amendment to Lease | N/A | N/A | $0.00 |
| Bandimere Auto Performance Center, Inc.<br>3051 S. Rooney Road<br>Morrison, CO 80465 | Lease Agreement | N/A | N/A | $0.00 |
| **Office Equipment** | | | | |
| Data Sales<br>3450 West Burnsville Parkway<br>Burnsville, MN 55337 | Computer Leases with Data Sales | N/A | N/A | $0.00 |
| Star2Star<br>600 Talievast Road Suite 202<br>Sarasota, FL 34243 | Contract expired, month to month | N/A | N/A | $3,000.00 |
| Credit Card Machine | No lease on file | N/A | N/A | $0.00 |
| ATT Data Line | | | | $0.00 |

| Counterparty Name (Contractor) | Project Name / Description | Job # | Project # | Cure Amount |
|---|---|---|---|---|
| **Office Equipment** | | | | |
| Sign Software license/maintenance contract | | | | $0.00 |
| Invarion<br>4949 East State Road 64 Suite 416<br>Brandenton, FL 34208 | Rapid Plan licenses ($995 per 4 users) | N/A | N/A | $0.00 |
| Microsoft Corporation<br>3025 Highland Parkway, Suite 300<br>Downers Grove, IL 60515 | | | | $0.00 |
| Cell Phone Agreement | | | | $0.00 |