IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIGHWAY TECHNOLOGIES INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 13-11326 (KJC)<br><br>(Jointly Administered)<br><br>**Objection Deadline: July 23, 2013 at 4:00 p.m.**<br><br>**Related Docket Nos. 131 and 296** |

## NOTICE OF POST-SALE DISCLOSURE PURSUANT TO BULK SALE PROCEDURES ORDER

**PLEASE TAKE NOTICE** that on June 27, 2013, the Court entered its *Order Granting Motion of Debtors Pursuant to Sections 105(a) and 363 of the Bankruptcy Code for Authority to (A) Enter Into Private Sale Transactions or Conduct Auctions for Personal Property Assets and Bulk Assets and (B) Sell Such Assets Free and Clear of All Encumbrances* [Docket No. 296] (the "Bulk Sale Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that on July 18, 2013, pursuant to the Bulk Sale Procedures Order, the above-captioned debtors and debtors in possession (collectively, the "Debtors") entered into an asset purchase agreement (the "APA")[2] with Ritchie Bros. Auctioneers (America) Inc. (the "Purchaser") for the sale of substantially all of the Debtors' remaining personal property assets (collectively, the "Purchased Assets").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the APA, the aggregate purchase price for the Purchased Assets is $7,275,800.00 (subject to certain post-closing purchase price adjustments, the "Purchase Price"), which amount includes a buyer's premium of

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the APA.

$735,674.00.[3] The Purchaser has allocated $3,324,400.00 to the Rolling Stock (as defined in the DIP Order)[4] being acquired by the Purchaser under the APA. The APA is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the declaration of Jody E. Bacque, Vice President of Operations of Hilco Industrial, LLC, is attached hereto as Exhibit B (the "Bacque Declaration"). The Bacque Declaration states, among other things, that the APA is supported by the Debtors' business judgment, entered into without collusion, in good faith, and at arms' length with the Purchaser and in the best interests of the Debtors' estates.

**PLEASE TAKE FURTHER NOTICE** that the declaration of Bryan Courcier, National Financial Accounts Manager for the Purchaser, is attached hereto as Exhibit C (the "Courcier Declaration"). The Courcier Declaration states, among other things, that the APA is entered into without collusion, in good faith, and at arms' length with the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bulk Sale Procedures Order, contemporaneously with the filing of this Post-Sale Disclosure, the Debtors are serving this Post-Sale Disclosure on: (a) counsel to the DIP Lenders, Hahn & Hessen, 488 Madison Avenue, New York, New York 10022, Attn: Rosanne T. Matzat; (b) counsel to the prepetition lenders, Schulte Roth & Zabel, 919 Third Avenue New York, NY 10022, Attn: David M. Hillman; (c) any party having an encumbrance in the Purchased Assets; (d) counsel to the Committee, Richards Layton & Finger, 920 North King Street, Wilmington, Delaware 19801, Attn: Mark D. Collins and Russell C. Silberglied; (e) the Office of the United States Trustee, 844 King Street, Suite 2207 Lockbox 35, Wilmington DE 19801, Attn: Jane Leamy; (f) the

---

[3] The buyer's premium represents 11.25% of the Purchase Price.

[4] *Interim Order (I) Authorizing Debtors to Obtain Postpetition Secured Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Scheduling Final Hearing, and (V) Granting Certain Related Relief* [Docket No. 55] (the "DIP Order").

governmental authority that has contracted for the work at a particular jobsite or location of the Purchased Assets; (g) the Debtors' sureties for the Debtors' work at the particular jobsite or location of the Purchased Assets; and (h) those parties requesting notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that any objections or other responses to this Post-Sale Disclosure must also be served so that they are received not later than **July 23, 2013 at 4:00 p.m. (Eastern Time)** by: (i) counsel to the Debtors, (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Bruce Grohsgal, Esq. and (b) Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111, Attn: Debra I. Grassgreen and John W. Lucas; (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jane M. Leamy, Esq.; and (iii) counsel to the Official Committee of Unsecured Creditors: Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Mark D. Collins, Esq. and Russell C. Silberglied, Esq.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO PARTY OBJECTS TO THIS POST-SALE DISCLOSURE ON OR BEFORE **JULY 23, 2013 AT 4:00 P.M. (EASTERN TIME)**, THE DEBTORS MAY FILE A DECLARATION OF NO OPPOSITION AND SUBMIT TO THE COURT A PROPOSED ORDER APPROVING THE APA UNDER CERTIFICATION OF COUNSEL.

Dated: July 18, 2013					PACHULSKI STANG ZIEHL & JONES LLP

					/s/ Peter J. Keane
					Richard M. Pachulski (CA Bar No. 90073))
					Debra I. Grassgreen (CA Bar No. 169978)
					Bruce Grohsgal (DE Bar No. 3583)
					John W. Lucas (NY Bar No. 4288379)
					Peter J. Keane (DE Bar No. 5503)
					919 North Market Street, 17th Floor
					P.O. Box 8705
					Wilmington, DE  19899-8705
					Telephone: (302) 652-4100
					Facsimile: (302) 652-4400
					E-mail:	rpachulski@pszjw.com
						dgrassgreen@pszjlaw.com
						bgrohsgal@pszjlaw.com
						jlucas@pszjlaw.com
						pkeane@pszjlaw.com

					Counsel to the Debtors and Debtors in Possession