# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIGHWAY TECHNOLOGIES INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 13-11326 (KJC)<br><br>(Jointly Administered)<br><br>**Objection Deadline: August 6, 2013 at 4:00 p.m.**<br><br>**Related Docket Nos. 131 and 296** |

## NOTICE OF POST-SALE DISCLOSURE
## PURSUANT TO BULK SALE PROCEDURES ORDER

**PLEASE TAKE NOTICE** that on June 27, 2013, the Court entered its *Order Granting Motion of Debtors Pursuant to Sections 105(a) and 363 of the Bankruptcy Code for Authority to (A) Enter Into Private Sale Transactions or Conduct Auctions for Personal Property Assets and Bulk Assets and (B) Sell Such Assets Free and Clear of All Encumbrances* [Docket No. 296] (the "Bulk Sale Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that on August 1, 2013, pursuant to the Bulk Sale Procedures Order, the above-captioned debtors and debtors in possession (collectively, the "Debtors") entered into an agreement with Plasticade Products Corporation (the "Purchaser") for the sale of certain of the Debtors' injection molds and related intellectual property (collectively, the "Purchased Assets"). The Purchased Assets are more fully described on Exhibit A, annexed hereto. The terms of the sale of the Purchased Assets are more fully described on the purchase order annexed hereto as Exhibit B (the "Purchase Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Purchase Order, the aggregate purchase price for the Purchased Assets is $185,000.00 (the "Purchase Price").[2] The

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

sale of the Purchased Assets does not include any Rolling Stock (as defined in the DIP Order).[3] A proposed sale order is attached hereto as Exhibit C.

**PLEASE TAKE FURTHER NOTICE** that the declaration of Jody E. Bacque, Vice President of Operations of Hilco Industrial, LLC, the marketing and assets sale liquidator of the Debtors, is attached hereto as Exhibit D (the "Bacque Declaration"). The Bacque Declaration states, among other things, that the Purchase Order is supported by the Debtors' business judgment, entered into without collusion, in good faith, and at arms' length with the Purchaser and in the best interests of the Debtors' estates.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bulk Sale Procedures Order, contemporaneously with the filing of this Post-Sale Disclosure, the Debtors are serving this Post-Sale Disclosure on: (a) counsel to the DIP Lenders, Hahn & Hessen, 488 Madison Avenue, New York, New York 10022, Attn: Rosanne T. Matzat; (b) counsel to the Prepetition Agent, Schulte Roth & Zabel, 919 Third Avenue New York, NY 10022, Attn: David M. Hillman; (c) any party having an encumbrance in the Purchased Assets; (d) counsel to the Committee, Richards Layton & Finger, 920 North King Street, Wilmington, Delaware 19801, Attn: Mark D. Collins and Russell C. Silberglied; (e) the Office of the United States Trustee, 844 King Street, Suite 2207 Lockbox 35, Wilmington DE 19801, Attn: Jane Leamy; and (f) those parties requesting notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that any objections or other responses to this Post-Sale Disclosure must also be served so that they are received not later than **August 6,**

---

[2]  A buyer's premium of 15% (i.e., $27,750.00) will be paid by the Purchaser to Hilco Industrial, LLC and is in addition to the Purchase Price.

[3]  *Interim Order (I) Authorizing Debtors to Obtain Postpetition Secured Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Scheduling Final Hearing, and (V) Granting Certain Related Relief* [Docket No. 55] (the "DIP Order").

**2013 at 4:00 p.m. (Eastern Time)** by: (i) counsel to the Debtors, (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Bruce Grohsgal and (b) Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111, Attn: Debra I. Grassgreen and John W. Lucas; (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jane M. Leamy; and (iii) counsel to the Official Committee of Unsecured Creditors: Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Mark D. Collins and Russell C. Silberglied.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO PARTY OBJECTS TO THIS POST-SALE DISCLOSURE ON OR BEFORE **AUGUST 6, 2013 AT 4:00 P.M. (EASTERN TIME)**, THE DEBTORS MAY FILE A DECLARATION OF NO OPPOSITION AND SUBMIT TO THE COURT A PROPOSED ORDER APPROVING THE AGREEMENT UNDER CERTIFICATION OF COUNSEL.

[Remainder of page intentionally left blank]

Dated: August 1, 2013                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ B. Jones*
_____
Richard M. Pachulski (CA Bar No. 90073))
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
John W. Lucas (NY Bar No. 4288379)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:      rpachulski@pszjw.com
             dgrassgreen@pszjlaw.com
             bgrohsgal@pszjlaw.com
             jlucas@pszjlaw.com
             pkeane@pszjlaw.com

Counsel to the Debtors and Debtors in Possession