# EXHIBIT A

## Purchased Assets

| Type | Description |
| --- | --- |
| Mold | Blow Mold - Safetycade Upright |
| Mold | Blow Mold - Verticade Upright |
| Mold | Blow Mold - Safetycade & Verticade |
| Mold | Blow Mold - Leg Ballast of Safetycade & Verticade |
| Fixture Table | Drilling Trimming Table - Safetycade & Verticade |
| Trademark | Safetycade (Registration No. 1893958) |
| Trademark | Safetycade & Design (Registration No. 1904142) |
| Patent | Warning Barricade Apparatus With Lighting Unit Sleeve (Patent No. 6116811) |