IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| HIGHWAY TECHNOLOGIES INC., *et al.*,[1] | Case No. 13-11326 (KJC) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 386 |

**ORDER AUTHORIZING AND APPROVING THE
SETTLEMENT AGREEMENT AMONG THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, THE PREPETITION AGENT,
THE PREPETITION LENDERS, THE DIP LENDERS AND THE EQUITY SPONSORS**

This matter coming before the Court on *The Official Committee of Unsecured Creditors' Motion Pursuant to Rule 9019 to Approve the Settlement Agreement Among the Official Committee of Unsecured Creditors the Prepetition Agent, the Prepetition Lenders, the DIP Lenders, and the Equity Sponsors* (the "Motion");[2] the Court having reviewed the Motion; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (c) notice of this Motion having been provided to the Office of the United States Trustee for the District of Delaware; counsel to the Debtors, counsel to the Parties; and all parties who have timely filed requests for notice under Bankruptcy Rule 2002(i), and (d) the proposed settlement is fair and equitable, provides substantial benefits, well above the lowest point in a range of reasonableness; and the Court having determined that due notice of the Motion and hearing has been given and

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies Inc. (6608); and HTS Acquisitions Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

RLF1 9103528v.2

no other or further notice need be given, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor,

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Settlement Agreement attached hereto as <u>Exhibit 1</u> is authorized and approved.

3. The failure to specifically include any particular provisions of the Settlement Agreement in the Order shall not diminish or impair the effectiveness of such provisions, it being the intent of the Court that the Settlement Agreement be authorized and approved in its entirety.

4. The Debtors, their officers, employees and agents, as well as the Committee and its professionals, are authorized to take or refrain from taking such acts as are necessary and appropriate to implement and effectuate the relief granted herein.

5. Nothing in this Order or the Settlement Agreement shall, nor shall be deemed, to release, discharge, or acquit financial advisors, consultants, accountants and auditors who were retained by or on behalf of, or performed services for or on behalf of, the Debtors from claims, demands, liabilities, responsibilities, disputes, remedies, causes of action, indebtedness, and obligation, of every type, that the Debtors or any creditor or party in interest may have against such financial advisors, consultants, accountants and auditors.

RLF1 9103528v.2

6. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order, and all matters relating to or arising in Connection with the Settlement Agreement.

Dated: Aug 14, 2013
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

RLF1 9103528v.2