**Exhibit B**

**May 1, 2013 Mater Agreement Invoice**

**wynne systems**

**Wynne Systems, Inc.**
2603 MAIN ST | SUITE 710 | IRVINE, CA 92614
Phone: +1(949) 224 6300 | Fax: +1(949) 225 6540
www.wynnesystems.com

**HIGHWAY TECHNOLOGIES INC**

PO BOX 26600
HOUSTON, TX 77207

| DATE | Invoice |
|---|---|
| May 01, 2013 | CNTR000627 |

| P.O. NUMBER | TERMS |
|---|---|
| Per Contract | Net 30 Days |

| QTY. | DESCRIPTION | RATE | DISCOUNT | AMOUNT |
|---|---|---|---|---|
| 1 | RentalMan SaaS Subscription | $155,000.00 | $0.00 | $155,000.00 |
| 1 | CPI Increase | $5,766.00 | $0.00 | $5,766.00 |

| | |
|---|---|
| Subtotal | $160,766.00 |
| Tax | $0.00 |
| **Invoice Total** | **$160,766.00** |

*Please make checks payable to: WYNNE SYSTEMS, INC.*
RentalMan and InfoManager are developed and maintained by the Wynne Systems Group
Visit us on the web at www.wynnesystems.com