# EXHIBIT A

# (Purchased Assets)

| UNIT | MAKE/MODEL | VIN | MILEAGE | DESCRIPTION |
|---|---|---|---|---|
| 718909 | 05' F450XL | 87582 | NA | NO BATT LF DAMAGE WRECK |
| 979086 | 08"F350XL | 8EE42075 | 129,137 | |
| 633419 | 93' NAVISTAR | H239715 | 48042 | W ATTENTUATOR |
| 979127 | 08'F450SD | 8EE42077 | 160,105 | |
| 608587 | 04'F450 | ED28806 | NA | |
| 5702 | FG30G KOMATSU FORKLIFT | | | |
| 4023GRP | SULLAIR 185 AIR COMP | | | |
| 5901 | C/S TRAILER | | | |
| 3912 GRP | AMERICAN TRAILER | | | |
| 3903GRP | TRAILER NO BRAND | | | |
| 3902 GRP | TRAILER NO BRAND | | | |
| 980038 | WECO MESSAGE BD | | | |
| 98016 | WECO MESSAGE BD | | | |
| 5514 | ARROWMASTER | | | |
| 978640 | ARROWMASTER | | | |
| 5538 | ARROWMASTER | | | |
| 5545 | ARROWMASTER | | | |
| 5530 | ARROWMASTER | | | |
| 5509 | ARROWMASTER | | | |
| 5523 | ARROWMASTER | | | |
| 978841 | DATRONICS MESSAGE | | | |
| NA | BARRELS 50 UNITS | | | |
| NA | BARREL RINGS6 PALLETS 25 EACH | | | |
| NA | BARREL BASES 4PALLETS 48EACH | | | |
| NA | CONES 200 UNITS | | | |
| NA | CLOROPLAST 300 SIGNS | | | |
| NA | TELESPAR 150 PIECES | | | |
| NA | EDGELINE MARKERS 400 PIECES WITH BASES | | | |
| NA | PALLET JACK1 UNIT-ORANGE | | | |
| NA | LITTLE BUSTER SIGN STAND 25 UNITS | | | |
| NA | SAND BAGS 11 PALLETS X 50 EACH | | | |
| NA | FLAGS NEW50 PIECES | | | |
| NA | REFLECTIVE TAPE 12 NEW PACKS | | | |