IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Highway Technologies, Inc., *et al.*, | ) | Case No. 13-11326 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors[1]. | ) | |

Objection Deadline: October 9, 2013 at 4:00 p.m. Hearing Date: October 16, 2013 at 2:00 p.m.

**FIRST QUARTERLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL
FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR
THE PERIOD FROM MAY 22, 2013 THROUGH AUGUST 31, 2013**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and debtors in possession |
| Date of Retention: | *Nunc Pro Tunc* to May 22, 2013 by order signed June 27, 2013 |
| Period for which Compensation and Reimbursement is Sought: | May 22, 2013 through August 31, 2013[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $1,181,788.25 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 113,226.57 |

This is a:    _ monthly        x interim        _ final application.

The total time expended for fee application preparation is approximately 4.0 hours and the corresponding compensation requested is approximately $1,800.00.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 08/15/13 | 05/22/13 – 06/30/13 | $651,746.75 | $74,546.43 | $521,397.40 | $74,546.43 |
| 08/27/13 | 07/01/13 – 07/31/13 | $321,385.00 | $22,309.18 | Pending | Pending |
| 9/17/13 | 08/01/13 – 08/31/13 | $208,656.50 | $16,370.96 | Pending | Pending |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Richard M. Pachulski | Partner 1983; Member of CA Bar since 1979 | $995.00 | 15.90 | $ 15,820.50 |
| Robert J. Feinstein | Partner 2001; Member of NY and MA Bars since 1982 | $975.00 | 0.30 | $ 292.50 |
| Debra I. Grassgreen | Partner 1997; Member of CA Bar since 1994; Member of FL Bar since 1992 | $875.00<br>$437.50 | 283.10<br>37.40 | $247,712.50<br>$ 17,456.25 |
| Henry C. Kevane | Partner 1997; Member of CA Bar since 1986 | $850.00 | 1.00 | $ 850.00 |
| John A. Morris | Partner 2008; Member of NY Bar since 1991 | $835.00 | 1.10 | $ 918.50 |
| David J. Barton | Partner 2000; Member of CA Bar since 1981 | $825.00 | 6.00 | $ 4,950.00 |
| Daryl G. Parker | Of Counsel 2006; Member of CA Bar since 1997 | $775.00 | 22.20 | $ 17,205.00 |
| Bruce Grohsgal | Partner 2003; Member of PA Bar since 1984; Member of De Bar since 1997 | $750.00 | 213.60 | $160,200.00 |
| Joshua M. Fried | Partner 2006; Member of CA Bar since 1995; Member of NY Bar since 1999 | $695.00<br>$347.50 | 163.20<br>16.80 | $113,424.00<br>$ 5,838.00 |
| Maria A. Bove | Of Counsel 2001; Member of NY Bar since 2001 | $675.00<br>$337.50 | 72.40<br>4.50 | $ 48,870.00<br>$ 1,518.75 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $595.00 | 8.60 | $ 5,117.00 |
| John W. Lucas | Associate 2009; Member of NY Bar since 2005; Member of CA Bar since 2010 | $555.00<br>$277.50 | 426.30<br>53.10 | $236,596.50<br>$ 14,735.25 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jason H. Rosell | Associate 2010; Member of CA Bar since 2010; Member of NY Bar since 2011 | $450.00 | 235.00 | $105,750.00 |
| Peter J. Keane | Associate 2010; Member of PA Bar since 2008; Member of DE and NH Bar since 2010 | $425.00 | 130.60 | $ 55,505.00 |
| Leslie F. Forrester | Law Library Director 2003 | $295.00 | 2.90 | $     855.50 |
| Patricia J. Jeffries | Paralegal 1999 | $295.00 | 5.30 | $   1,563.50 |
| Kathe F. Finlayson | Paralegal 2000 | $295.00 | 294.80 | $ 86,966.00 |
| Karina K. Yee | Paralegal 2000 | $295.00 | 0.50 | $     147.50 |
| Margaret L. McGee | Paralegal 2007 | $295.00 | 0.30 | $       88.50 |
| Cheryl A. Knotts | Paralegal 2000 | $290.00 | 4.00 | $   1,160.00 |
| Patricia E. Cuniff | Paralegal 2000 | $290.00 | 0.50 | $     145.00 |
| Denise H. Harris | Paralegal 2001 | $285.00 | 1.40 | $     399.00 |
| Thomas J. Brown | Paralegal 2008 | $245.00 | 4.30 | $   1,053.50 |
| Kati L. Suk | Paralegal 2009 | $235.00 | 122.60 | $ 28,811.00 |
| Rita M. Olivere | Case Management Assistant 2000 | $195.00 | 0.30 | $       58.50 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $195.00 | 0.60 | $     117.00 |
| Andrea R. Paul | Case Management Assistant 2001 | $195.00 | 33.70 | $   6,571.50 |
| Karen S. Neil | Case Management Assistant 2001 | $195.00 | 2.20 | $     429.00 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $195.00 | 3.40 | $     663.00 |

**Grand Total:** $ 1,181,788.25
**Total Hours:**      2,167.90
**Blended Rate:** $        545.13

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Asset Analysis/Recovery | 131.50 | $ 47,708.50 |
| Asset Disposition | 508.70 | $295,247.00 |
| Bankruptcy Litigation | 242.00 | $113,844.00 |
| Business Operations | 39.90 | $ 26,532.00 |
| Case Administration | 103.30 | $ 39,269.50 |
| Claims Admin./Objections | 80.20 | $ 42,749.50 |
| Compensation of Professional | 23.20 | $ 12,180.00 |
| Compensation of Prof./Others | 7.10 | $ 2,888.00 |
| Denver | 46.90 | $ 22,382.00 |
| Employee Benefit/Pension | 21.50 | $ 15,748.50 |
| Executory Contracts | 184.70 | $108,134.50 |
| First Day | 88.90 | $ 53,302.00 |
| Financial Filings | 66.70 | $ 28,192.00 |
| Financing | 103.10 | $ 74,249.50 |
| General Creditors Comm. | 15.00 | $ 8,653.50 |
| Insurance Coverage | 2.50 | $ 2,037.50 |
| Meeting of Creditors | 17.90 | $ 12,003.50 |
| Minnesota | 79.00 | $ 46,644.50 |
| Montana | 31.80 | $ 19,294.00 |
| Non-Working Travel | 111.80 | $ 39,548.25 |
| Operations | 4.60 | $ 2,139.50 |
| Plan & Disclosure Statement | 8.70 | $ 7,285.50 |
| Retention of Professional | 7.00 | $ 3,832.50 |
| Retention of Prof./Others | 26.70 | $ 13,357.50 |
| Stay Litigation | 189.80 | $127,805.50 |
| Team Case Conferences | 25.40 | $ 16,759.50 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---|
| Air Fare | United Airlines; Virgin America | $ 4,821.70 |
| Airport Parking | SFO Parking Central | $    72.00 |
| Auto Travel Expense | Hometown Transportation; Taxi Fare; CCS Transportation Service; David Tang Car Service; Homet Transportation | $ 1,055.56 |
| Conference Call | AT&T Conference Call; CourtCall | $   218.72 |
| Delivery/Courier Service | Digital Legal | $ 8,858.67 |
| Express Mail | Federal Express | $18,653.69 |
| Filing Fee | USBC | $   201.00 |
| Fax Transmittal | Outgoing only | $ 5,102.00 |
| Hotel Expense | Hotel DuPont; Omni Berkshire | $ 3,204.09 |
| Legal Research | Lexis/Nexis and Westlaw | $ 7,115.55 |
| Outside Services | Digital Legal Services | $ 3,477.07 |
| Court Research | Pacer | $ 1,386.08 |
| Postage | US Mail | $13,026.79 |
| Reproduction Expense |  | $36,742.90 |
| Reproduction/ Scan Copy |  | $ 8,342.60 |
| Travel Expense | Travel Agency Fee; GoGo Internet Service; Amtrak; Taxi Fare | $   608.65 |
| Transcript | J&J Transcribers | $   339.50 |

---

[3] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Highway Technologies, Inc., *et al.*, | ) | Case No. 13-11326 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors[1]. | ) | |

**Objection Deadline: October 9, 2013 at 4:00 p.m.**
**Hearing Date: October 16, 2013 at 2:00 p.m.**

## FIRST QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM MAY 22, 2013 THROUGH AUGUST 31, 2013

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals", signed on or about June 11, 2013 (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel for the debtors and debtors in possession ("Debtors"), hereby submits its First Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from May 22, 2013 through August 31, 2013 (the "Application").

By this Application PSZ&J seeks an interim allowance of compensation in the amount of $1,181,788.25 and actual and necessary expenses in the amount of $113,226.57 for a total allowance of $1,295,014.82, and payment of the unpaid amount of such fees and expenses,

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

for the period May 22, 2013 through August 31, 2013 (the "Interim Period"). In support of this Application, PSZ&J respectfully represents as follows:

## Background

1. On May 22, 2013 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue in possession of their properties and continue to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On or about June 11, 2013, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty-one (21) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending August 31, 2013, and each three-month interval thereafter, each of the Professionals must file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

4. The retention of PSZ&J, as counsel to the Debtors, was approved effective as of May 22, 2013 by this Court's "Order Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1 Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date," signed on or about June 27, 2013 (the "Retention Order"). The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

#### Compensation Paid and Its Source

5. The Monthly Fee Applications for the periods May 22, 2013 through August 31, 2013 of PSZ&J have been filed and served pursuant to the Administrative Order.

6. On August 15, 2013, PSZ&J filed its First Monthly Application of Pachulski Stang Ziehl & Jones LLP for Compensation and for Reimbursement of Expenses as Counsel to the Debtors for the Period from May 22, 2013 through June 30, 2013 ("First Monthly Fee Application") requesting $651,746.75 in fees and $74,546.43 in expenses. Pursuant to the Administrative Order, PSZ&J has been paid $521,397.40 of the fees and $74,546.43 of the expenses requested in the First Monthly Application. A true and correct copy of the First Monthly Fee Application is attached hereto as Exhibit A.

7. On August 27, 2013, PSZ&J filed its Second Monthly Application of Pachulski Stang Ziehl & Jones LLP for Compensation and for Reimbursement of Expenses as Counsel to the Debtors for the Period from July 1, 2013 through July 31, 2013 ("Second

Monthly Fee Application") requesting $321,385.00 in fees and $22,309.18 in expenses. The Second Monthly Fee Application is pending. A true and correct copy of the Second Monthly Fee Application is attached hereto as <u>Exhibit</u> <u>B</u>.

8. On September 17, 2013, PSZ&J filed its Third Monthly Application of Pachulski Stang Ziehl & Jones LLP for Compensation and for Reimbursement of Expenses as Counsel to the Debtors for the Period from August 1, 2013 through August 31, 2013 ("Third Monthly Fee Application") requesting $208,656.50 in fees and $16,370.96 in expenses. The Third Monthly Fee Application is pending. A true and correct copy of the Third Monthly Fee Application is attached hereto as <u>Exhibit</u> <u>C</u>.

9. The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided by PSZ&J during the Interim Period as well as other detailed information required to be included in fee applications.

## **Requested Relief**

10. By this Application, PSZ&J requests that the Court approve payment of one-hundred percent (100%) of the fees and expenses incurred by PSZ&J during the Interim Period of May 22, 2013 through August 31, 2013.

11. At all relevant times, PSZ&J has been a disinterested person as that term is defined in §101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Debtors or the Committee.

12. All services for which compensation is requested by PSZ&J were performed for or on behalf of the Debtors and not on behalf of the Committee, any other committee, creditor or other person.

13. PSZ&J has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in these cases. PSZ&J has received payments from the Debtors during the year prior to the Petition Date in the amount of $375,000.00, which includes the Debtors' aggregate filing fees for these Chapter 11 cases, in connection with its prepetition representation of the Debtors. PSZ&J's reconciliation reflects that $331,181.90 was expended prepetition and $43,818.10 remains from the prepetition payments to the Firm. This balance will be credited to the Debtors and utilized as PSZ&J's retainer to apply to postpetition fees and expenses pursuant to the compensation procedures approved by this Court in accordance with the Bankruptcy Code and (ii) to the extent there is any deficiency between the Firm's prepetition amount of fees and expenses and the prepetition payments to the Firm, PSZ&J shall waive such deficiency.

14. The professional services and related expenses for which PSZ&J requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of PSZ&J's professional responsibilities as attorneys for the Debtors in these chapter 11 cases. PSZ&J's services have been necessary and beneficial to the Debtors and their estates, creditors and other parties in interest.

15. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that the Court enter an order, in the form attached hereto, providing that an interim allowance be made to PSZ&J for the period from May 22, 2013 through August 31, 2013 in the sum of $1,181,788.25, as compensation for necessary professional services rendered, and the sum of $113,226.57, for reimbursement of actual necessary costs and expenses, for a total of $1,295,014.82; that the Debtors be authorized and directed to pay to PSZ&J the outstanding amount of such sums; and for such other and further relief as may be just and proper.

Dated: September 23, 2013         PACHULSKI STANG ZIEHL & JONES LLP

/s/ [signature]
Laura Davis Jones (Bar No. 2436)
Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
John W. Lucas (NY Bar No. 4288379)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

Counsel for the Debtors and Debtors in Possession

## **VERIFICATION**

STATE OF DELAWARE        :

                                              :

COUNTY OF NEW CASTLE  :

Bruce Grohsgal, after being duly sworn according to law, deposes and says:

a) I am a partner at the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b) I am familiar with the work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZ&J.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about June 11, 2013, and submit that the Application substantially complies with such Rule and Order.

_____
Bruce Grohsgal

SWORN AND SUBSCRIBED
before me this 23 day of Sept, 2013.

_____
Notary Public
My Commission Expires:

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 13, 2014

DOCS_DE:189338.1 36024/001