IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: HIGHWAY TECHNOLOGIES, INC., *et al.*, Debtors.[1] | Chapter 11<br>Case No.: 13-11326 (KJC)<br>(Jointly Administered)<br>**Objection Deadline: October 9, 2013 at 4:00 p.m.**<br>**Hearing Date: October 16, 2013 at 2:00 p.m.** |
|---|---|

**NOTICE OF FILING OF FIRST AND FINAL APPLICATION OF HILCO INDUSTRIAL, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS EXCLUSIVE MARKETING AND SALES AGENT TO THE DEBTORS**

TO: (i) counsel to the Debtors; (ii) the Office of the United States Trustee for the District of Delaware; (iii) the Debtors' prepetition and postpetition lenders; (iv) counsel to the Official Committee of Unsecured Creditors (the "Notice Parties")

Hilco Industrial, LLC ("Hilco"), as exclusive marketing and sales agent to the debtors and debtors in possession in the above-captioned case. (the "Debtors") has filed its *First and Final Application of Hilco Industrial, LLC for Allowance of Compensation for Services Rendered as Exclusive Marketing and Sales Agent to the Debtors* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Application, Hilco seeks compensation for services rendered to the Debtors in the amount of $1,072,034.21 and reimbursement of costs incurred upon the Debtors' behalf in the amount of $80,911.56 (the "Application").

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

Objections or responses to the Application, if any, must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 no later than **October 9, 2013, at 4:00 p.m. prevailing Eastern time.**

Objections or other responses to the Application, if any, must also be served so that they are received not later than **October 9, 2013, 4:00 p.m.**, prevailing Eastern time, by: (i) counsel to the Debtors, (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Bruce Grohsgal Esq.; (b) Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111, Attn: Debra I. Grassgreen, Esq. and John W. Lucas; and (c) Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, NY 10017, Attn: Maria A. Bove, Esq. (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801, Attn: Jane M. Leamy, Esq.; (iii) counsel to the Official Committee of Unsecured Creditors, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Mark D. Collins, Esq. and Russell C. Silberglied, Esq..; and (iv) counsel to the DIP Lenders, Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022, Attn: Rosanne T. Matzat, Esq. (v) counsel to the Prepetition Agent, (a) Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, Attn: David Hillman, Esq. and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Kerri K. Mumford, Esq. (the "Notice Parties")

**A HEARING ON THE APPLICATION** shall occur **October 16, 2013 at 2:00 p.m.** before The Honorable Kevin J. Carey, at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware.

**IF YOU FAIL TO RESPOND OR OBJECT IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 25, 2013


PACHULSKI STANG ZIEHL & JONES LLP

Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
John W. Lucas (NY Bar No. 4288379)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
bgrohsgal@pszjlaw.com
jlucas@pszjlaw.com
pkeane@pszjlaw.com

Counsel for the Debtors and Debtors in Possession


DOCS_DE:189683.1 36024/002