# Exhibit A

Invoices



# Hilco Industrial, LLC

50 Monroe Ave. NW STE 450
Grand Rapids, MI 49503

DATE: August 2, 2013
INVOICE # Highway-01

FOR: Highway Technologies

BILL TO:  Highway Technologies Inc.
C/O: Pachulski Stang Ziehl & Jones LL
John W. Lucas
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Tel: 415.217.5108
Fax: 415.263.7010

| DESCRIPTION | AMOUNT |
|---|---|
| Buyers Premium for RBA Bulk Assets Transaction | $50,561.79 |
| Buyers Premium for RBA Serialized Assets Transaction (less 25% for Escrow Holdback) | $513,894.94 |
| Sale Transaction Fee for Minesota Branch Sale ($5,600,000 @ 3.75%) | $210,000.00 |
| Sale Transaction Fee for Montana Branch Sale ($2,750,000 @ 3.75%) | $103,125.00 |
| Sale Transaction Fee for Denver Branch Sale ($775,000 @ 3.75%) | $29,062.50 |

**Phoenix Services Wire Transfer Information**
Bank: Charter One Bank (RBS Citizens N.A.)
1 Citizens Dr.
Riverside, RI 02915
ABA #: 241 070 417
Account Name: Hilco Industrial, LLC
Account Account #: 4515549579
SWIFT Code: CTZIUS33

| | |
|---|---|
| SUBTOTAL | $ 906,644.23 |
| TAX RATE | 0.00% |
| SALES TAX | - |
| OTHER | - |
| TOTAL | $ 906,644.23 |



# Hilco Industrial, LLC

50 Monroe Ave. NW STE 450
Grand Rapids, MI 49503

DATE: September 25, 2013
INVOICE # Highway-02

FOR: Highway Technologies

BILL TO: Highway Technologies Inc.
C/O: Pachulski Stang Ziehl & Jones LLI
John W. Lucas
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Tel: 415.217.5108
Fax: 415.263.7010

| DESCRIPTION | AMOUNT |
|---|---|
| Expenses incurred to date. | $80,911.56 |
| Remaining Buyer's Premium for RBA Transaction (See Note) | $21,686.00 |
| | |
| Note | |
| Origional purchase price $7,275,800 (Inclusive of Buyer's Premium) | |
| Adjustment $1,479,500 (inclusive of Buyer's Premium) | |
| Net Purchase Price - $5,796,300 (Inclusive of Buyer's Premium) | |
| Total Buyer's Premium due Hilco (11.25% of $586,143), which was included in Purchase Price | |
| BP collected to date $564,457 | |
| BP owed $21,685 | |
| | SUBTOTAL $ 102,597.56 |
| | TAX RATE 0.00% |
| | SALES TAX - |
| | OTHER - |
| | TOTAL $ 102,597.56 |

**Phoenix Services Wire Transfer Information**
Bank: Charter One Bank (RBS Citizens N.A.)
1 Citizens Dr.
Riverside, RI 02915
ABA #: 241 070 417
Account Name: Hilco Industrial, LLC
Account Account #: 4515549579
* origional purchase price $7,275,800
adjustment $1,479,500



# Hilco Industrial, LLC

50 Monroe Ave. NW STE 450
Grand Rapids, MI 49503

DATE: September 25, 2013
INVOICE #: Highway-03

FOR: Highway Technologies

BILL TO: Highway Technologies Inc.
C/O: Pachulski Stang Ziehl & Jones LLI
John W. Lucas
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Tel: 415.217.5108
Fax: 415.263.7010

| DESCRIPTION | AMOUNT |
|---|---|
| Estimated buyers premium for leased asset transaction 11.25% of $1,015,277 (see note) | $114,219.00 |
| | |
| Note | |
| $2,895,000 RBA sale price | |
| ($360,500) Adjustment | |
| $2,453,500 RBA net sale price | |
| ($475,223) Payments under lease stipulation | |
| ($994,000) Depriciated Value payable per stipulation | |
| ($50,000) Estimated misc. expenses | |
| $1,015,277 Estimated gross proceeds received by Highway Technologies. | |

**Phoenix Services Wire Transfer Information**
Bank: Charter One Bank (RBS Citizens N.A.)
1 Citizens Dr.
Riverside, RI 02915
ABA #: 241 070 417
Account Name: Hilco Industrial, LLC
Account Account #: 4515549579

| | |
|---|---|
| SUBTOTAL | $ 114,219.00 |
| TAX RATE | 0.00% |
| SALES TAX | - |
| OTHER | - |
| TOTAL | $ 114,219.00 |



# Hilco Industrial, LLC

50 Monroe Ave. NW STE 450
Grand Rapids, MI 49503

DATE: September 25, 2013
INVOICE #: Highway-04
FOR: Highway Technologies
BILL TO:
C/O:

| DESCRIPTION | AMOUNT |
|---|---|
| Buyer's Premium for FL Assets Transaction with Bob's Barricades (11.25% of $189,016.08) | $21,264.30 |
| Buyer's Premium for TX Assets Transaction with Highway Barricades (11.25% of $12,455.57) | $1,401.26 |
| Buyer's Premium for Amarillo Assets Transaction (11.25% of $60,617.07) | $6,819.42 |

**Phoenix Services Wire Transfer Information**
Bank: Charter One Bank (RBS Citizens N.A.)
1 Citizens Dr.
Riverside, RI 02915
ABA #: 241 070 417
Account Name: Hilco Industrial, LLC
Account Account #: 4515549579

| | |
|---|---|
| SUBTOTAL | $ 29,484.98 |
| TAX RATE | 0.00% |
| SALES TAX | - |
| OTHER | - |
| TOTAL | $ 29,484.98 |