# Exhibit B

Summary of Expenses

# Hilco Industrial, LLC
Highway Technologies Report of Sale - Commission
Expense Summary

|  | Hilco |
|---|---:|
| **Advertising** | |
| Trade Journals | 3,707.30 |
| Newspapers | 3,408.34 |
| Total Advertising | 7,115.64 |
| **Electronic Marketing** | |
| E-Mail / Fax Marketing | 10,002.45 |
| Web Banners, Ad Words | 5,445.17 |
| Total Electronic Marketing | 15,447.62 |
| **Direct Mail** | |
| Brochure Printing | 0.00 |
| Postage & Processing | 344.00 |
| Writeup | 6,689.30 |
| Total Brochure Cost | 7,033.30 |
| **Other Advertising & Marketing** | |
| Press Releases | 0.00 |
| Printing – Auction Catalog | 0.00 |
| Marketing / Web Development | 3,961.25 |
| Other Advertising & Marketing | 0.00 |
| Total Other Adv & Mrkt Costs | 3,961.25 |
| Total Marketing Costs | 33,557.81 |
| **Auction Labor** | |
| Setup | 0.00 |
| Delivery | 0.00 |
| Auction Administration | 35,787.32 |
| Total Labor Costs | 35,787.32 |
| **Auction Travel** | |
| Setup | 0.00 |
| Delivery | 0.00 |
| Auction Administration | 9,617.63 |
| Total Travel Costs | 9,617.63 |
| **Webcast** | |
| Fee | 0.00 |
| Travel | 0.00 |
| Telephone/Intercall | 48.80 |
| Other (AirGroup) | 0.00 |
| Total Webcast | 48.80 |
| **Micellaneous Expenses** | |
| Shipping | 0.00 |
| Equipment Rental (Tables, Chairs) | 0.00 |
| Licensing/Permits | 0.00 |
| Office / Legal Fees | 0.00 |
| Rent | 1,200.00 |
| Security | 0.00 |
| Supplies | 0.00 |
| Repairs & Maintenance | 700.00 |
| Bank/Wire Fees, Credit Card Fees | 0.00 |
| Other / Contingency | 0.00 |
| Total Miscellaneous | 1,900.00 |
| Total Auction Expenses | 80,911.56 |