# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIGHWAY TECHNOLOGIES INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 13-11326 (KJC)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 9 and 501** |

## NOTICE OF (1) MODIFIED APPROVED BUDGET AND EXTENSION OF DIP MATURITY DATE

**PLEASE TAKE NOTICE** that on August 14, 2013, the Court entered its *Final Order (I) Authorizing Debtors to Obtain Postpetition Secured Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Adequate Protection, and (IV) Granting Certain Related Relief* [Docket No. 501] (the "Final DIP Order").[2]

**PLEASE TAKE FURTHER NOTICE** that annexed to the Final DIP Order as Exhibit B is a budget that was approved by each of the DIP Lenders and the Prepetition Lenders (the "Approved Budget") for the time period from and including the Petition Date through September 13 2013 (the "Maturity Date"). Pursuant to paragraph 36 of the Final DIP Order, the DIP Lenders, the Prepetition Agent, the Debtors, and the Committee, without further order of the Court, may modify the Approved Budget (the "Modified Budget") and extend the Maturity Date.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 36 of the Final DIP Order, the DIP Lenders, the Prepetition Agent, the Debtors, and the Committee have

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Final DIP Order.

agreed to (i) the Modified Budget annexed hereto as <u>Exhibit A</u> and (ii) extend the Maturity Date through and including October 18, 2013.

Dated:  September 26, 2013          PACHULSKI STANG ZIEHL & JONES LLP

/s/ *signature*
_____
Richard M. Pachulski (CA Bar No. 90073))
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
John W. Lucas (NY Bar No. 4288379)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:       rpachulski@pszjw.com
              dgrassgreen@pszjlaw.com
              bgrohsgal@pszjlaw.com
              jlucas@pszjlaw.com
              pkeane@pszjlaw.com

Counsel to the Debtors and Debtors in Possession

# EXHIBIT A

## Modified Budget

Highway Technologies
Cash Flow Forecast
$ in '000

| Friday WE date | Act. Prior 11-WK Tot. | Actual 9-Aug-13 | Actual 16-Aug-13 | Actual 23-Aug-13 | Actual 30-Aug-13 | Actual 6-Sep-13 | 13-Sep-13 | 20-Sep-13 | Forecast 27-Sep-13 | 4-Oct-13 | 11-Oct-13 | 18-Oct-13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | $ 302 | $ 10,218 | $ 10,052 | $ 9,583 | $ 9,148 | $ 1,478 | $ 1,422 | $ 3,685 | $ 1,020 | $ 1,179 | $ 1,199 | $ 1,258 | $ 302 |
| Sale Proceeds | | | | | | | | | | | | | |
| Branch Sale Price Net Proceeds | 8,826 | 78 | (342) | (342) | | | 104 | | | | | | 8,323 |
| Bulk Sale Price Net Proceeds | 4,400 | | | | | | 671 | | 266 | | | | 5,337 |
| Leased Assets Sale Net Proceeds | | | | | | | 1,407 | | | | | | 1,407 |
| Mold Sale Price Net Proceeds | | 185 | | | | | | | | | | | 185 |
| Net Proceeds from Sale | 13,226 | 263 | (342) | (342) | | | 2,182 | | 266 | | | | 15,252 |
| Collections | | | | | | | | | | | | | |
| Shutdown AR (does not include bonded receivable) | 4,138 | 100 | 133 | 104 | 59 | 72 | 125 | 120 | 100 | 100 | 100 | 100 | 5,252 |
| Total Collections | 4,138 | 100 | 133 | 104 | 59 | 72 | 125 | 120 | 100 | 100 | 100 | 100 | 5,252 |
| Settlement/Windown Reserve from Sponsors | | | | | | | 500 | | | | | | 500 |
| Security deposit refund/excess sale proceeds | | | | | | | | | 120 | | | | 120 |
| Payroll and Benefits | | | | | | | | | | | | | |
| Prepetition Payroll and Payroll Taxes | (1,151) | | | | | | | | | | | | (1,151) |
| Shutdown Locations | (1,138) | (37) | (3) | (11) | (11) | (10) | (11) | (11) | (11) | (11) | | | (1,178) |
| Corporate Support | | (11) | (12) | | | | | | | | | | (120) |
| Payroll | (2,289) | (47) | (15) | (11) | (11) | (10) | (11) | (11) | (11) | (11) | (11) | (11) | (2,449) |
| T&H Benefits, Inc. | | | | | | | | | (12) | | | | (12) |
| Pre-petition benefits admin | | | | | | | | | (50) | | | | (50) |
| Corporate Travel | (6) | (2) | | | (2) | | | | (2) | | | | (1) |
| Total Payroll/Taxes | (2,295) | (49) | (15) | (11) | (13) | (10) | (11) | (11) | (75) | (11) | (11) | (11) | (2,522) |
| Pre-Petition Health Claims and Insurance | | | | | | | | | | | | | |
| Health Claims | (6) | | | | | | | | (15) | | (400) | | (406) |
| Insurance | (40) | (13) | | | | (30) | | | (15) | | 400 | | 303 |
| Total PP Health Claims and Insurance | (46) | (13) | | | | (30) | | | (15) | | | | (104) |
| Fees and Interest | | | | | | | | | | | | | |
| Bank Fees | (58) | (0) | | (0) | (12) | | | (8) | | | | (8) | (87) |
| Sales Tax | (172) | | | | | | | | (7) | | | | (179) |
| 3% funding fee and interest | (86) | | | | | | | | | | | | (86) |
| Total Other | (316) | (0) | | (0) | (12) | | | (8) | (7) | | | (8) | (351) |
| Professional Services | | | | | | | | | | | | | |
| Wynnesystems (operating system) | (161) | | | | | | | | | | | | (161) |
| Professional/Legal | (2,835) | (215) | (215) | (145) | (145) | (78) | (525) | (31) | (46) | (31) | (31) | (46) | (4,342) |
| Total Professional Services | (2,996) | (215) | (215) | (145) | (145) | (78) | (525) | (31) | (46) | (31) | (31) | (46) | (4,502) |
| Shutdown Expenses | | | | | | | | | | | | | |
| Security (to secure assets at all locations) | (1,082) | (44) | (15) | (26) | (30) | (2) | (8) | | | | | | (1,196) |
| Rent | (500) | (154) | (13) | (6) | (13) | (1) | | (35) | (35) | (1) | | | (692) |
| Utilities | (140) | (55) | (1) | (9) | (17) | (8) | | | | (35) | | | (323) |
| Fuel and Other expenses | (73) | | | | | | | | | (2) | | | (93) |
| Total Shutdown Expenses | (1,795) | (252) | (29) | (41) | (60) | (10) | (8) | (35) | (35) | (38) | | | (2,303) |
| Additional Reserve (3) | | | | | | | | | (150) | | | | (150) |
| Total Cash Out | (7,448) | (529) | (260) | (196) | (230) | (128) | (544) | (85) | (328) | (80) | (42) | (65) | (9,933) |
| Change in Cash | 9,916 | (166) | (469) | (435) | (171) | (56) | 2,263 | 36 | 159 | 21 | 59 | 36 | 11,191 |
| Ending Cash | $ 10,218 | $ 10,052 | $ 9,583 | $ 9,148 | $ 8,978 | $ 1,422 | $ 3,685 | $ 3,720 | $ 1,179 | $ 1,199 | $ 1,258 | $ 1,293 | $ 11,493 |
| Excess Sale Proceeds to Lenders | | | | | | (7,500) | | (2,700) | | | | (813) | (11,013) |
| Ending Cash after Repayment | $ 10,218 | $ 10,052 | $ 9,583 | $ 9,148 | $ 1,478 | $ 1,422 | $ 3,685 | $ 1,020 | $ 1,179 | $ 1,199 | $ 1,258 | $ 480 | $ 480 |

(1) Estimate only.
(2) Bulk Sale Fee subject to change based on final purchase price.
(3) Estimated reserve for additional unforseeen expenses.

1 of 1

**HIGHWAY TECHNOLOGIES**
Restructuring Professional Fee Estimate

### PROFESSIONAL FEE BUDGET — POST-PETITION

| ($ in 000's) | Friday WE date | May 5/24 | 5/31 | June 6/7 | 6/14 | 6/21 | 6/28 | July 7/5 | 7/12 | 7/19 | 7/26 | August 8/2 | 8/9 | 8/16 | 8/23 | 8/30 | September 9/6 | 9/13 | 9/20 | 9/27 | 10/4 | 10/11 | 10/18 | POST-PETITION TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FEES BUDGETED** | | | | | | | | | | | | | | | | | | | | | | | | |
| *Debtor* | | | | | | | | | | | | | | | | | | | | | | | | |
| Pachulski Stang Ziehl [1] | | $200 | $200 | $86 | $86 | $86 | $86 | $86 | $86 | $86 | 50 | $50 | $50 | $50 | $50 | $50 | $25 | $25 | 10 | $10 | $10 | $10 | $10 | $1,400 |
| Additional Matters - PSJZ | | - | - | - | - | - | - | - | - | - | 250 | - | - | - | - | - | - | - | - | - | - | - | - | 250 |
| Imperial Capital [2] | | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 25 | 25 | 25 | 19 | 19 | 19 | 19 | 10 | 10 | 5 | 5 | 5 | 5 | 5 | 495 |
| Imperial Capital Success Fee [3] | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 425 | - | - | - | - | - | 425 |
| KCC (Claims Agent) | | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | - | - | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 179 |
| Total | | 250 | 250 | 136 | 136 | 136 | 136 | 136 | 136 | 123 | 325 | 75 | 75 | 75 | 75 | 75 | 41 | 466 | 21 | 21 | 21 | 21 | 21 | 2,749 |
| *UCC* | | | | | | | | | | | | | | | | | | | | | | | | |
| Richards, Layton & Finger | | - | - | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 28 | 28 | 28 | 28 | 5 | 19 | - | - | - | - | - | 303 |
| Gavin Solmonese | | - | - | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 13 | 13 | 13 | 13 | 3 | 11 | - | - | - | - | - | 122 |
| Total | | - | - | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 41 | 41 | 41 | 41 | 8 | 30 | - | - | - | - | - | 425 |
| *Hahn & Hessen* | | | | | | | | | | | | | | | | | | | | | | | | |
| Counsel to DIP Lender | | 35 | 25 | 25 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 73 | 73 | - | - | - | - | - | - | - | - | - | 270 |
| Counsel to Pre-Petition Lender | | - | - | - | - | - | - | - | - | - | - | - | - | - | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 19 |
| Total | | 35 | 25 | 25 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 73 | 73 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 289 |
| Reed Smith | | 13 | 13 | 13 | 13 | - | - | - | - | - | - | - | 8 | 8 | 8 | 8 | 8 | 8 | - | - | - | - | - | 95 |
| Additional Matters | | - | - | - | - | - | - | - | - | - | 95 | - | - | - | - | - | - | - | - | - | - | - | - | 95 |
| Total | | 13 | 13 | 13 | 13 | - | - | - | - | - | 95 | - | 8 | 8 | 8 | 8 | 8 | 8 | - | - | - | - | - | 190 |
| *Cerberus Capital* | | | | | | | | | | | | | | | | | | | | | | | | |
| Schulte Roth & Zabel LLP | | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 23 | 23 | 23 | 13 | 13 | 13 | 13 | 13 | 13 | 5 | 5 | 5 | 5 | 5 | 450 |
| Landis Rath and Cobb (Delaware counsel) | | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 3 | 3 | 3 | 3 | 3 | 135 |
| Total | | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 29 | 29 | 29 | 19 | 19 | 19 | 19 | 19 | 19 | 8 | 8 | 8 | 8 | 8 | 584 |
| U.S. Trustee | | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | - | - | - | - | - | - | - | 15 | - | - | 15 | 195 |
| EPIQ | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | - | - | - | - | - | 20 |
| Expenses | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | - | - | - | - | - | - | - | - | - | - | - | 55 |
| **Total** | | $362 | $352 | $263 | $243 | $230 | $230 | $230 | $230 | $203 | $500 | $155 | $215 | $215 | $145 | $145 | $78 | $525 | $31 | $46 | $31 | $31 | $46 | **$4,507** |

### SCHEDULE FEE PAYMENT [4]

| | Holdback Wk 1-7 | Wk 8 | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Professional Fees | 85% | 60% | $296 | $288 | $212 | $195 | $184 | $184 | $184 | $132 | $188 | $485 | $140 | $215 | $215 | $145 | $145 | $78 | $525 | $31 | $31 | $31 | $31 | $31 | $3,963 |
| Holdback | 15% | 40% | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| U.S. Trustee | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 15 | - | - | 15 | $30 |
| Catch-up Payment | | | - | - | - | - | - | - | - | - | 348 | - | - | - | - | - | - | - | - | - | - | - | - | - | $348 |
| Total | | | $296 | $288 | $212 | $195 | $184 | $184 | $184 | $132 | $536 | $485 | $140 | $215 | $215 | $145 | $145 | $78 | $525 | $31 | $46 | $31 | $31 | $46 | **$4,342** |

(1) Budgeted amounts set forth by the Pachulski Firm do not include fees and expenses related to the negotiation or approval of multiple Turnkey Branch Sales or a sale of substantially all of the assets of the estates. To the extent the Secured Parties indicate that they will consent to such sales and the expenses related to the negotiation and approval thereof, then such services shall be deemed an "Additional Matter" and this Budget shall be deemed increased, for all purposes, including in calculating the "Carve-Out", by the amount agreed upon (in writing) between the Secured Parties and the Pachulski Firm for any such Additional Matter.
(2) Excludes Imperial Capital's Sales Transaction Fee and Restructuring Fee related to transaction proceeds as stated in the engagement letter.
(3) Subject to final transaction consideration under the terms of the engagement letter.
(4) Assumes all professional fees except for those related to Secured Parties are paid into a professional fee trust account weekly at 85% of budget (15% holdback percentage taken into account) for Week 1 to Week 7. During Week 8 fees paid at 60% of budget (40% holdback percentage taken into account). Assumes all professional fees related to Secured Parties are paid weekly to such professionals at 85% of budget (15% holdback percentage taken into account) for Week 1 to Week 7. During Week 8 fees paid at 60% of budget (40% holdback percentage taken into account). A catch up payment for all professionals to be made during week ending July 19. All fees and expenses thereafter to be paid at 100% of budget.