IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIGHWAY TECHNOLOGIES INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 13-11326 (KJC)<br><br>(Jointly Administered)<br><br>**Objection Deadline: October 2, 2013 at 4:00 p.m.** |

## NOTICE OF SIXTH BULK SALE
## PURSUANT TO BULK SALE PROCEDURES ORDER

**PLEASE TAKE NOTICE** that on June 27, 2013, the Court entered its *Order Granting Motion of Debtors Pursuant to Sections 105(a) and 363 of the Bankruptcy Code for Authority to (A) Enter Into Private Sale Transactions or Conduct Auctions for Personal Property Assets and Bulk Assets and (B) Sell Such Assets Free and Clear of All Encumbrances* [Docket No. 296] (the "**Bulk Sale Procedures Order**").

**PLEASE TAKE FURTHER NOTICE** that on September 27, 2013, pursuant to the Bulk Sale Procedures Order, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") offered to sell Traffic Control & Protection (the "Purchaser") the assets located on Interstate 94 at Highway C in the state of Wisconsin on the jobsite in which Walsh Construction is the general contractor (collectively, the "**Purchased Assets**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to a bill of sale, a form of which is annexed hereto as **Exhibit A** (the "**Bill of Sale**"), the aggregate purchase price for the Purchased Assets is $7,500, which amount does not include a buyer's premium.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

DOCS_SF:83988.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bulk Sale Procedures Order, the Debtors are serving this Sale Disclosure Notice on: (a) counsel to the DIP Lenders, Hahn & Hessen, 488 Madison Avenue, New York, New York 10022, Attn: Rosanne T. Matzat; (b) counsel to the prepetition lenders, Schulte Roth & Zabel, 919 Third Avenue New York, NY 10022, Attn: David M. Hillman; (c) any party having an encumbrance in the Purchased Assets; (d) counsel to the Committee, Richards Layton & Finger, 920 North King Street, Wilmington, Delaware 19801, Attn: Mark D. Collins and Russell C. Silberglied; (e) the Office of the United States Trustee, 844 King Street, Suite 2207 Lockbox 35, Wilmington DE 19801, Attn: Jane Leamy; (f) the governmental authority that has contracted for the work at a particular jobsite or location of the Purchased Assets; (g) the Debtors' sureties for the Debtors' work at the particular jobsite or location of the Purchased Assets; and (h) those parties requesting notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that any objections or other responses to this Post-Sale Disclosure must also be served so that they are received not later than **October 2, 2013 at 4:00 p.m. (Eastern Time)** by: (i) counsel to the Debtors, (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Bruce Grohsgal, Esq. and (b) Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111, Attn: Debra I. Grassgreen and John W. Lucas; (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jane M. Leamy, Esq.; and (iii) counsel to the Official Committee of Unsecured Creditors: Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Mark D. Collins, Esq. and Russell C. Silberglied, Esq.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO PARTY OBJECTS TO THIS SALE DISCLOSURE NOTICE ON OR BEFORE **SEPTEMBER 5, 2013 AT 4:00 P.M. (EASTERN TIME)**, THE DEBTORS MAY FILE A DECLARATION OF NO OPPOSITION AND SUBMIT TO THE COURT A PROPOSED ORDER APPROVING THE BILL OF SALE UNDER CERTIFICATION OF COUNSEL. A COPY OF THE PROPOSED ORDER IS ANNEXED HERETO AS **EXHIBIT B**.

Dated: September 27, 2013          PACHULSKI STANG ZIEHL & JONES LLP

/s/ Bruce Grohsgal
Richard M. Pachulski (CA Bar No. 90073))
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
John W. Lucas (NY Bar No. 4288379)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:     rpachulski@pszjw.com
            dgrassgreen@pszjlaw.com
            bgrohsgal@pszjlaw.com
            jlucas@pszjlaw.com

Counsel to the Debtors and Debtors in Possession