IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIGHWAY TECHNOLOGIES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 13-11326 (KJC)<br>(Jointly Administered)<br>Related Docket No. 625<br><br>**Objection Deadline: October 9, 2013 at 4:00 p.m.**<br>**Hearing Date: October 16, 2013 at 2:00 p.m.** |

## CERTIFICATION OF NO OBJECTION REGARDING FIRST AND FINAL QUARTERLY FEE APPLICATION OF HILCO INDUSTRIAL, LLC FOR THE PERIOD MAY 21, 2013 THROUGH SEPTEMBER 25, 2013

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the First and Final Quarterly Application of Hilco Industrial, LLC ("Hilco") as Exclusive Marketing and Sales Agent to the Debtors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period May 21, 2013 through September 25, 2013 (Docket No. 625) (the "Application") filed on September 25, 2013. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than October 9, 2013.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

A hearing to consider Quarterly Fee Applications for the period May 22, 2013 through August 31, 2013 will be held October 16, 2013 at 2:00 p.m. before The Honorable Kevin J. Carey, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Fifth Floor Courtroom No. 5, Wilmington, DE 19801.

Dated: October 11, 2013

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Richard M. Pachulski
Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
John W. Lucas (NY Bar No. 4288379)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:   rpachulski@pszjlaw.com
          dgrassgreen@pszjlaw.com
          bgrohsgal@pszjlaw.com
          jlucas@pszjlaw.com
          pkeane@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

DOCS_DE:189701.1 36024/002

2