IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIGHWAY TECHNOLOGIES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 13-11326 (KJC)<br>(Jointly Administered)<br>**Related Docket No. 686** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                                           ) ss:
COUNTY OF NEW CASTLE  )

Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP attorneys for the Debtors in the above-captioned action, and that on the 15th day of October 2013 she caused a copy of the following document(s) to be served upon the parties on the attached service lists in the manner indicated:

**[signed] Order re New Omnibus Hearing Date**

_____
Kathleen Forte Finlayson

Sworn to and Subscribed before
me this _15_ day of October 2013

_____
Notary Public
Commission Exp.: My commission expires Nov. 13, 2014

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE

DOCS_DE:188127.1 36024/001

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

Highway Technologies
2002 (First Class Service List)
Case Number 13-11326 (KJC)
Document No. 187583
03 – Interoffice Mail
26 – Hand Delivery
53 – First Class Mail

(Counsel for the Debtors)
Bruce Grohsgal (DE Bar No. 3583)
Peter J. Keane (DE Bar No. 5503)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

**Interoffice Mail**
(Counsel for the Debtors)
Richard M. Pachulski, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

**Interoffice Mail**
(Counsel for the Debtors)
Debra I. Grassgreen, Esquire
John W. Lucas, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

**Interoffice Mail**
(Counsel for the Debtors)
Maria A. Bove, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017

**Hand Delivery**
(U.S. Trustee)
Jane M. Leamy, Esquire
The Office of the United States
Trustee for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Automotive Rentals, Inc.)
John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Ave., Suite 1370
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Roadsafe Traffic Systems, Inc.)
Michael Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Argonaut Insurance Company, Inc.)
Thomas J. Francella, Jr., Esquire
Whiteford Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801

**Hand Delivery**
(Co-Counsel for Oak Hill Special Opportunities Fund, LP, Oak Hill Special Opportunities Fund (Management), LP, Wynnchurch Capital Partners II, LP, the proposed debtor in possession lenders and Ableco Finance LLC, in its capacity as agent for prepetition lenders)
Richard S. Cobb, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

**Hand Delivery**
(Counsel for 3M Company f/k/a Minnesota Mining and Manufacturing Co.)
Rafael X. Zahralddin-Aravena, Esquire
Eric M. Sutty, Esquire
Elliott Greenleaf
1105 N. Market Street, Suite 1700
Wilmington, DE 19801

**Hand Delivery**
(Counsel for The Hanover Insurance Company, Massachusetts Bay Insurance Company and Citizens Insurance Company of America)
Carl N. Kunz, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Safety National Casualty Corp. and Aspen American Insurance Company)
Richard W. Riley, Esquire
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Safety National Casualty Corp.)
Sommer L. Ross, Esquire
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Hand Delivery**
(Counsel Zurich American Insurance Company and Fidelity and Deposit Company of Maryland)
James S. Yoder, Esquire
White and Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Taxing Authorities)
Jennifer L. Dering, Esquire
Archer & Greiner, P.C.
300 Delaware Ave., Suite 1370
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Creditors' Committee)
Mark D. Collins, Esquire
Russell C. Silberglied, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Financial Advisor for Creditors' Committee)
Wayne Weitz
Gavin/Solmonese
919 N. Market Street, Suite 600
Wilmington, DE 19801

**Hand Delivery**
(Counsel for ACE-USA/ACE Bond Services and Westchester Fire Insurance Company)
Tobey M. Daluz, Esquire
Matthew G. Summers, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel SSJS, Inc.)
(Counsel for 4700 Lyndale Partnership)
Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Berkley Surety Group, LLC)
Thomas J. Francella, Jr., Esquire
Whiteford Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Nations Fund I)
Chandra J. Williams, Esquire
Rhodunda & Williams
1220 N. Market Street, Suite 700
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Zumar Industries, Inc.)
William P. Bowden, Esquire
Marie M. Degnan, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899-1150

**Hand Delivery**
(Counsel for Ames Construction, Inc. and Ames/McCrossan JV)
Alan M. Root, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Gelco Corporation d/b/a GE Fleet Services)
Gary D. Bressler, Esquire
David P. Primack, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
300 Delaware Avenue, Suite 770
Wilmington, DE  19801

**Hand Delivery**
(Counsel for M.A. DeAtley Construction, Inc.)
Elihu E. Allinson III, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Wynne Systems, Inc.)
Scott Leonhardt, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE  19801

**Hand Delivery**
(counsel for Mountain West Holding Co.)
Theresa V. Brown-Edwards, Esquire
Darby Brown-Edwards LLC
I.M. Pei Building
1105 N. Market Street, Suite 1600
Wilmington, DE  19801

**Hand Delivery**
(Counsel for RDP Barricade Company, LLC)
Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Ericka F. Johnson, Esquire
Womble, Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

**Hand Delivery**
(Counsel for McShea Contracting, LLC)
William P. Bowden, Esquire
Stacy L. Newman, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899-1150

**First Class Mail**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE  19903

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC  20220

**First Class Mail**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

**First Class Mail**
Andrew Calamari, Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY  10281-1022

**First Class Mail**
Michael A. Berman, Esquire
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC  20549

**First Class Mail**
Matthew Berry, Esquire
Office of General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC  20554

**First Class Mail**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC  20005-4026

**First Class Mail**
(Counsel to Agent for Lenders and Co-Counsel for Ableco Finance LLC, in its capacity as agent for prepetition lenders)
David M. Hillman, Esquire
Eliot L. Relles, Esquire
Lucy F. Kweskin, Esquire
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

**First Class Mail**
(Equity Sponsor)
Ian M. Kirson, Esquire
Wynnchurch Capital, Ltd.
6250 N. River Road, Suite 10-100
Rosemont, IL  60018

**First Class Mail**
(Financial Advisor and Investment Banker)
Robert Warshauer
Justin Byrne
Imperial Capital LLC
277 Park Avenue
New York, NY  10172

**First Class Mail**
(Financial Advisor and Investment Banker)
Scott Farnsworth
Erich Hobelmann
Imperial Capital LLC
2000 Avenue of the Stars, 9th Floor South
Los Angeles, CA 90067

**First Class Mail**
(Financial Advisor and Investment Banker)
Adeel Ahmad
Imperial Capital LLC
60 South Sixth Street, Suite 3720
Minneapolis, MN 55402

**First Class Mail**
(Debtors)
Robert Hookstra
Interim President
Highway Technologies
2600 South Shore Boulevard, Suite 300
League City, TX 77573

**First Class Mail**
(Counsel for StonCor Group, Inc. by and through its Epoplex Division)
Sergio I. Scuteri, Esquire
Capehart & Scatchard, P.A.
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, NJ 08054

**First Class Mail**
(Counsel for Automotive Rentals, Inc.)
Mr. Richard E. Moyer
Credit & Litigation Supervisor
Automotive Rentals, Inc.
9000 Midlantic Drive
P.O. Box 5039
Mt. Laurel, NJ 08054

**First Class Mail**
(Counsel for Roadsafe Traffic Systems, Inc.)
Leyza F. Blanco, Esquire
GrayRobinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, FL 33131

**First Class Mail**
(Counsel for Ennis-Flint, Inc.)
Martin A. Sosland, Esquire
Charles M. Persons, Esquire
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201

**First Class Mail**
(Counsel for Argonaut Insurance Company, Inc.)
Keith A. Langley, Esquire
Gina D. Shearer, Esquire
Langley Weinstein LLP
901 Main Street, Suite 600
Dallas, TX 75202

**First Class Mail**
(Co-Counsel for Oak Hill Special Opportunities Fund, LP, Oak Hill Special Opportunities Fund (Mgmt), LP and Wynnchurch Capital Partners II, LP, the proposed debtor in possession lenders)
Rosanne T. Matzat, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

**First Class Mail**
(Counsel for 3M Company f/k/a Minnesota Mining and Manufacturing Co.)
Alan E. Brown, Esquire
Special Counsel to 3M Company
3M Office of General Counsel
Mail Stop 220-9E-02
Office Location 220-10W/27
P.O. Box 33428
St. Paul, MN 55133

**First Class Mail**
(Counsel for The Hanover Insurance Co,
Massachusetts Bay Insurance Co and
Citizens Insurance Co of America)
Mike F. Pipkin, Esquire
Melissa L. Gardner, Esquire
Sedgwick LLP
1717 Main Street, Suite 5400
Dallas, TX  75201

**First Class Mail**
(Counsel for Taxing Authorities for Harris
County)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX  77253

**First Class Mail**
(Counsel for Office of Unemployment
Compensation Tax Services, Dept of Labor
and Industry, Commonwealth of PA)
Timothy Bortz, Esquire
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankrputcy & Compliance Unit
625 Cherry Street, Room 203
Reading, PA  19602-1152

**First Class Mail**
(Counsel for ACE-USA/ACE Bond Services
and Westchester Fire Insurance Company)
James D. Cupples, Esquire
Cupples & Associates, PLLC
1331 Gemini St., Suite 201
Houston, TX  77058

**First Class Mail**
(Counsel for Caldwell CAD, Nueces
County)
Diane W. Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX  78760

**First Class Mail**
United Rentals, Inc.
Attn: Dale Asplund
100 First Stamford Place
Stamford, CT  06902

**First Class Mail**
(Counsel for Tarrant County and Dallas
County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201

**First Class Mail**
(Counsel for Tarrant County and Dallas
County)
David S. Oppenheim, A.R.
David S. Oppenheim & Associates, P.C.
1900 West Littleton Blvd.
Littleton, CO  80120

**First Class Mail**
(Counsel for Wynne Systems, Inc.)
James C. Thoman, Esquire
Hodgson Russ LLP
140 Pearl Street, Suite 100
Buffalo, NY  14202

**First Class Mail**
(Counsel SSJS, Inc.)
(Counsel for 4700 Lyndale Partnership)
James L. Baillie, Esquire
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402

**First Class Mail**
(Counsel for Berkley Surety Group, LLC)
Chad L. Schexnayder, Esquire
Joseph A. Brophy, Esquire
Jennings, Haug & Cunningham, LLP
2800 N. Central Avenue, Suite 1800
Phoenix, AZ  85004

**First Class Mail**
(Counsel for Nations Fund I)
Craig M. Price, Esquire
Anthony M. DiGiacomo, Esquire
Chapman and Cutler, LLP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708

**First Class Mail**
(Counsel for Wildish Standard Paving Co.)
Oren B. Haker, Esquire
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204

**First Class Mail**
(Counsel for City of Union City)
Joel R. Glucksman, Esquire
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue,
P.O. Box 790
Lyndhurst, NJ 07071-0790

**First Class Mail**
(Counsel for Seyfarth Shaw, LLP)
Jason J. DeJonker, Esquire
Bret M. Harper, Esquire
Seyfarth Shaw LLP
131 South Dearborn Street
Chicago, IL 60603

**First Class Mail**
(Counsel for Ames Construction, Inc. and Ames/McCrossan JV)
Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

**First Class Mail**
(Counsel for Gelco Corporation d/b/a GE Fleet Services)
Jeffrey T. Wegner, Esquire
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 98102

**First Class Mail**
(Counsel for RDP Barricade Company, LLC)
James T. Markus, Esquire
Markus Williams Young & Zimmerman LLC
1700 Lincoln Street, Suite 4000
Denver, CO 80203

**First Class Mail**
(Counsel for FNF Construction, Inc.)
William Novotny, Esquire
Dickinson Wright/Mariscal Weeks
2901 North Central Avenue, Suite 200
Phoenix, AZ 85012-2705

**First Class Mail**
(Counsel for City and County of Denver)
Mitch T. Behr, Esquire
Assistant City Attorney
Municipal Operations
201 West Colfax Avenue, Dept. 1207
Denver, CO 80202-5332

**First Class Mail**
(Counsel for Northern California District Council of Laborers)
Jordon D. Mazur, Esquire
Weinberg, Roger & Rosenfeld
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

**First Class Mail**
(Aon Risk Solutions)
Lauren M. Jordan
Receivable Management Specialist
Aon Risk Solutions Premium Accounting
Service Center
10461 Mill Run Circle
Owings Mills, MD 21117

**First Class Mail**
(Agent for Dun & Bradstreet)
Ronald L. Rowland, Agent
Receivable Management Services
307 International Circle, Suite 270
Hunt Valley, MD 21030

**First Class Mail**
(Counsel for Tennessee Department of Revenue)
Laura L. McCloud, Esquire
Office of the Attorney General
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

**First Class Mail**
(Counsel for Texas Sterling)
John J. Sparacino, Esquire
Vorys, Sater, Seymour and Pease LLP
700 Louisiana, Suite 4100
Houston, TX 77002

**First Class Mail**
(Counsel for Texas Sterling)
Thomas H. Grace, Esquire
Vorys, Sater, Seymour and Pease LLP
700 Louisiana, Suite 4100
Houston, TX 77002

**First Class Mail**
(Counsel for Texas Sterling)
Joseph M. Schreiber, Esquire
Vorys, Sater, Seymour and Pease LLP
700 Louisiana, Suite 4100
Houston, TX 77002

**First Class Mail**
(Counsel for City of Fort Worth)
Christopher B. Mosley, Esquire
City Attorney's Office
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX 76102

**First Class Mail**
(Counsel for Texas Comptroller of Public Accounts)
John Mark Stern, Esquire
Arthur A. Stewart, Esquire
Assistant Attorneys General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

**First Class Mail**
(Counsel for Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Attention: Steven A. Ginther
P.O. Box 475
Jefferson City, MO 65105-0475

**First Class Mail**
(Counsel for Microsoft Corporation and Microsoft Licensing, GP)
Maria A. Milano, Esquire
Riddell Williams P.S.
1001 4th Avenue, Suite 4500
Seattle, WA 98154

**First Class Mail**
(Counsel for American Express Travel Related Services Co., Inc.)
Gilbert B. Weisman, Esquire
Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701