IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| HIGHWAY TECHNOLOGIES INC., *et al.*, | Case No.: 13-11326 (KJC) |
| Debtors.[1] | (Jointly Administered) <br> Related Docket Nos. 614, 618, 624, 625, 626, 668 |

Hearing Date: October 16, 2013 at 2:00 p.m. (prevailing Eastern Time)

**OMNIBUS ORDER APPROVING
FIRST QUARTERLY FEE APPLICATIONS OF PROFESSIONALS
FOR THE PERIOD MAY 22, 2013 THROUGH AUGUST 31, 2013**

Upon consideration of the quarterly interim applications for compensation and reimbursement of expenses of the professionals for the First Quarterly Period listed on Exhibit "A" attached hereto, and adequate notice of the hearing to consider such applications having been given; and after due deliberation, and sufficient cause appearing therefore; it is hereby

ORDERED that the interim applications for compensation and reimbursement of expenses for the professionals listed on Exhibit "A" attached hereto are approved in the respective amounts set forth on Exhibit "A", and it is further

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

-1-

ORDERED that the Debtors are authorized to pay the compensation and reimbursement of expenses set forth on Exhibit "A".

Dated: _Oct 15_, 2013

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

DOCS_DE:189887.1 36024/001