# EXHIBIT A TO ORDER
# HIGHWAY TECHNOLOGIES, INC., *et al.* (13-11326-KJC)
# PROFESSIONAL FEES & EXPENSES
# (FIRST QUARTERLY APPLICATIONS)
# (MAY 22, 2013 – AUGUST 31, 2013
# (HEARING – OCTOBER 16, 2013 @ 2:00 P.M.)

| APPLICANT | FEE PERIOD | TOTAL FEES & EXPENSES | AMOUNT APPROVED TO DATE (80% OF FEES) | AMOUNT OUTSTANDING (20% of FEES) |
|---|---|---|---|---|
| Gavin/Solmonese LLC (Financial Advisors to Creditors' Committee) (Docket No. 548) Certification of No Objection (Docket No. 603) | 05/30/13 – 06/30/13 | $56,057.50 (fees) $459.80 (expenses) $56,517.30 (Total) | $44,846.00 (fees) $459.80 (expenses) $45,305.80 (Total) | $11,211.50 (fees) |
| Gavin/Solmonese LLC (Docket No. 567) Certification of No Objection (Docket No. 632) | 07/01/13 – 07/31/13 | $38,855.00 (fees) $13.68 (expenses) $38,868.68 (Total) | $31,084.00 (fees) $13.68 (expenses) $31,097.68 (Total) | $7,771.00 (fees) |
| Gavin/Solmonese LLC (Docket No. 583 Certification of No Objection (Docket No. 665) | 08/01/13 – 08/31/13 | $12,012.50 (fees) $11.23 (expenses) $12,023.73 (Total) | $9,610.00 (fees) $11.23 (expenses) $9,621.23 (Total) | $2,402.50 (fees) |
| Gavin/Solmonese LLC **TOTALS First Quarterly** (Docket No. 618) **Certification of No Objection** (Docket No.) | 05/30/13 – 08/31/13 | $106,925.00 (fees) $484.71 (expenses) $107,409.71 (Total) | $85,540.00 (fees) $484.71 (expenses) $86,024.71 (Total) | $21.385.00 (fees) |

| APPLICANT | FEE PERIOD | TOTAL FEES & EXPENSES | AMOUNT APPROVED TO DATE (80% OF FEES) | AMOUNT OUTSTANDING (20% of FEES) |
|---|---|---|---|---|
| Hilco Industrial, LLC (Exclusive Marketing and Sales Agent to Debtors) First & Final (Docket No. 625) Certification of No Objection (Docket No.) | 05/21/13 – 09/25/13 | $1,072,034.21 (fees) $80,911.56 (expenses) $1,152,945.77 (Total) | $857,627.37 (fees) $80,911.56 (expenses) $938,538.93 (Total) | $214,406.84 (fees) |

| APPLICANT | FEE PERIOD | TOTAL FEES & EXPENSES | AMOUNT APPROVED TO DATE (80% OF FEES) | AMOUNT OUTSTANDING (20% of FEES) |
|---|---|---|---|---|
| Imperial Capital, LLC (Financial Advisor and Investment Banker to Debtors)<br><br>(Docket No. 387)<br><br>Certification of No Objection<br>(Docket No. 493) | 05/22/13 – 06/30/13 | $195,000.00 (fees)<br><br>$8,490.70 (expenses)<br><br>$203,490.70 (Total) | $156,000.00 (fees)<br><br>$8,490.70 (expenses)<br><br>$164,490.70 (Total) | $39,000.00 (fees) |
| Imperial Capital, LLC<br><br>(Docket No. 563)<br><br>Certification of No Objection<br>(Docket No. 616) | 07/01/13 – 07/31/13 | $480,520.83 (fees)<br><br>$1,451.15 (expenses)<br><br>$481,971.98 (Total) | $384,416.66 (fees)<br><br>$1,451.15 (expenses)<br><br>$385,867.81 (Total) | $96,104.17 (fees) |
| Imperial Capital, LLC<br><br>(Docket No. 622)<br><br>Certification of No Objection<br>(Docket No. ) | 08/01/13 – 08/31/13 | $100,000.00 (fees)<br><br>$0.00 (expenses)<br><br>$100,000.00 (Total) | $80,000.00 (fees)<br><br>$0.00 (expenses)<br><br>$80,000.00 (Total) | $20,000.00 (fees) |
| **Imperial Capital, LLC**<br><br>**TOTALS**<br>**(Docket No. 626)**<br><br>**Certification of No Objection**<br>**(Docket No.)** | 05/22/13 – 08/31/13 | $1,150,521.83 (fees)<br><br>$9,941.85 (expenses)<br><br>$1,160,463.68 (Total) | $920,417.46 (fees)<br><br>$9,941.85 (expenses)<br><br>$930,359.31 (Total) | $230,104.37 (fees) |

| APPLICANT | FEE PERIOD | TOTAL FEES & EXPENSES | AMOUNT APPROVED TO DATE (80% OF FEES) | AMOUNT OUTSTANDING (20% of FEES) |
|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP (Counsel to Debtors) (Docket No. 506) Certification of No Objection (Docket No. 573) | 05/22/13 – 06/30/13 | $208,656.50 (fees) $16,370.96 (expenses) $225,027.46 (Total) | $166,925.20 (fees) $16,370.96 (expenses) $183,296.16 (Total) | $41,731.30 (fees) |
| Pachulski Stang Ziehl & Jones LLP (Docket No. 547) Certification of No Objection (Docket No. 604) | 07/01/13 – 07/31/13 | $321,385.00 (fees) $22,309.18 (expenses) $343,694.18 (Total) | $257,108.00 (fees) $22,309.18 (expenses) $279,417.18 (Total) | $64,277.00 (fees) |
| Pachulski Stang Ziehl & Jones LLP (Docket No. 594) Certification of No Objection (Docket No. ) | 08/01/13 – 08/31/13 | $651,746.75 (fees) $74,546.43 (expenses) $726,293.18 (Total) | $521,397.40 (fees) $74,546.43 (expenses) $595,943.83 (Total) | $130,349.35 (fees) |
| **Pachulski Stang Ziehl & Jones LLP** **TOTALS First Quarterly** (Docket No. 614) **Certification of No Objection** (Docket No. ) | 05/22/13 – 08/31/13 | **$1,181,788.57 (fees)** **$113,226.57 (expenses)** **$1,295,015.14 (Total)** | **$945,430.86 (fees)** **$113,226.57 (expenses)** **$1,058,657.43 (Total)** | **$236,357.71 (fees)** |

| APPLICANT | FEE PERIOD | TOTAL FEES & EXPENSES | AMOUNT APPROVED TO DATE (80% OF FEES) | AMOUNT OUTSTANDING (20% of FEES) |
|---|---|---|---|---|
| Richards, Layton & Finger, P.A. (Counsel to Creditors' Committee) (Docket No. 449) Certification of No Objection (Docket No. 545) | 05/30/13 – 06/30/13 | $164,839.50 (fees) $4,991.14 (expenses) $169,830.64 (Total) | $131,871.60 (fees) $4,991.14 (expenses) $136,862.74 (Total) | $32,967.90 (fees) |
| Richards, Layton & Finger, P.A. (Docket No. 542) Certification of No Objection (Docket No. 593) | 07/01/13 – 07/31/13 | $113,170.00 (fees) $5,638.39 (expenses) $118,808.39 (Total) | $90,536.00 (fees) $5,638.39 (expenses) $96,174.39 (Total) | $22,634.00 (fees) |
| Richards, Layton & Finger, P.A. (Docket No. 609) Certification of No Objection (Docket No. ) | 08/01/13 – 08/31/13 | $57,845.00 (fees) $2,658.28 (expenses) $60,503.28 (Total) | $46,276.00 (fees) $2,658.28 (expenses) $48,934.28 (Total) | $11,569.00 (fees) |
| Richards, Layton & Finger, P.A. TOTALS (Docket No. 624) Certification of No Objection (Docket No.) | 05/30/13 – 08/31/13 | $335,854.50 (fees) $13,287.81 (expenses) $349,142.31 (Total) | $268,683.60 (fees) $13,287.81 (expenses) $281,971.41 (Total) | $67,170.90 (fees) |

DOCS_DE:189713.1 36024/002

5