IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| HIGHWAY TECHNOLOGIES INC., *et al.*, | Case No.: 13-11326 (KJC) (Jointly Administered) |
| Debtors.[1] | Related Docket Nos. 683 & 690 A-13-51106/Related Docket Nos. 11 & 12 |

## SECOND AMENDED[2] NOTICE OF AGENDA FOR TELEPHONIC HEARING SCHEDULED FOR OCTOBER 16, 2013 AT 2:00 P.M. BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

**PLEASE NOTE: WITH PERMISSION OF THE COURT, THIS HEARING HAS BEEN CHANGED TO A TELEPHONIC HEARING. ANY PARTY PARTICIPATING TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946).**

**NOTE: HEARING CANCELED – ALL MATTERS RESOLVED OR CONTINUED**

### CONTINUED MATTERS:

1. Motion of Gerard and Cindy Lettenberger to Lift the Automatic Stay (Filed August 28, 2013; Docket No. 552)

    **Objection Deadline:** October 31, 2013 at 4:00 p.m.

    **Objections/Responses:** None to date.

    **Status:** This matter is being continued to November 7, 2013 at 11:00 a.m.

2. Debtors' Motion to Convert Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code (Filed September 20, 2013; Docket No. 606)

    **Objection Deadline:** October 9, 2013 at 4:00 p.m.

    **Objections/Responses:**

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

[2] Amended items appear in bold.

 (a) Limited Objection of First Insurance Funding Corp. to Debtors' Motion to Convert Cases to Chapter 7 (Filed October 9, 2013; Docket No. 672)

**Status:** This matter is being continued to November 7, 2013 at 11:00 a.m.

## PRETRIAL CONFERENCE:

3. Complaint *for (1) Violation of the WARN Act 29 U.S.C. 2101, et seq. and (2) State Wage Payment Laws* by Jason McLain and Thomas Wachsman, individually and on behalf of all other similarly situated former employees against Highway Technologies, Inc. (Filed May 30, 2013; Docket No. 85; A-13-51106, Docket No. 1)

 **Answer due:** Extended indefinitely for Debtors

 **Answer/Responses:** None to date.

 **Related Documents:**

 (a) Summons and Notice of Pretrial Conference (Filed May 30, 2013, A-13-51106, Docket No. 3)

 (b) [signed] Order Approving Stipulation Extending Time for Debtor to Respond to Complaint (Entered June 10, 2013, A-13-51106, Docket No. 5)

 (c) [signed] Order Approving Stipulation Continuing Pretrial Conference (Entered August 27, 2013; A-13-51105, Docket No. 8)

 **Status:** This matter is being continued to November 7, 2013 at 11:00 a.m.

## CONTESTED MATTERS:

4. Motion of Wynne Systems, Inc. for an Order (I) Compelling Payment of All Outstanding Post-Petition Fees and Charges Due under Master Agreement Pursuant to 11 U.S.C. Section 503(b)(1)(A) and (II) Compelling Payment of Attorneys' Fees (Filed September 11, 2013; Docket No. 576)

 **Objection Deadline:** September 25, 2013 at 4:00 p.m.

 **Objections/Responses:**

 (a) Debtors' Objection to Motion of Wynne Systems, Inc. for an Order (I) Compelling Payment of All Outstanding Post-Petition Fees and Charges Due under Master Agreement Pursuant to 11 U.S.C. Section 503(b)(1)(A) and (II) Compelling Payment of Attorneys' Fees (Filed October 4, 2013; Docket No. 659)

**Reply:**

(a) Reply of Wynne Systems, Inc. to Debtors' Objection to Motion of Wynne Systems, Inc. for an Order(I) Compelling Payment of All Outstanding Post-Petition Fees and ChargesDue under Master Agreement Pursuant to 11 U.S.C. Section 503(b)(1)(A) and (II) Compelling Payment of Attorneys' Fees (Filed October 10, 2013; Docket No. 675)

**Status:** The parties have agreed to continue this matter to November 7, 2013 at 11:00 a.m.

## FEE APPLICATIONS:

**Related Documents:**

(a) Certification of Counsel with Respect to Omnibus Order Approving First Quarterly Fee Applications (Filed October 8, 2013; Docket No. 668)

**Status:** The Court has signed the omnibus order approving the fee applications.

**Fee Applications:**

1. **Gavin/Solmonese LLC**
   **(Financial Advisors to Creditors' Committee)**

   A. Quarterly (First) Fee Application of Gavin/Solonese LLC for the Period May 30, 2013 through August 31, 2013 (Filed September 24, 2013; Docket No. 618)

      (1) Monthly Interim Fee Application of Gavin/Solonese LLC for the Period May 30, 2013 through June 30, 2013 (Filed August 27, 2013; Docket No. 548) and Certification of No Objection (Filed September 19, 2013; Docket No. 603)

      (2) Monthly Interim Fee Application of Gavin/Solonese LLC for the Period July 1, 2013 through July 31, 2013 (Filed September 4, 2013; Docket No. 567) and Certification of No Objection (Filed September 26, 2013; Docket No. 632)

      (3) Monthly Interim Fee Application of Gavin/Solonese LLC for the Period August 1, 2013 through August 31, 2013 (Filed September 12, 2013; Docket No. 583) and Certification of No Objection (Filed October 7, 2013; Docket No. 665)

2. **Hilco Industrial, LLC**
   **(Exclusive Marketing and Sales Agent to Debtors)**

   A. First & Final Fee Application of Hilco Industrial, LLC for the Period May 21, 2013 through September 25, 2013 (Filed September 25, 2013; Docket No. 625) and Certification of No Objection (Filed October 11, 2013; Docket No. 682)

3. **Imperial Capital, LLC**
   **(Financial Advisor and Investment Banker to Debtors)**

   A. Quarterly (First) Fee Application of Imperial Capital, LLC for the Period May 22, 2013 through August 31, 2013 (Filed September 25, 2013; Docket No. 626) and Certification of No Objection (Filed October 11, 2013; Docket No. 680)

      (1) Monthly Interim Fee Application of Imperial Capital, LLC for the Period May 22, 2013 through June 30, 2013 (Filed July 19, 2013; Docket No. 387) and Certification of No Objection (Filed August 12, 2013; Docket No. 493)

      (2) Monthly Interim Fee Application of Imperial Capital, LLC for the Period July 1, 2013 through July 31, 2013 (Filed August 30, 2013; Docket No. 563) and Certification of No Objection (Filed September 24, 2013; Docket No. 616)

      (3) Monthly Interim Fee Application of Imperial Capital, LLC for the Period August 1, 2013 through August 31, 2013 (Filed September 25, 2013; Docket No. 622) and Certification of No Objection (Filed October 11, 2013; Docket No. 679)

4. **Pachulski Stang Ziehl & Jones LLP**
   **(Counsel to Debtors)**

   A. Quarterly (First) Fee Application of Pachulski Stang Ziehl & Jones LLP for the Period May 22, 2013 through August 31, 2013 (Filed September 23, 2013; Docket No. 614) and Certification of No Objection (Filed October 11, 2013; Docket No. 681)

      (1) Monthly Interim Fee Application of Pachulski Stang Ziehl & Jones LLP for the Period May 22, 2013 through June 30, 2013 (Filed August 15, 2013; Docket No. 506) and Certification of No Objection (Filed September 9, 2013; Docket No. 573)

      (2) Monthly Interim Fee Application of Pachulski Stang Ziehl & Jones LLP for the Period July 1, 2013 through July 31, 2013 (Filed August 27, 2013; Docket No. 547) and Certification of No Objection (Filed September 19, 2013; Docket No. 604)

(3) Monthly Interim Fee Application of Pachulski Stang Ziehl & Jones LLP for the Period August 1, 2013 through August 31, 2013 (Filed September 17, 2013; Docket No. 594) and Certification of No Objection (Filed October 10, 2013; Docket No. 677)

5. **Richards, Layton & Finger, P.A.**
   **(Counsel to Official Committee of Unsecured Creditors)**

   A. Quarterly (First) Fee Application of Richards, Layton & Finger, P.A. for the Period May 30, 2013 through August 31, 2013 (Filed September 25, 2013; Docket No. 624)

      (1) Monthly Interim Fee Application of Richards, Layton & Finger, P.A. for the Period May 30, 2013 through June 30, 2013 (Filed August 1, 2013; Docket No. 449) and Certification of No Objection (Filed August 26, 2013; Docket No. 545)

      (2) Monthly Interim Fee Application of Richards, Layton & Finger, P.A. for the Period July 1, 2013 through July 31, 2013 (Filed August 23, 2013; Docket No. 542) and Certification of No Objection (Filed September 17, 2013; Docket No. 593)

      (3) Monthly Interim Fee Application of Richards, Layton & Finger, P.A. for the Period August 1, 2013 through August 31, 2013 (Filed September 20, 2013; Docket No. 609) **Certification of No Objection (Filed October 15, 2013; Docket No. 691)**

**ADDITIONAL MATTER:**

5. Notice of Ninth Bulk Sale Pursuant to Bulk Sale Procedures Order (Filed October 3, 2013; Docket No. 656)

   Objection Deadline: October 8, 2013 at 4:00 p.m.

   Related Documents:

   (a) [signed] Order Granting Motion of Debtors Pursuant to Sections 105(a) and 363 of the Bankruptcy Code for Authority to (A) Enter into Private Sale Transactions or Conduct Auctions for Personal Property Assets and Bulk Assets and (B) Sell Such Assets Free and Clear of All Encumbrances (Entered June 27, 2013; Docket No. 296)

   (b) Certification of Counsel Regarding Notice of the Ninth Bulk Sale of Certain Assets to Highway Barricades & Services (Filed October 10, 2013; Docket No. 676)

(c)  Notice of Additional Submission Regarding Assets Subject to Notice of the Ninth Bulk Sale of Certain Assets to Highway Barricades & Services (Filed October 16, 2013; Docket No. 692)

(d)  [Signed] Order Authorizing and Approving the Ninth Bulk Sale of Certain Assets to Highway Barricades & Services, LLC (Entered October 16, 2013; Docket No. 693)

**Status:** An order has been entered resolving this matter. The hearing has been canceled.

Dated: October 16, 2013

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane/*

Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
John W. Lucas (NY Bar No. 4288379)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:   rpachulski@pszjlaw.com
          dgrassgreen@pszjlaw.com
          bgrohsgal@pszjlaw.com
          jlucas@pszjlaw.com
          pkeane@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

DOCS_DE:189986.1 36024/002