# EXHIBIT "B"

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Disposition | 1.60 | $622.50 |
| Business Analysis | 23.20 | $8,782.50 |
| Fee/Employment Application | 3.30 | $805.00 |
| Financing | 0.70 | $332.50 |
| Plan and Disclosure Statement | 10.60 | $4,610.00 |
| **TOTAL** | **39.40** | **$15,152.50** |