# EXHIBIT "C"

# EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Conference Calls | RCI | $15.49 |
| Telephone | | $0.47 |
| **Total** | | **$15.96** |

4

Gavin/Solmonese, LLC
919 N. Market Street
Suite 600
Wilmington, DE 19801

Invoice submitted to:
Highway Technologies, Inc
C/O Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Mark D. Collins, Esq

Invoice #23428          Services Through 9/30/2013

|  |  |
|---|---|
| Total Professional Fees | $15,152.50 |
| Expenses | $15.96 |
| Total This Invoice | $15,168.46 |
| **Balance due** | **$15,168.46** |

**Please remit to the address shown:**

Wire transfer instructions:

ABA# 031-000053
Account #86-0583-9972
PNC Bank, N.A. Philadelphia, PA
Telephone notification to Judy Sacher - (302) 655-8997

Principal _____

Highway Technologies, Inc

## Consultant Summary

| Name | Hours | Amount |
|---|---|---|
| Stanley W. Mastil | 23.60 | $8,260.00 |
| Wayne P. Weitz | 13.50 | $6,412.50 |
| Edward T. Gavin, CTP | 0.30 | $180.00 |
| Judy L. Sacher | 2.00 | $300.00 |

### Professional Services

| Date | | Init | Category / Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/3/2013 | - | SWM | Business Analysis — Prepare analysis of filed fee applications and review of filed applications | 1.30 | 455.00 |
| | - | SWM | Business Analysis — Prepare analysis of filed payments to lender professionals | 0.70 | 245.00 |
| | - | SWM | Business Analysis — Prepare response to counsel questions re: budget and related analyses | 1.70 | 595.00 |
| | - | SWM | Business Analysis — Analyze payments made per MORs and related to applications and compensation order | 1.60 | 560.00 |
| | - | WPW | Business Analysis — Review professional fee payment analysis with SWM | 0.50 | 237.50 |
| | - | SWM | Business Analysis — Review professional fee payment analysis with WPS | 0.50 | 175.00 |
| 9/4/2013 | - | SWM | Business Analysis — T/c with WPW and counsels re: revised budget and reserves | 0.30 | 105.00 |
| | - | SWM | Business Analysis — Review revised budget and comments with WPW for preparation for call with counsels | 0.50 | 175.00 |
| | - | SWM | Fee/Employment Application — Preliminary review of August fee application exhibit | 0.40 | 140.00 |
| | - | SWM | Business Analysis — T/c with WPW, Committee counsel, and Debtors/Lenders counsels and professionals re::: revised budget and reserves | 0.60 | 210.00 |

Highway Technologies, Inc

| Date | Initials | Category / Description | Hours | Amount |
|---|---|---|---|---|
| 9/4/2013 - | WPW | Business Analysis<br>Review updated budget and professional fees with SWM | 0.50 | 237.50 |
| - | WPW | Business Analysis<br>Conf call SWM, M. Collins, K. Good re: revised budget and professional fees | 0.30 | 142.50 |
| - | WPW | Business Analysis<br>Conf call SWM, M. Collins, K. Good, R. Silberglied, Debtors' and Lenders' counsel re: revised budget and professional fees | 0.50 | 237.50 |
| - | WPW | Financing<br>Email corresp re: and review of proposed budget extension | 0.70 | 332.50 |
| - | SWM | Business Analysis<br>Prepare analysis of estimated proceeds available to GUC and rolling stock allocations | 2.70 | 945.00 |
| - | SWM | Business Analysis<br>Review bulk purchase agreement and calculate estimated impact of price adjustments to deal and rolling stock allocation | 1.40 | 490.00 |
| 9/10/2013 - | SWM | Business Analysis<br>Review Anthem issues and related correspondence re: healthcare motion | 0.80 | 280.00 |
| - | WPW | Business Analysis<br>Email corr and t/c RLF re: healthcare carveout and analysis of same | 1.40 | 665.00 |
| 9/11/2013 - | SWM | Fee/Employment Application<br>Review and revise August monthly application | 0.50 | 175.00 |
| - | SWM | Business Analysis<br>Conference with R. Silberglied and WPW re: healthcare | 0.60 | 210.00 |
| - | WPW | Plan and Disclosure Statement<br>T/c R. Silberglied and document review re: healthcare claim carveout | 1.20 | 570.00 |
| - | WPW | Plan and Disclosure Statement<br>Review and comment on draft GUC Trust Agreement | 1.90 | 902.50 |
| 9/16/2013 - | WPW | Business Analysis<br>Review Wynne Systems payment motion and Conners lift stay stipulation | 1.00 | 475.00 |

Highway Technologies, Inc

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 9/17/2013 - | SWM | Plan and Disclosure Statement<br>Review draft GUC Trust | | 0.30 | 105.00 |
| - | SWM | Business Analysis<br>Review draft motion to convert | | 0.30 | 105.00 |
| - | WPW | Plan and Disclosure Statement<br>Meeting with SWM to review draft trust agreement and motion to convert | | 0.80 | 380.00 |
| - | WPW | Plan and Disclosure Statement<br>Review Debtors' draft motion to convert | | 0.50 | 237.50 |
| - | SWM | Plan and Disclosure Statement<br>Meeting with WPW to review draft trust agreement and motion to convert | | 0.80 | 280.00 |
| 9/18/2013 - | SWM | Business Analysis<br>Analyze funding of professional fees compared to budget | | 0.80 | 280.00 |
| - | SWM | Business Analysis<br>Review weekly financial results report and budget analysis | | 0.70 | 245.00 |
| - | SWM | Plan and Disclosure Statement<br>T/c with K. Good re: GUC Trust and related correspondence | | 0.50 | 175.00 |
| - | WPW | Plan and Disclosure Statement<br>Review updated version and finalize GUC Trust Agreement | | 1.30 | 617.50 |
| 9/19/2013 - | ETG | Plan and Disclosure Statement<br>Corr WPW re: and review of GUC Agreement | | 0.30 | 180.00 |
| - | SWM | Plan and Disclosure Statement<br>Review GUC trust and related corr. and conferences re: finalizing document | | 0.80 | 280.00 |
| - | SWM | Business Analysis<br>Review and analyze cost allocation received from Imperial and related correspondence | | 1.00 | 350.00 |
| 9/20/2013 - | WPW | Business Analysis<br>Review as-filed Debtor's motion to convert | | 1.10 | 522.50 |
| 9/23/2013 - | JLS | Fee/Employment Application<br>Review Invoice for August 2013 expense application supporting materials for spelling and grammatical errors. Generate and compose fee application. | | 2.00 | 300.00 |

Highway Technologies, Inc

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 9/24/2013 - | SWM | Asset Disposition<br>Review cost allocation with WPW and related revisions to analysis | | 1.10 | 385.00 |
| - | SWM | Business Analysis<br>Analyze calculations and formulas used in cost allocation | | 1.20 | 420.00 |
| - | WPW | Asset Disposition<br>Meeting with SWM to review cost allocations | | 0.50 | 237.50 |
| - | WPW | Fee/Employment Application<br>Review fee application | | 0.40 | 190.00 |
| 9/25/2013 - | SWM | Business Analysis<br>T/c with R. Silberglied re: cost allocation analysis | | 0.30 | 105.00 |
| - | SWM | Business Analysis<br>Multiple corr. with counsel, WPW, and Imperial re: cost allocation and related questions issues | | 0.30 | 105.00 |
| 9/26/2013 - | SWM | Plan and Disclosure Statement<br>Status conference with WPW and counsels and discussion of GUC Trust | | 0.50 | 175.00 |
| - | WPW | Plan and Disclosure Statement<br>T/c SWM, R. Silberglied, K. Good re: transition to GUC Trust | | 0.50 | 237.50 |
| - | WPW | Plan and Disclosure Statement<br>Finalize and execute GUC Trust Agreement | | 0.40 | 190.00 |
| - | SWM | Business Analysis<br>Corr. with Imperial re: cost allocation analysis | | 0.30 | 105.00 |
| 9/27/2013 - | SWM | Business Analysis<br>T/c with Imperial re: cost allocation analysis | | 0.30 | 105.00 |
| - | SWM | Plan and Disclosure Statement<br>Prepare EIN application for GUC Trust and gather information needed to prepare application | | 0.80 | 280.00 |

For professional services rendered    39.40  $15,152.50

Highway Technologies, Inc

Expenses:

| | | | Amount |
|---|---|---|---|
| 8/27/2013-- 9/26/2013 | ADM | Expense Rate 08/27/13-09/26/13 Conference calls | 15.49 |
| 9/1/2013-- 9/30/2013 | ADM | Expense Rate Telephone Expense ETG | 0.47 |

Total expenses     $15.96

Total amount of this bill     $15,168.46