# EXHIBIT A

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

October 18, 2013
Invoice 440572
Page 2

Client # 740925

Matter # 181029

For services through September 30, 2013
relating to Case Administration

| | | | | |
|---|---|---|---|---|
| 09/04/13 | Review docket (.1); Review and update critical dates (.1); E-mail to RLF distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 215.00 | $64.50 |
| | | | | |
| 09/04/13 | Review critical dates calendar | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| | | | | |
| 09/09/13 | Organize and maintain original documents | | | |
| Paralegal | Lindsey A Edinger | 0.10 hrs. | 215.00 | $21.50 |
| | | | | |
| 09/11/13 | Update 2002 service list (.5); Review docket (.1); Retrieve re: filed pleading (.1); E-mail to RLF distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 215.00 | $172.00 |
| | | | | |
| 09/12/13 | Finalize and file aos re: notice of withdrawal motion to convert | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |
| | | | | |
| 09/12/13 | Review docket (.1); Retrieve re: filed pleadings (.1); E-mail to RLF distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 215.00 | $64.50 |
| | | | | |
| 09/13/13 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| | | | | |
| 09/13/13 | Organize and maintain original documents | | | |
| Paralegal | Lindsey A Edinger | 0.20 hrs. | 215.00 | $43.00 |
| | | | | |
| 09/16/13 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

October 18, 2013
Invoice 440572

Page 3

Client # 740925

Matter # 181029

---

| Date | Description | | | |
|---|---|---|---|---|
| 09/16/13 | Call with J. Lucas re: conversion motion (.1); Email to J. Lucas re: same (.1); Email (x2) to M. Collins and R. Silberglied re: same (.2) | | | |
| Associate | L. Katherine Good | 0.40 hrs. | 450.00 | $180.00 |
| 09/16/13 | Organize and maintain original documents | | | |
| Paralegal | Lindsey A Edinger | 0.10 hrs. | 215.00 | $21.50 |
| 09/16/13 | Emails (x2) with J. Lucas re: conversion and emails with K. Good re: same | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 09/17/13 | Review draft motion to convert cases (.4); Review R. Silberglied comments re: same (.1); Email (x2) to R. Silberglied and M. Collins re: additional comments (.2) | | | |
| Associate | L. Katherine Good | 0.70 hrs. | 450.00 | $315.00 |
| 09/18/13 | Email to L. Anderson re: distribution list | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 350.00 | $35.00 |
| 09/18/13 | Call with R. Silberglied re: resignation of ARI from committee | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 09/18/13 | Review revised motion to convert cases | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 09/18/13 | Organize and maintain original documents | | | |
| Paralegal | Lindsey A Edinger | 0.20 hrs. | 215.00 | $43.00 |
| 09/18/13 | Communications with R. Silberglied re: status of motion to convert and review draft of same | | | |
| Director | Mark D. Collins | 0.10 hrs. | 775.00 | $77.50 |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

October 18, 2013
Invoice 440572
Page 4

Client # 740925

Matter # 181029

| Date | Description | | | | |
|---|---|---|---|---|---|
| 09/18/13 | Review L. Kweskin comments to conversion motion (.1); Emails with L. Kweskin re: same and with J. Lucas re: same (.1); Review second draft of conversion motion and suggest changes (.1); Email to committee re: same and from K. Good re: same (.1); Email from, to K. Good and to and from D. Grassgreen re: trustee standing (.1) | | | | |
| Director | Russell Silberglied | 0.50 hrs. | 675.00 | | $337.50 |
| 09/19/13 | Prepare supplemental conflict list | | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | | $215.00 |
| 09/19/13 | Review amended notice of appointment of committee | | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | | $45.00 |
| 09/19/13 | Email (x2) to R. Silberglied re: conversion motion (.1); Call with J. Lucas re: same (.1); Review revised drafts of motion to convert (.2) | | | | |
| Associate | L. Katherine Good | 0.40 hrs. | 450.00 | | $180.00 |
| 09/19/13 | Review draft of motion to convert cases to chapter 7 (.3); review form of GUC Trust agreement (.2); Communications with R. Silberglied re: same (.1) | | | | |
| Director | Mark D. Collins | 0.60 hrs. | 775.00 | | $465.00 |
| 09/19/13 | Review revisions to conversion motion (.2); Send comments to D. Grassgreen and J. Lucas (.1); Question to M. Collins re: same (.1); Email from M. Collins, to J. Lucas re: motion to convert (.1); Review and comment on latest changes to motion (.1); Call with K. Good re: notice issues on same (.1); Call with J. Leamy, D. Grassgreen and J. Lucas re: motion to convert and ARI resignation (.3); Email from, to M. Collins re: conversion motion (.1) | | | | |
| Director | Russell Silberglied | 1.10 hrs. | 675.00 | | $742.50 |
| 09/20/13 | Email with L. Morris re: distribution list | | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 350.00 | | $35.00 |
| 09/20/13 | Revise supplemental conflict list (2.0); E-mail to A. Steele re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | 2.10 hrs. | 215.00 | | $451.50 |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

October 18, 2013
Invoice 440572
Page 5
Client # 740925

Matter # 181029

---

| Date | Role | Description | Name | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| 09/20/13 | | Review latest L. Kweskin comments on conversion motion (.1); Review J. Lucas revisions per U.S. Trustee and comments (.1); Email to J. Lucas and L. Kweskin re: same (.1); Call from J. Lucas re: U.S. Trustee comments on motion to convert (.3); Review latest L. Kweskin proposed changes and two emails with J. Lucas re: same (.1); Circulate as-filed motion (.1) | | | | |
| | Director | | Russell Silberglied | 0.80 hrs. | 675.00 | $540.00 |
| 09/23/13 | | Review final motion to convert cases to chapter 7 | | | | |
| | Director | | Mark D. Collins | 0.30 hrs. | 775.00 | $232.50 |
| 09/25/13 | | Review docket (.1); Review and update critical dates (.2); E-mail to RLF distribution re: same (.1); Circulate docket (.2) | | | | |
| | Paralegal | | Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |
| 09/25/13 | | Review critical dates calendar | | | | |
| | Associate | | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 09/26/13 | | Review and circulate docket | | | | |
| | Paralegal | | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 09/27/13 | | Review and circulate docket | | | | |
| | Paralegal | | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 09/30/13 | | Email correspondence with A. Jerominski re Document retrieval and circulation of critical pleadings (.1); Document retrieval and circulation of critical pleadings (.3) | | | | |
| | Paralegal | | Lindsey A Edinger | 0.40 hrs. | 215.00 | $86.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $4,937.50 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$4,937.50** |
| BALANCE BROUGHT FORWARD | $5,019.70 |
| **TOTAL DUE FOR THIS MATTER** | **$9,957.20** |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX  75206

October 18, 2013
Invoice 440572

Page 6

Client #  740925

Matter # 181029

For services through September 30, 2013
relating to  Creditor Inquiries

| | | | | |
|---|---|---|---|---|
| 09/20/13 | Call from P. Zavonacheck re: landlord claim | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| | | | | |
| 09/23/13 | Call with creditor re: settlement motion | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 350.00 | $35.00 |
| | | | | |
| 09/27/13 | Call from J. Peterson re: possible distributions | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| | | | | |
| 09/30/13 | Call with S. Trowland re: inquiry re: rejection of lease | | | |
| Associate | L. Katherine Good | 0.20 hrs. | 450.00 | $90.00 |

Total Fees for Professional Services          $260.00


TOTAL DUE FOR THIS INVOICE                    **$260.00**
BALANCE BROUGHT FORWARD                       $339.00

**TOTAL DUE FOR THIS MATTER**                 **$599.00**

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

October 18, 2013
Invoice 440572
Page 7

Client # 740925

Matter # 181029

For services through September 30, 2013

relating to Meetings

| | | | | |
|---|---|---|---|---|
| 09/04/13 | Numerous emails with D. Grassgreen, W. Weitz and M. Collins scheduling call | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 09/18/13 | Emails (x3) with J. Lucas re: setting call with U.S. Trustee and review J. Leamy email re: same | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 09/19/13 | Email to D. Grassgreen and J. Leamy re: scheduling call | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 09/26/13 | Call with S. Mastil, W. Weitz and R. Silberglied re: establishment of GUC Trust and related issues | | | |
| Associate | L. Katherine Good | 0.40 hrs. | 450.00 | $180.00 |
| 09/26/13 | Multiple emails with W. Weitz and K. Good scheduling call re: trust | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 09/26/13 | Call with W. Weitz, S. Mastil, K. Good re: trust | | | |
| Director | Russell Silberglied | 0.40 hrs. | 675.00 | $270.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $720.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$720.00** |
| BALANCE BROUGHT FORWARD | $7,354.00 |
| **TOTAL DUE FOR THIS MATTER** | **$8,074.00** |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

October 18, 2013
Invoice 440572
Page 8
Client # 740925

Matter # 181029

For services through September 30, 2013

relating to Executory Contracts/Unexpired Leases

| 09/17/13 | Call with J. Lucas re: equipment lease issues | | | |
|---|---|---|---|---|
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |

| | | |
|---|---|---|
| | Total Fees for Professional Services | $135.00 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$135.00** |
| BALANCE BROUGHT FORWARD | $1,567.50 |
| **TOTAL DUE FOR THIS MATTER** | **$1,702.50** |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

October 18, 2013
Invoice 440572
Page 9

Client # 740925

Matter # 181029

For services through September 30, 2013
relating to Use, Sale of Assets

| 09/02/13 | Draft summary re: third and fourth notices of bulk sale and circulate to Committee | | | |
|---|---|---|---|---|
| Associate | Amanda R. Steele | 0.10 hrs. | 350.00 | $35.00 |
| 09/02/13 | Review bulk sale notice (.1); Email to W. Weitz and from and from A. Steele re: same and review summary of same (.1) | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |
| 09/04/13 | Email from, to S. Mastil re: Richie Sale | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 09/05/13 | Review Hanover responses to 3rd and 4th bulk sale notices | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 09/07/13 | Review Hanover objection | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 09/17/13 | Review filing re: 4th bulk sale | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 09/19/13 | Review notice of 5th bulk sale | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 09/20/13 | Review notice of 5th bulk sale and update committee re: same | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 09/24/13 | Meeting with R. Silberglied re: price adjustment associated with Ritchie Bros transaction | | | |
| Director | Mark D. Collins | 0.20 hrs. | 775.00 | $155.00 |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX  75206

October 18, 2013
Invoice 440572
Page 10

Client #  740925

Matter # 181029

---

| | | | | |
|---|---|---|---|---|
| 09/24/13 | Emails with S. Mastil re: proceeds calculation (.1); Emails to M. Collins re: same (.1); Conference with M. Collins re: proceeds issue (.2); Email and voice mail to W. Weitz re: same (.1); Review Imperial analysis (.1) | | | |
| Director | Russell Silberglied | 0.60 hrs. | 675.00 | $405.00 |
| 09/26/13 | Review sale proceeds release information | | | |
| Director | Mark D. Collins | 0.10 hrs. | 775.00 | $77.50 |
| 09/26/13 | Review notice on 5th bulk sale and certification of counsel on rejection motion (.1); Review J. Naccarato, J. Lucas and B. Grohsgal emails re: payments (.1) | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |
| 09/27/13 | Review COC on bulk sale notices | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 09/30/13 | Email to Committee re: 6th notice of bulk sale (.1); Email to J. Lucas re: same (.1) | | | |
| Associate | Amanda R. Steele | 0.20 hrs. | 350.00 | $70.00 |
| 09/30/13 | Review 6th notice of bulk sale | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 09/30/13 | Review 6th sale notice (.1); Emails with W. Weitz re: same (.1); Review R. Barnett email re: bulk sale and email from, to A. Steele re: same (.1); Email from, to J. Lucas re: sales (.1) | | | |
| Director | Russell Silberglied | 0.40 hrs. | 675.00 | $270.00 |

Total Fees for Professional Services $1,755.00

TOTAL DUE FOR THIS INVOICE **$1,755.00**

BALANCE BROUGHT FORWARD $9,031.50

**TOTAL DUE FOR THIS MATTER** **$10,786.50**

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

October 18, 2013
Invoice 440572
Page 11

Client #  740925

Matter # 181029

---

For services through September 30, 2013
relating to  Cash Collateral/DIP Financing

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/03/13 | | Emails with W. Weitz and M. Collins re: budget | | | |
| | Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 09/04/13 | | Review proposed budget (.3); Call with M. Collins re: budget issues (.1); Call with M. Collins, S. Mastil and W. Weitz re: budget issues (.3) | | | |
| | Associate | L. Katherine Good | 0.70 hrs. | 450.00 | $315.00 |
| 09/04/13 | | Preparation for and attendance on call with W. Weitz and K. Good re: budget and reconciliation of sale proceeds (.6); Call with D. Grassgreen, W. Weitz, R. Silberglied and others re: extended budget and related issues (.4) | | | |
| | Director | Mark D. Collins | 1.00 hrs. | 775.00 | $775.00 |
| 09/04/13 | | Review budget materials (.1); Email from, to D. Grassgreen re: budget (.1); Review W. Weitz analysis re: budget (.1); Prepare for budget call (.1); Call with D. Grassgreen, J. Lucas, L. Kweskin, R. Matzat, W. Weiss and M. Collins re: budget (.5) | | | |
| | Director | Russell Silberglied | 0.90 hrs. | 675.00 | $607.50 |
| 09/12/13 | | Review settlement agreement re: terms (.1); Email (x2) to R. Silberglied re: same (.2) | | | |
| | Associate | Amanda R. Steele | 0.30 hrs. | 350.00 | $105.00 |
| 09/17/13 | | Review revised budget | | | |
| | Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 09/17/13 | | Review revised budget and email to W. Weitz re: same | | | |
| | Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 09/27/13 | | Review revised budget and send to W. Weitz and S. Mastil (.1); Review A. Ahmad, J. Naccarato, J. Lucas and D. Grassgreen emails re: budget and payments (.1) | | | |
| | Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX  75206

October 18, 2013
Invoice 440572
Page 12

Client #  740925

Matter # 181029

|  |  |
|---|---|
| Total Fees for Professional Services | $2,117.50 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$2,117.50** |
| BALANCE BROUGHT FORWARD | $13,681.90 |
| **TOTAL DUE FOR THIS MATTER** | **$15,799.40** |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX  75206

October 18, 2013
Invoice 440572
Page 13

Client #  740925

Matter # 181029

For services through September 30, 2013
relating to  Claims Administration

| | | | | |
|---|---|---|---|---|
| 09/11/13 | Review motion and motion to shorten re: medical claims carveout | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| | | | | |
| 09/12/13 | Draft summary to Committee re: Wynne motion to compel | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 350.00 | $35.00 |
| | | | | |
| 09/12/13 | Communications with R. Silberglied re: form of GUC trust agreement | | | |
| Director | Mark D. Collins | 0.10 hrs. | 775.00 | $77.50 |
| | | | | |
| 09/12/13 | Read Wynn Systems motion (.1); Conference with D. DeFranceschi re: Wynn Systems motion (.1); Email to W. Weitz re: same (.1) | | | |
| Director | Russell Silberglied | 0.30 hrs. | 675.00 | $202.50 |
| | | | | |
| 09/18/13 | Review proposed settlement re: WARN Act claims (.1); Email to R. Silberglied re: bar date (.1); Email to committee members re: same (.1) | | | |
| Associate | L. Katherine Good | 0.30 hrs. | 450.00 | $135.00 |
| | | | | |
| 09/18/13 | Review correspondence concerning potential resolution of WARN Act claims (.1); Communications with R. Silberglied re: same (.1) | | | |
| Director | Mark D. Collins | 0.20 hrs. | 775.00 | $155.00 |
| | | | | |
| 09/18/13 | Email from, to K. Good re: bar date (.1); Email from, to T. Navitskas re: claims and defenses to claims (.1) | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |
| | | | | |
| 09/19/13 | Review revised order re: medical claim carveout | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

October 18, 2013
Invoice 440572
Page 14

Client # 740925

Matter # 181029

---

| Date | Description | | | |
|------|-------------|---|---|---|
| 09/20/13 | Review and comment on draft notice for medical claims (.1); Emails (x3) with B. Grohsgal re: same and review J. Leamy comments on same (.1); Additional emails with J. Leamy and B. Grohsgal re: medical claims notice (.1) | | | |
| Director | Russell Silberglied | 0.30 hrs. | 675.00 | $202.50 |
| 09/27/13 | Review United Rentals claim | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 09/30/13 | Review United Rentals' filing (.1); Review claims analysis and email to W. Weitz, et al. re: same (.1) | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |

Total Fees for Professional Services $1,235.00

TOTAL DUE FOR THIS INVOICE **$1,235.00**

BALANCE BROUGHT FORWARD $1,697.00

**TOTAL DUE FOR THIS MATTER** **$2,932.00**

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

October 18, 2013
Invoice 440572
Page 15

Client #  740925

Matter #  181029

---

For services through September 30, 2013
relating to  Court Hearings

| 09/11/13 | Organize 2 volumes of binders utilized by counsel at 8/14/13 hearing | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.50 hrs. | 215.00 | $107.50 |
| 09/17/13 | Review agenda for 9/19/13 hearing | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 09/17/13 | Review hearing agenda and emails with J. Lucas re: same | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 09/18/13 | Email to R. Silberglied re: hearing | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 350.00 | $35.00 |
| 09/18/13 | Emails with J. Lucas re: hearing (.1); Further emails with J. Lucas re: hearing date and with D. Grassgreen re: call (.1); Email from, to S. Mastil re: hearing and from, to A. Steele re: same (.1) | | | |
| Director | Russell Silberglied | 0.30 hrs. | 675.00 | $202.50 |
| 09/19/13 | Emails (x2) with B. Grohsgal re: hearing | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 09/19/13 | Attend hearing | | | |
| Director | Russell Silberglied | 0.40 hrs. | 675.00 | $270.00 |

Total Fees for Professional Services $795.00

| TOTAL DUE FOR THIS INVOICE | **$795.00** |
|---|---|
| BALANCE BROUGHT FORWARD | $12,784.40 |
| **TOTAL DUE FOR THIS MATTER** | **$13,579.40** |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX  75206

October 18, 2013
Invoice 440572
Page 16
Client #  740925

Matter # 181029

For services through September 30, 2013
relating to  General Corporate/Real Estate

| | | | | |
|---|---|---|---|---|
| 09/11/13 | Email to committee re: GUC trust and to D. Grassgreen re: same (.1); Email from, to W. Weitz re: same (.1); Email to R. Moyer re: resignation and response (.1) | | | |
| Director | Russell Silberglied | 0.30 hrs. | 675.00 | $202.50 |
| 09/12/13 | Emails with M. Collins and to A. Steele re: GUC Trust (.1); Review J. Lucas email re: same (.1); Emails with A. Steele and to J. Lucas re: same (.1) | | | |
| Director | Russell Silberglied | 0.30 hrs. | 675.00 | $202.50 |
| 09/17/13 | Conference with W. Weitz re: GUC Trust issues (.1); Call with R. Silberglied re: same (.1); Call with T. Hoffner re: same (.1); Email to R. Silberglied re: same (.1) | | | |
| Associate | L. Katherine Good | 0.40 hrs. | 450.00 | $180.00 |
| 09/17/13 | Call with K. Good re: trust issue and email to W. Weitz re: same (.1); Email from, to K. Good re: trust issues (.1) | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |
| 09/17/13 | Call with K. Good re: trustee issues regarding individual versus entity as trustee | | | |
| Director | Tara J. Hoffner | 0.10 hrs. | 575.00 | $57.50 |
| 09/18/13 | Email to R. Silberglied re: trust agreement (.1); Call with W. Weitz re: same (.1); Revise same (.2); Call with R. Silberglied re: same (.1); Review comments form S. Mastil re: same (.1); Email (x2) to R. Silberglied re: same (.2); Call with S. Mastil re: same (.1); Email to S. Mastil re: same (.1) | | | |
| Associate | L. Katherine Good | 1.00 hrs. | 450.00 | $450.00 |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

October 18, 2013
Invoice 440572
Page 17

Client # 740925

Matter # 181029

---

| 09/18/13 | Instructions to K. Good re: GUC trust formation (.1); Call with K. Good and email to J. Lucas re: ARI resignation (.1); Email from and to J. Lucas re: same and follow up with K. Good re: trust agreement (.1); Emails with S. Mastil re: trust agreement (.1); Review S. Mastil comments on trust agreement and K. Good's questions re: same (.1); Call with K. Good re: same (.1); Revise trust agreement per S. Mastil comment (.2); Email from, to S. Mastil re: trust agreement (.1) | | | |
|---|---|---|---|---|
| Director | Russell Silberglied | 0.90 hrs. | 675.00 | $607.50 |

| 09/19/13 | Review email from R. Silberglied and W. Weitz re: trust agreement (.1); Revise same (.2); Email to W. Weitz, R. Silberglied and S. Mastil re: same (.1); Email to J. Lucas and D. Grassgreen re: execution version of same (.1); Email to T. Navitskas and R. Barnett re: same (.1) | | | |
|---|---|---|---|---|
| Associate | L. Katherine Good | 0.60 hrs. | 450.00 | $270.00 |

| 09/19/13 | Review information sent by S. Mastil for trust agreement (.1); Email from, to S. Mastil re: same (.1); Review S. Mastil analysis for Trust agreement and email to M. Collins re: same (.1); Further emails with M. Collins re: same and to S. Mastil re: same (.1); Review and draft language for same (.1); Locate and send ARI resignation to J. Leamy (.1); Email from W. Weitz, to K. Good re: trust (.1) | | | |
|---|---|---|---|---|
| Director | Russell Silberglied | 0.70 hrs. | 675.00 | $472.50 |

| 09/20/13 | Email to J. Lucas re: trust agreement (.1); Email to T. Navitskas re: same (.1); Email to W. Weitz and S. Mastil re: same (.1) | | | |
|---|---|---|---|---|
| Associate | L. Katherine Good | 0.30 hrs. | 450.00 | $135.00 |

| 09/20/13 | Review committee composition filing and email to committee re: same (.1); Update committee re: status of trust agreement and conversion (.1); Receipt of trust signatures, review K. Good email re: same and follow up with K. Good re: next steps (.1) | | | |
|---|---|---|---|---|
| Director | Russell Silberglied | 0.30 hrs. | 675.00 | $202.50 |

| 09/24/13 | Email to R. Silberglied re: trust agreement | | | |
|---|---|---|---|---|
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX  75206

October 18, 2013
Invoice 440572
Page 18

Client #  740925

Matter # 181029

| | | | | |
|---|---|---|---|---|
| 09/24/13 | Email to K. Good re: trust formation | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| | | | | |
| 09/26/13 | Email to W. Weitz and S. Mastil re: GUC Trust agreement (.1); Email to committee re: fully executed version of same (.1); Email to J. Lucas and D. Grassgreen re: same (1.) | | | |
| Associate | L. Katherine Good | 0.30 hrs. | 450.00 | $135.00 |

Total Fees for Professional Services     $3,162.50

**TOTAL DUE FOR THIS INVOICE**     **$3,162.50**

BALANCE BROUGHT FORWARD     $11,353.50

**TOTAL DUE FOR THIS MATTER**     **$14,516.00**

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

October 18, 2013
Invoice 440572
Page 19
Client # 740925

Matter # 181029

---

For services through September 30, 2013
relating to Employee Issues

| | | | | |
|---|---|---|---|---|
| 09/09/13 | Call from B. Grohsgal re: medical claim carveout | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| | | | | |
| 09/10/13 | Review B. Grohsgal summary of medical claims motion (.1); Email to W. Weitz, et al. re: same (.1); Email from, to S. Mastil re: same (.1) | | | |
| Director | Russell Silberglied | 0.30 hrs. | 675.00 | $202.50 |
| | | | | |
| 09/11/13 | Conference call with W. Weitz and S. Mastil re: Anthem (.6); Email to committee re: same (.1) | | | |
| Director | Russell Silberglied | 0.70 hrs. | 675.00 | $472.50 |
| | | | | |
| 09/12/13 | Read medical claims carveout motion | | | |
| Director | Russell Silberglied | 0.30 hrs. | 675.00 | $202.50 |
| | | | | |
| 09/13/13 | Review R. Barnett and A. Steele emails re: medical claim carveout (.1); Response to R. Barnett (.1) | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |
| | | | | |
| 09/19/13 | Read changes to medical claims order and emails with B. Grohsgal re: same (.1); Discuss medical claim notice with B. Grohsgal and J. Leamy (.1) | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |

Total Fees for Professional Services        $1,215.00

TOTAL DUE FOR THIS INVOICE        **$1,215.00**
BALANCE BROUGHT FORWARD        $41.00

**TOTAL DUE FOR THIS MATTER**        **$1,256.00**

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

---

For services through September 30, 2013
relating to  Litigation/Adversary Proceedings

| Date | Description | | Hours | Rate | Amount |
|------|-------------|--|-------|------|--------|
| 09/04/13 | Email to B. Grohsgal re: WARN Act case | | | | |
| Director | Russell Silberglied | | 0.10 hrs. | 675.00 | $67.50 |
| 09/12/13 | Finalize and file aos re: notice of withdrawal of first request for documents | | | | |
| Paralegal | Barbara J. Witters | | 0.10 hrs. | 215.00 | $21.50 |
| 09/12/13 | Emails with R. Matzat re: settlement payment | | | | |
| Director | Russell Silberglied | | 0.10 hrs. | 675.00 | $67.50 |
| 09/13/13 | Review adversary docket re: RG Steel and instructions to S. Bray re: same | | | | |
| Director | Russell Silberglied | | 0.20 hrs. | 675.00 | $135.00 |
| 09/17/13 | Call with J. Lucas re: conversion motion (.2); Revise conversion motion (.4); Additional emails with K. Good and with J. Lucas re: conversion motion (.1) | | | | |
| Director | Russell Silberglied | | 0.70 hrs. | 675.00 | $472.50 |
| 09/18/13 | Review WARN Act claimants' letter (.1); Email from D. Grassgreen, to W. Weitz and S. Mastil re: same (.1); Analysis of WARN Act issues (.1) | | | | |
| Director | Russell Silberglied | | 0.30 hrs. | 675.00 | $202.50 |
| 09/25/13 | Review J. Lucas email re: U.S. Trustee comments on conversion order and review order for response (.1); Response email (.1); Analysis of proceeds chart (.2); Email to W. Weitz re: same (.1); Call with S. Mastil re: proceeds analysis (.3) | | | | |
| Director | Russell Silberglied | | 0.80 hrs. | 675.00 | $540.00 |
| 09/30/13 | Call from J. Lucas re: WARN Act (.2); Email to W. Weitz, et al. re: same (.1) | | | | |
| Director | Russell Silberglied | | 0.30 hrs. | 675.00 | $202.50 |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX  75206

October 18, 2013
Invoice 440572
Page 21

Client #  740925

Matter #  181029

| | |
|---|---|
| Total Fees for Professional Services | $1,709.00 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$1,709.00** |
| BALANCE BROUGHT FORWARD | $33,743.50 |
| **TOTAL DUE FOR THIS MATTER** | **$35,452.50** |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX  75206

October 18, 2013
Invoice 440572
Page 22

Client #  740925

Matter # 181029

For services through September 30, 2013
relating to  RLF Retention

| 09/20/13 | Email to L. Anderson re: RLF retention | | | |
|----------|----------------------------------------|-----------|--------|--------|
| Associate | Amanda R. Steele | 0.10 hrs. | 350.00 | $35.00 |

| | | |
|---|---|---|
| | Total Fees for Professional Services | $35.00 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$35.00** |
| BALANCE BROUGHT FORWARD | $1,568.10 |
| **TOTAL DUE FOR THIS MATTER** | **$1,603.10** |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX  75206

October 18, 2013
Invoice 440572
Page 23

Client #  740925

Matter #  181029

For services through September 30, 2013
relating to  RLF Fee Applications

| 09/17/13 | Prepare cno re: RLF July fee application (.2); Finalize and file cno re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |

| 09/17/13 | Review and sign CNO re: RLF fee application (.1); Email (x2) to J. Lucas re: same (.1) | | | |
|---|---|---|---|---|
| Associate | L. Katherine Good | 0.20 hrs. | 450.00 | $90.00 |

| 09/18/13 | Review RLF August bill memos and meal charges | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |

| 09/18/13 | Call with A. Steele re: RLF billing memo (.1); Email to B. Witters re: same (.1) | | | |
|---|---|---|---|---|
| Associate | L. Katherine Good | 0.20 hrs. | 450.00 | $90.00 |

| 09/20/13 | Review and revise RLF August fee application (.3); Prepare notice of application re: same (.2); Finalize and file re: same (.2); Coordinate service re: same (.2); Prepare aos re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.10 hrs. | 215.00 | $236.50 |

| 09/20/13 | Review and revise RLF August monthly fee application (.5); Conference with B. Witters re: filing and service of same (.1) | | | |
|---|---|---|---|---|
| Associate | L. Katherine Good | 0.60 hrs. | 450.00 | $270.00 |

| 09/23/13 | Call with K. Good re: interim fee applications (.1); Email to B. Witters re: same (.1) | | | |
|---|---|---|---|---|
| Associate | Amanda R. Steele | 0.20 hrs. | 350.00 | $70.00 |

| 09/23/13 | Review e-mail from K. Good re: RLF first fee application format (.1); Prepare RLF first interim fee application (1.0); E-mail to K. Good and A. Steele re: same (.1); E-mail to accounting re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.30 hrs. | 215.00 | $279.50 |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX  75206

October 18, 2013
Invoice 440572
Page 24

Client #  740925

Matter # 181029

| Date | Description | | | | |
|---|---|---|---|---|---|
| 09/23/13 | Review form of RLF interim fee application (.1); Email to B. Witters re: same (.1) | | | | |
| Associate | L. Katherine Good | 0.20 hrs. | 450.00 | | $90.00 |
| 09/23/13 | Call with B. Grohsgal re: fee applications | | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | | $135.00 |
| 09/25/13 | Review and revise re: RLF first interim fee application (.4); Prepare notice of application re: same (.2); Finalize and file re: same (.2); Coordinate service re: same (.2); Prepare aos re: same (.2) | | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 215.00 | | $258.00 |
| 09/25/13 | Review and revise RLF interim fee application (.4); Conference with B. Witters re: filing and service of same (.1) | | | | |
| Associate | L. Katherine Good | 0.50 hrs. | 450.00 | | $225.00 |
| 09/26/13 | Email to L. Stevenson re: RLF fees | | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 350.00 | | $35.00 |

Total Fees for Professional Services         $1,951.00

TOTAL DUE FOR THIS INVOICE              **$1,951.00**

BALANCE BROUGHT FORWARD                 $1,331.80

**TOTAL DUE FOR THIS MATTER**            **$3,282.80**

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

October 18, 2013
Invoice 440572
Page 25

Client # 740925

Matter # 181029

For services through September 30, 2013
relating to Fee Applications of Others

| 09/03/13 | Review e-mail from K. Good re: Gavin/Solmonese July fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 215.00 | $193.50 |
| 09/03/13 | Email (x2) to J. Sacher and W. Weitz re: Gavin/Solmonese fee application (.2); Email to B. Witters re: drafting notice re: same (.1); Review same for filing (.2); Conference with B. Witters re: filing and serving same (.1) | | | |
| Associate | L. Katherine Good | 0.60 hrs. | 450.00 | $270.00 |
| 09/11/13 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 215.00 | $107.50 |
| 09/12/13 | Review e-mail from K. Good re: Gavin/Solmonese August fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Finalize and file re: same (.2); Coordinate service re: same (.1); Prepare aos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 215.00 | $193.50 |
| 09/12/13 | Email (x2) to J. Sacher re: Gavin Solmonese third monthly fee application (.1); Email to B. Witters re: drafting notice re: same (.1); Review same for filing (.1); Conference with B. Witters re: filing and serving same (.1) | | | |
| Associate | L. Katherine Good | 0.40 hrs. | 450.00 | $180.00 |
| 09/16/13 | Email to B. Witters re: August monthly fee application | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 09/18/13 | Email to W. Weitz and S. Mastil re: CNO for Gavin/Solmonese fee application (.1); Email to B. Witters re: same (.1) | | | |
| Associate | L. Katherine Good | 0.20 hrs. | 450.00 | $90.00 |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

October 18, 2013
Invoice 440572
Page 26
Client # 740925

Matter # 181029

---

| 09/19/13 | Prepare cno re: Gavin/Solmonese first fee application (.2); E-mail to K. Good re: same (.1); Finalize and file cno re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.50 hrs. | 215.00 | $107.50 |

| 09/19/13 | Review and revise CNO re: Gavin/Solmonese first monthly fee application (.1); Conference with B. Witters re: filing same (.1); Email to J. Lucas re: payment of same (.1) | | | |
|---|---|---|---|---|
| Associate | L. Katherine Good | 0.30 hrs. | 450.00 | $135.00 |

| 09/20/13 | Finalize and file aos re: Gavin/Solmonese August fee application | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |

| 09/23/13 | Call with A. Steele re: interim fee application deadline (.1); Email to B. Witters re: same (.1); Email to A. Steele re: same (.1); Email to W. Weitz and J. Sacher re: same (.1); Email (x2) to R. Silberglied re: interim fee hearing (.1); Call with B. Grohsgal re: same (.1); Email to A. Steele re: same (.1) | | | |
|---|---|---|---|---|
| Associate | L. Katherine Good | 0.70 hrs. | 450.00 | $315.00 |

| 09/24/13 | Efile Gavin/Solmonese's first interim fee application (.1); Coordinate service of same (.1); Prepare affidavit of service for same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.30 hrs. | 215.00 | $64.50 |

| 09/24/13 | Review e-mail from K. Good re: Gavin/Solmonese first fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |

| 09/24/13 | Email to J. Sacher re: first interim fee application of Gavin/Solmonese (.1); Email to B. Witters re: drafting notice re: same (.1); Revise notice re: same (.1); Conference with A. Jerominski re: filing and service of same (.1); Review Pachulski first interim fee application (.1) | | | |
|---|---|---|---|---|
| Associate | L. Katherine Good | 0.50 hrs. | 450.00 | $225.00 |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

October 18, 2013
Invoice 440572
Page 27

Client # 740925

Matter # 181029

---

| Date | Description | | | |
|---|---|---|---|---|
| 09/25/13 | Email to J. Sacher re: Gavin/Solmonese interim fee applicaiton (.1); Email to W. Weitz and J. Sacher re: CNO for Gavin/Solmonese second monthly fee application (.1); Calculate fees/expenses billed and compare to carve-out (.1); Email to R. Silberglied and M. Collins re: same (.1) | | | |
| Associate | L. Katherine Good | 0.40 hrs. | 450.00 | $180.00 |
| 09/26/13 | Prepare cno re: Gavin/Solmese July fee application (.2); E-mail to K. Good re: same (.1); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 215.00 | $107.50 |
| 09/26/13 | Email to B. Witters re: drafting CNO for Gavin/Solmonese second monthly fee application (.1); Review and revise same for filing (.1); Email to J. Lucas re: same (.1); Review Hilco fee application (.1); Review Imperial fee application (.1) | | | |
| Associate | L. Katherine Good | 0.50 hrs. | 450.00 | $225.00 |
| 09/26/13 | Review K. Good analysis re: fees and carve-out | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |

Total Fees for Professional Services      $2,614.00

**TOTAL DUE FOR THIS INVOICE**      **$2,614.00**

BALANCE BROUGHT FORWARD      $810.00

**TOTAL DUE FOR THIS MATTER**      **$3,424.00**

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX  75206

October 18, 2013
Invoice 440572
Page 28

Client #  740925

Matter # 181029

For services through September 30, 2013

relating to  Insurance

| 09/30/13 | Review First Insurance Funding motion | | | |
|---|---|---|---|---|
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |

| | | |
|---|---|---|
| Total Fees for Professional Services | | $67.50 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$67.50** |
| BALANCE BROUGHT FORWARD | $82.00 |
| **TOTAL DUE FOR THIS MATTER** | **$149.50** |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

October 18, 2013
Invoice 440572
Page 29

Client # 740925

### Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 1.50 | 350.00 | 525.00 |
| Ann Jerominski | 0.30 | 215.00 | 64.50 |
| Barbara J. Witters | 14.80 | 215.00 | 3,182.00 |
| L. Katherine Good | 12.40 | 450.00 | 5,580.00 |
| Lindsey A Edinger | 1.00 | 215.00 | 215.00 |
| Mark D. Collins | 2.60 | 775.00 | 2,015.00 |
| Russell Silberglied | 16.40 | 675.00 | 11,070.00 |
| Tara J. Hoffner | 0.10 | 575.00 | 57.50 |
| TOTAL | 49.10 | $462.51 | 22,709.00 |

**TOTAL DUE FOR THIS INVOICE**                                    **$24,001.07**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

740925