# **EXHIBIT B**



Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

Tax I.D. No.: 51-0226371

October 18, 2013
Invoice 440572

Page 1
Client # 740925
Matter # 181029

For disbursements incurred through September 30, 2013

relating to Highway Technologies - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Document Retrieval | $164.50 |
| Long distance telephone charges | $45.87 |
| Messenger and delivery service | $456.60 |
| Photocopying/Printing<br>4,099 @ $.10 pg./ 280 @ $.10/pg. | $437.90 |
| Postage | $187.20 |
| Other Charges | $1,292.07 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$1,292.07** |
| BALANCE BROUGHT FORWARD | $2,658.28 |
| **TOTAL DUE FOR THIS MATTER** | **$3,950.35** |

Creditors Committee of Highway Technologies, Inc.  
c/o Ted Navitskas, Esq.  
Ennis Paint, Inc.  
5910 N. Central Expressway, Suite 1050  
Dallas TX 75206  

October 18, 2013  
Invoice 440572  
Page 30  
Client # 740925  

Client: Creditors Committee of Highway Technologies, Inc.  
Matter: Highway Technologies - Representation of Creditors Committee  
Case Administration  
Creditor Inquiries  
Meetings  
Executory Contracts/Unexpired Leases  
Use, Sale of Assets  
Cash Collateral/DIP Financing  
Claims Administration  
Court Hearings  
General Corporate/Real Estate  
Employee Issues  
Litigation/Adversary Proceedings  
RLF Retention  
RLF Fee Applications  
Fee Applications of Others  
Insurance  

| Date | Description | | | Summary Phrase |
|---|---|---|---|---|
| 09/03/13 | Photocopies | | | DUP.10CC |
| | | Amount = | $16.50 | |
| 09/03/13 | Messenger and delivery | | | MESS |
| | | Amount = | $18.00 | |
| 09/03/13 | Postage | | | POST |
| | | Amount = | $3.84 | |
| 09/03/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/03/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 09/03/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |

Creditors Committee of Highway Technologies, Inc.  October 18, 2013
c/o Ted Navitskas, Esq.  Invoice 440572
Ennis Paint, Inc.  Page 31
5910 N. Central Expressway, Suite 1050
Dallas TX 75206  Client # 740925

| Date | Description | | | |
|---|---|---|---|---|
| 09/03/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 09/03/13 | Printing | | | DUP.10CC |
| | | Amount = | $2.70 | |
| 09/03/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 09/03/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 09/03/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 09/03/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 09/03/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 09/04/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/04/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/04/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 09/04/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.40 | |
| 09/04/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/04/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/04/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.40 | |
| 09/04/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/04/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/04/13 | Printing | | | DUP.10CC |
| | | Amount = | $1.00 | |

Creditors Committee of Highway Technologies, Inc.  
c/o Ted Navitskas, Esq.  
Ennis Paint, Inc.  
5910 N. Central Expressway, Suite 1050  
Dallas TX 75206

October 18, 2013  
Invoice 440572  
Page 32  
Client # 740925

| Date | Description | | Amount | Code |
|---|---|---|---|---|
| 09/12/13 | Photocopies | | | DUP.10CC |
| | | Amount = | $13.00 | |
| 09/12/13 | Messenger and delivery | | | MESS |
| | | Amount = | $18.00 | |
| 09/12/13 | PACER | | | DOCRETRI |
| | | Amount = | $1.10 | |
| 09/12/13 | PACER | | | DOCRETRI |
| | | Amount = | $25.30 | |
| 09/12/13 | Postage | | | POST |
| | | Amount = | $3.44 | |
| 09/12/13 | Printing | | | DUP.10CC |
| | | Amount = | $1.20 | |
| 09/12/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 09/12/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.40 | |
| 09/12/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.70 | |
| 09/12/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.60 | |
| 09/16/13 | 14152175108 Long Distance | | | LD |
| | | Amount = | $4.17 | |
| 09/17/13 | 14152175108 Long Distance | | | LD |
| | | Amount = | $15.29 | |
| 09/17/13 | Printing | | | DUP.10CC |
| | | Amount = | $2.00 | |
| 09/17/13 | Printing | | | DUP.10CC |
| | | Amount = | $2.00 | |
| 09/17/13 | Printing | | | DUP.10CC |
| | | Amount = | $2.00 | |
| 09/18/13 | PACER | | | DOCRETRI |
| | | Amount = | $2.60 | |
| 09/18/13 | Printing | | | DUP.10CC |
| | | Amount = | $2.10 | |
| 09/19/13 | 14152175108 Long Distance | | | LD |
| | | Amount = | $8.34 | |

Creditors Committee of Highway Technologies, Inc.  
c/o Ted Navitskas, Esq.  
Ennis Paint, Inc.  
5910 N. Central Expressway, Suite 1050  
Dallas TX 75206

October 18, 2013  
Invoice 440572  
Page 33  
Client # 740925

| Date | Description | | Code |
|---|---|---|---|
| 09/19/13 | PACER | | DOCRETRI |
| | Amount = $27.60 | | |
| 09/19/13 | Printing | | DUP.10CC |
| | Amount = $2.20 | | |
| 09/19/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 09/20/13 | Photocopies | | DUP.10CC |
| | Amount = $39.00 | | |
| 09/20/13 | Messenger and delivery | | MESS |
| | Amount = $18.00 | | |
| 09/20/13 | PACER | | DOCRETRI |
| | Amount = $71.00 | | |
| 09/20/13 | Postage | | POST |
| | Amount = $6.64 | | |
| 09/20/13 | Printing | | DUP.10CC |
| | Amount = $2.00 | | |
| 09/20/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 09/23/13 | PACER | | DOCRETRI |
| | Amount = $7.40 | | |
| 09/23/13 | Printing | | DUP.10CC |
| | Amount = $2.60 | | |
| 09/24/13 | Photocopies | | DUP.10CC |
| | Amount = $155.90 | | |
| 09/24/13 | Messenger and delivery | | MESS |
| | Amount = $201.30 | | |
| 09/24/13 | Postage | | POST |
| | Amount = $73.52 | | |
| 09/24/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 09/24/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 09/24/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 09/24/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |

Creditors Committee of Highway Technologies, Inc.  
c/o Ted Navitskas, Esq.  
Ennis Paint, Inc.  
5910 N. Central Expressway, Suite 1050  
Dallas TX 75206  

October 18, 2013  
Invoice 440572  
Page 34  
Client # 740925  

| Date | Description | | Code |
|---|---|---|---|
| 09/24/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/24/13 | Printing | | DUP.10CC |
| | Amount = | $0.90 | |
| 09/25/13 | Photocopies | | DUP.10CC |
| | Amount = | $185.50 | |
| 09/25/13 | Messenger and delivery | | MESS |
| | Amount = | $201.30 | |
| 09/25/13 | PACER | | DOCRETRI |
| | Amount = | $29.50 | |
| 09/25/13 | Postage | | POST |
| | Amount = | $99.76 | |
| 09/26/13 | 15209093555 Long Distance | | LD |
| | Amount = | $1.39 | |
| 09/26/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 09/30/13 | 14088871020 Long Distance | | LD |
| | Amount = | $16.68 | |

TOTALS FOR   740925            Creditors Committee of Highway Technologies, Inc.

Expenses     $1,292.07