IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHWAY TECHNOLOGIES INC., *et al.*,[1] | ) | Case No. 13-11326 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: November 15, 2013** |

**FOURTH MONTHLY APPLICATION OF IMPERIAL CAPITAL, LLC
AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE
DEBTORS FOR ALLOWANCE OF COMPENSATION FOR THE PERIOD
SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013**

| | |
|---|---|
| Name of Applicant: | Imperial Capital, LLC |
| Authorized to Provide Professional Services to: | Debtor |
| Date of Retention: | Effective May 22, 2013 |
| Period for which Compensation and reimbursement is sought: | September 1, 2013 through September 30, 2013 |
| Amount of Compensation sought as actual, reasonable and necessary: | $30,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is an: _X_ monthly ___ interim ___ final application

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies Inc. (6608); and HTS Acquisitions Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

# SUMMARY OF MONTHLY FEE AND EXPENSE
## INVOICES FOR COMPENSATION PERIOD

Prior Application Filed: First, Second and Third Monthly Fee Application and First Interim Fee Application.

|  |  | Requested | | Paid | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| **Monthly Applications** | | | | | |
| 7/15/13 | 5/22/13 – 6/30/13 | $156,000.00 (80% of $195,000.00 of monthly fees) | $8,490.70 | $156,000.00 | $8,490.70 |
| 8/20/13 | 7/1/13 – 7/31/13 | $384,416.66 (80% of $138,333.33 of monthly fees plus 80% of the $342,187.50 Branch Sale fee) | $1,451.15 | $384,416.66 | $1,451.15 |
| 9/20/13 | 8/1/13 – 8/31/13 | $80,000.00 (80% of $100,000.00 of monthly fees) | $0.00 | $0.00 | $0.00 |
| 10/[ ]/13 | 9/1/13 – 9/30/13 | $24,000.00 (80% of $30,000.00 of monthly fees) | $0.00 | $0.00 | $0.00 |
| **Interim Application** | | | | | |
| 9/20/13 | 5/22/13 – 8/31/13 | $530,104.17 (20% of $433,333.33 of monthly fees, 20% of $342,187.50 Branch Sale Transaction fee plus $375,000.00 Restructuring Fee) | $0.00 | $0.00 | $0.00 |

Note: Certain expenses incurred by Imperial during this Fourth Monthly Compensation Period may not have been processed yet through Imperial's internal accounting and review and may be submitted by Imperial in future Fee Statements.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HIGHWAY TECHNOLOGIES INC., *et al.*,[1] | ) Case No. 13-11326 (KJC) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Objection Deadline: November 15, 2013 |

## FOURTH MONTHLY APPLICATION OF IMPERIAL CAPITAL, LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013

Pursuant to sections 105(a), 328, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court of the District of Delaware (the "**Local Rules**") and the Order pursuant to sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) and Local Rule 2016-2 Authorizing Procedures for Interim Compensation of Professionals, dated June 11, 2013 (Docket No. 195) (the "**Interim Compensation Order**"), Imperial Capital, LLC (hereinafter "**Imperial Capital**") hereby applies (the "**Application**") to this Court for reasonable compensation for professional services rendered as financial advisor and investment banker to the Debtors in the above-captioned cases (the "**Debtors**"), in the amount of $30,000.00 for the period from September 1, 2013 through September 30, 2013 (the "**Fee Period**"). In support of its Application, Imperial Capital respectfully represents as follows:

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies Inc. (6608); and HTS Acquisitions Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

2

## BACKGROUND

1. On May 22, 2013 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. On June 27, 2013, the Court entered an Order (the "**Retention Order**") authorizing the Debtors to retain Imperial Capital as its financial advisor and investment banker, effective as of May 22, 2013 in accordance with section 328(a) of the Bankruptcy Code, the Bankruptcy Rules, and any other applicable orders of this Court. Imperial Capital was retained to perform the following services as may be requested by the Debtors:

   a. Analysis of the Debtors' business, operations, properties, financial condition, competition, forecast, prospects and management;

   b. Financial valuation of the ongoing operations of the Debtors;

   c. Assisting the Debtors in developing, evaluating, structuring and negotiating the terms and conditions of a potential Restructuring plan;

   d. Assisting the Debtors in preparing cash flow budgets and in negotiating debtor-in-possession financing;

   e. Assisting the Debtors in Asset sales pursuant to a plan or Asset sales under section 363 of the bankruptcy code, including negotiations with potential stalking horse bidders and assistance in securing and evaluating competing proposals, including the preparation of solicitation materials with respect to such sale (such solicitation materials, including, without limitation, all exhibits, amendments and supplements thereto;

   f. Providing expert witness testimony with regard to (a) through (e); and

   g. Providing such other financial advisory services with respect to the Debtors' financial issues as may from time to time be agreed upon between the Debtors and Imperial Capital.

## RELIEF REQUESTED

3. By this Application, Imperial Capital seeks allowance, on an interim basis, of compensation for services rendered on behalf of the Debtors in the amount of $24,000.00, representing 80% of the Monthly Fee of $30,000.00 for the period from September 1, 2013 through September 30, 2013. Imperial Capital has voluntarily agreed to reduce its September Monthly Fee from $100,000.00 per month per the terms of its original court approved retention to $30,000.00 in accordance with the agreed-upon cash flow Budget. In addition, Imperial Capital has invoiced $375,000.00 of the $425,000.00 agreed-upon Restructuring Fee, included in the cash flow Budget, as part of the First Interim Fee Application with the balance to be invoiced in a subsequent fee application.

## SUMMARY OF SERVICES RENDERED

4. Imperial Capital is not requesting reimbursement of expenses for this Fee Period. Certain expenses incurred by Imperial during this Fourth Monthly Compensation Period may not have been processed yet through Imperial's internal accounting and review and may be submitted by Imperial in future Fee Statements.

5. Imperial Capital does not maintain, in the normal course of providing financial advisory and investment banking services to its clients, detailed written time records, and does not bill its clients based on the number of hours expended by its professionals. However, Imperial Capital has maintained written records in half hour increments of the time expended by its professionals in the rendition of professional services to the Debtors, which is more detailed than required by the terms of the Retention Order.

6. The services rendered by Imperial Capital during the Fee Period are grouped into the categories set forth in Exhibit A. The professionals who rendered services relating to each category are identified, along with the number of hours for each individual for each category, in the exhibit hereto.

7. During and prior to this Fee Period, Imperial Capital rendered a broad range of professional services to the Debtors during this chapter 11 case. The services that Imperial Capital has

4

performed have been substantial and necessary for this chapter 11 case. Imperial Capital has worked extensively to market the assets of the Debtor to potential interested parties in pursuit of the sale of the Debtors' assets. Imperial Capital has collaborated with Pachulski Stang Ziehl & Jones LLP ("**PSZJ**"), the Debtors' legal counsel and worked extensively with Hilco Industrial, LLC ("**Hilco**"), the Debtors' bulk asset sale advisor. In addition, Imperial Capital worked with the Debtors' creditors including Cerberus Capital Management ("**Cerberus**"), the DIP lenders including Wynnchurch Capital ("**Wynnchurch**") and Oak Hill Advisors ("**Oak Hill**") as well as with the Official Committee of Unsecured Creditors (the "**Committee**") and their professionals including Gavin Solmonese ("**GS**").

8. During the Fee Period, Imperial Capital has actively assisted the Debtors on a number of matters including: (i) analysis and review of the business and operations including cash flow performance including helping prepare a revised cash flow budget; (ii) assisting in the settlement analysis for both lenders and UCC; (iii) analyzing adjustments for sale of bulk and leased assets and (iv) interacting with the Board and the Committee through their respective advisors. Additionally, in the periods prior to September, including pre-petition, Imperial conducted an extensive branch sale process which included coordinating and conducting an auction in Imperial's New York office in regard to the sale of the Minnesota branch. The auction resulted in a substantial increase (over double) to the original stalking horse offer which created substantial incremental value to the stakeholders. The Imperial led Branch sales efforts generated in excess of $9 million of value for the Debtors' estate, significantly above initial expectations. In total Imperial contacted approximately 100 potential buyers, of which approximately a third executed an NDA to do additional diligence. Imperial also populated and managed an online data room to coordinate all diligence activities of potential buyers. Imperial then worked closely with approximately 20 buyers to negotiate potential branch/asset sales, which helped maximize value for the stakeholders.

9. Pursuant to the Retention Order, professionals of Imperial Capital have included herein time records of their activities, in half-hourly increments by category. A description of the categories is included below:

Category 1: General Case Administration

Category 1 includes review of case docket, internal discussions and meetings, administrative matters, facilitating requests for the Committee and other activities that do not otherwise fit into another category as defined below.

Category 2: Imperial Retention

Category 2 includes all case administration related to the employment of Imperial Capital, including preparation of our application for employment and time and expense records. This category also includes activities such as internal discussions and discussions with PSZJ related to the preparation of court filings.

Category 3: Discussions / Negotiations with Case Constituents

Category 3 includes all matters related to interaction with case professionals, including the Debtors, Lenders, the Committee and their professionals.

Category 4: Cash Flow Analysis

Category 4 includes Imperial Capital's ongoing updates and analysis regarding the projected and historical weekly cash flow performance. During the Fourth Monthly Fee Statement, Imperial worked with the Debtors to prepare a revised cash flow budget.

Category 5: Travel

Category 5 includes all required travel for attendance at meetings with the Debtors, the Debtors' advisors or potential buyers, including attending Court hearings in Delaware.

Category 6: Due Diligence

Category 6 includes Imperial Capital's initial and ongoing due diligence of the Debtors, including review of information to be disseminated to creditors and prospective buyers and preparation and review of data room information for prospective buyers.

Category 7: Sale Process

Category 7 includes activities relating to the sale of the Debtors' assets, including preparation of online data room, identifying, contacting, coordinating and negotiating with

potential buyers, assisting prospective buyers in conducting due diligence and providing updates to the Debtors on the process. Imperial Capital has spent substantial amounts of time and resources to canvas potential strategic and financial buyers to effectively market the Debtors' assets.

## CONCLUSION

It is respectfully submitted that the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the consistency with compensation arrangements for comparable professionals both in and out of the bankruptcy context. Imperial Capital therefore respectfully requests that the Court grant the relief requested in this Application.

WHEREFORE, pursuant to the terms of the Interim Compensation Order and the Retention Order, Imperial Capital requests (i) allowance for services rendered on behalf of the Debtors during the Fee Period in the total amount of $30,000.00 and (ii) immediate payment of $24,000.00, representing 80% of the total Monthly Fees ($30,000.00).

Dated: October 25, 2013                    IMPERIAL CAPITAL, LLC

*(signature)*

---
Robert Warshauer
Managing Director

277 Park Avenue, 48th Floor
New York, NY 10172
Phone: 914.552.2600
Fax: 212.490.5884

*Investment Banker to the Debtors*

# VERIFICATION

STATE OF NEW YORK          )
                           ) SS:
                           )
                           )
                           )
                           )

Robert Warshauer, after being duly sworn according to law, deposes and says:

1. I am a Managing Director at the applicant firm, Imperial Capital, LLC, with offices located at 277 Park Avenue, 48th Floor, New York, NY 10172.

2. I have personally performed many of the services rendered by Imperial Capital, LLC as financial advisor and investment banker to the Debtors and am familiar with all other work performed on behalf of the Debtors by the professionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
ROBERT WARSHAUER

SWORN TO AND SUBSCRIBED before me this 25th day of October, 2013

# EXHIBIT A

DOCS_DE:190106.1 36024/002

# SUMMARY OF ACTIVITY BY PROFESSIONAL AND CATEGORY
## SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013

| Name of Professional | Title | Total Hours Incurred |
|---|---|---|
| R. Warshauer | Managing Director | 33.5 |
| S. Farnsworth | Senior Vice President | 0.0 |
| A. Ahmad | Associate | 41.5 |
| D. Fort | Analyst | 10.5 |
| **Total** | | **85.5** |

**Hours by Matter**

| Project Code | Description | Total Hours Incurred |
|---|---|---|
| 1 | General Case Administration | 15.5 |
| 2 | Imperial Retention | 0.0 |
| 3 | Discussions / Negotiations with Case Constituents | 38.5 |
| 4 | Cash Flow Analysis | 22.0 |
| 5 | Travel | 0.0 |
| 6 | Due Diligence | 7.5 |
| 7 | Sale Process | 2.0 |
| **Total** | | **85.5** |

## SUMMARY OF TOTAL HOURS SINCE PETITION DATE

| Name of Professional | Title | Total Hours Incurred |
|---|---|---|
| R. Warshauer | Managing Director | 210.5 |
| S. Farnsworth | Senior Vice President | 226.5 |
| A. Ahmad | Associate | 331.0 |
| D. Fort | Analyst | 284.5 |
| **Total** | | **1,052.5** |

**Hours by Matter**

| Project Code | Description | Total Hours Incurred |
|---|---|---|
| 1 | General Case Administration | 55.0 |
| 2 | Imperial Retention | 26.5 |
| 3 | Discussions / Negotiations with Case Constituents | 147.0 |
| 4 | Cash Flow Analysis | 205.5 |
| 5 | Travel | 38.0 |
| 6 | Due Diligence | 17.0 |
| 7 | Sale Process | 563.5 |
| **Total** | | **1,052.5** |

DOCS_DE:190106.1 36024/002

# DETAIL OF ACTIVITY BY PROFESSIONAL AND CATEGORY
## SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013

| Date | Professional | Category | Description | Hours |
|---|---|---|---|---|
| Tues 9/3/13 | R. Warshauer | Due Diligence | Cash budget revisions, fee estimates for Sept/Oct. Ritchie Bros disputes and impact on recoveries | 2.0 |
| Weds 9/4/13 | R. Warshauer | Cash Flow Analysis | Cash flow revisions, cash distributions to lenders | 2.0 |
| Weds 9/4/13 | R. Warshauer | Discussions / Negotiations with Case Constituents | Settlement analysis, document and pleading review | 2.0 |
| Thurs 9/5/13 | R. Warshauer | Discussions / Negotiations with Case Constituents | Calls with lenders and counsel re settlement calculations, revise analysis | 3.5 |
| Fri 9/6/13 | R. Warshauer | Discussions / Negotiations with Case Constituents | Calls re Rolling Stock allocation with Cerberus and IC team | 2.0 |
| Fri 9/6/13 | R. Warshauer | Discussions / Negotiations with Case Constituents | Review analysis & settlement agreement; review legal document filed, settlement status on UCC rolling stock | 4.0 |
| Mon 9/9/13 | R. Warshauer | Cash Flow Analysis | Update on cash flows and timing of payments to lenders | 1.0 |
| Tues 9/10/13 | R. Warshauer | Discussions / Negotiations with Case Constituents | Calls with lender re settlement of rolling stock, payment timing and cash flows | 2.0 |
| Thurs 9/12/13 | R. Warshauer | Discussions / Negotiations with Case Constituents | Settlement call, cash flow and payments for lenders. Fee application update status | 2.0 |
| Fri 9/13/13 | R. Warshauer | Due Diligence | Update on cash distributions, review legal filings, call with Cerberus re payments | 1.5 |
| Mon 9/16/13 | R. Warshauer | Cash Flow Analysis | Emails with Cerberus on cash sale receipts, review cash forecasts, rolling stock allocation update from lenders/UCC | 2.0 |
| Tues 9/17/13 | R. Warshauer | Discussions / Negotiations with Case Constituents | Revised cash forecast to lenders and UCC, emails with Cerberus re rolling stock and proceeds receipt, case status | 1.5 |
| Weds 9/18/13 | R. Warshauer | Cash Flow Analysis | Cash flow budget changes from Debtors | 0.5 |
| Weds 9/18/13 | R. Warshauer | General Case Administration | IC fee application status and payments | 0.5 |
| Mon 9/23/13 | R. Warshauer | Cash Flow Analysis | Update on cash and timing of payments from close of Ritchie Brothers and ARI, conversations with counsel | 1.0 |
| Tues 9/24/13 | R. Warshauer | Due Diligence | Cash payments to lenders, Ritchie brothers adjustments to purchase price, closing of ARI sale for lenders | 1.5 |
| Weds 9/25/13 | R. Warshauer | Sale Process | Cash payments for Cerberus, emails an calls to discuss adjustments, IC fee application, cash budget amounts review | 2.0 |
| Fri 9/27/13 | R. Warshauer | Due Diligence | UCC rolling stock revisions, Lender update on collections | 1.0 |
| Mon 9/30/13 | R. Warshauer | Due Diligence | Cash payment update to Lenders, UCC Rolling stock update, counsel update | 1.5 |
| **Total - R. Warshauer** | | | | **33.5** |

| Date | Professional | Category | Description | Hours |
|---|---|---|---|---|
| Mon 09/02/13 | A. Ahmad | Cash Flow Analysis | Prepare cash flow summary for lenders and their Counsel | 1.0 |
| Tue 09/03/13 | A. Ahmad | Cash Flow Analysis | Prepare cash flow summary for lenders and their Counsel | 1.0 |
| Tue 09/03/13 | A. Ahmad | Discussions / Negotiations with Case Constituents | Preparation of settlement analysis | 3.0 |
| Wed 09/04/13 | A. Ahmad | Discussions / Negotiations with Case Constituents | Preparation of settlement analysis | 6.0 |
| Wed 09/04/13 | A. Ahmad | Discussions / Negotiations with Case Constituents | Discussion regarding budget extension | 0.5 |
| Thu 09/05/13 | A. Ahmad | Discussions / Negotiations with Case Constituents | Finalizing settlement analysis; discussions with Cerberus | 2.0 |
| Fri 09/06/13 | A. Ahmad | Discussions / Negotiations with Case Constituents | Finalizing settlement analysis, discussions with Cerberus | 4.0 |
| Fri 09/06/13 | A. Ahmad | Discussions / Negotiations with Case Constituents | Discussion regarding RB price adjustments | 1.0 |
| Fri 09/06/13 | A. Ahmad | Discussions / Negotiations with Case Constituents | Revising cost allocation analysis | 1.0 |
| Mon 09/09/13 | A. Ahmad | Cash Flow Analysis | Update cash flow budget | 1.0 |
| Mon 09/09/13 | A. Ahmad | Discussions / Negotiations with Case Constituents | Revising cost allocation analysis | 1.5 |
| Tue 09/10/13 | A. Ahmad | Discussions / Negotiations with Case Constituents | Summary of professional fee account | 0.5 |
| Thu 09/12/13 | A. Ahmad | Discussions / Negotiations with Case Constituents | Revising cost allocation analysis | 1.0 |
| Thu 09/12/13 | A. Ahmad | Cash Flow Analysis | Update cash flow budget | 1.5 |
| Mon 09/16/13 | A. Ahmad | Cash Flow Analysis | Review cash forecasts, rolling stock allocation update from lenders/UCC | 2.0 |
| Mon 09/16/13 | A. Ahmad | General Case Administration | Preparation of the Third Monthly and First Interim Fee Apps | 1.0 |
| Wed 09/18/13 | A. Ahmad | General Case Administration | Preparation of the Third Monthly and First Interim Fee Apps | 1.0 |
| Wed 09/18/13 | A. Ahmad | Cash Flow Analysis | Update cash flow budget | 0.5 |
| Fri 09/20/13 | A. Ahmad | General Case Administration | Preparation of the Third Monthly and First Interim Fee Apps | 1.5 |
| Tue 09/24/13 | A. Ahmad | Cash Flow Analysis | Discuss cash flow budget with PSJZ regarding RB price adjustment, updated cash flow | 2.0 |
| Tue 09/24/13 | A. Ahmad | General Case Administration | Discussion with PSJZ and revising fee app | 2.5 |
| Wed 09/25/13 | A. Ahmad | General Case Administration | Preparation of the Third Monthly and First Interim Fee Apps | 3.0 |
| Thu 09/26/13 | A. Ahmad | Discussions / Negotiations with Case Constituents | Discussion with UCC regarding cost allocation analysis | 1.0 |
| Fri 09/27/13 | A. Ahmad | Cash Flow Analysis | UCC rolling stock revisions. Lender update on collections | 1.0 |
| Mon 09/30/13 | A. Ahmad | General Case Administration | Update with company and counsel | 1.0 |
| **Total - A. Ahmad** | | | | **41.5** |

| Date | Professional | Category | Description | Hours |
|---|---|---|---|---|
| Tue 09/03/13 | D. Fort | Cash Flow Analysis | Prepare cash flow summary for lenders and their Counsel | 2.0 |
| Wed 09/11/13 | D. Fort | Cash Flow Analysis | Prepare cash flow budget | 1.0 |
| Sat 09/14/13 | D. Fort | Cash Flow Analysis | Prepare cash flow summary for lenders and their Counsel | 2.5 |
| Mon 09/16/13 | D. Fort | General Case Administration | Preparation of the Third Monthly and First Interim Fee Apps | 1.5 |
| Wed 09/18/13 | D. Fort | General Case Administration | Preparation of the Third Monthly and First Interim Fee Apps | 1.0 |
| Thu 09/19/13 | D. Fort | General Case Administration | Preparation of the Third Monthly and First Interim Fee Apps | 1.5 |
| Wed 09/25/13 | D. Fort | General Case Administration | Preparation of the Third Monthly and First Interim Fee Apps | 1.0 |
| **Total - 6** | | | | **10.5** |