IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHWAY TECHNOLOGIES, INC. | § | |
| ET AL | § | Case No. 13-11326-KJC |
| Debtor | § | |
| | § | Hearing Date: November 7, 2013 @ 2:00 pm |
| | § | Objection Deadline: October 31, 2013 |

## MOVANT EDWARD RODRIGUEZ'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT PROSECUTION OF PENDING SUIT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW EDWARD RODRIGUEZ, Movant in the above styled and numbered cause, and moves this Court to enter an order lifting, annulling and modifying the automatic stay affected by the filing of the bankruptcy proceeding herein by Highway Technologies, Inc., referred to as the "Debtor", to permit prosecution of a pending lawsuit by Plaintiff/Movant. As cause for this relief, Movant would show the Court as follows:

1. On or about May 22, 2013, Highway Technologies, Inc., et al filed a Chapter 11 Bankruptcy Petition in the United States Bankruptcy Court for the District of Delaware, styled "In Re: Highway Technologies, Inc., et al, Debtors" in case no. 13-11326-KJC.

2. On August 1, 2011, prior to the filing of Debtor's bankruptcy action, Movant, as Plaintiff, filed a lawsuit in the 419th Judicial District Court of Travis County, Texas, Cause No. D-1-GN-11-002310, styled *Edward Rodriguez v. Noria, et al.* On January 29, 2013, prior to the filing of Debtor's bankruptcy action, Movant

filed his Second Amended Petition adding Highway Technologies, Inc., et al. A copy of which is *attached hereto as Exhibit "A"*, Movant is seeking judgment against the Defendant for damages as a result of negligence. The causes of action and damages are more specifically set forth in the petition attached as *Exhibit "A"*.

3. The above-referenced suit was pending at the time of filing of Debtor's Petition of Bankruptcy.

4. Prosecution of the above-referenced pending state court lawsuit would set the amount of the contingent liability of Debtor to Movant. Debtor is also a necessary party in the state court suit determining liability of the other parties to Movant.

5. The above-referenced state court lawsuit is in the discovery process. Trial of the lawsuit will not hinder, burden, delay or be inconsistent with this case.

6. Movant would be unduly prejudiced if not permitted to prosecute the state court lawsuit against all Defendants named in said suit.

7. Movant agrees that any personal judgment granted against Debtor and not covered and paid by insurance proceeds (the declaration page of the applicable policy is attached here as *Exhibit "B"*) will not be pursued and will be forgiven and vacated by Plaintiff as to the Debtor. Movant will not seek a judgment for settlement in excess of Debtor's insurance.

WHEREFORE, PREMISES CONSIDERED, Movant prays that the stay afforded by 11 U.S.C. §362, and any other applicable bankruptcy code sections, be lifted and/or modified so as to permit him to continue the aforementioned lawsuit against Debtor now

pending in the 419th Judicial District Court of Travis County, Texas, Cause No. D-1-GN-11-002310, and for such other and further relief as Movant may show himself justly entitled.

Respectfully submitted,

HOWRY, BREEN & HERMAN, L.L.P.



Sean E. Breen
State Bar No. 00783715
1900 Pearl Street
Austin, Texas 78705-5408
(512) 474-7300
(512) 474-8557 FAX

**ATTORNEYS FOR MOVANT
EDWARD RODRIGUEZ**

## CERTIFICATE OF CONFERENCE

I certify that the undersigned made numerous and significant conferences with able counsel for the Debtor and the Debtor does not oppose this motion.

Sean E. Breen