IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHWAY TECHNOLOGIES, INC. | § | |
| ET AL | § | Case No. 13-11326-KJC |
| Debtor | § | |
| | § | Hearing Date: November 7, 2013 @ 2:00 pm |
| | § | Objection Deadline: October 31, 2013 |

### ORDER GRANTING MOVANT EDWARD RODRIGUEZ'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT PROSECUTION OF PENDING SUIT

Movant Edward Rodriguez's Motion for Relief from automatic Stay to Permit Prosecution of Pending Suit is hereby GRANTED. The stay afforded by 11 U.S.C. §362, and any other applicable bankruptcy code sections, is lifted so as to permit the parties to continue the Movant's lawsuit against Debtor now pending in the 419th Judicial District Court of Travis County, Texas, Cause No. D-1-GN-11-002310. Any personal judgment granted against Debtor and not covered and paid by insurance proceeds will not be pursued and will be forgiven and vacated by Plaintiff as to the Debtor. Movant agrees not to seek a judgment or settlement in excess of Debtor's insurance policy.

All relief not granted herein is otherwise denied.

Dated: _____, 2013

_____
Honorable Kevin J. Carey

1