# EXHIBIT "B"

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 3.40 | $1,615.00 |
| Business Analysis | 16.90 | $6,290.00 |
| Claims Administration and Objections | 6.70 | $2,345.00 |
| Fee/Employment Application | 2.40 | $440.00 |
| Plan and Disclosure Statement | 0.70 | $295.00 |
| **TOTAL** | **30.10** | **$10,985.00** |