# EXHIBIT "C"

# EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Public Record Search | Pacer | $5.90 |
| **Total** | | $5.90 |

4

Gavin/Solmonese, LLC
919 N. Market Street
Suite 600
Wilmington, DE 19801

Invoice submitted to:
Highway Technologies, Inc
C/O Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Mark D. Collins, Esq

Invoice #23508          Services Through 10/31/2013

|  |  |
|---|---:|
| Total Professional Fees | $10,985.00 |
| Expenses | $5.90 |
| Total This Invoice | $10,990.90 |
| **Balance due** | **$10,990.90** |

**Please remit to the address shown:**

Wire transfer instructions:

ABA# 031-000053
Account #86-0583-9972
PNC Bank, N.A. Philadelphia, PA
Telephone notification to Judy Sacher - (302) 655-8997

Principal _____

Highway Technologies, Inc

## Consultant Summary

| Name | Hours | Amount |
|---|---|---|
| Stanley W. Mastil | 21.50 | $7,525.00 |
| Wayne P. Weitz | 6.40 | $3,040.00 |
| Edward T. Gavin, CTP | 0.20 | $120.00 |
| Judy L. Sacher | 2.00 | $300.00 |

### Professional Services

| Date | Initials | Category / Description | Hours | Amount |
|---|---|---|---|---|
| 10/1/2013 | SWM | Fee/Employment Application<br>Preliminary review of exhibits to September fee app | 0.40 | 140.00 |
| 10/2/2013 | SWM | Business Analysis<br>Meeting with WPW re: cost allocation analysis | 0.60 | 210.00 |
| - | SWM | Business Analysis<br>Review cost allocation analysis in preparation for meeting with WPW | 0.40 | 140.00 |
| - | WPW | Business Analysis<br>Mtg with SWM to review cost allocations from asset sales | 0.60 | 285.00 |
| 10/3/2013 | SWM | Business Analysis<br>Review professional fee applications and update analysis of administrative costs | 1.20 | 420.00 |
| - | SWM | Business Analysis<br>Corr. to Imperial re: cost allocation questions | 0.30 | 105.00 |
| - | SWM | Business Analysis<br>Analyze alternatives to cost allocation analysis and comparison to support provided by Imperial | 1.70 | 595.00 |
| 10/4/2013 | WPW | Asset Disposition<br>Email corr and review motions re: subsequent bulk sales | 1.20 | 570.00 |
| 10/7/2013 | SWM | Business Analysis<br>Corr. with counsel re: GUC Trust | 0.10 | 35.00 |
| 10/8/2013 | WPW | Plan and Disclosure Statement<br>T/c R. Silberglied re: trust and case dismissal timing | 0.10 | 47.50 |
| - | WPW | Business Analysis<br>Corr counsel re: revised budget and GUC trust | 0.60 | 285.00 |

Highway Technologies, Inc

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 10/16/2013 - | SWM | Business Analysis<br>Prepare revised cost allocation analysis and related corr. with WPW | | 1.40 | 490.00 |
| 10/18/2013 - | WPW | Asset Disposition<br>Review motion and email corr re: records abandonment | | 0.30 | 142.50 |
| 10/21/2013 - | WPW | Plan and Disclosure Statement<br>T/c R. Silberglied, SWM re: cost allocation | | 0.30 | 142.50 |
| - | SWM | Plan and Disclosure Statement<br>T/c R. Silberglied, WPW re: cost allocation | | 0.30 | 105.00 |
| 10/22/2013 - | WPW | Business Analysis<br>Review cost allocation model with SWM | | 0.60 | 285.00 |
| - | SWM | Business Analysis<br>Meeting with WPW re: cost allocation analysis | | 0.60 | 210.00 |
| - | SWM | Business Analysis<br>T/c with WPW and R. Silberglied re: cost allocation analysis | | 0.40 | 140.00 |
| - | SWM | Business Analysis<br>Prepare correspondence to Imperial re: cost allocation issues | | 0.40 | 140.00 |
| - | WPW | Business Analysis<br>T/c with SWM and R. Silberglied re: cost allocation analysis | | 0.40 | 190.00 |
| 10/23/2013 - | JLS | Fee/Employment Application<br>Review September 2013 fees and expense and supporting materials. Generate and compose fee application for September 2013 | | 2.00 | 300.00 |
| - | WPW | Business Analysis<br>Corr. R. Silbergleid re: WARN, GUC Trust payments | | 0.30 | 142.50 |
| - | WPW | Business Analysis<br>Review abandonment motion; email corr and t/c R. Silberglied re: same | | 0.50 | 237.50 |
| 10/24/2013 - | SWM | Business Analysis<br>T/c with Imperial re: cost allocation analysis | | 0.30 | 105.00 |
| - | SWM | Business Analysis<br>Revise cost allocation analysis per conference with Imperial | | 1.80 | 630.00 |
| - | SWM | Business Analysis<br>Analysis and related corr. re: potential settlement and discussion with Imperial | | 0.80 | 280.00 |

Highway Technologies, Inc

| | | | | | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/24/2013 | - | SWM | Asset Disposition<br>Corr. re: abandonment issues with Debtor records | | 0.20 | 70.00 |
| 10/25/2013 | - | WPW | Asset Disposition<br>Email corr and t/c SWM and R. Silberglied re: cost allocations | | 1.50 | 712.50 |
| | - | SWM | Business Analysis<br>Revise analysis and prepare correspondence to Imperial detailing settlement parameters | | 0.90 | 315.00 |
| | - | SWM | Business Analysis<br>T/c with R. Warshauer re: Imperial settlement negotiations | | 0.10 | 35.00 |
| | - | SWM | Business Analysis<br>Analysis of settlement issues raised by Imperial; Corr and t/c with WPW re: same | | 1.60 | 560.00 |
| | - | SWM | Business Analysis<br>Corr. with Committee professionals and Imperial finalizing cost allocation settlement | | 0.60 | 210.00 |
| 10/28/2013 | - | SWM | Business Analysis<br>Locate information for GUC trust funding and related correspondence | | 0.40 | 140.00 |
| 10/29/2013 | - | SWM | Business Analysis<br>Review finalized cost allocation and related correspondence | | 0.30 | 105.00 |
| | - | SWM | Claims Administration and Objections<br>Prepare filed claims register and related analysis | | 2.90 | 1,015.00 |
| | - | SWM | Claims Administration and Objections<br>Review work done to date on claims and request received re: claims pool | | 0.60 | 210.00 |
| 10/30/2013 | - | SWM | Claims Administration and Objections<br>Analysis of filed claims by type and preparation of totals | | 2.60 | 910.00 |
| | - | SWM | Claims Administration and Objections<br>Preparation of correspondence to counsel re: claims analysis summary | | 0.60 | 210.00 |
| 10/31/2013 | - | ETG | Asset Disposition<br>Corr. WPW, Rabobank re: incoming wire | | 0.20 | 120.00 |

Highway Technologies, Inc

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 30.10 | $10,985.00 |

Expenses:

| | | | |
|---|---|---|---|
| 10/1/2013 - | ADM | Expense Rate<br>Pacer - Public Record Search 09/01/13-09/30/13 | 5.90 |

Total expenses $5.90

Total amount of this bill $10,990.90