IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| HIGHWAY TECHNOLOGIES INC., et al.,[1] | Case No. 13-11326 (KJC) |
| Debtors. | Jointly Administered |
| | Objection Deadline: December 9, 2013 at 4:00 p.m. |

## NOTICE OF FEE APPLICATION

PLEASE TAKE NOTICE that Richards, Layton & Finger, P.A. (the "Applicant") has today filed the attached **Fifth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2013 Through October 31, 2013** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated June 11, 2013 [D.I. 195] (the "Administrative Order") and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and be served upon and received by (i) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19801 (Attn: Bruce Grohsgal, Esq. and

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies Inc. (6608); and HTS Acquisitions Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

RLF1 9604971v.1

Debra I. Grassgreen, Esq.); (ii) counsel to the DIP Lenders, Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 (Attn: Rosanne T. Matzat, Esq.); (iii) counsel to the Prepetition Agent, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022 (Attn: David Hillman, Esq.) and Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801 (Attn: Kerri K. Mumford, Esq.); (iv) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Jane Leamy, Esq.); and (v) counsel to the Official Committee of Unsecured Creditors, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware, 19801 (Attn: Mark D. Collins, Esq.) (collectively, the "Notice Parties") so as to be received no later than **4:00 p.m. (prevailing Eastern Time) on December 9, 2013** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if any responses or objections to the Application are timely filed, served and received in accordance with this notice, a hearing on the Application will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the Administrative Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Administrative Order, if no objection to the Application is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of expenses requested in the Application or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

Dated: November 18, 2013
       Wilmington, Delaware

Respectfully submitted,

*/s/ Katherine Good*
_____
Mark D. Collins (No. 2915)
Russell C. Silberglied (No. 3462)
Lee E. Kaufman (No. 4877)
L. Katherine Good (No. 5101)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
       silberglied@rlf.com
       kaufman@rlf.com
       good@rlf.com
       steele@rlf.com

*Counsel to the Official Committee of Unsecured Creditors of Highway Technologies Inc., et al.*