# EXHIBIT A

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

November 13, 2013
Invoice 441792
Page 2
Client #  740925

Matter #  181029

For services through October 31, 2013
relating to  Case Administration

| 10/01/13 | Review and circulate docket | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 10/02/13 | Review docket (.1); Review and update critical dates (.1); E-mail to RLF distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 215.00 | $64.50 |
| 10/02/13 | Review critical dates calendar | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 10/02/13 | Attention to critical dates | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 10/04/13 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 10/07/13 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 10/08/13 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 10/08/13 | Maintenance and organization of original documents and case materials. | | | |
| Paralegal | Lindsey A. Edinger | 0.20 hrs. | 215.00 | $43.00 |
| 10/09/13 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |
| 10/09/13 | Review First Insurance Funding limited objection to conversion motion | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

November 13, 2013
Invoice 441792
Page 3

Client # 740925

Matter # 181029

| | | | | |
|---|---|---|---|---|
| 10/11/13<br>Paralegal | Review and circulate docket<br>Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 10/15/13<br>Paralegal | Review and circulate docket<br>Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |
| 10/17/13<br>Paralegal | Review and circulate docket<br>Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 10/22/13<br>Paralegal | Maintenance and organization of original documents and case materials<br>Lindsey A. Edinger | 0.30 hrs. | 215.00 | $64.50 |
| 10/23/13<br>Paralegal | Review and circulate docket<br>Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |
| 10/25/13<br>Paralegal | Review and circulate docket<br>Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 10/28/13<br>Paralegal | Review and circulate docket<br>Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |

Total Fees for Professional Services      $716.50

TOTAL DUE FOR THIS INVOICE      **$716.50**

BALANCE BROUGHT FORWARD      $6,379.85

**TOTAL DUE FOR THIS MATTER**      **$7,096.35**

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

November 13, 2013
Invoice 441792

Page 4

Client # 740925

Matter # 181029

For services through October 31, 2013
relating to Creditor Inquiries

| 10/02/13 | Call with J. Cohen re: inquiry from creditor re: case status | | | |
|---|---|---|---|---|
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |

Total Fees for Professional Services $45.00

**TOTAL DUE FOR THIS INVOICE** **$45.00**

BALANCE BROUGHT FORWARD $374.20

**TOTAL DUE FOR THIS MATTER** **$419.20**

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

November 13, 2013
Invoice 441792
Page 5

Client # 740925

Matter # 181029

For services through October 31, 2013

relating to Meetings

| 10/22/13 | Emails (x3) with Gavin / Solomonese setting up call | | | |
|----------|---------------------------------------------------|-----------|--------|---------|
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 10/25/13 | Call with L. Kweskin re: proceeds (.2); Multiple emails with S. Mastil re: same (.1) | | | |
| Director | Russell Silberglied | 0.30 hrs. | 675.00 | $202.50 |

Total Fees for Professional Services     $270.00

TOTAL DUE FOR THIS INVOICE     **$270.00**

BALANCE BROUGHT FORWARD     $3,078.10

**TOTAL DUE FOR THIS MATTER**     **$3,348.10**

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX  75206

November 13, 2013
Invoice 441792
Page 6
Client #  740925

Matter #  181029

---

For services through October 31, 2013
relating to  Automatic Stay/Adequate Protection

| 10/01/13 | Review COC re: modification of stay as to Connors litigation | | | |
|---|---|---|---|---|
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 10/08/13 | Call from J. Lucas re: Lendenberger motion | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |
| 10/29/13 | Review Rodriguez motion for relief from stay | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 10/31/13 | Document retrieval and maintenance of Arch Motion to Clarify Merrill Motion for Automatic Stay (.1); Document circulation of Arch Motion to Clarify Merrill Motion for Automatic Stay (.1) | | | |
| Paralegal | Lindsey A. Edinger | 0.20 hrs. | 215.00 | $43.00 |

Total Fees for Professional Services          $268.00

TOTAL DUE FOR THIS INVOICE          **$268.00**
BALANCE BROUGHT FORWARD             $230.52

**TOTAL DUE FOR THIS MATTER**          **$498.52**

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX  75206

November 13, 2013
Invoice 441792
Page 7
Client #  740925

Matter # 181029

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$0.00** |
| BALANCE BROUGHT FORWARD | $5,143.83 |
| **TOTAL DUE FOR THIS MATTER** | **$5,143.83** |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

November 13, 2013
Invoice 441792
Page 8
Client #  740925

Matter # 181029

For services through October 31, 2013
relating to  Use, Sale of Assets

| Date | Description | | | Amount |
|---|---|---|---|---|
| 10/01/13 | Email with R. Barnett re: seventh bulk sale (.1); Email to R. Silberglied re: same (.1); Email to J. Lucas re: same (.1); Call with J. Lucas re: same (.1); Email (x2) with R. Barnett re: same (.2) | | | |
| Associate | Amanda R. Steele | 0.60 hrs. | 350.00 | $210.00 |
| 10/01/13 | Read 7th bulk sale notice and email to W. Weitz, et al. re: same (.1); Emails with R. Barnett, A. Steele and J. Lucas re: 7th asset sale (.1); Emails with J. Lucas and W. Weitz re: asset sales (.1) | | | |
| Director | Russell Silberglied | 0.30 hrs. | 675.00 | $202.50 |
| 10/02/13 | Review notice of 8th bulk sale | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 10/03/13 | Email to Committee re: 8th notice of bulk sale | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 350.00 | $35.00 |
| 10/03/13 | Review 8th asset sale and emails re: same | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 10/04/13 | Draft summary of bulk sale | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 350.00 | $35.00 |
| 10/04/13 | Review 9th asset sale motion and emails with A. Steele and W. Weitz re: same | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 10/08/13 | Review emails re: asset sale and email to W. Weitz re: same | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 10/16/13 | Review additional submission re: 9th bulk sale and email to R. Silberglied re: same (.1); Email to R. Silberglied re: order approving same (.1) | | | |
| Associate | L. Katherine Good | 0.20 hrs. | 450.00 | $90.00 |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX  75206

November 13, 2013
Invoice 441792
Page 9

Client #  740925

Matter # 181029

| 10/16/13 | Review COC on 9th asset sale and send to W. Weitz | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 10/18/13 | Review notice of abandonment and email from R. Silberglied and W. Weitz re: same | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 10/18/13 | Review abandonment notice (.1); Email to W. Weitz, et al. re: same (.1) | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |
| 10/18/13 | Email from W. Weitz, to J. Lucas re: abandonment | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 10/21/13 | Emails with J. Lucas re: abandonment (.1); Call from J. Lucas re: abandonment (.1) | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |
| 10/22/13 | Review spreadsheet from W. Weitz (.1); Call with W. Weitz and S. Mastil re: same (.3) | | | |
| Director | Russell Silberglied | 0.40 hrs. | 675.00 | $270.00 |
| 10/23/13 | Review Hillman email re: settlement payments (.1); Emails (x3) with W. Weitz re: same (.1); Email from D. Hillman, to W. Weitz re: proceeds (.1); Email from, to S. Mastil re: allocation of proceeds (.1) | | | |
| Director | Russell Silberglied | 0.40 hrs. | 675.00 | $270.00 |
| 10/24/13 | Call with J. Lucas re: abandonment (.2); Emails (x3) with W. Weitz and S. Mastil re: same (.1); Email from W. Weitz, to J. Lucas re: same (.1); Email from, to S. Mastil re: proceeds (.1) | | | |
| Director | Russell Silberglied | 0.50 hrs. | 675.00 | $337.50 |
| 10/25/13 | Emails (x3) with S. Mastil and W. Weitz re: proceeds | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 10/26/13 | Emails with S. Mastil re: same | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

November 13, 2013
Invoice 441792
Page 10

Client # 740925

Matter # 181029

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 10/28/13 | Attention to proceeds issue | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 10/29/13 | Review K. Good email re: proceeds and email from, to D. Hillman re: same; Send same to Gavin/Solomonese | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 10/30/13 | Review D. Hillman proceeds letter; Send response; Review K. Good email to Gavin Solomonese re: same | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 10/31/13 | Follow up with J. Lucas re: abandonment and WARN (.1); Emails (x2) with D. Hillman and emails with W. Weitz re: proceeds (.1) | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |

Total Fees for Professional Services     $2,620.00

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$2,620.00** |
| BALANCE BROUGHT FORWARD | $2,274.42 |
| **TOTAL DUE FOR THIS MATTER** | **$4,894.42** |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

November 13, 2013
Invoice 441792
Page 11

Client #  740925

Matter #  181029

---

For services through October 31, 2013
relating to  Cash Collateral/DIP Financing

| Date | Description | | | Amount |
|------|-------------|--|--|--------|
| 10/07/13 | Review multiple J. Lucas emails re: budget and email to W. Wetiz re: same | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 10/08/13 | Review multiple emails re: budget | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 10/09/13 | Review updated budget (.1); Communications with R. Silberglied re: timing of conversion (.1) | | | |
| Director | Mark D. Collins | 0.20 hrs. | 775.00 | $155.00 |

| | |
|--|--|
| Total Fees for Professional Services | $290.00 |

| | |
|--|--|
| **TOTAL DUE FOR THIS INVOICE** | **$290.00** |
| BALANCE BROUGHT FORWARD | $8,503.62 |
| **TOTAL DUE FOR THIS MATTER** | **$8,793.62** |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX  75206

November 13, 2013
Invoice 441792
Page 12

Client #  740925

Matter # 181029

For services through October 31, 2013
relating to  Claims Administration

| | | | | |
|---|---|---|---|---|
| 10/11/13 | Review Rental Man reply | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |
| | | | | |
| 10/18/13 | Email from, to T. Navitskas re: distributions | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| | | | | |
| 10/22/13 | Call with C. Persons re: claims (.1); Emails with M. Collins and with W. Weitz re: same (.1) | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |
| | | | | |
| 10/30/13 | Discuss claims with S. Mastil and review S. Mastil email re: same | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| | | | | |
| 10/31/13 | Review claims analysis (.1); Email to Ennis Paint's counsel re: same (.1) | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |

Total Fees for Professional Services       $540.00

**TOTAL DUE FOR THIS INVOICE**                    **$540.00**
BALANCE BROUGHT FORWARD                     $2,446.83

**TOTAL DUE FOR THIS MATTER**                   **$2,986.83**

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

November 13, 2013
Invoice 441792
Page 13
Client # 740925

Matter # 181029

For services through October 31, 2013
relating to Court Hearings

| 10/11/13 | Retrieve and review re: 10/16/13 agenda (.1); Circulate to distribution re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 10/11/13 | Review hearing agenda | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 10/14/13 | Call with K. Good and B. Witters re: hearing preparation | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 350.00 | $35.00 |
| 10/14/13 | E-mail to A. Steele re: 10/16/13 agenda | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |
| 10/14/13 | Review agenda re: 10/16/13 hearing and call with A. Steele re: 10/16/13 hearing (.1); Email to R. Silberglied and A. Steele re: same (.1) | | | |
| Associate | L. Katherine Good | 0.20 hrs. | 450.00 | $90.00 |
| 10/14/13 | Emails with K. Good re: hearing and hearing binder | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 10/15/13 | Retrieve re: pleadings for 10/16/13 agenda (.3); Prepare 10/16/13 hearing binder (.3); Retrieve re: omnibus order first interim fee applications (.1); E-mail to K. Good re: same (.1); Telephone call to Courtcall re: R. Silberglied 10/16/13 telephonic appearance (.1); E-mail to R. Silberglied re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| 10/15/13 | Email (x2) to R. Silberglied, A. Steele and B. Witters re: 10/16/13 hearing (.2); Email to B. Witters re: preparation of materials for same (.1) | | | |
| Associate | L. Katherine Good | 0.30 hrs. | 450.00 | $135.00 |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

November 13, 2013
Invoice 441792
Page 14

Client # 740925

Matter # 181029

| 10/15/13 | Review amended hearing agenda, emails with K. Good re: same (.1); Emails with J. Lucan re: hearing and to W. Weitz re: same (.1) | | | |
|---|---|---|---|---|
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |
| 10/16/13 | Retrieve re: second amended 10/16/13 agenda (.1); E-mail to RLF distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 10/16/13 | Email to R. Silberglied re: cancellation of 10/16/13 hearing | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 10/16/13 | Emails (x2) with K. Good re: cancellation of hearing | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |

Total Fees for Professional Services      $965.00

TOTAL DUE FOR THIS INVOICE      **$965.00**

BALANCE BROUGHT FORWARD      $9,822.61

**TOTAL DUE FOR THIS MATTER**      **$10,787.61**

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

November 13, 2013
Invoice 441792
Page 15

Client #  740925

Matter # 181029

For services through October 31, 2013
relating to  General Corporate/Real Estate

| 10/07/13 | Email (x2) to W. Weitz and S. Mastil re: account and TIN for GUC Trust | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 10/07/13 | Email from, to L. Kweskin and to, from K. Good and from S. Mastil re: trust | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 10/08/13 | Call from W. Weitz re: trust issues (.3); Conference with M. Collins re: same (.2) | | | |
| Director | Russell Silberglied | 0.50 hrs. | 675.00 | $337.50 |
| 10/14/13 | Email to W. Weitz re: trust issues (.1); Email to committee re: same (.1) | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |
| 10/29/13 | Email to D. Hillman, L. Kweskin and R. Silberglied re: wire of funds to GUC Trust | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 10/30/13 | Email to W. Weitz re: receipt of funds by trust | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 10/31/13 | Email to W. Weitz re: receipt of settlement funds by GUC Trust | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 10/31/13 | Follow up with W. Weitz re: trust (.1); Call from J. Lucas re: conversion issues (.1) | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |

Total Fees for Professional Services      $855.00

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

November 13, 2013
Invoice 441792

Page 16

Client #  740925

Matter # 181029

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$855.00** |
| BALANCE BROUGHT FORWARD | $12,029.39 |
| **TOTAL DUE FOR THIS MATTER** | **$12,884.39** |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX  75206

November 13, 2013
Invoice 441792
Page 17

Client #  740925

Matter #  181029

For services through October 31, 2013
relating to  Schedules/SOFA/U.S. Trustee Reports

| 10/31/13 | Review July, August and September MORs | | | |
|---|---|---|---|---|
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |

| 10/31/13 | Document retrieval and maintenance of Monthly Operating Report for July (.1); Document retrieval and maintenance of Monthly Operating Report for August (.1); Document retrieval and maintenance of Monthly Operating Report for September (.1); Document circulation of Monthly Operating Reports for July, August and September (.1) | | | |
|---|---|---|---|---|
| Paralegal | Lindsey A. Edinger | 0.40 hrs. | 215.00 | $86.00 |

|  | Total Fees for Professional Services | $131.00 |
|---|---|---|

| **TOTAL DUE FOR THIS INVOICE** | **$131.00** |
|---|---|
| BALANCE BROUGHT FORWARD | $114.20 |
| **TOTAL DUE FOR THIS MATTER** | **$245.20** |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

November 13, 2013
Invoice 441792
Page 18

Client # 740925

Matter # 181029

For services through October 31, 2013
relating to Litigation/Adversary Proceedings

| Date | Description | | | |
|---|---|---|---|---|
| 10/07/13 | Review response to Wynne System motion | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 10/08/13 | Call from J. Lucas re: conversion | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 10/09/13 | Email from J. Lucas, to M. Collins re: conversion (.1); Read First Funding objection (.1); Emails (x3) with J. Lucas re: same (.2) | | | |
| Director | Russell Silberglied | 0.40 hrs. | 675.00 | $270.00 |
| 10/15/13 | Email to, from W. Weitz re: committee update; Send update to committee | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 10/23/13 | Calls (x2) with J. Lucas re: WARN settlement (.3); Email to W. Weitz, S. Mastil and M. Collins re: same (.1) | | | |
| Director | Russell Silberglied | 0.40 hrs. | 675.00 | $270.00 |
| 10/31/13 | Call with J. Lucas re: WARN Act (.1); Update W. Weitz, et al. re: same (.1) | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |

Total Fees for Professional Services          $877.50

TOTAL DUE FOR THIS INVOICE          **$877.50**

BALANCE BROUGHT FORWARD          $13,333.69

**TOTAL DUE FOR THIS MATTER**          **$14,211.19**

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

November 13, 2013
Invoice 441792
Page 19

Client #  740925

Matter # 181029

---

For services through October 31, 2013
relating to  RLF Retention

| 10/03/13 | Review information related to RLF retention (.3); Draft RLF supplemental retention affidavit (.6) | | | |
| Associate | Amanda R. Steele | 0.90 hrs. | 350.00 | $315.00 |
| 10/04/13 | Prepare supplemental declaration | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 350.00 | $35.00 |
| 10/04/13 | Prepare supplemental retention for filing | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 350.00 | $35.00 |
| 10/07/13 | Finalize and file re: second supplemental affidavit of M. Collins in support of RLF retention (.2); Coordinate service re: same (.2); Prepare aos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |
| 10/07/13 | Review and finalize supplemental affidavit | | | |
| Director | Mark D. Collins | 0.20 hrs. | 775.00 | $155.00 |
| 10/24/13 | Finalize and file aos re: second supplement of M. Collins to retention of RLF | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |

Total Fees for Professional Services                $690.50

TOTAL DUE FOR THIS INVOICE                          **$690.50**
BALANCE BROUGHT FORWARD                              $71.38

**TOTAL DUE FOR THIS MATTER**                        **$761.88**

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX  75206

November 13, 2013
Invoice 441792
Page 20

Client #  740925

Matter # 181029

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$0.00** |
| **TOTAL DUE FOR THIS MATTER** | **$0.00** |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

November 13, 2013
Invoice 441792
Page 21
Client # 740925

Matter # 181029

For services through October 31, 2013
relating to RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 10/07/13 | Email from, to L. Kweskin re: RLF fee applications | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| | | | | |
| 10/08/13 | Email to B. Witters re: omnibus fee order (.1); Review omnibus fee order (.2); Conference with K. Good re: same (.1); Email to R. Silberglied re: same (.1); Email to W. Weitz re: same (.1) | | | |
| Associate | Amanda R. Steele | 0.60 hrs. | 350.00 | $210.00 |
| | | | | |
| 10/08/13 | Search docket and retrieve re: RLF monthly fee applications, cnos and first interim fee application (.2); E-mail to A. Steele re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 215.00 | $64.50 |
| | | | | |
| 10/14/13 | Review RLF September bill memos | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| | | | | |
| 10/14/13 | Review billing memo | | | |
| Associate | L. Katherine Good | 0.50 hrs. | 450.00 | $225.00 |
| | | | | |
| 10/15/13 | Prepare cno re: RLF August fee application (.2); E-mail to K. Good re: same (.1); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 215.00 | $107.50 |
| | | | | |
| 10/15/13 | Review and sign CNO re: RLF fee application (.1); Email (x2) to L. Morris re: RLF billing memo and time entries (.1); conference with L. Edinger re: same (.1) | | | |
| Associate | L. Katherine Good | 0.30 hrs. | 450.00 | $135.00 |
| | | | | |
| 10/16/13 | Finalize RLF billing memo | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

November 13, 2013
Invoice 441792
Page 22

Client #  740925

Matter # 181029

| 10/22/13 | Review and revise RLF September fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 215.00 | $150.50 |
| 10/23/13 | Revise RLF September fee application, notice and cos (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 10/23/13 | Review and revise RLF September fee application for filing | | | |
| Associate | L. Katherine Good | 0.30 hrs. | 450.00 | $135.00 |
| 10/24/13 | Finalize and file aos re: RLF August fee application (.1); Finalize and file aos re: first interim fee application of RLF (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 10/24/13 | Email to R. Silberglied re: interim approval of fees | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 10/24/13 | Emails (x2) with K. Good re: RLF fees | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 10/31/13 | Call from J. Lucas re: RLF fees | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |

Total Fees for Professional Services          $1,535.00

TOTAL DUE FOR THIS INVOICE          **$1,535.00**

$2,859.56

**TOTAL DUE FOR THIS MATTER**          **$4,394.56**

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

November 13, 2013
Invoice 441792
Page 23

Client #  740925

Matter # 181029

For services through October 31, 2013
relating to Fee Applications of Others

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/02/13 | Update fee status chart | | | | |
| Paralegal | Barbara J. Witters | | 0.50 hrs. | 215.00 | $107.50 |
| 10/07/13 | Prepare cno re: Gavin/Solmonese August fee application (.2); E-mail to K. Good re: same (.1); Finalize and file cno re: same (.2) | | | | |
| Paralegal | Barbara J. Witters | | 0.50 hrs. | 215.00 | $107.50 |
| 10/07/13 | Email to W. Weitz and J. Sacher re: CNO for Gavin/Salmonese 3rd monthly fee application (.1); Review and sign same (.1) | | | | |
| Associate | L. Katherine Good | | 0.20 hrs. | 450.00 | $90.00 |
| 10/08/13 | Telephone call from A. Steele re: certification of counsel omnibus order first interim fee applications (.1); E-mail to A. Steele re: COC of same (.1); Search docket and retrieve re: Gavin/Solmonese monthly fee applications, cnos and first interim fee application (.2); E-mail to A. Steele re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.50 hrs. | 215.00 | $107.50 |
| 10/08/13 | Review COC re: omnibus fee order (.1); Email to A. Steele re: same (.1); Conference with A. Steele re: same (.1) | | | | |
| Associate | L. Katherine Good | | 0.30 hrs. | 450.00 | $135.00 |
| 10/10/13 | Update fee status chart | | | | |
| Paralegal | Barbara J. Witters | | 0.20 hrs. | 215.00 | $43.00 |
| 10/15/13 | Review interim fee order and email to B. Witters re: same (.1); Email to W. Weitz re: entry of order approving interim fees (.1) | | | | |
| Associate | L. Katherine Good | | 0.20 hrs. | 450.00 | $90.00 |
| 10/15/13 | Review fee order and email to W. Weitz re: same | | | | |
| Director | Russell Silberglied | | 0.10 hrs. | 675.00 | $67.50 |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

November 13, 2013
Invoice 441792
Page 24

Client # 740925

Matter # 181029

| | | | | |
|---|---|---|---|---|
| 10/17/13 | Email (x2) to R. Silberglied re: RLF September fee application | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 10/23/13 | Review e-mail from K. Good re: Gavin/Solmonese September fee application (.1); Retrieve and assemble re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 215.00 | $172.00 |
| 10/23/13 | email to J. Sacher re: Gavin Solmonese September fee application (.1); Email to B. Witters re: drafting notice of same (.1); Review and sign same (.1) | | | |
| Associate | L. Katherine Good | 0.30 hrs. | 450.00 | $135.00 |
| 10/23/13 | Meeting with A. Jerominski re: Affidavit of Service re: First Interim of Gavin/Solmonese (.1); Preparation and filing of Affidavit of Service re: First Interim of Gavin/Solmonese (.2); Document maintenance of same as previous (.1) | | | |
| Paralegal | Lindsey A. Edinger | 0.40 hrs. | 215.00 | $86.00 |
| 10/24/13 | Email to J. Sacher, W. Weitz and S. Mastil re: filed fee application | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 10/29/13 | Email to W. Weitz, J. Sacher and S. Mastil re: August fee application (.1); Email to J. Lucas re: RLF and Gavin/Solmonese August fee applications (.1) | | | |
| Associate | L. Katherine Good | 0.20 hrs. | 450.00 | $90.00 |

Total Fees for Professional Services $1,321.00

TOTAL DUE FOR THIS INVOICE **$1,321.00**

$3,230.28

**TOTAL DUE FOR THIS MATTER** **$4,551.28**

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

November 13, 2013
Invoice 441792
Page 25

Client # 740925

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 2.60 | 350.00 | 910.00 |
| Barbara J. Witters | 9.30 | 215.00 | 1,999.50 |
| L. Katherine Good | 4.70 | 450.00 | 2,115.00 |
| Lindsey A. Edinger | 1.50 | 215.00 | 322.50 |
| Mark D. Collins | 0.40 | 775.00 | 310.00 |
| Russell Silberglied | 8.10 | 675.00 | 5,467.50 |
| TOTAL | 26.60 | $418.21 | 11,124.50 |

**TOTAL DUE FOR THIS INVOICE**                                    **$11,651.01**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

740925