# **EXHIBIT B**

RLF1 9587744v.1



Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX 75206

Tax I.D. No.: 51-0226371

November 13, 2013
Invoice 441792

Page 1
Client # 740925
Matter # 181029

For disbursements incurred through October 31, 2013

relating to Highway Technologies - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Document Retrieval | $89.70 |
| Messenger and delivery service | $201.30 |
| Overtime | n/c |
| Photocopying/Printing | $145.30 |
| 1,426 @ $.10 pg. / 27 @ $.10 pg. | |
| Postage | $90.21 |
| Other Charges | $526.51 |

| | |
|---|---:|
| **TOTAL DUE FOR THIS INVOICE** | **$526.51** |
| BALANCE BROUGHT FORWARD | $1,292.07 |
| **TOTAL DUE FOR THIS MATTER** | **$1,818.58** |

Creditors Committee of Highway Technologies, Inc.  
c/o Ted Navitskas, Esq.  
Ennis Paint, Inc.  
5910 N. Central Expressway, Suite 1050  
Dallas TX 75206

November 13, 2013  
Invoice 441792  
Page 26  
Client # 740925

Client: Creditors Committee of Highway Technologies, Inc.

Matter: Highway Technologies - Representation of Creditors Committee
- Case Administration
- Creditor Inquiries
- Meetings
- Automatic Stay/Adequate Protection
- Plan of Reorganization/Disclosure Statement
- Use, Sale of Assets
- Cash Collateral/DIP Financing
- Claims Administration
- Court Hearings
- General Corporate/Real Estate
- Schedules/SOFA/U.S. Trustee Reports
- Litigation/Adversary Proceedings
- RLF Retention
- Retention of Others
- RLF Fee Applications
- Fee Applications of Others

| Date | Description | | | Summary Phrase |
|---|---|---|---|---|
| 10/02/13 | PACER | | | DOCRETRI |
| | | Amount = | $12.70 | |
| 10/02/13 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 10/03/13 | Printing | | | DUP |
| | | Amount = | $0.50 | |
| 10/03/13 | Printing | | | DUP |
| | | Amount = | $0.50 | |
| 10/04/13 | Printing | | | DUP |
| | | Amount = | $0.50 | |
| 10/04/13 | Printing | | | DUP |
| | | Amount = | $0.50 | |

Creditors Committee of Highway Technologies, Inc.  
c/o Ted Navitskas, Esq.  
Ennis Paint, Inc.  
5910 N. Central Expressway, Suite 1050  
Dallas TX 75206  

November 13, 2013  
Invoice 441792  
Page 27  
Client # 740925  

| Date | Description | | Code |
|---|---|---|---|
| 10/07/13 | Photocopies | | DUP |
| | Amount = | $99.60 | |
| 10/07/13 | Messenger and delivery | | MESS |
| | Amount = | $201.30 | |
| 10/07/13 | PACER | | DOCRETRI |
| | Amount = | $61.30 | |
| 10/07/13 | PACER | | DOCRETRI |
| | Amount = | $8.30 | |
| 10/07/13 | Postage | | POST |
| | Amount = | $64.96 | |
| 10/07/13 | Printing | | DUP |
| | Amount = | $0.30 | |
| 10/11/13 | PACER | | DOCRETRI |
| | Amount = | $6.50 | |
| 10/14/13 | PARALEGAL OT THRU 10/15/13 | | OT |
| | Amount = | $0.00 | |
| 10/15/13 | Printing | | DUP |
| | Amount = | $0.30 | |
| 10/23/13 | Photocopies | | DUP |
| | Amount = | $43.00 | |
| 10/23/13 | Postage | | POST |
| | Amount = | $25.25 | |
| 10/23/13 | Printing | | DUP |
| | Amount = | $0.10 | |
| 10/30/13 | PARALEGAL OT THRU 10/31/13 | | OT |
| | Amount = | $0.00 | |
| 10/31/13 | PACER | | DOCRETRI |
| | Amount = | $0.50 | |

TOTALS FOR   740925          Creditors Committee of Highway Technologies, Inc.

Expenses     $526.51