IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIGHWAY TECHNOLOGIES INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 13-11326 (KJC)<br>(Jointly Administered)<br>**Related Docket No. 710** |

**Hearing Date: to be scheduled (only if necessary)**
**Objection Deadline: October 15, 2013 at 4:00 p.m.**

## CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING FOURTH MONTHLY FEE APPLICATION OF IMPERIAL CAPITAL, LLC FOR THE PERIOD SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fourth Monthly Application of Imperial Capital, LLC ("Imperial") as Financial Advisor and Investment Banker to the Debtors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2013 through September 30, 2013 (Docket No. 710) (the "Application") filed on October 25, 2013. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 15, 2013 at 4:00 p.m. (prevailing Eastern time).

Pursuant to the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Professionals

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

Dated June 11, 2013 [Docket No. 195] and the Order Authorizing the Debtor to Retain Imperial Capital, LLC, as Financial Advisor to the Debtors, Nunc Pro Tunc to the Petition Date [Docket No. 294], the Debtors are authorized to pay Imperial $24,000.00, representing 80% of the total monthly fees ($30,000.00) and 100% of expenses incurred ($0.00), for the period September 1, 2013 through September 30, 2013 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: November 18, 2013

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Peter J. Keane

Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
John W. Lucas (NY Bar No. 4288379)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
bgrohsgal@pszjlaw.com
jlucas@pszjlaw.com
pkeane@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

DOCS_DE:190129.1 36024/002

2