IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| HIGHWAY TECHNOLOGIES INC., et al.,[1] | Case No. 13-11326 (KJC) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 704 |

## CERTIFICATION OF NO OBJECTION REGARDING FOURTH MONTHLY FEE APPLICATION OF GAVIN/SOLMONESE LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013 [DOCKET NO. 704] (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading with respect to the *Fourth Monthly Fee Application of Gavin/Solmonese LLC, as Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and for Reimbursement of Expenses for the Period from September 1, 2013 through September 30, 2013* [Docket No. 704] (the "Application") of Gavin/Solmonese LLC (the "Applicant"). The Application was filed with the Court on October 23, 2013. A summary of the fees and expenses sought by the Applicant is annexed hereto as Exhibit A.

Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated June 11, 2013 [Docket No. 195] (the "Interim Compensation Order") and the *Notice of Fourth Monthly Fee Application of Gavin/Solmonese LLC* filed with the Application, objections to the Application were to be filed and served prior to **November 13, 2013 at 4:00 p.m. (EST).** The undersigned has reviewed the

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies Inc. (6608); and HTS Acquisitions Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

Court's docket in the above-captioned chapter 11 cases and no answer, objection or other responsive pleading to the Application appears thereon. Moreover, no answer, objection or other responsive pleading to the Application has been received by the Applicant or the undersigned.

Pursuant to the Interim Compensation Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

Dated: November 19, 2013
Wilmington, Delaware

Respectfully submitted,

/s/ Katherine Good

Mark D. Collins (No. 2915)
Russell C. Silberglied (No. 3462)
L. Katherine Good (No. 5101)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
      silberglied@rlf.com
      good@rlf.com
      steele@rlf.com

*Counsel to the Official Committee of Unsecured Creditors of Highway Technologies Inc., et al.*

# EXHIBIT A

# HIGHWAY TECHNOLOGIES INC., *et al.*
# CASE NO. 13-11326 (KJC)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Gavin/Solmonese LLC<br><br>[Docket No. 704] | 9/1/13 - 9/30/13 | $15,152.50 (Fees)<br><br>$15.96 (Expenses) | $12,122.00 (Fees @ 80%)<br><br>$15.96 (Expenses @ 100%) | 10/23/13 | 11/13/13 |