IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIGHWAY TECHNOLOGIES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 13-11326 (KJC)<br>(Jointly Administered)<br>**Related Docket Nos. 760, 761, 785** |
| JASON MCLAIN and THOMAS WACHSMAN, individually and on behalf of all other similarly situated former employees,<br><br>Plaintiffs.<br><br>v.<br><br>HIGHWAY TECHNOLOGIES, INC.,<br><br>Defendant. | Adv. Proc. No. 13-51106 (KJC)<br>**Related Docket Nos. 16, 17, 28** |

## DOCUMENT TO BE KEPT UNDER SEAL

| DOCUMENT |
|---|
| [UNREDACTED] SCHEDULE 1 (CLASS MEMBERS) TO SETTLEMENT AND RELEASE AGREEMENT<br><br>PURSUANT TO ORDER UNDER 11 U.S.C. §§ 105 AND 107 AUTHORIZING THE PARTIES TO FILE UNDER SEAL THE UNREDACTED SCHEDULE 1 TO THE WARN SETTLEMENT AGREEMENT<br>(DOCKET NOS. 785 & 28) |

Dated: December 12, 2013

PACHULSKI STANG ZIEHL & JONES LLP
Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
John W. Lucas (NY Bar No. 4288379)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:    rpachulski@pszjlaw.com
           dgrassgreen@pszjlaw.com
           bgrohsgal@pszjlaw.com
           jlucas@pszjlaw.com
Counsel for the Debtors and Debtors in Possession

and

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

KLEHR HARRISON HARVEY BRANZBURG LLP
Sally E. Veghte
919 North Market Street
Suite 1000
Wilmington, DE 19801
Telephone: (302) 552-5503
Facsimile: (302) 426-9193
E-mail: sveghte@klehr.com

Proposed Class Counsel

DOCS_DE:190433.1 36024/002

2
C:\Users\kf\AppData\Roaming\OpenText\DM\Temp\DOCS_DE-#190433-v1-Highway_Under_Seal_Cover_re_Settlement_WARN_Claimants_(McClain).doc