## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHWAY TECHNOLOGIES, INC., *et al.* | ) ) ) | Case No. 13-11326 (KJC) |
| Debtors. | ) ) | |

**SIXTH MONTHLY FEE APPLICATION OF GAVIN/SOLMONESE LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013</u>**

| | |
|---|---|
| Name of Applicant: | **Gavin/Solmonese LLC** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **May 30, 2013** |
| Period for which Compensation sought as actual, reasonable and necessary: | **November 1, 2013 through November 30, 2013** |
| Amount of Compensation sought as Actual, reasonable and necessary: | **$3,490.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$26.98** |
| This is a: | **Monthly Fee Application** |

The total time expended for fee application is approximately 2 hours, and the corresponding compensation to be requested in the next fee application will be approximately $300.00.

1

# GAVIN/SOLMONESE LLC SUMMARY OF PROFESSIONALS RENDERING SERVICES FROM NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013

| Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Edward T. Gavin, CTP | Principal, 2006 | $600.00 (Prof.)<br>$300.00 (Travel) | 1.10<br>0.00 | $660.00<br>0.00 |
| Wayne P. Weitz | Managing Director, 2012 | $475.00 (Prof.)<br>$237.50 (Travel) | 4.00<br>0.00 | $1,900.00<br>$0.00 |
| Stanley W. Mastil | Director, 2012 | $350.00 (Prof.)<br>$175.00 (Travel) | 1.80<br>0.00 | $630.00<br>$0.00 |
| Judy L. Sacher | Other Professional Staff, 2002 | $150.00 (Prof.) | 2.00 | $300.00 |
| | | **Totals** | **8.90** | **$3,490.00** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Analysis | 1.50 | $525.00 |
| Claims Administration and Objections | 1.80 | $917.50 |
| Fee/Employment Application | 2.80 | $717.50 |
| Plan and Disclosure Statement | 2.80 | $1,330.00 |
| **TOTAL** | **8.90** | **$3,490.00** |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Conference Call | | $7.54 |
| Public Record Search | Pacer | $5.30 |
| Telephone | | $14.14 |
| **Total** | | **$26.98** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHWAY TECHNOLOGIES, | ) | Case No. 13-11326 (KJC) |
| INC. *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**SIXTH MONTHLY FEE APPLICATION OF GAVIN/SOLMONESE LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013</u>**

Pursuant to sections 328 and 1103 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), and the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals, dated June 11, 2013 (the "Administration Order") [D.I.195], Gavin/Solmonese LLC ("Applicant" or "G/S") hereby files this application for monthly allowance of reasonable compensation with respect to the bankruptcy case of Highway Technologies, Inc., (the "Debtors") for services rendered as the Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") in the amount of $3,490.00, together with the reimbursement for actual and necessary expenses incurred in the amount of $26.98 (the "Application") for the period from November 1, 2013 through and including November 30, 2013 (the "Compensation Period"). In support of the Application, Applicant submits

1

the affidavit of Edward T. Gavin, CTP attached hereto as Exhibit "A". In further support of the Application, Applicant respectfully represents as follows:

**JURISDICTION**

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory bases for the relief requested herein are sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1.

**FACTUAL BACKGROUND**

2. On May 22, 2013 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Court").

3. On May 30, 2013, the Office of the United States Trustee for Region Three (the "U.S. Trustee") at an organizational meeting of creditors, appointed seven of the Debtors' largest unsecured creditors to serve as members of the Committee. The Committee initially was comprised of the following seven members: (i) Ennis Paint, Inc.; (ii) TrueBlue, Inc.; (iii) Traffix Devices Inc.; (iv) 3M Company; (v) Automotive Rentals, Inc. ("ARI"); (vi) The Sherwin-Williams Company; and (vii) Aspen American Insurance Company. Upon its formation on May 30, 2013, the Committee selected Richards Layton & Finger, P.A. to serve as its counsel. ARI resigned from the Committee on September 11, 2013.

4. On July 16, 2013, the Court entered that certain Order Authorizing Employment and Retention of Gavin/Solmonese LLC *Nunc Pro Tunc* to May 30, 2013 as Financial Advisor to the Official Committee of Unsecured Creditors [D.I. 376], approving the Committee's retention of G/S *nunc pro tunc* to May 30, 2013.

**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

5. Applicant submits this Application to the Bankruptcy Court for an allowance of reasonable compensation for actual and necessary professional services provided to the Committee as its Financial Advisor in this case during the Compensation Period and for reimbursement of actual and necessary out-of-pocket expenses incurred in advising the Committee during the Compensation Period. All included services and costs for which Applicant seeks compensation were performed for, or on behalf of, the Committee during the Compensation Period.

6. By this Application, Applicant thus seeks (a) allowance of compensation in the amount of $3,490.00 for services rendered as Financial Advisor during the Compensation period, (b) authority for immediate payment to Applicant of 80% of such compensation ($2,792.00) pursuant to paragraph (c) of the Administration Order, and (c) allowance of reimbursement and immediate payment in the amount of $26.98 for expenses incurred and disbursed during the Compensation Period.

7. Exhibit "B" is a summary covering all the services performed by Applicant with respect to this matter during the Compensation Period. This detailed itemization complies with Local Bankruptcy Rules in that each time entry contains a separate time allotment; a description of the type of activity and the subject matter of the

activity; all time is billed in increments of one-tenth of an hour; the time entries are presented chronologically in categories; and all meetings or hearings are individually identified. Following is the detailed itemization, by task category, of all services performed by Applicant with respect to this matter during the Compensation Period. Non-working travel time (to the extent applicable) is billed at 50% of normal rates.

8. The Applicant has divided its time into the following categories:

a) **Business Analysis (1.50 Hours - $525.00)** This category includes time spent in the review of debtor's business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies and general review of business matters as they pertain to the bankruptcy case.

b) **Claims Administration and Objections (1.80 Hours - $917.50)** This category includes specific claim inquiries; bar date motions; and claim analysis objections and allowance of claims.

c) **Fee/Employment Application (2.80 Hours - $717.50)** This category includes the preparation and/or review of employment and fee applications for self or others; motions to establish interim procedures.

d) **Plan and Disclosure Statement (2.80 Hours - $1,330.00)** This category includes review, discussion of or formulation of actual, theoretical or proposed Plan(s) and/or Disclosure Statement(s), including presentation and confirmation; compliance with plan confirmation orders, if any; and related activities, such as communication and correspondence, related thereto.

Attached hereto as Exhibit "C" is a summary of the costs actually expended by the Applicant in the performance of services rendered on behalf of the Committee. The costs for which reimbursement is requested total $26.98. The breakdown of the costs includes the rate of copying charges ($.10/page) and the basis for each rate, telephone charges, facsimile charges ($1.00/page – outgoing transmission only), messenger service, travel expenses, court reporter services, overnight delivery fees, outside reproduction, legal research and PACER charges. By this Application, the Applicant does not seek expenses for incoming facsimile transmissions.

WHEREFORE, Gavin/Solmonese LLC respectfully requests (i) allowance of compensation in the amount of $3,490.00 for professional services rendered and $26.98 for reimbursement for actual and necessary costs; (ii) immediate payment of $2,792.00 which is 80% of the allowed compensation of $3,490.00, (iii) allowance and immediate payment of 100% of the allowed actual and necessary costs of $26.98; and (iv) such other and further relief as this Court deems necessary and just.

Dated: December 13, 2013

Edward T. Gavin, CTP
Gavin/Solmonese LLC
919 N. Market Street, Suite 600
Wilmington, DE 19801
(302) 655-8997 ext. 151