# EXHIBIT "B"

# COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Business Analysis | 1.50 | $525.00 |
| Claims Administration and Objections | 1.80 | $917.50 |
| Fee/Employment Application | 2.80 | $717.50 |
| Plan and Disclosure Statement | 2.80 | $1,330.00 |
| **TOTAL** | **8.90** | **$3,490.00** |