# EXHIBIT "C"

# EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Conference Call | | $7.54 |
| Public Record Search | Pacer | $5.30 |
| Telephone | | $14.14 |
| **Total** | | **$26.98** |

Gavin/Solmonese, LLC
919 N. Market Street
Suite 600
Wilmington, DE 19801


Invoice submitted to:
Highway Technologies, Inc
C/O Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Mark D. Collins, Esq


Invoice #23578    Services Through 11/30/2013

|  | |
|---|---:|
| Total Professional Fees | $3,490.00 |
| Expenses | $26.98 |
| Total This Invoice | $3,516.98 |
| **Balance due** | **$3,516.98** |

**Please remit to the address shown:**

Wire transfer instructions:

ABA# 031-000053
Account #86-0583-9972
PNC Bank, N.A. Philadelphia, PA
Telephone notification to Judy Sacher - (302) 655-8997


Principal _____

Highway Technologies, Inc

## Consultant Summary

| Name | Hours | Amount |
|---|---|---|
| Stanley W. Mastil | 1.80 | $630.00 |
| Wayne P. Weitz | 4.00 | $1,900.00 |
| Edward T. Gavin, CTP | 1.10 | $660.00 |
| Judy L. Sacher | 2.00 | $300.00 |

## Professional Services

| Date | | Init | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/6/2013 | - | SWM | Business Analysis<br>Review Wynne objection and Stay motion and related correspondence with counsel | 0.60 | 210.00 |
| 11/8/2013 | - | SWM | Business Analysis<br>T/c with WPW and counsels re: GUC transition | 0.70 | 245.00 |
| | - | WPW | Plan and Disclosure Statement<br>Conf call R. Silberglied, R. Zahralddin, E. Sutty, SWM re: GUC Trust transition and causes of action | 0.70 | 332.50 |
| | - | WPW | Claims Administration and Objections<br>Conf call SWM, R. Zahralddin, E. Sutty re: GUC Trust workplan | 0.30 | 142.50 |
| | - | SWM | Claims Administration and Objections<br>Conf call WPW, R. Zahralddin, E. Sutty re: GUC Trust workplan | 0.30 | 105.00 |
| 11/12/2013 | - | ETG | Fee/Employment Application<br>Review fee application supporting documentation and corr JLS re: same | 0.30 | 180.00 |
| 11/14/2013 | - | WPW | Fee/Employment Application<br>Review October fee application | 0.50 | 237.50 |
| 11/15/2013 | - | JLS | Fee/Employment Application<br>Review October 2013 fees and expense and supporting materials. Generate and compose fee application for October 2013 | 2.00 | 300.00 |
| 11/19/2013 | - | SWM | Business Analysis<br>Review correspondence received related to WARN settlement | 0.20 | 70.00 |
| | - | ETG | Claims Administration and Objections<br>Corr. WPW re: treatment of WARN Act and wage claims | 0.40 | 240.00 |

Highway Technologies, Inc

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 11/19/2013 - | WPW | Plan and Disclosure Statement<br>Review settlement agreement; t/c R. Zahralddin re: same | | 0.90 | 427.50 |
| - | WPW | Plan and Disclosure Statement<br>T/c J. Lucas, E. Sutty re: settlement agreement and trustee's duties; review revised document | | 1.20 | 570.00 |
| - | WPW | Claims Administration and Objections<br>Corr. ETG re: treatment of WARN Act and wage claims | | 0.40 | 190.00 |
| 11/20/2013 - | ETG | Claims Administration and Objections<br>Corr. WPW re: wage claims | | 0.40 | 240.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | For professional services rendered | | 8.90 | $3,490.00 |

Expenses:

| | | | Amount |
|---|---|---|---|
| 10/1/2013-- 10/31/2013 | ADM | Expense Rate<br>Public Record Search | 5.30 |
| 11/1/2013-- 11/30/2013 | ADM | Expense Rate<br>Telephone Expense ETG | 14.14 |
| - | ADM | Expense Rate<br>Conference calls | 7.54 |

| | | |
|---|---|---|
| | Total expenses | $26.98 |
| | Total amount of this bill | $3,516.98 |