# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

919 North Market Street
17th Floor
Wilmington, DE 19801

November 30, 2013

Invoice Number **104416**          36024  00002          JWL

Highway Technologies Inc.
6800 Dixie Drive
Houston, TX 77087

| | |
|---|---:|
| Balance forward as of last invoice, dated: October 31, 2013 | $127,053.71 |
| Net balance forward | $127,053.71 |

Re: Post Petition

**Statement of Professional Services Rendered Through**   **11/30/2013**

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| | **Asset Analysis/Recovery[B120]** | | | | |
| 11/01/13 | JWL | Telephone call with Liberty counsel regarding insurance refund. | 0.20 | 555.00 | $111.00 |
| 11/14/13 | JHR | Correspondence with Hanover re: accounts receivable demand letters | 0.20 | 450.00 | $90.00 |
| 11/18/13 | JHR | Correspondence with R. Hookstra re: recovery of letters of credit | 0.20 | 450.00 | $90.00 |
| 11/22/13 | JWL | Emails to AON regarding Liberty and First Ins. refund. | 0.30 | 555.00 | $166.50 |
| 11/25/13 | DG | Review workers' compensation and gl return liability backup documentation and compare to prior spreadsheets (.8); review emails from counsel for Liberty re: stipulation and respond thereto (.2); review prior RFS stipulations re: need for further stipulation (.3); confer with John Lucas (.3); review follow up emails and attachments (.2) | 1.80 | 875.00 | $1,575.00 |
| | **Task Code Total** | | **2.70** | | **$2,032.50** |
| | **Asset Disposition [B130]** | | | | |
| 11/01/13 | BG | Telephone conferences and correspondence regarding ARI vehicles and payment | 0.30 | 750.00 | $225.00 |
| 11/04/13 | DG | Review and respond to email from Bruce Grohsgal re: ARI sale | 0.20 | 875.00 | $175.00 |
| 11/04/13 | BG | Telephone conferences and correspondence regarding Missoula auction (ARI - Ritchie) | 0.40 | 750.00 | $300.00 |
| 11/04/13 | BG | Further telephone conferences and correspondence | 0.20 | 750.00 | $150.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | regarding Missoula auction (ARI - Ritchie) | | | |
| 11/05/13 | BG | Telephone conferences and correspondence regarding ARI vehicles and payment | 0.30 | 750.00 | $225.00 |
| 11/06/13 | BG | Telephone conference and correspondence regarding ARI vehicles and payment | 0.20 | 750.00 | $150.00 |
| 11/07/13 | BG | Telephone conferences and correspondence regarding ARI vehicles and payments | 0.40 | 750.00 | $300.00 |
| 11/11/13 | BG | Telephone conference and correspondence regarding ARI vehicles and payment | 0.20 | 750.00 | $150.00 |
| 11/12/13 | BG | Telephone conferences and correspondence regarding ARI vehicles and payment | 0.40 | 750.00 | $300.00 |
| 11/13/13 | BG | Telephone conference and correspondence regarding ARI vehicles and payment | 0.20 | 750.00 | $150.00 |
| 11/18/13 | BG | Telephone conferences and correspondence regarding ARI | 0.30 | 750.00 | $225.00 |
| 11/18/13 | BG | Correspondence regarding NJ titles | 0.20 | 750.00 | $150.00 |
| 11/19/13 | BG | Telephone conference regarding ARI | 0.10 | 750.00 | $75.00 |
| 11/20/13 | BG | Correspondence regarding ARI | 0.20 | 750.00 | $150.00 |
| 11/21/13 | BG | Telephone conferences and correspondence regarding ARI | 0.30 | 750.00 | $225.00 |
| 11/25/13 | BG | Further Telephone conference and correspondence regarding ARI | 0.20 | 750.00 | $150.00 |
| | **Task Code Total** | | **4.10** | | **$3,100.00** |

**Bankruptcy Litigation [L430]**

| | | | | | |
|---|---|---|---|---|---|
| 11/01/13 | BG | Telephone conferences and correspondence regarding conversion hearing | 0.20 | 750.00 | $150.00 |
| 11/01/13 | DG | Confer with John Lucas re: conversion timing and confer with Bruce G and review emails re: continuance of hearing | 0.50 | 875.00 | $437.50 |
| 11/01/13 | KFF | Revise service documents for November 7 hearing | 0.80 | 295.00 | $236.00 |
| 11/01/13 | JWL | Revise agenda for Nov. 7, 2013 hearing. | 0.20 | 555.00 | $111.00 |
| 11/03/13 | JWL | Email to board regarding adjournment of conversion hearing. | 0.40 | 555.00 | $222.00 |
| 11/04/13 | DG | Review Critical Dates Memo | 0.30 | 875.00 | $262.50 |
| 11/04/13 | KFF | Revise agenda and service documents in connection with Nov. 7 hearing | 1.00 | 295.00 | $295.00 |
| 11/04/13 | JWL | Emails with Board and lenders regarding conversion timeline. | 0.70 | 555.00 | $388.50 |
| 11/04/13 | PJK | Review 11/7/13 updated draft agenda; emails with K. Finlayson regarding comments to same | 0.20 | 425.00 | $85.00 |
| 11/05/13 | KFF | E-file and serve agenda for Nov. 7 hearing, including reviewing hearing binder and submitting to chambers | 1.20 | 295.00 | $354.00 |
| 11/05/13 | KFF | Coordinate telephone appearance for Debra Grassgreen for Nov. 7 hearing | 0.30 | 295.00 | $88.50 |
| 11/05/13 | KFF | Draft, e-file and serve certification of counsel regarding new omnibus hearing dates, including drafting affidavit | 0.90 | 295.00 | $265.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | of service and service documents and submitting to chambers | | | |
| 11/05/13 | KFF | Serve order scheduling new omnibus hearing date, including drafting affidavit of service and service documents and e-filing affidavit of service with Court | 0.80 | 295.00 | $236.00 |
| 11/05/13 | KFF | Draft amended agenda and service documents for Nov. 7 hearing, including preparing additional document for Court and attorney hearing binders | 1.30 | 295.00 | $383.50 |
| 11/05/13 | JHR | Review 11/7 hearing agenda | 0.10 | 450.00 | $45.00 |
| 11/05/13 | PJK | Calls and emails with Bruce Grohsgal regarding December hearing date | 0.20 | 425.00 | $85.00 |
| 11/05/13 | PJK | Review 11/7/13 agenda; edits to same; emails with Kathe F. Finlayson and Bruce Grohsgal regarding same | 0.30 | 425.00 | $127.50 |
| 11/05/13 | PJK | Emails with Judge Carey's chambers regarding December hearing date | 0.20 | 425.00 | $85.00 |
| 11/05/13 | PJK | Review Certification of Counsel regarding December hearing date | 0.10 | 425.00 | $42.50 |
| 11/06/13 | KFF | E-file and serve amended agenda for Nov. 7 hearing, including submitting additional document to chambers and revising hearing notebook | 0.90 | 295.00 | $265.50 |
| 11/06/13 | PJK | Review amended agenda for 11/7/13; email to Bruce Grohsgal and John Lucas regarding same | 0.10 | 425.00 | $42.50 |
| 11/07/13 | BG | Telephone conference regarding avoidance actions | 0.20 | 750.00 | $150.00 |
| 11/07/13 | KFF | Review updated Court dockets and draft critical dates memo | 0.80 | 295.00 | $236.00 |
| 11/09/13 | KFF | Draft agenda and organize documents for December 11 hearing | 1.10 | 295.00 | $324.50 |
| 11/11/13 | PJK | Review critical dates memo | 0.10 | 425.00 | $42.50 |
| 11/12/13 | JHR | Conference call with R. Hookstra and J. Lucas re: Hanover request for information | 0.10 | 450.00 | $45.00 |
| 11/12/13 | JHR | Correspondence with Hanover re: information request | 0.20 | 450.00 | $90.00 |
| 11/13/13 | KFF | Update draft agenda and documents for Dec. 11 hearing | 0.60 | 295.00 | $177.00 |
| 11/14/13 | KFF | Revise agenda for December 11 hearing, including drafting affidavit of service and service documents | 0.90 | 295.00 | $265.50 |
| 11/18/13 | PJK | Review critical dates memo | 0.10 | 425.00 | $42.50 |
| 11/20/13 | KFF | Update agenda for Dec. 11 hearing, including documents for hearing binder | 0.80 | 295.00 | $236.00 |
| 11/26/13 | KFF | Revise agenda for December 11 hearing | 0.30 | 295.00 | $88.50 |
| 11/26/13 | PJK | Review critical dates memo | 0.10 | 425.00 | $42.50 |
| | | **Task Code Total** | **16.00** | | **$5,948.00** |

**Case Administration [B110]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 11/04/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 11/06/13 | BMK | Prepared daily memo narrative and coordinated client | 0.10 | 195.00 | $19.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | distribution. | | | |
| 11/11/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 11/12/13 | KFF | Review updated Court docket and revise critical dates memo | 0.50 | 295.00 | $147.50 |
| 11/13/13 | KFF | Review updated Court docket and revise critical dates memo | 0.30 | 295.00 | $88.50 |
| 11/15/13 | KFF | Review updated Court dockets and draft critical dates | 0.80 | 295.00 | $236.00 |
| 11/18/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 11/22/13 | KFF | Review updated Court dockets and draft critical dates memo | 0.80 | 295.00 | $236.00 |
| 11/26/13 | KFF | Review updated Court docket and revise critical dates memo | 0.70 | 295.00 | $206.50 |
| | | **Task Code Total** | **3.60** | | **$1,012.00** |

**Claims Admin/Objections[B310]**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/13 | BG | Telephone conferences and correspondence regarding Wynne hearing | 0.30 | 750.00 | $225.00 |
| 11/01/13 | BG | Conference call regarding pretrial for Wynne | 0.60 | 750.00 | $450.00 |
| 11/01/13 | BG | Review and revise pretrial for Wynne | 0.50 | 750.00 | $375.00 |
| 11/01/13 | DG | Confer with John Lucas re: Wynne pre-trial statement (.3); review same including comments from Bruce Grohsgal (.6) | 0.90 | 875.00 | $787.50 |
| 11/01/13 | JWL | Prepare pretrial summary for Wynne Admin objection. | 1.70 | 555.00 | $943.50 |
| 11/04/13 | BG | Telephone conferences and correspondence regarding Wynne proffer | 0.20 | 750.00 | $150.00 |
| 11/04/13 | JWL | Prepare pretrial statement for Wynne Admin claim objection (2.1); prepare proffer of R. Hookstra in support of Wynne Admin objection (1.8). | 3.90 | 555.00 | $2,164.50 |
| 11/04/13 | BG | Telephone conferences and correspondence regarding medical claims payments | 0.30 | 750.00 | $225.00 |
| 11/05/13 | BG | Finalize joint trial memo regarding Wynne | 0.30 | 750.00 | $225.00 |
| 11/05/13 | JWL | Review for Aspen regarding sale of Florida delinators for Flexstake (.9); draft Hookstra proffer in support of Wynne admin claim objection (.3); prepare argument in support of Wynne admin claim objection (.3); | 1.50 | 555.00 | $832.50 |
| 11/06/13 | BG | Prepare for Wynne hearing | 1.60 | 750.00 | $1,200.00 |
| 11/06/13 | JWL | Prepare argument in support of Wynne admin claim objection (3.7); review case law in support of Wynne admin claim objection (1.0); discuss Wynne hearing prep with B. Grohsgal (.2); | 4.90 | 555.00 | $2,719.50 |
| 11/07/13 | MM | Conference with Timothy P. Cairns regarding research regarding administrative claim, response, reply, hearing transcript and court opinion regarding same (.1); research and obtain same and email to Bruce Grohsgal and John Lucas (.3) | 0.40 | 295.00 | $118.00 |
| 11/07/13 | BG | Prepare for Wynne hearing | 1.20 | 750.00 | $900.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/07/13 | BG | Attend Wynne hearing | 4.80 | 750.00 | $3,600.00 |
| 11/07/13 | JWL | Revise Hookstra proffer in support of objection to Wynne admin motion (1.5); revise argument in support of Wynne admin objection (1.0); discuss hearing preparation with R. Hookstra regarding objection to Wynne admin claim (1.0); attend hearing, chamber conferences, settlement meetings, and contested hearing for Wynne admin motion (4.0). | 7.50 | 555.00 | $4,162.50 |
| 11/08/13 | HCK | Conference with J. Lucas re software license administrative expense. | 0.20 | 850.00 | $170.00 |
| 11/08/13 | JWL | Review admin claims for purposes of settling Wynne admin motion (1.2); research regarding Wynne admin motioin (.5); | 1.70 | 555.00 | $943.50 |
| 11/11/13 | DG | Confer with John Lucas re: Wynne Systems claims and possible settlement | 0.40 | 875.00 | $350.00 |
| 11/11/13 | DG | Review admin claim schedule and confer with John Lucas re: same (.3); emails re: Texas claims (.1) | 0.40 | 875.00 | $350.00 |
| 11/11/13 | JWL | Review 503(b)(9) claims and other admin claims for purposes of claim reconciliation (.6); research regarding Texas personal property taxes (.2). | 0.80 | 555.00 | $444.00 |
| 11/12/13 | KLS | Edits to settlement agreement and approval motion. | 0.80 | 235.00 | $188.00 |
| 11/12/13 | DG | Confer with John Lucas re: administrative claim letter brief | 0.50 | 875.00 | $437.50 |
| 11/12/13 | DG | First Draft of Motion to Settle WARN Claims (2.2) and draft settlement agreement (1.1) | 3.30 | 875.00 | $2,887.50 |
| 11/12/13 | JWL | Research and draft letter brief in opposition to Wynne admin motion (3.5); telephone call with Texas comptroller regarding tax claim (.6); telephone call with Hookstra regarding Hanover info request (.2); | 4.30 | 555.00 | $2,386.50 |
| 11/13/13 | KLS | Draft Motion and Order to file schedule to settlement agreement under seal. | 0.60 | 235.00 | $141.00 |
| 11/13/13 | JWL | Research and draft brief regarding Wynne admin motion (4.8); telephone call regarding Texas tax claim (.3); revise WARN settlement documents (2.0). | 7.10 | 555.00 | $3,940.50 |
| 11/14/13 | BG | Telephone conferences and correspondence regarding class action settlement | 0.30 | 750.00 | $225.00 |
| 11/14/13 | DG | Review and edit letter agreement re: Wynne Systems (2 versions ) | 0.80 | 875.00 | $700.00 |
| 11/14/13 | JWL | Revise WARN settlement motion and settlement agreement (2.4); attend to notice and service of WARN settlement (.8); revise motion seal WARN class party info (.7); revise brief in support of Wynne admin claim objection (2.4). | 6.30 | 555.00 | $3,496.50 |
| 11/15/13 | KFF | E-file and serve letter brief in connection with Wynne Systems motion, including drafting affidavit of service and service documents and submitting to chambers | 0.90 | 295.00 | $265.50 |
| 11/15/13 | BG | Review Wynne administrative claim cases for supplemental brief. | 1.50 | 750.00 | $1,125.00 |
| 11/15/13 | BG | Review Wynne supplemental brief | 0.40 | 750.00 | $300.00 |
| 11/15/13 | BG | Finalize, file and serve supplemental brief fro Wynne. | 0.20 | 750.00 | $150.00 |
| 11/15/13 | KLS | Review/revise memo re Wynn Administrative Claim Motion. | 0.30 | 235.00 | $70.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/15/13 | JWL | Telephone call with Reed Smith regarding WARN pleadings (.2); revise Wynne admin objection brief (.5). | 0.70 | 555.00 | $388.50 |
| 11/18/13 | DG | Review proposal re: settlement on Wynne (.1); confer with John Lucas re: same (.3) | 0.40 | 875.00 | $350.00 |
| 11/18/13 | DG | Review revised WARN Motion and related documents (.9); confer with John Lucas re: comments from Reed Smith re: vacation claims and comments from WARN claimants re: allocation issues (.4); follow up with JWL on issues re: allocation and vacation claims and finalizing settlement motion (.3) | 1.60 | 875.00 | $1,400.00 |
| 11/18/13 | JWL | Revise WARN settlement motion, settlement agreement, and class notice (5.6); respond to settlement offer from Wynne's counsel (.2). | 5.80 | 555.00 | $3,219.00 |
| 11/19/13 | BG | Finalize, file and serve WARN settlement | 0.40 | 750.00 | $300.00 |
| 11/19/13 | BG | Review and revise WARN settlement | 0.40 | 750.00 | $300.00 |
| 11/19/13 | JWL | Revise WARN settlement motion, settlement agreement, class notice; numerous conference calls with GUC Trustee, postpetition lenders counsel, WARN counsel, and HT labor counsel regarding same. | 8.80 | 555.00 | $4,884.00 |
| 11/20/13 | BG | Telephone conference and correspondence regarding WARN settlement | 0.20 | 750.00 | $150.00 |
| 11/20/13 | BG | Telephone conference and correspondence regarding seal motion re WARN. | 0.20 | 750.00 | $150.00 |
| 11/20/13 | KFF | Review Settlement Motion with WARN Claimants and update critical dates memo | 0.80 | 295.00 | $236.00 |
| 11/20/13 | JWL | Review admin claims. | 0.50 | 555.00 | $277.50 |
| 11/20/13 | JHR | Phone call with counsel to Spring re: outstanding balance | 0.20 | 450.00 | $90.00 |
| 11/20/13 | JHR | Review joint motion for WARN settlement | 0.40 | 450.00 | $180.00 |
| 11/21/13 | KFF | E-file affidavit of service regarding filing of Under Seal Motion for WARN Settlement in main case and adversary case | 0.50 | 295.00 | $147.50 |
| 11/21/13 | KFF | Review docket and files to reconstruct filing and service information in connection with WARN Settlement Motion and Under Seal Motion | 0.80 | 295.00 | $236.00 |
| 11/21/13 | KFF | Draft affidavit of service for Diane Potts in connection with service of WARN Settlement Motion | 0.50 | 295.00 | $147.50 |
| 11/21/13 | KFF | Draft, e-file and serve Notice of Hearing regarding Motion to File Schedule 1 to WARN settlement agreement under seal, including drafting affidavit of service and service documents | 1.00 | 295.00 | $295.00 |
| 11/21/13 | KFF | Serve WARN Settlement Motion and Motion to File Schedule 1 under Seal on parties to the adversary, including drafting and e-filing supplemental affidavits of service for same | 0.80 | 295.00 | $236.00 |
| 11/21/13 | PJK | Draft notice letter regarding medical claim carve-out checks; review docket and medical claim order; email to Bruce Grohsgal regarding same | 0.50 | 425.00 | $212.50 |
| 11/21/13 | JWL | Review documents regarding Flextronics delinator issue. | 0.20 | 555.00 | $111.00 |
| 11/22/13 | JWL | Emails to RBA regarding turnover of titles. | 0.20 | 555.00 | $111.00 |
| 11/22/13 | JHR | Review Lone Star correspondence regarding October | 0.10 | 450.00 | $45.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | demand letter | | | |
| 11/25/13 | DG | Review Critical Dates | 0.20 | 875.00 | $175.00 |
| 11/25/13 | DG | Review Wynne response brief and cases cited therein (1.1); confer with John Lucas re: same (.3) | 1.40 | 875.00 | $1,225.00 |
| 11/25/13 | JWL | Review response of Wynne in support of Admin claim. | 0.50 | 555.00 | $277.50 |
| 11/25/13 | JHR | Review Wynne letter brief re: administrative expense claim | 0.30 | 450.00 | $135.00 |
| 11/25/13 | JHR | Draft stipulation with Wildish Companies re: resolution of secured claims | 1.40 | 450.00 | $630.00 |
| 11/26/13 | JWL | Emails with GUC Trust and WARN claimants regarding changes to settlement agreement (.2); review Wildish claim stipulation (.3); | 0.50 | 555.00 | $277.50 |
| | | **Task Code Total** | **90.70** | | **$53,835.50** |

**Compensation Prof. [B160]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/18/13 | KFF | E-file certification no objection PSZ&J's September fees | 0.50 | 295.00 | $147.50 |
| 11/18/13 | PJK | Review certificates of no objection regarding PSZ&J and Imperial fee applications; edits to Cert of No Obj.;prepare for filing | 0.20 | 425.00 | $85.00 |
| 11/22/13 | WLR | Prepare Oct. 2013 fee application | 1.20 | 595.00 | $714.00 |
| 11/26/13 | WLR | Draft Oct. 2013 fee application | 1.80 | 595.00 | $1,071.00 |
| 11/28/13 | WLR | Review and revise Oct. 2013 fee application | 1.10 | 595.00 | $654.50 |
| 11/30/13 | WLR | Review and revise 2nd quarterly fee application | 0.50 | 595.00 | $297.50 |
| | | **Task Code Total** | **5.30** | | **$2,969.50** |

**Comp. of Prof./Others**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/02/13 | JWL | Draft chart of unpaid professional fess for committee professionals. | 0.50 | 555.00 | $277.50 |
| 11/04/13 | PJK | Emails with Kathe F. Finlayson regarding OCP status | 0.10 | 425.00 | $42.50 |
| 11/18/13 | KFF | E-file certification of no objection for Imperial's September fees | 0.50 | 295.00 | $147.50 |
| 11/25/13 | JWL | Review payment schedule of professionals. | 0.60 | 555.00 | $333.00 |
| | | **Task Code Total** | **1.70** | | **$800.50** |

**Financial Filings [B110]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/13 | KFF | E-file affidavit of service regarding July, August and September operating reports | 0.50 | 295.00 | $147.50 |
| | | **Task Code Total** | **0.50** | | **$147.50** |

### Financing [B230]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/08/13 | JWL | Review new budget through Dec. 13. | 0.30 | 555.00 | $166.50 |
| 11/18/13 | DG | Review lender fee statement | 0.20 | 875.00 | $175.00 |
| 11/20/13 | DG | Review and comment on cash flow draft for lenders (.3); email with Adeel Ahmed re: same (.2). | 0.50 | 875.00 | $437.50 |
| 11/21/13 | JWL | Review cash flow summary. | 0.50 | 555.00 | $277.50 |
| 11/22/13 | DG | Call with Adeel re: budget considerations and review finalized budget. | 0.40 | 875.00 | $350.00 |
| 11/22/13 | JWL | Review Cash flow forecast prior to distribution to lenders. | 0.20 | 555.00 | $111.00 |
| | | **Task Code Total** | **2.10** | | **$1,517.50** |

### Non-Working Travel

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/06/13 | JWL | Travel to Delaware for Wynne admin motion (billed at 1/2 normal rate). | 3.20 | 277.50 | $888.00 |
| 11/07/13 | JWL | Travel to San Francisco back from Wynne admin motion hearing (delayed flight) (billed at 1/2 normal rate). | 6.50 | 277.50 | $1,803.75 |
| | | **Task Code Total** | **9.70** | | **$2,691.75** |

### Stay Litigation [B140]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/13 | KFF | Coordinate telephonic appearances with CourtCall for John Lucas, Bruce Grohsgal and Debra Grassgreen for special hearing on Motion of Arch Ins. to Clarify Order Granting Van M. Meriill's Motion for Relief from Stay scheduled Nov. 4 at 2:20 p.m. | 0.90 | 295.00 | $265.50 |
| 11/01/13 | KFF | Download Motion of Arch Ins. to Clarity Order Granting Van M. Merrill's Motion for Relief from Stay and Motion to Shorten Notice, add to critical dates and agenda for Nov. 7 and pdf to counsel for review | 2.00 | 295.00 | $590.00 |
| 11/01/13 | JWL | Telephone call with Arch counsel regarding Van Merrill motion to clarify. | 0.20 | 555.00 | $111.00 |
| 11/01/13 | JHR | Review Arch motion to clarify stay relief order | 0.40 | 450.00 | $180.00 |
| 11/01/13 | PJK | Emails with John Lucas and Bruce Grohsgal regarding Arch motion; emails with Kathe F. Finlayson regarding same | 0.20 | 425.00 | $85.00 |
| 11/04/13 | BG | Telephone conferences regarding Arch stay relief. | 0.30 | 750.00 | $225.00 |
| 11/04/13 | DG | Telephonic hearing re: ARCH relief from stay. | 0.50 | 875.00 | $437.50 |
| 11/04/13 | JWL | Prepare for hearing on Arch motion for expedited hearing regarding stay clarification order (.4); and attend telephonic hearing (.2); telephone call with Lettenberger counsel regarding form of stay relief order (.2). | 0.80 | 555.00 | $444.00 |
| 11/04/13 | PJK | Email to Bruce Grohsgal regarding hearing on Arch motion; call with Bruce Grohsgal regarding same | 0.10 | 425.00 | $42.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/06/13 | JWL | Revise Lettenberger stay relief order (.3); telephone call regarding Lettenberger order revisions (.2) | 0.50 | 555.00 | $277.50 |
| 11/08/13 | JWL | Telephone call with B. Cook regarding Lettenberger lien release (.2); same with Arch counsel. | 0.30 | 555.00 | $166.50 |
| 11/11/13 | DG | Review order on motion to clarify stay relief, confer with John Lucas re: hearing on same | 0.30 | 875.00 | $262.50 |
| 11/12/13 | JWL | Telephone call with Lettenberger counsel regarding form of order and lien release (.3); telephone call with Arch regarding same (.5); | 0.80 | 555.00 | $444.00 |
| 11/14/13 | JWL | Telephone call with Arch regarding lien release regarding Lettenberger (.3); review cost sharing agreement regarding same (.3). | 0.60 | 555.00 | $333.00 |
| 11/15/13 | JWL | Revise Lettenberger order and discuss with Lettenberger counsel. | 0.40 | 555.00 | $222.00 |
| 11/20/13 | BG | Telephone conference and correspondence regarding Rodriguez motion | 0.20 | 750.00 | $150.00 |
| 11/20/13 | BG | Telephone conference and correspondence regarding Carlstadt titles | 0.20 | 750.00 | $150.00 |
| 11/20/13 | JWL | Telephone calls with Lettenberger counsel regarding stay relief order (.8); same with Arch (.4). | 1.20 | 555.00 | $666.00 |
| 11/21/13 | JWL | Follow up with Lettenberger and Arch regarding form of stay relief order. | 0.30 | 555.00 | $166.50 |
| 11/22/13 | JHR | Review McGhee draft motion and order for relief from stay | 0.30 | 450.00 | $135.00 |
| 11/25/13 | BG | Telephone conference and correspondence regarding Rodriguez motion | 0.20 | 750.00 | $150.00 |
| 11/25/13 | BG | Further telephone conference and correspondence regarding Rodriguez motion | 0.20 | 750.00 | $150.00 |
| 11/26/13 | JWL | Review email regarding plan of action for Lettenberger and third party plaintiffs (.2); review Rameriz stay order (.3). | 0.50 | 555.00 | $277.50 |
| 11/26/13 | JHR | Review Chad Daniels relief from stay motion | 0.30 | 450.00 | $135.00 |
| 11/26/13 | PJK | Review docket; email to John Lucas and Bruce Grohsgal regarding Rodriguez stay relief | 0.20 | 425.00 | $85.00 |
| | | **Task Code Total** | **11.90** | | **$6,151.00** |

**Tax Issues [B240]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/13/13 | DG | Review correspondence from Beth Weller and back up information re: tax holdback (.5); confer with John Lucas re: same (.1). | 0.60 | 875.00 | $525.00 |
| 11/14/13 | DG | Review documents re: Texas tax, confer with John Lucas, confer with Lenders | 0.50 | 875.00 | $437.50 |
| | | **Task Code Total** | **1.10** | | **$962.50** |
| | | **Total professional services:** | **149.40** | | **$81,168.25** |

## Costs Advanced:

| Date | Code | Description | Amount |
|---|---|---|---|
| 08/16/2013 | TR | Transcript [E116] J&J Court Transcribers, Inc, 2013-01872, K.Finlayson | $62.40 |
| 09/25/2013 | TR | Transcript [E116], J&J Court Transcibers, Inv. 2013-02112, K. Finlayson | $58.20 |
| 10/02/2013 | FF | Filing Fee [E112] U.S.B.C District of DE, Filing Fee | $15.00 |
| 10/07/2013 | CC | Conference Call [E105] AT&T Conference Calls, JWL | $0.55 |
| 10/18/2013 | AT | Auto Travel Expense [E109], Sunny's Worldwide Chauffeured Transportation Services, Inv. 123938, Travel to JKF Airport from Manhattan NY, JWL re Oct. 16 hearing. | $98.80 |
| 11/01/2013 | DC | 36024.00002 Digital Legal Charges for 11-01-13 | $36.00 |
| 11/01/2013 | DC | 36024.00002 Digital Legal Charges for 11-01-13 | $6.83 |
| 11/01/2013 | RE | ( 885 @0.10 PER PG) | $88.50 |
| 11/01/2013 | RE2 | SCAN/COPY ( 90 @0.10 PER PG) | $9.00 |
| 11/01/2013 | RE2 | SCAN/COPY ( 81 @0.10 PER PG) | $8.10 |
| 11/01/2013 | RE2 | SCAN/COPY ( 97 @0.10 PER PG) | $9.70 |
| 11/01/2013 | RE2 | SCAN/COPY ( 75 @0.10 PER PG) | $7.50 |
| 11/01/2013 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | $5.20 |
| 11/01/2013 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | $1.40 |
| 11/01/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 11/01/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 11/01/2013 | RE2 | SCAN/COPY ( 180 @0.10 PER PG) | $18.00 |
| 11/01/2013 | RE2 | SCAN/COPY ( 194 @0.10 PER PG) | $19.40 |
| 11/01/2013 | RE2 | SCAN/COPY ( 104 @0.10 PER PG) | $10.40 |
| 11/01/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 11/01/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 11/01/2013 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | $0.80 |
| 11/01/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 11/01/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 11/01/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 11/01/2013 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | $1.20 |
| 11/01/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 11/01/2013 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 11/01/2013 | RE2 | SCAN/COPY ( 162 @0.10 PER PG) | $16.20 |
| 11/01/2013 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | $2.80 |
| 11/01/2013 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | $0.80 |
| 11/01/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 11/01/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 11/01/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 11/01/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 11/01/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 11/01/2013 | RE2 | SCAN/COPY ( 150 @0.10 PER PG) | $15.00 |
| 11/02/2013 | AF | Air Fare [E110] United Airlines refundable coach, Tkt. | $1,903.90 |

| Date | Code | Description | Amount |
|---|---|---|---|
| | | 01673165678564, From SFO to PHL, From PHL to SFO, JWL | |
| 11/02/2013 | TE | Travel Expense [E110] Travel Agency Service Fee, JWL | $50.00 |
| 11/04/2013 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 11/04/2013 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 11/04/2013 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 11/04/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 11/04/2013 | RE | ( 22 @0.10 PER PG) | $2.20 |
| 11/04/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 11/05/2013 | AF | Air Fare [E110] United Airlines refundable coach, Tkt. 01673165679080, From PHL to SFO, JWL re Wynne hearing. | $1,903.90 |
| 11/05/2013 | PO | 36024.00002 :Postage Charges for 11-05-13 | $59.30 |
| 11/05/2013 | PO | 36024.00002 :Postage Charges for 11-05-13 | $47.80 |
| 11/05/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 11/05/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 11/05/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 11/05/2013 | RE | ( 11 @0.10 PER PG) | $1.10 |
| 11/05/2013 | RE | ( 36 @0.10 PER PG) | $3.60 |
| 11/05/2013 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 11/05/2013 | RE | ( 411 @0.10 PER PG) | $41.10 |
| 11/05/2013 | RE | ( 108 @0.10 PER PG) | $10.80 |
| 11/05/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | $0.50 |
| 11/05/2013 | RE2 | SCAN/COPY ( 67 @0.10 PER PG) | $6.70 |
| 11/05/2013 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | $1.60 |
| 11/05/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 11/05/2013 | RE2 | SCAN/COPY ( 62 @0.10 PER PG) | $6.20 |
| 11/05/2013 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | $1.10 |
| 11/05/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 11/06/2013 | AT | Auto Travel Expense [E109] VTS San Francisco Taxi Services, JWL re transportation to home to carry Wynne materials. | $26.64 |
| 11/06/2013 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 11/06/2013 | RE | ( 137 @0.10 PER PG) | $13.70 |
| 11/06/2013 | RE | ( 15 @0.10 PER PG) | $1.50 |
| 11/06/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 11/06/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 11/06/2013 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 11/06/2013 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | $3.70 |
| 11/06/2013 | TE | Travel Expense [E110] for business meals, hotel expenses, taxi fares, SFPC, JWL | $20.00 |
| 11/06/2013 | WL | 36024.00002 Westlaw Charges for 11-06-13 | $10.81 |
| 11/06/2013 | WL | 36024.00002 Westlaw Charges for 11-06-13 | $15.90 |
| 11/07/2013 | AT | Auto Travel Expense [E109] Verifone Taxi Services, JWL | $65.24 |
| 11/07/2013 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | $2.80 |
| 11/07/2013 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | $1.10 |
| 11/07/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/07/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | $0.70 |
| 11/07/2013 | RE2 | SCAN/COPY ( 47 @0.10 PER PG) | $4.70 |
| 11/07/2013 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | $4.10 |
| 11/07/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | $0.70 |
| 11/07/2013 | RE2 | SCAN/COPY ( 56 @0.10 PER PG) | $5.60 |
| 11/07/2013 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | $3.60 |
| 11/07/2013 | RE2 | SCAN/COPY ( 66 @0.10 PER PG) | $6.60 |
| 11/07/2013 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |
| 11/07/2013 | WL | 36024.00002 Westlaw Charges for 11-07-13 | $133.85 |
| 11/08/2013 | BM | Business Meal [E111] Chickie's & Pete's, Working Meal, JWL | $17.31 |
| 11/08/2013 | HT | Hotel Expense [E110] Hotel DuPont, 11/06/13-11/07/13, 1 night, JWL | $295.00 |
| 11/08/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 11/08/2013 | RE2 | SCAN/COPY ( 144 @0.10 PER PG) | $14.40 |
| 11/08/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 11/08/2013 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | $1.10 |
| 11/08/2013 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | $1.10 |
| 11/08/2013 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | $0.80 |
| 11/08/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 11/08/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | $0.50 |
| 11/08/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 11/08/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 11/08/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 11/08/2013 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | $2.80 |
| 11/08/2013 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | $1.40 |
| 11/08/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 11/08/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 11/08/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | $0.50 |
| 11/08/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 11/08/2013 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | $1.50 |
| 11/08/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 11/08/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 11/08/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 11/08/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 11/08/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 11/08/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | $0.50 |
| 11/08/2013 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | $1.20 |
| 11/08/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 11/08/2013 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | $3.60 |
| 11/08/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 11/08/2013 | RE2 | SCAN/COPY ( 212 @0.10 PER PG) | $21.20 |
| 11/08/2013 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | $1.70 |
| 11/08/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |

| Date | Type | Description | Amount |
|---|---|---|---|
| 11/08/2013 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | $6.10 |
| 11/08/2013 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | $1.40 |
| 11/08/2013 | RE2 | SCAN/COPY ( 95 @0.10 PER PG) | $9.50 |
| 11/08/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 11/08/2013 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | $0.90 |
| 11/08/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 11/08/2013 | WL | 36024.00002 Westlaw Charges for 11-08-13 | $114.20 |
| 11/11/2013 | RE | ( 284 @0.10 PER PG) | $28.40 |
| 11/11/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 11/12/2013 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | $3.50 |
| 11/12/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 11/12/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 11/12/2013 | WL | 36024.00002 Westlaw Charges for 11-12-13 | $815.26 |
| 11/13/2013 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | $1.10 |
| 11/13/2013 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | $3.60 |
| 11/13/2013 | RE2 | SCAN/COPY ( 72 @0.10 PER PG) | $7.20 |
| 11/13/2013 | RE2 | SCAN/COPY ( 72 @0.10 PER PG) | $7.20 |
| 11/13/2013 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | $1.10 |
| 11/13/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 11/13/2013 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | $3.50 |
| 11/13/2013 | RE2 | SCAN/COPY ( 64 @0.10 PER PG) | $6.40 |
| 11/13/2013 | RE2 | SCAN/COPY ( 73 @0.10 PER PG) | $7.30 |
| 11/13/2013 | WL | 36024.00002 Westlaw Charges for 11-13-13 | $157.28 |
| 11/14/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 11/14/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | $0.70 |
| 11/14/2013 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | $1.30 |
| 11/14/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 11/14/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 11/14/2013 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | $3.40 |
| 11/14/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | $0.70 |
| 11/14/2013 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | $7.10 |
| 11/14/2013 | RE2 | SCAN/COPY ( 74 @0.10 PER PG) | $7.40 |
| 11/14/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | $0.70 |
| 11/14/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | $0.70 |
| 11/14/2013 | RE2 | SCAN/COPY ( 72 @0.10 PER PG) | $7.20 |
| 11/14/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 11/14/2013 | WL | 36024.00002 Westlaw Charges for 11-14-13 | $79.48 |
| 11/15/2013 | PO | 36024.00002 :Postage Charges for 11-15-13 | $1.10 |
| 11/15/2013 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 11/15/2013 | RE | ( 23 @0.10 PER PG) | $2.30 |
| 11/15/2013 | RE | ( 8 @0.10 PER PG) | $0.80 |
| 11/18/2013 | RE | ( 133 @0.10 PER PG) | $13.30 |
| 11/18/2013 | RE | ( 5 @0.10 PER PG) | $0.50 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/18/2013 | RE | ( 9 @0.10 PER PG) | $0.90 |
| 11/18/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | $0.70 |
| 11/18/2013 | RE2 | SCAN/COPY ( 72 @0.10 PER PG) | $7.20 |
| 11/18/2013 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 11/18/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 11/19/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 11/19/2013 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 11/19/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 11/19/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 11/19/2013 | RE2 | SCAN/COPY ( 78 @0.10 PER PG) | $7.80 |
| 11/19/2013 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | $3.30 |
| 11/19/2013 | RE2 | SCAN/COPY ( 70 @0.10 PER PG) | $7.00 |
| 11/20/2013 | PO | 36024.00002 :Postage Charges for 11-20-13 | $302.40 |
| 11/20/2013 | PO | 36024.00002 :Postage Charges for 11-20-13 | $103.60 |
| 11/20/2013 | RE | ( 2521 @0.10 PER PG) | $252.10 |
| 11/20/2013 | RE | ( 3194 @0.10 PER PG) | $319.40 |
| 11/20/2013 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | $3.30 |
| 11/20/2013 | RE2 | SCAN/COPY ( 70 @0.10 PER PG) | $7.00 |
| 11/20/2013 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 11/20/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 11/20/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 11/20/2013 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 11/20/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 11/21/2013 | PO | 36024.00002 :Postage Charges for 11-21-13 | $11.20 |
| 11/21/2013 | PO | 36024.00002 :Postage Charges for 11-21-13 | $60.40 |
| 11/21/2013 | RE | ( 720 @0.10 PER PG) | $72.00 |
| 11/21/2013 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 11/26/2013 | AT | Auto Travel Expense [E109] Yellow Cab Taxi Services, JWL, office to home. | $27.30 |
| 11/30/2013 | PAC | Pacer - Court Research | $195.20 |

                                     Total Expenses:          **$7,958.65**

## Summary:

| | |
|---|---|
| Total professional services | $81,168.25 |
| Total expenses | $7,958.65 |
| Net current charges | $89,126.90 |
| | |
| Net balance forward | $127,053.71 |
| **Total balance now due** | **$216,180.61** |

| | | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| BG | Grohsgal, Bruce | 18.80 | 750.00 | $14,100.00 |
| BMK | Koveleski, Beatrice M. | 0.50 | 195.00 | $97.50 |
| DG | Grassgreen, Debra I. | 15.70 | 875.00 | $13,737.50 |
| HCK | Kevane, Henry C. | 0.20 | 850.00 | $170.00 |
| JHR | Rosell, Jason H. | 4.20 | 450.00 | $1,890.00 |
| JWL | Lucas, John W. | 9.70 | 277.50 | $2,691.75 |
| JWL | Lucas, John W. | 66.40 | 555.00 | $36,852.00 |
| KFF | Finalyson, Kathe F. | 24.50 | 295.00 | $7,227.50 |
| KLS | Suk, Kati L. | 1.70 | 235.00 | $399.50 |
| MM | Molitor, Monica | 0.40 | 295.00 | $118.00 |
| PJK | Keane, Peter J. | 2.70 | 425.00 | $1,147.50 |
| WLR | Ramseyer, William L. | 4.60 | 595.00 | $2,737.00 |
| | | 149.40 | | $81,168.25 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---:|---:|
| AA | Asset Analysis/Recovery[B120] | 2.70 | $2,032.50 |
| AD | Asset Disposition [B130] | 4.10 | $3,100.00 |
| BL | Bankruptcy Litigation [L430] | 16.00 | $5,948.00 |
| CA | Case Administration [B110] | 3.60 | $1,012.00 |
| CO | Claims Admin/Objections[B310] | 90.70 | $53,835.50 |
| CP | Compensation Prof. [B160] | 5.30 | $2,969.50 |
| CPO | Comp. of Prof./Others | 1.70 | $800.50 |
| FF | Financial Filings [B110] | 0.50 | $147.50 |
| FN | Financing [B230] | 2.10 | $1,517.50 |
| NT | Non-Working Travel | 9.70 | $2,691.75 |
| SL | Stay Litigation [B140] | 11.90 | $6,151.00 |
| TI | Tax Issues [B240] | 1.10 | $962.50 |
| | | 149.40 | $81,168.25 |

## Expense Code Summary

| | |
|---|---:|
| Air Fare [E110] | $3,807.80 |
| Auto Travel Expense [E109] | $217.98 |
| Working Meals [E1 | $17.31 |
| Conference Call [E105] | $0.55 |
| Delivery/Courier Service | $42.83 |
| Filing Fee [E112] | $15.00 |
| Hotel Expense [E110] | $295.00 |
| Pacer - Court Research | $195.20 |
| Postage [E108] | $585.80 |
| Reproduction Expense [E101] | $860.60 |
| Reproduction/ Scan Copy | $403.20 |
| Travel Expense [E110] | $70.00 |
| Transcript [E116] | $120.60 |
| Westlaw - Legal Research [E106 | $1,326.78 |
| | **$7,958.65** |