# **EXHIBIT A**

Creditors Committee of Highway Technologies, Inc.  
c/o Ted Navitskas, Esq.  
Ennis Paint, Inc.  
5910 N. Central Expressway, Suite 1050  
Dallas TX 75206

December 17, 2013  
Invoice 444544  
Page 2  
Client # 740925

Matter # 181029

For services through November 30, 2013  
relating to Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/13 | Retrieve and circulate US Trustee's objection to motion to convert | Paralegal — Ann Jerominski | 0.10 hrs. | 215.00 | $21.50 |
| 11/01/13 | Review U.S. Trustee's objection to motion to convert cases | Director — Mark D. Collins | 0.30 hrs. | 775.00 | $232.50 |
| 11/01/13 | Read U.S. Trustee objection to conversion motion (.1); Email to A. Steele re: same (.1) | Director — Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |
| 11/02/13 | Email to R. Silberglied re: motion to convert | Associate — Amanda R. Steele | 0.20 hrs. | 350.00 | $70.00 |
| 11/02/13 | Read A. Steele summary of objection and email to A. Steele re: same | Director — Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 11/04/13 | Review and circulate docket | Paralegal — Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 11/05/13 | Review and circulate docket | Paralegal — Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 11/05/13 | Call with J. Lucas re: conversion | Director — Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 11/07/13 | Review and circulate docket | Paralegal — Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |
| 11/08/13 | Review and circulate docket | Paralegal — Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |

Creditors Committee of Highway Technologies, Inc.  
c/o Ted Navitskas, Esq.  
Ennis Paint, Inc.  
5910 N. Central Expressway, Suite 1050  
Dallas TX 75206

December 17, 2013  
Invoice 444544  
Page 3  
Client # 740925  

Matter # 181029

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/11/13 | Review docket (.1); Review and update critical dates (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.20 hrs. | 215.00 | $43.00 |
| 11/15/13 | Review and circulate docket | | | | |
| Paralegal | Barbara J. Witters | | 0.10 hrs. | 215.00 | $21.50 |
| 11/18/13 | Review and circulate docket | | | | |
| Paralegal | Barbara J. Witters | | 0.10 hrs. | 215.00 | $21.50 |
| 11/19/13 | Review and circulate docket | | | | |
| Paralegal | Barbara J. Witters | | 0.10 hrs. | 215.00 | $21.50 |
| 11/20/13 | Review and circulate docket | | | | |
| Paralegal | Barbara J. Witters | | 0.10 hrs. | 215.00 | $21.50 |
| 11/21/13 | Review docket (.1); Review and update critical dates (.2) | | | | |
| Paralegal | Barbara J. Witters | | 0.30 hrs. | 215.00 | $64.50 |
| 11/22/13 | Review and circulate docket | | | | |
| Paralegal | Barbara J. Witters | | 0.10 hrs. | 215.00 | $21.50 |
| 11/26/13 | Review and circulate docket | | | | |
| Paralegal | Barbara J. Witters | | 0.10 hrs. | 215.00 | $21.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $959.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$959.50** |
| BALANCE BROUGHT FORWARD | $5,654.00 |
| **TOTAL DUE FOR THIS MATTER** | **$6,613.50** |

Creditors Committee of Highway Technologies, Inc.  
c/o Ted Navitskas, Esq.  
Ennis Paint, Inc.  
5910 N. Central Expressway, Suite 1050  
Dallas TX  75206

December 17, 2013  
Invoice 444544  
Page 4  
Client #  740925

Matter #  181029

For services through November 30, 2013  
relating to  Creditor Inquiries

| 11/08/13 | Call from J. Shamblin, law firm creditor | | | |
|---|---|---|---|---|
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |

|  | Total Fees for Professional Services | $135.00 |
|---|---|---|
| TOTAL DUE FOR THIS INVOICE | | **$135.00** |
| BALANCE BROUGHT FORWARD | | $305.00 |
| **TOTAL DUE FOR THIS MATTER** | | **$440.00** |

Creditors Committee of Highway Technologies, Inc.  
c/o Ted Navitskas, Esq.  
Ennis Paint, Inc.  
5910 N. Central Expressway, Suite 1050  
Dallas TX  75206  

December 17, 2013  
Invoice 444544  
Page 5  

Client #  740925  

Matter # 181029  

For services through November 30, 2013  
relating to Meetings  

| 11/08/13 | Call with W. Weitz and R. X. Arvena | | | |
|---|---|---|---|---|
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |

Total Fees for Professional Services     $67.50

TOTAL DUE FOR THIS INVOICE     **$67.50**
BALANCE BROUGHT FORWARD     $990.00

**TOTAL DUE FOR THIS MATTER**     **$1,057.50**

Creditors Committee of Highway Technologies, Inc.  
c/o Ted Navitskas, Esq.  
Ennis Paint, Inc.  
5910 N. Central Expressway, Suite 1050  
Dallas TX 75206  

December 17, 2013  
Invoice 444544  
Page 6  
Client # 740925  

Matter # 181029  

For services through November 30, 2013  
relating to Automatic Stay/Adequate Protection  

| Date | Description | | | |
|---|---|---|---|---|
| 11/01/13 | Retrieve and circulate motion to shorten motion to clarify and notice of hearing re: same | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 215.00 | $21.50 |
| 11/01/13 | Review Arch motion | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |
| 11/04/13 | Review Van Merrill stay relief order and Arch Insurance motion for clarification in preparation for 11/4 telephonic hearing (.3); Call with B. Grohsgal re: same (.1); Call with J. Lucas re: same (.1) | | | |
| Associate | L. Katherine Good | 0.50 hrs. | 450.00 | $225.00 |

Total Fees for Professional Services     $381.50

TOTAL DUE FOR THIS INVOICE     **$381.50**  
BALANCE BROUGHT FORWARD     $268.00  

**TOTAL DUE FOR THIS MATTER**     **$649.50**

Creditors Committee of Highway Technologies, Inc.  
c/o Ted Navitskas, Esq.  
Ennis Paint, Inc.  
5910 N. Central Expressway, Suite 1050  
Dallas TX  75206

December 17, 2013  
Invoice 444544  
Page 7  
Client #  740925

Matter # 181029

For services through November 30, 2013  
relating to Court Hearings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/13 | Email to R. Silberglied re: telephonic hearing on Arch Insurance motion to shorten notice (.1); Email to R. Speaker re: CourtCall appearance re: same (.1) | | | | |
| | Associate | L. Katherine Good | 0.20 hrs. | 450.00 | $90.00 |
| 11/01/13 | Coordinate telephonic appearance for K. Good | | | | |
| | Paralegal | Rebecca V. Speaker | 0.30 hrs. | 215.00 | $64.50 |
| 11/01/13 | Multiple emails with K. Good re: hearing | | | | |
| | Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 11/04/13 | Attend telephonic hearing re: motion to shorten notice re: Arch Insurance motion for clarification (.4); Draft email summary of same to R. Silberglied (.1) | | | | |
| | Associate | L. Katherine Good | 0.50 hrs. | 450.00 | $225.00 |
| 11/04/13 | Review report of hearing from K. Good | | | | |
| | Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 11/05/13 | Retrieve and review re: 11/7/13 agenda (.1); E-mail to RLF distribution re: same (.1) | | | | |
| | Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 11/05/13 | Email to R. Silberglied re: continuance of hearing on conversion motion (.1); Email (x2) to R. Silberglied re: 11/7 hearing (.1) | | | | |
| | Associate | L. Katherine Good | 0.20 hrs. | 450.00 | $90.00 |
| 11/05/13 | Review hearing agenda and emails (x2) with J. Lucas re: continuance (.1); Emails (x2) with K. Good re: hearing (.1) | | | | |
| | Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |

Creditors Committee of Highway Technologies, Inc.  
c/o Ted Navitskas, Esq.  
Ennis Paint, Inc.  
5910 N. Central Expressway, Suite 1050  
Dallas TX  75206  

December 17, 2013  
Invoice 444544  
Page 8  
Client #  740925  

Matter # 181029  

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/06/13 | Email from, to S. Mastil re: hearing | | | | |
| Director | Russell Silberglied | | 0.10 hrs. | 675.00 | $67.50 |
| 11/07/13 | Review hearing agenda and discuss with K. Good (.1); Attend hearing (4.1) | | | | |
| Director | Russell Silberglied | | 4.20 hrs. | 675.00 | $2,835.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $3,685.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$3,685.00** |
| BALANCE BROUGHT FORWARD | $1,760.00 |
| **TOTAL DUE FOR THIS MATTER** | **$5,445.00** |

Creditors Committee of Highway Technologies, Inc.  
c/o Ted Navitskas, Esq.  
Ennis Paint, Inc.  
5910 N. Central Expressway, Suite 1050  
Dallas TX  75206  

December 17, 2013  
Invoice 444544  
Page 9  
Client #  740925  

Matter # 181029  

For services through November 30, 2013  
relating to  General Corporate/Real Estate  

| Date | Description | | | | |
|---|---|---|---|---|---|
| 11/05/13 | Email from, to K. Good re: committee updates | | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | | $67.50 |
| 11/08/13 | Call with W. Weitz and R. X. Arvena re: trust issues | | | | |
| Director | Russell Silberglied | 0.30 hrs. | 675.00 | | $202.50 |
| 11/19/13 | Call from J. Lucas re: trust issues | | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | | $67.50 |
| 11/21/13 | Review K. Good and W. Weitz emails re: Trust issues; Email to K. Good re: same | | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | | $67.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $405.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$405.00** |
| BALANCE BROUGHT FORWARD | $4,017.50 |
| **TOTAL DUE FOR THIS MATTER** | **$4,422.50** |

Creditors Committee of Highway Technologies, Inc.  
c/o Ted Navitskas, Esq.  
Ennis Paint, Inc.  
5910 N. Central Expressway, Suite 1050  
Dallas TX 75206  

December 17, 2013  
Invoice 444544  
Page 10  
Client # 740925  

Matter # 181029  

For services through November 30, 2013  
relating to Litigation/Adversary Proceedings  

| Date | Description | | | |
|---|---|---|---|---|
| 11/05/13 | Review Rental Man pre-trial stipulation | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |
| 11/08/13 | Call with W. Weitz and R. X. Arvena re: litigation | | | |
| Director | Russell Silberglied | 0.20 hrs. | 675.00 | $135.00 |
| 11/13/13 | Emails (x2) with J. Lucas re: Wynne | | | |
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 11/18/13 | Review Debtors' letter to court re: Wynne Systems (.2); Email from, to J. Lucas re: class action issues (.1); Revise WARN 9019 motion (1.7); Emails (x2) with J. Lucas re: same (.1); Emails (x2) with R.X.Z. Avena re: same (.1); Call from J. Lucas re: Wynne Systems (.1); Call from J. Lucas re: WARN (.1); Review numerous emails from parties re: WARN settlement (.1) | | | |
| Director | Russell Silberglied | 2.50 hrs. | 675.00 | $1,687.50 |
| 11/19/13 | Review R. Aravena email re: WARN Act (.1); Emails (x4) with W. Weitz re: WARN settlement (.2); Call from J. Lucas re: WARN settlement (.2); Review W. Weitz and R. Aravena emails re: WARN settlement (.1) | | | |
| Director | Russell Silberglied | 0.60 hrs. | 675.00 | $405.00 |
| 11/20/13 | Review motion to approve compromise of WARN Act claims (.3); Email to R. Silberglied re: same (.1) | | | |
| Associate | L. Katherine Good | 0.40 hrs. | 450.00 | $180.00 |
| 11/20/13 | Review information re: settlement (.1); Review revisions to WARN settlement papers (.4); Review J. Lucas summary of same (.1); Email to and from W. Weitz re: same (.1) | | | |
| Director | Russell Silberglied | 0.70 hrs. | 675.00 | $472.50 |

Creditors Committee of Highway Technologies, Inc.  
c/o Ted Navitskas, Esq.  
Ennis Paint, Inc.  
5910 N. Central Expressway, Suite 1050  
Dallas TX  75206  

December 17, 2013  
Invoice 444544  
Page 11  
Client #  740925  

Matter # 181029  

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/20/13 | Emails with K. Good re: WARN | | | | |
| | Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |
| 11/21/13 | Call with R. Silberglied re: motion to approve settlement with WARN Act claimants (.2); Email to W. Weitz and S. Mastil re: same (.1) | | | | |
| | Associate | L. Katherine Good | 0.30 hrs. | 450.00 | $135.00 |
| 11/21/13 | Call with K. Good re: WARN Act settlement (.2); Emails with J. Lucas re: document preservation (.1) | | | | |
| | Director | Russell Silberglied | 0.30 hrs. | 675.00 | $202.50 |
| 11/25/13 | Review Wynne Systems' reply (.2); Email to J. Lucas re: same (.1); Emails (x2) with R. Barnett re: WARN settlement (.1) | | | | |
| | Director | Russell Silberglied | 0.40 hrs. | 675.00 | $270.00 |
| 11/26/13 | Call with R. Barnett re: WARN settlement (.3); Email from, to E. Sutty re: WARN (.1) | | | | |
| | Director | Russell Silberglied | 0.40 hrs. | 675.00 | $270.00 |

Total Fees for Professional Services  $4,027.50

**TOTAL DUE FOR THIS INVOICE**  **$4,027.50**
BALANCE BROUGHT FORWARD  $2,586.50

**TOTAL DUE FOR THIS MATTER**  **$6,614.00**

Creditors Committee of Highway Technologies, Inc.  
c/o Ted Navitskas, Esq.  
Ennis Paint, Inc.  
5910 N. Central Expressway, Suite 1050  
Dallas TX  75206

December 17, 2013  
Invoice 444544  
Page 12

Client #  740925

Matter # 181029

For services through November 30, 2013  
relating to RLF Fee Applications

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/13 | Email to J. Lucas re: payment of professional fees | | | | |
| | Associate — L. Katherine Good | | 0.10 hrs. | 450.00 | $45.00 |
| 11/11/13 | Review RLF October bill memos | | | | |
| | Paralegal — Barbara J. Witters | | 0.40 hrs. | 215.00 | $86.00 |
| 11/12/13 | Email from, to L. Kweskin re: RLF and Gavin fees | | | | |
| | Director — Russell Silberglied | | 0.10 hrs. | 675.00 | $67.50 |
| 11/18/13 | Review and revise RLF October fee application (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | | | | |
| | Paralegal — Barbara J. Witters | | 0.60 hrs. | 215.00 | $129.00 |
| 11/19/13 | Prepare cno re RLF September fee application (.2); E-mail to K. Good re: same (.1); Finalize and file cno re: same (.2) | | | | |
| | Paralegal — Barbara J. Witters | | 0.50 hrs. | 215.00 | $107.50 |
| 11/19/13 | Review and sign CNO re: RLF 4th monthly fee application | | | | |
| | Associate — L. Katherine Good | | 0.10 hrs. | 450.00 | $45.00 |
| 11/19/13 | Call from J. Lucas re: RLF fees | | | | |
| | Director — Russell Silberglied | | 0.10 hrs. | 675.00 | $67.50 |
| 11/20/13 | Discuss RLF and Gavin CNO's and K. Good | | | | |
| | Director — Russell Silberglied | | 0.10 hrs. | 675.00 | $67.50 |
| 11/21/13 | Call with K. Good re: RLF application issues | | | | |
| | Director — Russell Silberglied | | 0.10 hrs. | 675.00 | $67.50 |
| 11/26/13 | Review J. Lucas spreadsheet; Follow up; Instructions with K. Good re: same (.1); Email from, to K. Good re: same (.1) | | | | |
| | Director — Russell Silberglied | | 0.20 hrs. | 675.00 | $135.00 |

Creditors Committee of Highway Technologies, Inc.  
c/o Ted Navitskas, Esq.  
Ennis Paint, Inc.  
5910 N. Central Expressway, Suite 1050  
Dallas TX  75206

December 17, 2013  
Invoice 444544  
Page 13  
Client #  740925

Matter #  181029

|  |  |
|---|---:|
| Total Fees for Professional Services | $817.50 |
| TOTAL DUE FOR THIS INVOICE | **$817.50** |
| BALANCE BROUGHT FORWARD | $3,486.00 |
| **TOTAL DUE FOR THIS MATTER** | **$4,303.50** |

Creditors Committee of Highway Technologies, Inc.  
c/o Ted Navitskas, Esq.  
Ennis Paint, Inc.  
5910 N. Central Expressway, Suite 1050  
Dallas TX  75206

December 17, 2013  
Invoice 444544  
Page 14  
Client #  740925

Matter # 181029

For services through November 30, 2013  
relating to Fee Applications of Others

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/05/13 | Update fee status chart | | | | |
| | Paralegal | Barbara J. Witters | 0.50 hrs. | 215.00 | $107.50 |
| 11/15/13 | Email to K. Good re: Gavin/Solmonese fee application | | | | |
| | Associate | Amanda R. Steele | 0.10 hrs. | 350.00 | $35.00 |
| 11/15/13 | Review e-mail from K. Good re: Gavin/Solmonese October fee application (.1); Retrieve and assemble re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.1); Finalize, file and coordinate service re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.70 hrs. | 215.00 | $150.50 |
| 11/15/13 | Email to J. Sacher re: fifth monthly fee application of Gavin/Solmonese (.1); Email to B. Witters re: notice for same (.1); Email to A. Steele re: filing same (.1) | | | | |
| | Associate | L. Katherine Good | 0.30 hrs. | 450.00 | $135.00 |
| 11/18/13 | Circulate as-filed GS fee application | | | | |
| | Associate | Amanda R. Steele | 0.10 hrs. | 350.00 | $35.00 |
| 11/19/13 | Prepare cno re Gavin/Solmonese September fee application (.2); E-mail to K. Good re: same (.1); Finalize and file cno re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.50 hrs. | 215.00 | $107.50 |
| 11/19/13 | Review and sign CNO re: Gavin/Solmonese 4th monthly fee application | | | | |
| | Associate | L. Katherine Good | 0.10 hrs. | 450.00 | $45.00 |
| 11/20/13 | Email to W. Weitz and S. Mastil re: CNOs for September fee applications (.1); Email to R. Silberglied re: same (.1) | | | | |
| | Associate | L. Katherine Good | 0.20 hrs. | 450.00 | $90.00 |

Creditors Committee of Highway Technologies, Inc.  December 17, 2013
c/o Ted Navitskas, Esq.  Invoice 444544
Ennis Paint, Inc.  Page 15
5910 N. Central Expressway, Suite 1050
Dallas TX 75206  Client # 740925

Matter # 181029

---

| 11/26/13 | Review fee payment chart (.1); Email to R. Silberglied re: same (.1); Email to W. Weitz re: same (.1) | | | |
|---|---|---|---|---|
| Associate | L. Katherine Good | 0.30 hrs. | 450.00 | $135.00 |

| 11/26/13 | Review K. Good and W. Weitz emails re: Gavin fees and emails (x3) with J. Lucas re: same and to W. Weitz re: same | | | |
|---|---|---|---|---|
| Director | Russell Silberglied | 0.10 hrs. | 675.00 | $67.50 |

|  | Total Fees for Professional Services | $908.00 |
|---|---|---|
| **TOTAL DUE FOR THIS INVOICE** | | **$908.00** |
| BALANCE BROUGHT FORWARD | | $3,935.00 |
| **TOTAL DUE FOR THIS MATTER** | | **$4,843.00** |

Creditors Committee of Highway Technologies, Inc.  
c/o Ted Navitskas, Esq.  
Ennis Paint, Inc.  
5910 N. Central Expressway, Suite 1050  
Dallas TX  75206  

December 17, 2013  
Invoice 444544  
Page 16  
Client #  740925  

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 0.40 | 350.00 | 140.00 |
| Ann Jerominski | 0.20 | 215.00 | 43.00 |
| Barbara J. Witters | 5.10 | 215.00 | 1,096.50 |
| L. Katherine Good | 3.20 | 450.00 | 1,440.00 |
| Mark D. Collins | 0.30 | 775.00 | 232.50 |
| Rebecca V. Speaker | 0.30 | 215.00 | 64.50 |
| Russell Silberglied | 12.40 | 675.00 | 8,370.00 |
| TOTAL | 21.90 | $519.93 | 11,386.50 |

**TOTAL DUE FOR THIS INVOICE**                                                                $11,498.40

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

740925