# EXHIBIT B



RICHARDS
LAYTON &
FINGER

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX  75206

Tax I.D. No.:  51-0226371

December 17, 2013
Invoice 444544

Page 1
Client #  740925
Matter #  181029

---

For disbursements incurred through November 30, 2013

relating to  Highway Technologies - Representation of Creditors
Committee


OTHER CHARGES:

| | |
|---|---:|
| Conference Calling | $30.00 |
| Document Retrieval | $6.50 |
| Photocopying/Printing | $65.80 |
| 645 @ $.10 pg./ 13 @ $.10/pg. | |
| Postage | $9.60 |

| | |
|---|---:|
| Other Charges | $111.90 |

| | |
|---|---:|
| **TOTAL DUE FOR THIS INVOICE** | **$111.90** |
| BALANCE BROUGHT FORWARD | $1,818.58 |
| **TOTAL DUE FOR THIS MATTER** | **$1,930.48** |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX  75206

December 17, 2013
Invoice 444544
Page 17
Client #  740925

Client:  Creditors Committee of Highway Technologies, Inc.

Matter:  Highway Technologies - Representation of Creditors Committee
Case Administration
Creditor Inquiries
Meetings
Automatic Stay/Adequate Protection
Court Hearings
General Corporate/Real Estate
Litigation/Adversary Proceedings
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|------|-------------|--|----------------|
| 11/01/13 | PACER | | DOCRETRI |
| | Amount = | $1.50 | |
| 11/01/13 | PACER | | DOCRETRI |
| | Amount = | $2.90 | |
| 11/01/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 11/01/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 11/04/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 11/12/13 | CourtCall | | CONFCALL |
| | Amount = | $30.00 | |
| 11/15/13 | Photocopies | | DUP.10CC |
| | Amount = | $13.50 | |
| 11/15/13 | Postage | | POST |
| | Amount = | $8.60 | |
| 11/18/13 | Photocopies | | DUP.10CC |
| | Amount = | $51.00 | |
| 11/18/13 | Postage | | POST |
| | Amount = | $1.00 | |

Creditors Committee of Highway Technologies, Inc.
c/o Ted Navitskas, Esq.
Ennis Paint, Inc.
5910 N. Central Expressway, Suite 1050
Dallas TX  75206

December 17, 2013
Invoice 444544

Page 18

Client #  740925

| 11/19/13 | PACER | | DOCRETRI |
| | | Amount = $2.10 | |
| 11/19/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 11/19/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |

TOTALS FOR   740925              Creditors Committee of Highway Technologies, Inc.

Expenses     $111.90