IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIGHWAY TECHNOLOGIES INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 13-11326 (KJC)<br>(Jointly Administered)<br>**Related Docket No. 776**<br><br>**Hearing Date: to be scheduled (only if necessary)**<br>**Objection Deadline: December 27, 2013 at 4:00 p.m.** |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED)
REGARDING MONTHLY FEE APPLICATION OF
PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD
<u>OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013</u>**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Monthly Interim Application of Pachulski Stang Ziehl & Jones LLP ("PSZJ") as Counsel to the Debtors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period October 1, 2013 through October 31, 2013 (Docket No. 776) (the "Application") filed on December 6, 2013. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than December 27, 2013.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

Pursuant to the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Professionals Dated June 11, 2013 (the "Order") [Docket No. 195], the Debtors are authorized to pay PSZJ $71,202.20 which represents 80% of the fees ($89,002.75) and $10,955.16 which represents 100% of the expenses requested in the Application for the period October 1, 2013 through October 31, 2013 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: December 31, 2013　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　Richard M. Pachulski (CA Bar No. 90073)
　　　　　　　　　　　　　　　　　　　Debra I. Grassgreen (CA Bar No. 169978)
　　　　　　　　　　　　　　　　　　　Bruce Grohsgal (DE Bar No. 3583)
　　　　　　　　　　　　　　　　　　　Maria A. Bove (NY Bar No. 8687)
　　　　　　　　　　　　　　　　　　　John W. Lucas (NY Bar No. 4288379)
　　　　　　　　　　　　　　　　　　　Peter J. Keane (DE Bar No. 5503)
　　　　　　　　　　　　　　　　　　　919 North Market Street, 17th Floor
　　　　　　　　　　　　　　　　　　　P.O. Box 8705
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-8705 (Courier 19801)
　　　　　　　　　　　　　　　　　　　Telephone: (302) 652-4100
　　　　　　　　　　　　　　　　　　　Facsimile: (302) 652-4400
　　　　　　　　　　　　　　　　　　　E-mail:　　rpachulski@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　dgrassgreen@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　bgrohsgal@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　mbove@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　jlucas@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　pkeane@pszjlaw.com

　　　　　　　　　　　　　　　　　　　Counsel for the Debtors and Debtors in Possession

DOCS_DE:190638.1 36024/002