IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIGHWAY TECHNOLOGIES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 13-11326 (KJC)<br>(Jointly Administered)<br><br>**Objection Deadline: January 29, 2014 at 4:00 p.m.**<br>**Hearing Date: Only if objections are timely filed** |

## NOTICE OF FILING OF FEE APPLICATION

TO: (i) counsel to the Debtors; (ii) the Office of the United States Trustee for the District of Delaware; (iii) the Debtors' prepetition and postpetition lenders; (iv) counsel to the Official Committee of Unsecured Creditors (the "Notice Parties")

Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the debtors and debtors in possession in the above-captioned cases (the "Debtors"), has filed its *Seventh Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel to the Debtors and Debtors in Possession, for the Period from December 1, 2013 through December 20, 2013,* seeking compensation for services in the amount of $59,249.50 and reimbursement of costs incurred in the amount of $106.80 (the "Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be made in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 195] (the "Administrative Order") and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, and received by no later than **4:00**

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

**p.m. (Eastern Time) on January 29, 2014** (the "Objection Deadline").

Objections or other responses to the Application, if any, must also be served so that they are received not later than **January 29, 2014 at 4:00 p.m. prevailing Eastern time**, by: (i) counsel to the Debtors, (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Bruce Grohsgal Esq.; (b) Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111, Attn: Debra I. Grassgreen, Esq. and John W. Lucas; and (c) Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, NY 10017, Attn: Maria A. Bove, Esq. (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801, Attn: Jane M. Leamy, Esq.;
(iii) counsel to the Official Committee of Unsecured Creditors, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Mark D. Collins, Esq. and Russell C. Silberglied, Esq..; and (iv) counsel to the DIP Lenders, Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022, Attn: Rosanne T. Matzat, Esq. (v) counsel to the Prepetition Agent, (a) Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, Attn: David Hillman, Esq. and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Kerri K. Mumford, Esq. (the "Notice Parties")

PLEASE TAKE FURTHER NOTICE that if any responses or objections to the Application are timely filed, served and received, a hearing on the Application will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the Administrative Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Administrative Order, if

no objection to the Application is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of expenses requested in the Application or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

Dated: January 8, 2014

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane/*

Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
John W. Lucas (NY Bar No. 4288379)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:　　rpachulski@pszjlaw.com
　　　　　　dgrassgreen@pszjlaw.com
　　　　　　bgrohsgal@pszjlaw.com
　　　　　　jlucas@pszjlaw.com
　　　　　　pkeane@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

DOCS_DE:191071.1 36024/001