# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

919 North Market Street
17th Floor
Wilmington, DE 19801

December 20, 2013

Invoice Number **104593**      36024    00002      JWL

Highway Technologies Inc.
6800 Dixie Drive
Houston, TX 77087

| | |
|---|---:|
| Balance forward as of last invoice, dated: November 30, 2013 | $216,180.61 |
| Net balance forward | $216,180.61 |

Re: Post Petition

**Statement of Professional Services Rendered Through**      **12/20/2013**

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| | | **Asset Analysis/Recovery[B120]** | | | |
| 12/02/13 | BG | Telephone calls regarding ARI reconciliation | 0.20 | 750.00 | $150.00 |
| 12/02/13 | DG | Review Insurance Calculation (.2) and compare to prior documents and backup from Liberty (.6); confer with John Lucas re: reaching out to Liberty and FIRST re: finalizing refund (.2) | 1.00 | 875.00 | $875.00 |
| 12/02/13 | JWL | Follow up with First and Liberty regarding collection of insurance refund. | 0.30 | 555.00 | $166.50 |
| 12/03/13 | BG | Telephone calls regarding ARI payment | 0.20 | 750.00 | $150.00 |
| 12/03/13 | JWL | Draft stipulation regarding turnover or Liberty insurance refund. | 2.60 | 555.00 | $1,443.00 |
| 12/03/13 | JWL | Discuss with D. Grassgreen turnover or accounts receivable post conversion (.3); discuss same with Hookstra (.3); send email to Hookstra regarding same (.3); discuss collection of accounts receivable with lenders' counsel (.4). | 1.30 | 555.00 | $721.50 |
| 12/04/13 | BG | Telephone calls and correspondence regarding ARI payment and reconciliation | 0.20 | 750.00 | $150.00 |
| 12/04/13 | DG | Review and respond to email from Bruce Grohsgal re: ARI payments. | 0.10 | 875.00 | $87.50 |
| 12/04/13 | JWL | Communications to ARI and Liberty regarding collection of outstanding sales proceeds and insurance refund. | 0.30 | 555.00 | $166.50 |
| 12/05/13 | BG | Telephone calls regarding ARI payment | 0.20 | 750.00 | $150.00 |
| 12/06/13 | BG | Telephone calls and correspondence regarding ARI reconciliation | 0.30 | 750.00 | $225.00 |
| 12/06/13 | BG | Telephone calls and correspondence with Robert Hookstra regarding ARI information | 0.20 | 750.00 | $150.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/06/13 | JWL | Conference call with AON and Hookstra regarding insurance refund. | 1.00 | 555.00 | $555.00 |
| 12/06/13 | JWL | Conf. call with B. Grohsgal regarding ARI collections (.4); follow up regarding insurance refund with AON (.6). | 1.00 | 555.00 | $555.00 |
| 12/09/13 | BG | Telephone calls and correspondence regarding ARI payment | 0.20 | 750.00 | $150.00 |
| 12/09/13 | JWL | Collect information regarding outstanding accounts receivable in response to lender questions. | 2.00 | 555.00 | $1,110.00 |
| 12/10/13 | BG | Telephone calls and correspondence regarding ARI | 0.20 | 750.00 | $150.00 |
| 12/10/13 | DG | Review and respond to edits to insurance refund stipulation (.3); confer with John LUcas re: same (.2); review final stipulation (.2) | 0.70 | 875.00 | $612.50 |
| 12/10/13 | JWL | Revise stipulation regarding insurance refund with Liberty (1.3); discussion with D. Grassgreen regarding same (.3). | 1.60 | 555.00 | $888.00 |
| 12/11/13 | JWL | Revise Liberty stipulation regarding insurance refund (1.2); prepare notice of no objection regarding same (.3); research regarding court approval (.5). | 2.00 | 555.00 | $1,110.00 |
| 12/13/13 | BG | Telephone calls and correspondence regarding ARI payment | 0.20 | 750.00 | $150.00 |
| 12/13/13 | JWL | Follow regarding collection of ARI sale proceeds. | 0.20 | 555.00 | $111.00 |
| 12/17/13 | BG | Telephone calls and correspondence regarding ARI payment | 0.20 | 750.00 | $150.00 |
| 12/19/13 | BG | Telephone calls and correspondence regarding ARI payment | 0.20 | 750.00 | $150.00 |
| 12/20/13 | BG | Telephone calls and correspondence with R. Hookstra regarding ARI | 0.30 | 750.00 | $225.00 |
| | | **Task Code Total** | **16.70** | | **$10,351.50** |

**Asset Disposition [B130]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/13 | JWL | Follow up with B. Grohsgal regarding turnover of ARI sale proceeds (.2); email to Hookstra regarding Ninth Bulk sale order and turnover of assets (.4). | 0.60 | 555.00 | $333.00 |
| 12/10/13 | JWL | Follow up regarding tendering of title for TRP sale. | 0.70 | 555.00 | $388.50 |
| 12/12/13 | BG | Telephone calls and correspondence regarding vehicle titles | 0.20 | 750.00 | $150.00 |
| 12/13/13 | JWL | Telephone call with Hookstra regarding outstanding TRP titles. | 0.20 | 555.00 | $111.00 |
| 12/17/13 | BG | Telephone calls and correspondence regarding vehicle titles | 0.20 | 750.00 | $150.00 |
| 12/17/13 | BG | Further telephone calls and correspondence regarding vehicle titles | 0.20 | 750.00 | $150.00 |
| | | **Task Code Total** | **2.10** | | **$1,282.50** |

**Bankruptcy Litigation [L430]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/13 | BG | Telephone calls with client and correspondence with Department of Justice regarding OSHA settlement | 0.30 | 750.00 | $225.00 |
| 12/02/13 | DG | Review Critical Dates | 0.20 | 875.00 | $175.00 |
| 12/02/13 | DG | Confer with John Lucas re: conversion hearing and UST issues and review revised order re: same | 0.40 | 875.00 | $350.00 |
| 12/02/13 | DG | Confer with John Lucas re: conversion open issues (.3); review and respond to emails to and from J. Lucas and B. Grohsgal re: ARI payments (.1). | 0.40 | 875.00 | $350.00 |
| 12/02/13 | JWL | Revise conversion in response to UST objection and send order to UST. | 1.10 | 555.00 | $610.50 |
| 12/03/13 | BG | Revise OSHA settlement and telephone calls and correspondence regarding same | 0.40 | 750.00 | $300.00 |
| 12/03/13 | JHR | Review critical dates memorandum | 0.10 | 450.00 | $45.00 |
| 12/04/13 | BG | Telephone calls and correspondence regarding OSHA settlement | 0.30 | 750.00 | $225.00 |
| 12/04/13 | BG | Further telephone calls and correspondence regarding OSHA settlement | 0.30 | 750.00 | $225.00 |
| 12/04/13 | JWL | Email to UST regarding changes to conversion order to resolve objection. | 0.20 | 555.00 | $111.00 |
| 12/05/13 | BG | Telephone calls and correspondence with court regarding 12/11/13 hearing | 0.20 | 750.00 | $150.00 |
| 12/05/13 | BG | Telephone calls and correspondence regarding conversion order | 0.20 | 750.00 | $150.00 |
| 12/05/13 | KFF | E-file and serve Notice of Stipulation and Settlement Agreement with U.S. Dept. of Labor, including drafting affidavit of service and service documents | 0.80 | 295.00 | $236.00 |
| 12/05/13 | KFF | Update agenda for Dec. 11 hearing | 0.40 | 295.00 | $118.00 |
| 12/06/13 | BG | Telephone calls and correspondence regarding 12/11/13 hearing agenda | 0.20 | 750.00 | $150.00 |
| 12/06/13 | BG | Telephone calls and correspondence with court regarding 12/11/13 hearing | 0.20 | 750.00 | $150.00 |
| 12/06/13 | KFF | Revise agenda for December 11 hearing | 0.80 | 295.00 | $236.00 |
| 12/06/13 | JWL | Review and revise agenda for Dec. 11 hearing. | 0.20 | 555.00 | $111.00 |
| 12/06/13 | JHR | Review OSHA stipulation | 0.20 | 450.00 | $90.00 |
| 12/09/13 | BG | Finalize agenda for 12/11/13 hearing | 0.20 | 750.00 | $150.00 |
| 12/09/13 | BG | Telephone call and correspondence regarding time of 12/11/13 hearing | 0.20 | 750.00 | $150.00 |
| 12/09/13 | KFF | Draft, e-file and submit to chambers the amended agenda for December 11 hearing | 0.80 | 295.00 | $236.00 |
| 12/09/13 | KFF | Revise, e-file and serve agenda for Dec. 11 hearing, including updating hearing notebooks and submitting to chambers | 1.30 | 295.00 | $383.50 |
| 12/09/13 | JHR | Review 12/11 hearing agenda | 0.10 | 450.00 | $45.00 |
| 12/10/13 | BG | Prepare for 12/11/13 hearing | 0.70 | 750.00 | $525.00 |
| 12/10/13 | DG | Address issues re: conversion including confer with John Lucas and Robert Hookstra re: hearing timing and logistics (.5); prepare for hearing on conversion motion (1.2); review WARN settlement to prepare for hearing (1); review proposed order changes on conversion from lenders (.2); and emails with John Lucas re: same (.2); | 3.80 | 875.00 | $3,325.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | review UST response to revise order (.2); work on funds flow issues re: conversion (.7) ; review revised orders and hearing notes for hearing (.7) | | | |
| 12/10/13 | DG | Review Lender questions and requests re: documents and information in connection with turnover (.3); respond thereto (.1) | 0.40 | 875.00 | $350.00 |
| 12/10/13 | KFF | Coordinate telephone appearance for Dec. 11 hearing for John Lucas, Esq. with CourtCall | 0.20 | 295.00 | $59.00 |
| 12/10/13 | KFF | Draft, e-file and submit to chambers the second amended agenda for the Dec. 11 hearing, including updating hearing notebooks with additional response | 1.00 | 295.00 | $295.00 |
| 12/10/13 | JWL | Call with lenders regarding open items for conversion (.3); call with D. Grassgreen and Hookstra regarding same (.5); revise conversion order in response to lender comments (2.0); respond to UST regarding changes to conversion order (.5); prepare hearing notes for conversion hearing for D. Grassgreen (2.6). | 5.90 | 555.00 | $3,274.50 |
| 12/11/13 | BG | Prepare for omnibus hearing | 1.10 | 750.00 | $825.00 |
| 12/11/13 | BG | Attend omnibus hearing | 1.10 | 750.00 | $825.00 |
| 12/11/13 | BG | Correspondence regarding conversion | 0.20 | 750.00 | $150.00 |
| 12/11/13 | DG | Prepare for hearing on conversion, WARN Motion and Stay relief motions (1.0); review comments to order from Sureties and Lenders (.2) and UST response thereto (.1); confer with Bruce Grohsgal (.3); finalize orders (.4); attend hearing (.9); confer with David Hillman re: hearing followup re: remedies notice (.3) | 3.20 | 875.00 | $2,800.00 |
| 12/11/13 | JWL | Prepare for conversion hearing (.5); attend telephonically conversion hearing (.7); email to Board regarding conversion hearing (.4). | 1.60 | 555.00 | $888.00 |
| 12/12/13 | BG | Telephone calls and correspondence regarding OSHA settlement | 0.20 | 750.00 | $150.00 |
| 12/12/13 | KFF | Draft, e-file and submit to chambers the certification of no objection regarding settlement with Dept. of Labor | 0.80 | 295.00 | $236.00 |
| 12/13/13 | BG | Telephone calls and correspondence regarding OSHA extension regarding administrative proceeding | 0.20 | 750.00 | $150.00 |
| 12/14/13 | KFF | Organize documents for Fairness Hearing | 0.20 | 295.00 | $59.00 |
| 12/16/13 | BG | Telephone call and correspondence regarding OSHA telephonic hearing | 0.20 | 750.00 | $150.00 |
| 12/16/13 | BG | Further telephone calls and correspondence regarding OSHA telephonic hearing | 0.30 | 750.00 | $225.00 |
| 12/16/13 | JWL | Prepare notice of conversion (.6); revise conversion order (.6). | 1.20 | 555.00 | $666.00 |
| 12/16/13 | JHR | Review critical dates memorandum | 0.10 | 450.00 | $45.00 |
| 12/17/13 | BG | Prepare for and attend OSHA telephonic hearing | 0.50 | 750.00 | $375.00 |
| 12/17/13 | BG | Telephone calls and correspondence regarding OSHA order | 0.20 | 750.00 | $150.00 |
| 12/17/13 | KFF | Draft certification of counsel regarding conversion order, including reviewing Court docket and motion and revised order | 0.90 | 295.00 | $265.50 |
| 12/17/13 | JWL | Further revisions to conversion order. | 0.30 | 555.00 | $166.50 |
| 12/18/13 | BG | Telephone calls and correspondence regarding 12/23/13 hearing | 0.20 | 750.00 | $150.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/18/13 | KFF | Draft agenda, affidavit of service and service documents for Dec. 23 hearing | 0.80 | 295.00 | $236.00 |
| 12/18/13 | KFF | Finalize and circulate certification of counsel regarding revised proposed conversion order | 0.70 | 295.00 | $206.50 |
| 12/18/13 | KFF | Serve order approving stipulation with Department of Labor, including drafting affidavit of service, service documents and special service list and e-filing affidavit of service with Court | 0.80 | 295.00 | $236.00 |
| 12/18/13 | JWL | Revise agenda for Dec. 23 hearing. | 0.30 | 555.00 | $166.50 |
| 12/18/13 | JWL | Review revised CNO regarding conversion order. | 0.50 | 555.00 | $277.50 |
| 12/19/13 | BG | Correspondence with court regarding 12/23/13 hearing | 0.20 | 750.00 | $150.00 |
| 12/19/13 | BG | Finalize 12/23/13 agenda | 0.20 | 750.00 | $150.00 |
| 12/19/13 | BG | Further telephone calls and correspondence regarding 12/23/13 hearing | 0.20 | 750.00 | $150.00 |
| 12/19/13 | BG | Telephone calls and correspondence with court regarding Daniels, Rodriguez and conversion orders | 0.20 | 750.00 | $150.00 |
| 12/19/13 | KFF | E-file and serve agenda for December 23, 2013 hearing, including revising hearing notebook and submitting to chambers | 0.80 | 295.00 | $236.00 |
| 12/20/13 | BG | Telephone calls and correspondence with court regarding entry of stay relief and conversion orders | 0.20 | 750.00 | $150.00 |
| 12/20/13 | BG | Telephone calls and correspondence regarding conversion order | 0.30 | 750.00 | $225.00 |
| 12/20/13 | BG | Telephone calls and correspondence regarding OSHA posting | 0.20 | 750.00 | $150.00 |
| 12/20/13 | KFF | Draft, e-file, serve and submit to chambers the amended agenda for Dec. 23 hearing | 0.90 | 295.00 | $265.50 |
| 12/20/13 | KFF | E-file the certification of counsel with respect to revised order approving conversion of case | 0.50 | 295.00 | $147.50 |
| | | **Task Code Total** | **40.80** | | **$23,973.00** |

**Case Administration [B110]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/13 | ARP | Prepare hearing notebook for hearing on 11/7/2013. | 2.10 | 195.00 | $409.50 |
| 11/05/13 | ARP | Prepare hearing notebook for hearing on 11/7/2013. | 2.60 | 195.00 | $507.00 |
| 11/06/13 | ARP | Maintain document control. | 0.50 | 195.00 | $97.50 |
| 11/12/13 | ARP | Maintain document control. | 0.50 | 195.00 | $97.50 |
| 11/13/13 | ARP | Maintain document control. | 0.40 | 195.00 | $78.00 |
| 11/14/13 | ARP | Maintain document control. | 0.50 | 195.00 | $97.50 |
| 11/18/13 | ARP | Maintain document control. | 0.60 | 195.00 | $117.00 |
| 11/20/13 | ARP | Maintain document control. | 0.50 | 195.00 | $97.50 |
| 11/21/13 | ARP | Maintain document control. | 0.20 | 195.00 | $39.00 |
| 11/26/13 | ARP | Maintain document control. | 0.40 | 195.00 | $78.00 |
| 12/03/13 | KFF | Review updated Court docket and draft critical dates memo | 0.50 | 295.00 | $147.50 |
| 12/06/13 | KFF | Review updated Court docket and recently received documents and draft critical dates memo | 0.60 | 295.00 | $177.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/09/13 | CJB | Prepare hearing binder for hearing on 12/11/13. | 0.70 | 195.00 | $136.50 |
| 12/13/13 | CAK | Review documents and organize to file. | 0.10 | 290.00 | $29.00 |
| 12/13/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 12/14/13 | KFF | Review updated Court docket and recently filed documents and draft critical dates memo | 0.70 | 295.00 | $206.50 |
| 12/19/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 12/20/13 | KFF | Review updated Court docket and draft critical dates memo | 0.80 | 295.00 | $236.00 |
| | | **Task Code Total** | **11.90** | | **$2,590.00** |

**Claims Admin/Objections[B310]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/04/13 | JWL | Email to WARN claimants regarding settlement process (.4); review admin claims for purposes of case conversion (2.8). | 3.20 | 555.00 | $1,776.00 |
| 12/05/13 | JHR | Phone call with Sprint re: postpetition claim | 0.30 | 450.00 | $135.00 |
| 12/05/13 | JHR | Draft account receivable settlement agreement template | 0.80 | 450.00 | $360.00 |
| 12/05/13 | JHR | Revise settlement agreement template per R. Hookstra comments | 0.20 | 450.00 | $90.00 |
| 12/05/13 | JHR | Phone call with R. Hookstra re: revisions to settlement agreement template | 0.20 | 450.00 | $90.00 |
| 12/06/13 | BG | Telephone calls and correspondence regarding WARN | 0.20 | 750.00 | $150.00 |
| 12/06/13 | KFF | Draft certification of no objection regarding Motion to File Schedule 1 to WARN Settlement Agreement under Seal | 0.60 | 295.00 | $177.00 |
| 12/06/13 | KFF | Draft certification of no objection regarding WARN Settlement Agreement Motion | 0.80 | 295.00 | $236.00 |
| 12/06/13 | JWL | Prepare cert of no objection and order for WARN settlement. | 1.30 | 555.00 | $721.50 |
| 12/09/13 | KFF | E-file certificate of no objection and proposed order and exhibits regarding Motion to Approve WARN Settlement Agreement | 1.00 | 295.00 | $295.00 |
| 12/09/13 | KFF | E-file certification of no objection regarding Motion to File Schedule 1 to WARN Settlement Agreement under Seal | 0.80 | 295.00 | $236.00 |
| 12/09/13 | JWL | Revise Wildish Claim Stipulation. | 0.60 | 555.00 | $333.00 |
| 12/10/13 | JWL | Prepare summary of WARN settlement document for D. Grassgreen (.2); revise Wildish claim stipulation (.3). | 0.50 | 555.00 | $277.50 |
| 12/11/13 | JWL | Email to WARN counsel regarding next stages for final approval (.2); telephone call with United Rentals regarding claim resolution (.2). | 0.40 | 555.00 | $222.00 |
| 12/12/13 | KFF | Prepare, e-file cover page and submit to chambers under seal Schedule 1 to WARN Settlement Agreement | 1.00 | 295.00 | $295.00 |
| 12/13/13 | KFF | Serve (1) order authorizing filing of Schedule 1 to WARN Settlement Agreement under seal and (2) preliminary order approving WARN Settlement | 1.50 | 295.00 | $442.50 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
|  |  | Agreement and Scheduling Fairness Hearing, including drafting affidavits of service and e-filing same with Court |  |  |  |
| 12/13/13 | JWL | Revise Wildish claim stipulation. | 0.20 | 555.00 | $111.00 |
| 12/19/13 | JWL | Revise Quizores settlement agreement (1.1); send claim estimate to lender for Texas tax claims (.5); send summary of claim estimate to committee professionals (.3). | 1.90 | 555.00 | $1,054.50 |
| 12/20/13 | JWL | Conf. call regarding settlement of Quiroz claims. | 0.50 | 555.00 | $277.50 |
|  |  | **Task Code Total** | **16.00** |  | **$7,279.50** |

**Compensation Prof. [B160]**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 12/05/13 | CAK | Review and update October fee application | 0.50 | 290.00 | $145.00 |
| 12/06/13 | CAK | Edit October fee application; coordinate posting, filing and service of same | 0.20 | 290.00 | $58.00 |
| 12/06/13 | KFF | E-file and serve October fee application for PSZ&J, including drafting Notice and Affidavit of Service and service documents | 1.00 | 295.00 | $295.00 |
| 12/06/13 | KFF | Draft certification of no objection for PSZ&J's October fees | 0.50 | 295.00 | $147.50 |
| 12/17/13 | JWL | Prepare monthly fee application for November 2013. | 0.50 | 555.00 | $277.50 |
| 12/18/13 | CAK | Review and update November fee application | 0.60 | 290.00 | $174.00 |
| 12/18/13 | KFF | E-file and serve PSZ&J's November fee application, including drafting Notice, affidavit of service and service documents | 0.90 | 295.00 | $265.50 |
| 12/18/13 | KFF | Draft certification of no objection for PSZ&J's November fees | 0.50 | 295.00 | $147.50 |
|  |  | **Task Code Total** | **4.70** |  | **$1,510.00** |

**Comp. of Prof./Others**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 12/04/13 | JWL | Prepare chart of outstanding UCC professional fees. | 0.60 | 555.00 | $333.00 |
| 12/05/13 | JWL | Email to PSZ&J accounting and UCC regarding payment of professional fees. | 0.20 | 555.00 | $111.00 |
| 12/17/13 | KFF | Draft chart for notice for next quarterly and final fees, including downloading additional fee applications from Court docket | 0.90 | 295.00 | $265.50 |
| 12/17/13 | KFF | Update critical dates regarding final fee applications and new hearing dates | 0.80 | 295.00 | $236.00 |
|  |  | **Task Code Total** | **2.50** |  | **$945.50** |

**Employee Benefit/Pension-B220**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 12/04/13 | BG | Review letter regarding payment of medical claims and correspondence regarding same | 0.40 | 750.00 | $300.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/10/13 | BG | Telephone calls and correspondence regarding Anthem wire | 0.20 | 750.00 | $150.00 |
| 12/10/13 | BG | Further telephone calls and correspondence regarding Anthem wire | 0.20 | 750.00 | $150.00 |
| 12/13/13 | BG | Telephone calls and correspondence regarding Anthem wire | 0.20 | 750.00 | $150.00 |
| 12/13/13 | BG | Telephone calls and correspondence regarding medical claim inquiries | 0.20 | 750.00 | $150.00 |
| 12/18/13 | BG | Telephone calls and correspondence regarding medical claims inquiries | 0.30 | 750.00 | $225.00 |
| | | **Task Code Total** | **1.50** | | **$1,125.00** |

**Financial Filings [B110]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/13 | KFF | E-file and serve October operating report, including drafting affidavit of service and service documents | 0.80 | 295.00 | $236.00 |
| | | **Task Code Total** | **0.80** | | **$236.00** |

**Financing [B230]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/04/13 | JWL | Review and update cash flow budget. | 0.90 | 555.00 | $499.50 |
| 12/12/13 | JWL | Review Lenders' remedy letter and respond with changes (.4); send collateral list info to HT for collection (.2). | 0.60 | 555.00 | $333.00 |
| 12/16/13 | JWL | Review and respond to lenders' collateral transfer notice. | 0.50 | 555.00 | $277.50 |
| | | **Task Code Total** | **2.00** | | **$1,110.00** |

**Stay Litigation [B140]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/13 | JWL | Emails with Lettenberger regarding form of order (.2); follow up with Arch regarding form of Lettenberger order (.2) | 0.40 | 555.00 | $222.00 |
| 12/04/13 | JWL | Review materials regarding Lettenberger lien release. | 0.40 | 555.00 | $222.00 |
| 12/05/13 | BG | Telephone calls and correspondence regarding revised Rodriguez order | 0.30 | 750.00 | $225.00 |
| 12/05/13 | JHR | Review Arch statement re: modifications to stay relief order | 0.10 | 450.00 | $45.00 |
| 12/12/13 | KFF | Draft certification of counsel regarding Rodriquez motion for relief | 0.90 | 295.00 | $265.50 |
| 12/16/13 | KFF | E-file and serve Debtors' Limited Objection to Motion of Chad Daniel for Relief from Stay, including drafting affidavit of service and service documents | 0.80 | 295.00 | $236.00 |
| 12/16/13 | JWL | Prepare limited objection to Daniel stay motion. | 1.30 | 555.00 | $721.50 |
| 12/17/13 | BG | Telephone calls and correspondence regarding | 0.30 | 750.00 | $225.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/18/13 | BG | Telephone calls and correspondence regarding Rodriguez order | 0.20 | 750.00 | $150.00 |
| 12/18/13 | JWL | Follow up with Daniels regarding revised stay order. | 0.30 | 555.00 | $166.50 |
| 12/20/13 | BG | Telephone calls and correspondence regarding Rodriguez order | 0.40 | 750.00 | $300.00 |
| 12/20/13 | KFF | Prepare and submit certifications of counsel to chambers: (1) Revised Conversion Order and (2) Revised Order on Rodriguez Relief Motion | 0.40 | 295.00 | $118.00 |
| | **Task Code Total** | | **5.80** | | **$2,896.50** |

**Travel**

| | | | | | |
|---|---|---|---|---|---|
| 12/08/13 | DG | Travel to East Coast for Conversion/WARN Hearings (flight delay) (billed at 1/2 normal rate). | 8.50 | 437.50 | $3,718.75 |
| 12/11/13 | DG | Train travel to and from hearing on conversion motion from NY office (billed at 1/2 normal rate). | 5.10 | 437.50 | $2,231.25 |
| | **Task Code Total** | | **13.60** | | **$5,950.00** |
| | **Total professional services:** | | **118.40** | | **$59,249.50** |

### Costs Advanced:

| | | | |
|---|---|---|---|
| 11/08/2013 | BM | Business Meal [E111] Sandwich Town, Working Meal, BG | $15.70 |
| 11/13/2013 | AT | Auto Travel Expense [E109] DND Transportation Services, Pick up from PSZ&J DE, Drop off at PHL, JWL | $90.00 |
| 12/02/2013 | RE | ( 11 @0.10 PER PG) | $1.10 |
| | **Total Expenses:** | | **$106.80** |

### Summary:

| | |
|---|---|
| Total professional services | $59,249.50 |
| Total expenses | $106.80 |
| Net current charges | $59,356.30 |
| | |
| Net balance forward | $216,180.61 |
| **Total balance now due** | **$275,536.91** |

| | | | | |
|---|---|---|---|---|
| ARP | Paul, Andrea R. | 8.30 | 195.00 | $1,618.50 |
| BG | Grohsgal, Bruce | 15.00 | 750.00 | $11,250.00 |

| | | | | |
|---|---|---|---|---|
| BMK | Koveleski, Beatrice M. | 0.20 | 195.00 | $39.00 |
| CAK | Knotts, Cheryl A. | 1.40 | 290.00 | $406.00 |
| CJB | Bouzoukis, Charles J. | 0.70 | 195.00 | $136.50 |
| DG | Grassgreen, Debra I. | 13.60 | 437.50 | $5,950.00 |
| DG | Grassgreen, Debra I. | 10.20 | 875.00 | $8,925.00 |
| JHR | Rosell, Jason H. | 2.10 | 450.00 | $945.00 |
| JWL | Lucas, John W. | 39.40 | 555.00 | $21,867.00 |
| KFF | Finalyson, Kathe F. | 27.50 | 295.00 | $8,112.50 |
| | | 118.40 | | $59,249.50 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 16.70 | $10,351.50 |
| AD | Asset Disposition [B130] | 2.10 | $1,282.50 |
| BL | Bankruptcy Litigation [L430] | 40.80 | $23,973.00 |
| CA | Case Administration [B110] | 11.90 | $2,590.00 |
| CO | Claims Admin/Objections[B310] | 16.00 | $7,279.50 |
| CP | Compensation Prof. [B160] | 4.70 | $1,510.00 |
| CPO | Comp. of Prof./Others | 2.50 | $945.50 |
| EB | Employee Benefit/Pension-B220 | 1.50 | $1,125.00 |
| FF | Financial Filings [B110] | 0.80 | $236.00 |
| FN | Financing [B230] | 2.00 | $1,110.00 |
| SL | Stay Litigation [B140] | 5.80 | $2,896.50 |
| TR | Travel | 13.60 | $5,950.00 |
| | | 118.40 | $59,249.50 |

## Expense Code Summary

| | |
|---|---|
| Auto Travel Expense [E109] | $90.00 |
| Working Meals [E1 | $15.70 |
| Reproduction Expense [E101] | $1.10 |
| | $106.80 |