DIN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHWAY TECHNOLOGIES, | ) | Case No. 13-11326 (KJC) |
| INC., *et al.* | ) | |
| | ) | |
| Debtors. | ) | |

## SEVENTH MONTHLY AND FINAL FEE APPLICATION OF GAVIN/SOLMONESE LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 30, 2013 THROUGH DECEMBER 20, 2013

| | |
|---|---|
| Name of Applicant: | Gavin/Solmonese LLC |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | May 30, 2013 |
| Period for which Compensation sought as actual, reasonable and necessary: | **December 1, 2013 through December 20, 2013** |
| Amount of Monthly Compensation sought as actual, reasonable and necessary: | **$2,075.00** |
| Amount of Monthly Expense Reimbursement sought as actual, reasonable and necessary: | $ 0.00 |
| Period for which Total Compensation sought as actual, reasonable and necessary: | **May 30, 2013 through December 20, 2013** |
| Total Compensation sought as actual, reasonable and necessary: | $138,627.50 |
| Total Expense Reimbursement sought as actual, reasonable and necessary: | $ 533.55 |

1

# GAVIN/SOLMONESE LLC SUMMARY OF PROFESSIONALS RENDERING SERVICES FROM MAY 30, 2013 THROUGH DECEMBER 20, 2013

| Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Edward T. Gavin, CTP | Principal, 2006 | $600.00 (Prof.) $300.00 (Travel) | 11.80 0.00 | $7,080.00 0.00 |
| Wayne P. Weitz | Managing Director, 2012 | $475.00 (Prof.) $237.50 (Travel) | 118.10 4.00 | $56,097.50 $950.00 |
| Stanley W. Mastil | Director, 2012 | $350.00 (Prof.) $175.00 (Travel) | 198.00 0.00 | $69,300.00 $0.00 |
| Ross Waetzman | Director, 2008 | $375.00 (Prof.) $187.00 (Travel) | 7.40 0.00 | $2,775.00 $0.00 |
| Luke D. Snyder | Director, 2009 | $350.00 (Prof.) $175.00 (Travel) | 0.50 0.00 | $175.00 $0.00 |
| Judy L. Sacher | Other Professional Staff, 2002 | $150.00 (Prof.) | 15.00 | $2,250.00 |
| | | **Totals** | **354.80** | **$138,627.50** |

GAVIN/SOLMONESE LLC SUMMARY OF
COMPENSATION BY PROJECT CATEGORY
FROM
MAY 30, 2013 THROUGH DECEMBER 20, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 89.80 | $36,675.00 |
| Business Analysis | 126.50 | $49,190.00 |
| Case Administration | 0.40 | $190.00 |
| Claims Administration and Objections | 36.60 | $13,360.00 |
| Court Hearing | 10.70 | $4,532.50 |
| Fee/Employment Application | 24.00 | $6,500.00 |
| Financing | 14.40 | $5,990.00 |
| Litigation Support | 13.00 | $6,462.50 |
| Meeting of Creditors | 17.90 | $7,352.50 |
| Plan and Disclosure Statement | 14.10 | $6,235.00 |
| Review/Analysis of Avoidance Actions | 3.40 | $1,190.00 |
| Travel | 4.00 | $950.00 |
| **TOTAL** | **354.80** | **$138,627.50** |

## GAVIN/SOLMONESE LLC SUMMARY OF EXPENSE FROM MAY 30, 2013 THROUGH DECEMBER 20, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Conference Calls | RCI | $93.42 |
| Meals | | $24.58 |
| Parking | | $28.00 |
| Public Record Search | Pacer | $26.70 |
| Taxi | | $10.90 |
| Telephone | | $27.95 |
| Train | | $322.00 |
| **Total** | | **$533.55** |

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHWAY TECHNOLOGIES, INC. *et al.*, | ) | Case No. 13-11326 (KJC) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**SEVENTH MONTHLY AND FINAL FEE APPLICATION OF GAVIN/SOLMONESE LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
MAY 30, 2013 THROUGH DECEMBER 20, 2013**

Pursuant to sections 328 and 1103 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), and the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals, dated June 11, 2013 (the "Administration Order") [D.I.195], Gavin/Solmonese LLC ("Applicant" or "G/S") hereby files this application for monthly and final allowance of reasonable compensation with respect to the bankruptcy case of Highway Technologies, Inc., *et al.* (the "Debtors") for services rendered as the Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") for monthly compensation, in the amount of $2,075.00, together with the reimbursement for actual and necessary expenses incurred in the amount of $0.00 for the period from December 1, 2013 through and including December 20, 2013 and for final compensation, in the amount of $138,627.50

1

together with the reimbursement for actual and necessary expenses incurred in the amount of $533.55 (the "Application") for the period from May 30, 2013 through and including December 20, 2013 (the "Compensation Period"). In support of the Application, Applicant submits the affidavit of Edward T. Gavin, CTP attached hereto as Exhibit "A". In further support of the Application, Applicant respectfully represents as follows:

## JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory bases for the relief requested herein are sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1.

## FACTUAL BACKGROUND

2. On May 22, 2013 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Court").

3. On May 30, 2013, the Office of the United States Trustee for Region Three (the "U.S. Trustee") at an organizational meeting of creditors, appointed seven of the Debtors' largest unsecured creditors to serve as members of the Committee. The Committee initially was comprised of the following seven members: (i) Ennis Paint, Inc.; (ii) TrueBlue, Inc.; (iii) Traffix Devices Inc.; (iv) 3M Company; (v) Automotive Rentals,

Inc. ("ARI"); (vi) The Sherwin-Williams Company; and (vii) Aspen American Insurance Company. Upon its formation on May 30, 2013, the Committee selected Richards Layton & Finger, P.A. to serve as its counsel. ARI resigned from the Committee on September 11, 2013.

4.  On July 16, 2013, the Court entered that certain Order Authorizing Employment and Retention of Gavin/Solmonese LLC *Nunc Pro Tunc* to May 30, 2013 as Financial Advisor to the Official Committee of Unsecured Creditors [D.I. 376], approving the Committee's retention of G/S *nunc pro tunc* to May 30, 2013.

### COMPENSATION AND REIMBURSEMENT OF EXPENSES

5.  Applicant submits this Application to the Bankruptcy Court for an allowance of reasonable compensation for actual and necessary professional services provided to the Committee as its Financial Advisor in this case during the Compensation Period and for reimbursement of actual and necessary out-of-pocket expenses incurred in advising the Committee during the Compensation Period. All included services and costs for which Applicant seeks compensation were performed for, or on behalf of, the Committee during the Compensation Period.

6.  By this Application, Applicant thus seeks (a) allowance of monthly compensation in the amount of $2,075.00 for services rendered as Financial Advisor during December 1, 2013 through December 20, 2013, (b) allowance for monthly reimbursement in the amount of $0.00 for expenses incurred and disbursed during December 1, 2013 through December 20, 2013, (c) allowance of final compensation in the amount of $138,627.50 for services rendered as Financial Advisor during the

compensation period, (d) authority for final payment to the Applicant of 100% of such compensation ($138,627.50) pursuant to the Administration Order, and (e) allowance of final reimbursement and immediate payment in the amount of $533.55 for expenses incurred and disbursed during the Compensation Period.

7. Exhibit "B" is a summary covering all the services performed by Applicant with respect to this matter during the Compensation Period. This detailed itemization complies with Local Bankruptcy Rules in that each time entry contains a separate time allotment; a description of the type of activity and the subject matter of the activity; all time is billed in increments of one-tenth of an hour; the time entries are presented chronologically in categories; and all meetings or hearings are individually identified. Following is the detailed itemization, by task category, of all services performed by Applicant with respect to this matter during the Compensation Period. Non-working travel time (to the extent applicable) is billed at 50% of normal rates.

8. The Applicant has divided its time into the following categories:

   a) **Asset Disposition (89.80 Hours - $36,675.00)** This category includes sales, leases (§365 matters), abandonment and transaction work related to asset disposition, including §363 sales and other dispositions of assets.

   b) **Business Analysis (126.50 Hours - $49,190.00)** This category includes time spent in the review of debtors' business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies and general review of business matters as they pertain to the bankruptcy case.

4

c) **Case Administration (0.40 Hours - $190.00)** This category includes time spent in coordination and compliance matters including case management tasks; schedules; contacts with the Office of the United States Trustee; general record keeping and documentation requirements.

d) **Claims Administration and Objections (36.60 Hours - $13,360.00)** This category includes specific claim inquiries; bar date motions; and claim analysis objections and allowance of claims.

e) **Court Hearing (10.70 Hours - $4,532.50)** Time billed to this category includes time related to attending and preparing for hearings held before the United States Bankruptcy Court for the District of Delaware. During the Compensation Period, the Applicant, among other things, attended hearings before the Bankruptcy Court.

f) **Fee/Employment Application (24.00 Hours - $6,500.00)** This category includes the preparation and/or review of employment and fee applications for self or others; motions to establish interim procedures.

g) **Financing (14.40 Hours - $5,990.00)** Matters under §§ 361, 363 and 364 including cash collateral and secured claims; debtor-in-possession credit facilities; loan document analysis and tasks related thereto.

h) **Litigation Support (13.00 Hours - $6,462.50)** Time billed to this category represents the Financial Advisor's efforts in preparing and reviewing motions, pleadings and objections filed or proposed by the Committee or its counsel.

i) **Meetings of Creditors (17.90 Hours - $7,352.50)** Time billed to this category represents the Applicant's interactions with members of and counsel for the Official Committee of Unsecured Creditors.

j) **Plan and Disclosure Statement (14.10 Hours - $6,235.00)** This category includes review, discussion of or formulation of actual, theoretical or proposed Plan(s) and/or Disclosure Statement(s), including presentation and confirmation; compliance with plan confirmation orders, if any; and related activities, such as communication and correspondence, related thereto.

k) **Review/Analysis of Avoidance Actions (3.40 Hours - $1,190.00)** This category includes review of and tasks related to potential or actual avoidance actions under Section 5 of the Bankruptcy Code.

l) **Travel Time (4.00 Hours - $950.00)** Time billed to this category represents all non-working travel time in connection with this case.

9. Attached hereto as Exhibit "C" is a summary of the costs actually expended by the Applicant in the performance of services rendered on behalf of the Committee. The costs for which reimbursement is requested total $533.55. The breakdown of the costs includes the rate of copying charges ($.10/page) and the basis for each rate, telephone charges, facsimile charges ($1.00/page – outgoing transmission only), messenger service, travel expenses, court reporter services, overnight delivery fees, outside reproduction, legal research and PACER charges. By this Application, the Applicant does not seek expenses for incoming facsimile transmissions.

WHEREFORE, Gavin/Solmonese LLC respectfully requests (i) allowance of monthly compensation in the amount of $2,075.00 and reimbursement for actual and necessary costs in the amount of $0.00; (ii) allowance of final compensation in the amount of $138,627.50, for professional services rendered and reimbursement for actual and necessary costs in the amount of $533.55; (iii) immediate payment of $138,627.50 which is 100% of the allowed compensation of $138,627.50; (vi) allowance and immediate payment of 100% of the allowed actual and necessary costs of $533.55; and (v) such other and further relief as this Court deems necessary and just.

Dated: January 7, 2014

Edward T. Gavin, CTP
Gavin/Solmonese LLC
919 N. Market Street, Suite 600
Wilmington, DE 19801
(302) 655-8997 ext. 151