# EXHIBIT "B"

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 89.80 | $36,675.00 |
| Business Analysis | 126.50 | $49,190.00 |
| Case Administration | 0.40 | $190.00 |
| Claims Administration and Objections | 36.60 | $13,360.00 |
| Court Hearing | 10.70 | $4,532.50 |
| Fee/Employment Application | 24.00 | $6,500.00 |
| Financing | 14.40 | $5,990.00 |
| Litigation Support | 13.00 | $6,462.50 |
| Meeting of Creditors | 17.90 | $7,352.50 |
| Plan and Disclosure Statement | 14.10 | $6,235.00 |
| Review/Analysis of Avoidance Actions | 3.40 | $1,190.00 |
| Travel | 4.00 | $950.00 |
| **TOTAL** | **354.80** | **$138,627.50** |