# EXHIBIT "C"

# EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Conference Calls | RCI | $93.42 |
| Meals | | $24.58 |
| Parking | | $28.00 |
| Public Record Search | Pacer | $26.70 |
| Taxi | | $10.90 |
| Telephone | | $27.95 |
| Train | | $322.00 |
| **Total** | | **$533.55** |

Gavin/Solmonese, LLC
919 N. Market Street
Suite 600
Wilmington, DE 19801

Invoice submitted to:
Highway Technologies, Inc
C/O Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Mark D. Collins, Esq

Invoice #23641         Services Through 12/20/2013

|  |  |
|---|---:|
| Total Professional Fees | $2,075.00 |
| Expenses | $0.00 |
| Total This Invoice | $2,075.00 |
| **Balance due** | **$2,075.00** |

**Please remit to the address shown:**

Wire transfer instructions:

ABA# 031-000053
Account #86-0583-9972
PNC Bank, N.A. Philadelphia, PA
Telephone notification to Judy Sacher - (302) 655-8997

Principal _____

Highway Technologies, Inc

## Consultant Summary

| Name | Hours | Amount |
|---|---|---|
| Stanley W. Mastil | 3.40 | $1,190.00 |
| Wayne P. Weitz | 0.60 | $285.00 |
| Edward T. Gavin, CTP | 0.50 | $300.00 |
| Judy L. Sacher | 2.00 | $300.00 |

Professional Services

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/3/2013 | SWM | Business Analysis — Review Debtor schedule of fees and comparison to actual payments and related correspondence | 0.50 | 175.00 |
| 12/12/2013 | ETG | Business Analysis — Corr. WPW. SWM re: logistics and timing of dismissal | 0.20 | 120.00 |
| 12/13/2013 | JLS | Fee/Employment Application — Review November 2013 fees and expense and supporting materials. Generate and compose fee application for November 2013 | 2.00 | 300.00 |
| | ETG | Fee/Employment Application — Corr JLS re: and review/revision to Fee Application for Nov 2013; changes to JLS | 0.30 | 180.00 |
| | SWM | Business Analysis — Review outstanding fees to be paid by GUC Trust and related correspondence | 1.70 | 595.00 |
| 12/16/2013 | SWM | Business Analysis — Analysis of unpaid fees and related t/c with K. Goode and related correspondence | 0.50 | 175.00 |
| 12/17/2013 | SWM | Business Analysis — Review unpaid fees with WPW and related correspondence re: checks to be cut | 0.60 | 210.00 |
| | WPW | Business Analysis — Review and reconcile payment amounts for OCUC professionals | 0.60 | 285.00 |
| 12/19/2013 | SWM | Business Analysis — Corr. with debtors counsel re: claims reconciliation | 0.10 | 35.00 |

For professional services rendered     6.50   $2,075.00