

**Department of Transportation**
**Division of Finance and Management**
700 E Broadway Ave, Pierre, SD 57501-2586
Phone: 605 773-3284          Fax: 605 773-2804

March 31, 2014

Delaware Bankruptcy Court
824 N. Market St
Third Floor
Wilmington, DE 19801

Re: Case number 13-11326-KJC Claim 26

Please withdraw Claim number 26 from case number 13-11326-KJC. The South Dakota Department of Transportation filed this original claim number as a creditor. When we removed the amount from our collection agency report we realized a collection was made on the account in October 2012 in the amount of $37,289.59. The remaining amount left on our account represents interest and administrative fees. We do not want to file as a creditor for those fees.

If you have any questions, do not hesitate to contact me.

Sincerely,

Jan Talley
Accounting Manager
SD Department of Transportation
605-773-4555
Jan.Talley@state.sd.us