**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| HIGHWAY TECHNOLOGIES INC., et al., | Case No. 13-11326 (KJC) |
| Debtors. | **Related Docket No. 343** |

## NOTICE OF CHANGE OF ADDRESS AND FIRM CHANGE

The Hanover Insurance Company files this Notice of Change of Address and Firm Change and hereby notify the Court that Mike F. Pipkin, formerly of the Sedgwick LLP law firm, is now associated with the law firm of Weinstein Radcliff Pipkin LLP, 6688 N. Central Expressway, Suite 675, Dallas, TX 75206, mpipkin@weinrad.com. All notices, pleadings, and other documents filed in this case should be served upon counsel at the address referenced above and below in the signature block, or via the Court's ECF notification system.

Dated: July 29, 2015

**MORRIS JAMES LLP**

/s/ Carl N. Kunz, III
Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile:  (302) 571-1750
Email:  ckunz@morrisjames.com

-and-

WEINSTEIN RADCLIFF PIPKIN LLP
Mike F. Pipkin (admitted pro hac vice)
Texas Bar No.: 16027020
6688 N. Central Expressway, Suite 675
Dallas, Texas 75206
Telephone:  (214) 865-7012
Facsimile:  (214) 865-6140
Email: mpipkin@weinrad.com

Counsel for The Hanover Insurance Company