## **CERTIFICATE OF SERVICE**

I, William F. Taylor, Jr., hereby certify that on September 1, 2015, I caused a true and correct copy of the foregoing *Certification of Counsel regarding the Motion to Vacate February 11, 2015 Order of the Circuit Court of St. Clair County, Illinois As Void ab initio and the Motion of the Chapter 7 Trustee for an Order Authorizing the Chapter 7 Trustee to Abandon Third-Party Claims of Debtor Highway Technologies, Inc.* to be served upon the attached service list by U.S. Mail, postage pre-paid, or in the manner so indicated.

<div style="text-align:right">

*William F. Taylor, Jr.*
William F. Taylor, Jr. (DE #2936)

</div>

ME1 21078275v.1

**Highway Technologies Service List**
**Ch. 7 Case No. 13-11326-KJC**

Debra L. Grassgreen, Esquire
John W. Lucas, Esquire
Joshua Fried, Esquire
Pachulski Stang Ziehl & Jones LLP
*Attorneys for Debtors*
150 California Street, 15th Floor
San Francisco, CA 94111

Richard M. Pachulski, Esquire
Pachulski Stang Ziehl & Jones LLP
*Attorneys for Debtors*
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

Bruce Grohsgal, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
*Attorneys for Debtors*
919 North Market Street, 17th Floor
P.O. Box 8705 Wilmington, DE 19899~8705

Maria A. Bove, Esquire
Jason H. Rosell, Esquire
Pachulski Stang Ziehl & Jones LLP
*Attorneys for Debtors*
780 Third Avenue, 36th Floor
New York, NY 10017

Jane M. Leamy, Esquire
*The Office of the United States Trustee*
*for the District of Delaware*
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

Ellen W. Slights, Esquire
*United States Attorney's Office District of Delaware*
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

Russell C. Silberglied, Esquire
Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
*Attorneys for OCC*
One Rodney Square, 920 North King Street
Wilmington, DE 19801

Wayne Weitz, Esquire
GaviniSolmonese
*Attorneys for Financial Advisor to OCC*
919 N. Market Street, Suite 600
Wilmington, DE 19801

Sergio L. Scuteri, Esquire
Capehart & Scatchard, P.A.
*Attorneys for StonCor Group, Inc.*
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, NJ 08054

Michael Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
*Attorneys for Roadsafe Traffic Systems, Inc.*
913 N. Market Street, 10th Floor
Wilmington, DE 19801

Leyza F. Blanco, Esquire
GrayRobinson, P.A.
*Attorneys for Roadsafe Traffic Systems*
1221 Brickell Avenue, Suite 1600
Miami, FL 33131

John V. Fiorella, Esquire
Jennifer L. Dering, Esquire
Archer & Greiner, P.C.
*Attorneys for Automotive Rentals, Inc.*
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Richard E. Moyer
Credit & Litigation Supervisor
*Automotive Rentals, Inc.*
9000 Midlantic Drive
P.O. Box 5039
Mt. Laurel, NJ 08054

ME1 17559294v.2

<div style="display: flex;">
<div>

Martin A. Sosland, Esquire
Charles M. Persons, Esquire
Weil, Gotshal & Manges LLP
*Attorneys for Ennis-Flint, Inc.*
200 Crescent Court, Suite 300
Dallas, TX 75201

Thomas L. Francella, Jr., Esquire
Whiteford Taylor & Preston LLC
*Attorneys for Argonaut Insurance Company*
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801

Richard S. Cobb, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
*Attorneys for Abelco Finance LLC, Wynnchurch Capital Partners II, LP, Oak Hill Special Opportunities Fund (Management), LP, Oak Hill Special Opportunities Fund, LP.*
919 Market Street, Suite 1800
Wilmington, DE 19801

Rosanne T. Matzat, Esquire
Hahn & Hessen LLP
*Attorneys for Wynnchurch Capital Partners II, LP, Oak Hill Special Opportunities Fund (Management), LP, Oak Hill Special Opportunities Fund, LP*
488 Madison Avenue
New York, NY 10022

Rafael X. Zahralddin-Aravena, Esquire
Eric M. Sutty, Esquire
Elliott Greenleaf
*Attorneys for 3M Company*
1105 N. Market Street, Suite 1700
Wilmington, DE 19801

Carl N. Kunz, III, Esquire
Morris James LLP
*Attorneys for Citizens Insurance Company of America, Massachusetts Bay Insurance Company, The Hanover Insurance Company*
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

James S. Yoder, Esquire
White and Williams LLP
*Attorneys for Zurich American Insurance Company & Fidelity & Deposit Company of Maryland*
824 N. Market Street, Suite 902
Wilmington, DE 19801

</div>
<div>

Keith A. Langley, Esquire
Gina D. Shearer, Esquire
Langley Weinstein LLP
*Attorneys for Argonaut Insurance Co.*
901 Main Street, Suite 600
Dallas, TX 75202

David M. Hillman, Esquire
Eliot L. Relles, Esquire
Lucy F. Kweskin, Esquire
Schulte Roth & Zabel LLP
*Attorneys for Abelco Finance, LLC*
919 Third Avenue
New York, NY 10022

John Monsky, Esquire
*Oak Hill Capital Management, LLC*
Park Avenue Tower
65 East 55th Street, 32nd Floor
New York, NY 10022

Alan E. Brown, Esquire (Special Counsel to *3M Company*)
3M Office of General Counsel
Mail Stop 220-9E-02
Office Location 220-lOW/27
P.O. Box 33428
St. Paul, MN 55133

Mike F. Pipkin, Esquire
Melissa L. Gardner, Esquire
Sedgwick LLP
*Attorneys for Citizens Insurance Company of America*
1717 Main Street, Suite 5400
Dallas, TX 75201

Richard W. Riley, Esquire
Sommer L. Ross, Esquire
Duane Morris LLP
*Attorneys for Aspen American Insurance*
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

Timothy Bortz, Esquire
*Commonwealth of Pennsylvania Department of Labor and Industry (UCTS)*
Reading Bankruptcy & Compliance' Unit
625 Cherry Street, Room 203
Reading, P A 19602-1152

</div>
</div>

| | |
|---|---|
| John P. Dillman, Esquire<br>Linebarger Goggan Blair & Sampson, LLP<br>*Attorneys for Harris County*<br>P.O. Box 3064<br>Houston, TX 77253 | James D. Cupples, Esquire<br>Cupples & Associates, PLLC<br>*Attorneys for ACE-USA/ACE Bond Services & Westchester Fire Insurance Company*<br>1331 Gemini Street, Suite 201<br>Houston, TX 77058 |
| Tobey M. Daluz, Esquire<br>Matthew G. Summers, Esquire<br>Ballard Spahr LLP<br>*Attorneys for ACE-USA/ACE Bond Services & Westchester Fire Insurance Company*<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801 | Chad L. Schexnayder, Esquire<br>Joseph A. Brophy, Esquire<br>Jennings, Haug & Cunningham LLP<br>*Attorneys for Berkley Surety Group, LLC*<br>2800 N. Central Avenue, Suite 1800<br>Phoenix, AZ 85004 |
| Thomas J. Francella, Jr., Esquire<br>Whiteford Taylor & Preston LLC<br>*Attorneys for Berkley Surety Group, LLC*<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, DE 19801 | Scott Leonhardt, Esquire<br>The Rosner Law Group LLC<br>*Attorneys for Wynne Systems, Inc.*<br>824 Market Street, Suite 810<br>Wilmington, DE 19801 |
| Diane W. Sanders, Esquire<br>Linebarger Goggan Blair & Sampson, LLP<br>*Attorneys for Caldwell CAD, Nueces County*<br>P.O. Box 17428<br>Austin, TX 78760 | *United Rentals, Inc.*<br>Attn: Dale Asplund<br>100 First Stamford Place<br>Stamford, CT 06902 |
| Elizabeth Weller, Esquire<br>Linebarger Goggan Blair & Sampson, LLP<br>*Attorneys for Tarrant County & Dallas County*<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201 | Oren B. Haker, Esquire<br>Stoel Rives LLP<br>*Attorneys for Wildish Standard Paving Co.*<br>900 SW Fifth Avenue, Suite 2600<br>Portland, OR 97204 |
| David S. Oppenheim, A.R.<br>David S. Oppenheim & Associates, P.C.<br>*Attorneys for Hercules Industries, Inc.*<br>1900 West Littleton Blvd.<br>Littleton, CO 80120 | Chandra J. Williams, Esquire<br>Rhodunda & Williams<br>*Attorneys for Nations Fund I*<br>1220 N. Market Street, Suite 700<br>Wilmington, DE 19801 |
| Craig M. Price, Esquire<br>Anthony M. DiGiacomo, Esquire<br>Chapman and Cutler, LLP<br>*Attorneys for Nations Fund I*<br>1270 Avenue of the Americas, 30th Floor<br>NewYork, NY 10020-1708 | Jason J. DeJonker, Esquire<br>Bret M. Harper, Esquire<br>*Seyfarth Shaw LLP*<br>131 South Dearborn Street<br>Chicago, IL 60603 |

| | |
|---|---|
| Joel R. Glucksman, Esquire<br>Scarinci & Hollenbeck, LLC<br>*Attorneys for City of Union City*<br>1100 Valley Brook Avenue,<br>P.O. Box 790<br>Lyndhurst, NJ 07071-0790 | Gary D. Bressler, Esquire<br>David P. Primack, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>*Attorneys for Gelco Corporation dba GE Fleet Services*<br>300 Delaware Avenue, Suite 770<br>Wilmington, DE 19801 |
| William P. Bowden, Esquire<br>Marie M. Degnan, Esquire<br>Ashby & Geddes, P.A.<br>*Attorneys for Zumar Industries*<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899-1150 | Alan M. Root, Esquire<br>Blank Rome LLP<br>*Attorneys for Ames Construction, Inc.*<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 |
| B. Schaedle, Esquire<br>Blank Rome LLP<br>*Attorneys for Ames Construction*<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103 | Theresa V. Brown-Edwards, Esquire<br>Darby Brown-Edwards LLC<br>*Attorneys for Mountainwest Holding Co.*<br>LM Pei Building<br>1105 N. Market Street, Suite 1600<br>Wilmington, DE 19801 |
| Elihu E. Allinson III, Esquire<br>Sullivan Hazeltine Allinson LLC<br>*Attorneys for M.A. DeAtley Construction, Inc.*<br>901 N. Market Street, Suite 1300<br>Wilmington, DE 19801 | James T. Markus, Esquire<br>Markus Williams Young & Zimmerman LLC<br>*Attorneys for RDP Barricade Company*<br>1700 Lincoln Street, Suite 4000<br>Denver, CO 80203 |
| Francis A. Monaco, Jr., Esquire<br>Kevin J. Mangan, Esquire<br>Ericka F. Johnson, Esquire<br>Womble, Carlyle Sandridge & Rice, LLP<br>*Attorneys for RDP Barricade Company*<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801 | Jordon D. Mazur, Esquire<br>Weinberg, Roger & Rosenfeld A Professional Corporation<br>*Attorneys for Northern California District Council of Laborers*<br>1001 Marina Village Parkway, Suite 200<br>Alameda, CA 94501-1091 |
| Mitch T. Behr, Esquire, Assistant City Attorney<br>Municipal Operations<br>*Attorneys for City & County of Denver*<br>201 West Colfax Avenue, Dept. 1207<br>Denver, CO 80202-5332 | Ronald L. Rowland, Agent<br>*Dun & Bradstreet c/o Receivable Management Services*<br>307 International Circle, Suite 270<br>Hunt Valley, MD 21030 |
| William Novotny, Esquire<br>Dickinson Wright/Mariscal Weeks<br>*Attorneys for FNF Construction, Inc.*<br>1850 N. Central Avenue, Suite 1400<br>Phoenix, AZ 85004-4568 | Diane Nelson, CFC<br>*Tax Collector, Pinellas County, Florida*<br>PO Box 4006<br>Seminole, FL 33775-4000 |

ME1 17559294v.2

| | |
|---|---|
| Lauren M. Jordan<br>Receivable Management Specialist<br>*Aon Risk Solutions* Premium Accounting Service Center<br>10461 Mill Run Circle<br>Owings Mills, MD 21117 | Thomas H. Grace, Esquire<br>Joseph M. Schreiber, Esquire<br>John J. Sparacino, Esquire<br>Vorys, Sater, Seymour and Pease LLP<br>*Attorneys for Texas Sterling Construction*<br>700 Louisiana, Suite 4100<br>Houston, TX 77002 |
| Tennessee Department of Revenue<br>c/o TN Attorney General's Office, Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | William P. Bowden, Esquire<br>Stacy L. Newman, Esquire<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>*Attorneys for McShea Construction, LLC*<br>P.O. Box 1150<br>Wilmington, DE 19899-1150 |
| Kay D. Brock, Esquire<br>*Assistant Travis County Attorney*<br>PO Bo 1748<br>Austin, TX 78767 | *Missouri Department of Revenue* Bankruptcy Unit<br>Attention: Steven A. Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 |
| Christopher B. Mosley, Esquire<br>City Attorney's Office *City of Fort Worth*<br>1000 Throckmorton Street<br>Fort Worth, TX 76102 | Charles Pergue, Esquire<br>Cary Kane LLP<br>*Attorneys for Local 819 Pension Fund*<br>1350 Broadway, Suite 400<br>New York, NY 10018 |
| John Mark Stern, Esquire<br>Arthur A. Stewart, Esquire<br>Assistant Attorneys General Bankruptcy & Collections Division<br>*Attorneys for Texas Comptroller of Public Accounts*<br>P.O. Box 12548<br>Austin, TX 78711-2548 | R. Mark Dietz, Esquire<br>Dietz & Jarrard, PC<br>*Attorneys for Austin Materials LLC dba Ramming Paving Co Ltd*<br>106 Fanin Avenue East<br>Round Rock, TX 78664 |
| Maria A. Milano, Esquire<br>Riddell Williams P.S.<br>*Attorneys for Microsoft Corporation & Microsoft Licensing, GP*<br>1001 4th Avenue, Suite 4500<br>Seattle, W A 98154 | *Ricoh USA, Inc.*<br>Recovery & Bankruptcy Group<br>3920 Arkwright Road, Suite 400<br>Macon, GA 31210 |
| Gilbert B. Weisman, Esq.<br>Becket & Lee, LLP<br>*Attorneys for American Express Travel Related Services Co Inc.*<br>PO Box 3001<br>Malvern, PA 19355-0701 | Curtis C. Mechling, Esquire<br>Stroock & Stroock & Lavan LLP<br>*Attorneys for Arch Insurance Company*<br>180 Maiden Lane<br>New York, NY 10038 |

ME1 17559294v.2

Joseph Corrigan, Esquire
*Iron Mountain Information Management, LLC*
745 Atlantic Avenue, 10th Floor
Boston, MA 02111

Michael A. Berman, Esquire
*Securities & Exchange Commission*
Office of General Counsel-Bankruptcy
100 F Street, N .E.
Washington, DC 20549

Matthew P. Ward, Esquire
Ericka F. Johnson, Esquire
Womble Carlyle Sandridge & Rice, LLP
*Attorneys for Arch Insurance Company*
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

*Internal Revenue Service*
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, P A 19101-7346

Andrew Calamari, Regional Director
*Securities & Exchange Commission*
New York Regional Office 3
World Financial Center, Suite 400
New York, NY 10281-1022

*Secretary of Treasury*
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

Eric H. Holder, Jr., Esquire
*Office of the Attorney General*
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

*Office of the General Counsel Pension Benefit Guaranty Corp.*
1200 K Street, N.W.
Washington, DC 20005-4026

*Secretary of State Division of Corporations Franchise Tax*
P.O. Box 898
Dover, DE 19903

Matthew Berry, Esquire
*Office of General Counsel Federal Communications Commission*
445 12th Street, S.W.
Washington, DC 20554

Collin County, et al.
c/o Erin Minett
Gay, McCall, Isaacks, & Robet1s, PC
777 East 15 th Street
Plano, Texas 75074

| | |
|---|---|
| Zurich American Insurance Company<br>and Fidelity and Deposit Company of Maryland<br>1650 Market Street, Suite 1800<br>Philadelphia, PA 19103 | John H. Marshall #312736<br>THE RABBITT LAW FIRM, LLC<br>Stamm Transport, Inc.<br>231 South Bemiston, Suite 1200<br>St. Louis, Missouri 63105 |
| Rich Border<br>2400 Larch Camp Rd.<br>Missoula, MT 59803 | Cody C/Coffey<br>c/o Trey Dayes<br>Phillip Dayes Law Group<br>3101 N. Central Ave, #1500<br>Phoenix, AZ 85012 |
| Kip A. McLean<br>c/o Trey Dayes<br>Phillip Dayes Law Group<br>3101 N. Central Ave, #1500<br>Phoenix, AZ 85012 | Thomas J. Jenkins<br>c/o Trey Dayes<br>Phillip Dayes Law Group<br>3101 N. Central Ave, #1500<br>Phoenix, AZ 85012 |
| Thomas Wachsman<br>c/o Trey Dayes<br>Phillip Dayes Law Group<br>3101 N. Central Ave, #1500<br>Phoenix, AZ 85012 | Steve Zetterberg<br>49249 Rocky Butte Rd.<br>Ronan, MT 59864 |
| Ronald Drescher<br>Aaron Eken<br>McEllistrem Fargione<br>700 International Plaza<br>7900 International Drive<br>Minneapolis, MD 55425 | Jodi Rajkowski for Ronald Rajkowski, Deceased<br>Aaron Eken<br>McEllistrem Fargione<br>700 International Plaza<br>7900 International Drive<br>Minneapolis, MD 55425 |
| Delores A. Fisher<br>48060 Grizzly Drive<br>Ronan, MT 59864 | Michael E. French<br>2337 Marigold Dr.<br>Fort Worth, TX 76111 |

ME1 17559294v.2