**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| HIGHWAY TECHNOLOGIES, INC., et al., | : | Case No. 13-11326 (KJC) |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON DECEMBER 7, 2015 AT 1:00 P.M.**

***AT THE COURT'S DIRECTION THIS HEARING IS CANCELLED***

**CONTINUED MATTERS:**

1. Chapter 7 Trustee's Motion for Approval of Settlement Pursuant to Fed. R. Bankr. P. 9019 [Filed on November 11, 2015; Docket No. 1060]

    Response Deadline:           November 30, 2015 at 4:00 p.m.

    Responses/Objections Received:   N/A

    Related Documents:           N/A

    Status:     This matter has been continued to January 5, 2016 at 11:00 a.m.

**UNCONTESTED MATTERS:**

2. Second Interim Application of Mandel, Fekete & Bloom as Accountants to the Chapter 7 Trustee for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred for the Period October 1, 2014 Through August 31, 2015 [Filed on November 13, 2015; Docket No. 1061]

    Response Deadline:           November 30, 2015 at 4:00 p.m.

    Responses/Objections Received:   N/A

    Related Documents:

    a. Certificate of no objection regarding Second Interim Application of Mandel, Fekete & Bloom as Accountants to the Chapter 7 Trustee for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred for the Period October 1,

2014 Through August 31, 2015 [Filed on December 3, 2015; Docket No. 1063]

Status: A certificate of no objection has been filed. As no matters are going forward, the Court has cancelled this hearing.

Dated: December 3, 2015
Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

*/s/ William F. Taylor   , Jr.*
William F. Taylor, Jr. (DE #2936)
Kate Roggio Buck  (DE #5140)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile (302) 984-6399
wtaylor@mccarter.com
kbuck@mccarter.com

 - and -

Charles A. Stanziale, Jr., Esq.
Jeffrey T. Testa, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444

*Attorneys for the Chapter 7 Trustee*

2