# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIGHWAY TECHNOLOGIES, INC. AND HTS ACQUISITION, INC.,<br><br>                Debtors. | Chapter 7<br><br>Case No. 13-11326 (CSS)<br><br>(Jointly Administered) |
| CHARLES A. STANZIALE, JR., in his capacity as Chapter 7 Trustee of Highway Technologies, Inc. and HTS Acquisition, Inc.,<br><br>                Plaintiff,<br>    v.<br><br>BDO USA, LLP,<br><br>                Defendant. | Adv. Pro. No. 16-50085 (CSS)<br><br>**Related Docket No. 26** |

## STATUS REPORT

The Plaintiff, Charles A. Stanziale, Jr., in his capacity as the Chapter 7 Trustee of Highway Technologies, Inc. and HTS Acquisition, Inc., hereby files the following status report: The parties have reached an agreement in principle and a settlement agreement has been circulated. Once the settlement agreement has been fully executed, a motion to approve the settlement will be filed.

Dated: April 24, 2019
       Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: */s/ Kate Roggio Buck*
Kate Roggio Buck (DE #5140)
Shannon D. Humiston (DE #5740)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile (302) 984-6399
kbuck@mccarter.com
shumiston@mccarter.com

ME1 30259823v.1

*- and -*

Jeffrey Testa, Esq.
Matthew Wapner, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444

*Attorneys for the Chapter 7 Trustee*