# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIGHWAY TECHNOLOGIES, INC. AND HTS ACQUISITION, INC.,<br><br>            Debtors. | Chapter 7<br><br>Case No. 13-11326 (CSS)<br><br>(Jointly Administered)<br><br>**Related Docket No. 1134** |

## STATUS REPORT

Charles A. Stanziale, Jr., in his capacity as the Chapter 7 Trustee (the "Trustee") of Highway Technologies, Inc. and HTS Acquisition, Inc., hereby files the following status report: All litigation has been concluded. The claims are in the process of being reviewed, and omnibus objections will be filed to the extent necessary within the next three months. Thereafter, the Trustee's professionals will file their final fee applications, and a Trustee's Final Report will be prepared and submitted.

Dated: September 10, 2020
          Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: */s/ Kate Roggio Buck*
Kate Roggio Buck (DE #5140)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile (302) 984-6399
kbuck@mccarter.com

 - *and* -

Jeffrey Testa, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444

*Attorneys for the Chapter 7 Trustee*

ME1 34216493v.1