**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HIGHWAY TECHNOLOGIES, INC. AND HTS ACQUISITION, INC.,<br><br>           Debtors. | Chapter 7<br><br>Case No. 13-11326 (CSS)<br><br>(Jointly Administered)<br><br>**Related Docket No. 1139** |

## STATUS REPORT

Charles A. Stanziale, Jr., in his capacity as the Chapter 7 Trustee (the "Trustee") of Highway Technologies, Inc. and HTS Acquisition, Inc., hereby files the following status report: All litigation has been concluded. The Trustee and his professionals are in the process of conferring with the GUC Trustee, who was appointed pursuant to the court order in this converted proceeding, with regard to final case administration matters. The Trustee is in the final process of his claims review as well as his review of the ultimate allocation of funds pursuant to various orders entered prior to his appointment. Thereafter, the Trustee's professionals will file their final fee applications, and a Trustee's Final Report will be prepared and submitted.

Dated: April 1, 2021
       Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: */s/ Shannon D. Humiston*
Kate Roggio Buck (DE #5140)
Shannon D. Humiston (DE #5740)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile (302) 984-6399
kbuck@mccarter.com

*- and -*

ME1 36184063v.1

Jeffrey Testa, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444

*Attorneys for the Chapter 7 Trustee*

ME1 36184063v.1