## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| HIGHWAY TECHNOLOGIES, INC. AND HTS ACQUISITION, INC. | : | Case No. 13-11326 (JKS) |
| | : | |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Related Document No. 1163** |
| | : | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON MARCH 23, 2023 AT 10:00 A.M.

---

**ZOOM INSTRUCTIONS:**

**This remote hearing will be conducted via Zoom and requires participants to register in advance. COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing by 4:00 p.m. on March 22, 2023:
https://debuscourts.zoomgov.com/meeting/register/vJItcOuprj4sHiaUvlagT4miE4Kh_8yHPAs**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing. You must use your full name when logging into Zoom or you will not be allowed into the meeting.**

---

**MATTERS GOING FORWARD:**

1.      Status Conference [Order setting same filed on March 14, 2023, Dkt. No. 1163]

        Response Deadline:  March 16, 2023 @ 4:00 p.m.

        Related Documents:  None

        Status: This matter will go forward.

Dated: March 22, 2023
      Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: */s/ Shannon D. Humiston*
Kate R. Buck, Esq. (No. 5140)
Shannon D. Humiston, Esq. (No. 5740)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone:  (302) 984-6300
Facsimile:  (302) 984-6399
kbuck@mccarter.com
shumiston@mccarter.com

 *- and -*

Jeffrey T. Testa, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
jtesta@mccarter.com

*Attorneys for the Chapter 7 Trustee*

2

ME1 44455501v.1