1
2
3
4
5
6  BRYAN K. SCOTT
   City Attorney
7  Nevada Bar No. 4381
   By: JEFFREY L. GALLIHER
8  Chief Deputy
   Nevada Bar No. 8078
9  495 South Main Street, Sixth Floor
   Las Vegas, NV 89101
10 (702) 229-6629 (office)
   (702) 386-1749 (fax)
11 Email: jgalliher@lasvegasnevada.gov
   Attorneys for Creditor City of Las Vegas
12

13            **UNITED STATES BANKRUPTCY COURT**

14               **DISTRICT OF DELAWARE**

15
   In re:
16                                          CASE NO. 13-11326-JKS
   HIGHWAY TECHNOLOGIES, INC.
17                                          CHAPTER 7

18
19   **SUBSTITUTION OF COUNSEL FOR CREDITOR CITY OF LAS VEGAS**

20       COMES NOW the CITY OF LAS VEGAS and hereby files its Substitution of Counsel

21  pursuant to LR 2014 and substitutes:

22       Jeffrey L. Galliher, Esq., Chief Deputy
         Nevada Bar No. 8078
23       Las Vegas City Attorney's Office
         495 S. Main Street, 6th Floor
24       Las Vegas, Nevada 89101
         (702) 229-6629 Telephone
25       jgalliher@LasVegasNevada.gov

26
   as attorney of record in place and instead of:
27

28

Phillip R. Byrnes, Esq., Senior Litigation Counsel
Nevada Bar No. 166
Las Vegas City Attorney's Office
495 S. Main Street, 6th Floor
Las Vegas, Nevada 89101
(702) 229-6629 Office
pbyrnes@lasvegasnevada.gov

DATED this 5th day of April, 2023.

                                        CITY OF LAS VEGAS

                              By:     /s/ Philip R. Byrnes
                                      PHILIP R. BYRNES
                                      Senior Litigation Counsel
                                      Nevada Bar No. 166
                                      495 South Main Street, Sixth Floor
                                      Las Vegas, NV 89101


        Jeffery L. Galliher consents to this substitution as counsel of record for Creditor City of

Las Vegas in this matter due to the retirement from the practice of law of Phillip R. Byrnes.

        DATED this 5th day of April, 2023.

                                        CITY OF LAS VEGAS

                              By:     /s/ Jeffrey L. Galliher
                                      Jeffrey L. Galliher, Esq., Chief Deputy
                                      Las Vegas City Attorney's Office
                                      495 S. Main Street, 6th Floor
                                      Las Vegas, Nevada 89101