# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| HIGHWAY TECHNOLOGIES, INC. AND HTS ACQUISITION, INC. | : | Case No. 13-11326 (JKS) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Related Document No. 1168** |
| | : | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON OCTOBER 19, 2023 AT 2:00 P.M.

> **ZOOM INSTRUCTIONS:**
>
> **This remote hearing will be conducted via Zoom and requires participants to register in advance. COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register in advance for this hearing:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItdu-oqjsqHB2eGRqiykL2Ad_8-m9tF38**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing. You must use your full name when logging into Zoom or you will not be allowed into the meeting.**

**MATTERS GOING FORWARD:**

1. Status Conference (Order Setting Status Conference, filed September 20, 2023, Docket No 1168) 1168

    Response Deadline:  n/a

    Related Documents:  None

    Status: This matter will go forward.

ME1 46262853v.1

Dated: October 9, 2023
    Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: */s/ Kate R. Buck*
Kate R. Buck, Esq. (No. 5140)
Shannon D. Humiston, Esq. (No. 5740)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone:  (302) 984-6300
Facsimile:  (302) 984-6399
kbuck@mccarter.com
shumiston@mccarter.com

 *-  and  -*

Jeffrey T. Testa, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
jtesta@mccarter.com

*Attorneys for the Chapter 7 Trustee*