## **CERTIFICATE OF SERVICE**

      I, Kate R. Buck, certify that on October 9, 2023, I caused a true and correct copy of the foregoing *Notice of Agenda of Matters Scheduled for Hearing on October 19, 2023 at 2:00 p.m.* was sent to all parties who receive ECF notifications through the Court.

*/s/ Kate R. Buck*
Kate R. Buck (No. 5140)

ME1 46262853v.1