# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| HIGHWAY TECHNOLOGIES, INC., *et al.*,[1] | : Case No. 13-11326 (JKS) |
| | : (Jointly Administered) |
| | : |
| Debtors. | : |

## CERTIFICATION OF COUNSEL REGARDING
## ORDER APPROVING SALE OF REMNANT ASSETS

I, Kate R. Roggio, a partner with McCarter & English LLP, counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee (the "Trustee") for Highway Technologies, Inc. and HTS Acquisition, Inc. (the "Debtors"), hereby certify the following:

1. On April 15, 2024, counsel for the Trustee entered into an Asset Purchase Agreement with Oak Point Partners, LLC ("Oak Point") for the remnant assets of the Debtors' estates.

2. On May 6, 2024, counsel for the Trustee filed the *Motion Chapter 7 Trustee for an Order Approving the Sale of Certain Assets of the Debtors' Estates Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and Related Relief* (Docket No. 1175) (the "Motion").

3. The Motion set May 21, 2024 as the deadline to object to the Motion and also set forth procedures for the Trustee to solicit higher and better offers.

4. As of the date hereof, the undersigned counsel has not been served with any formal objections or responses to the Motion. A review of the Court's docket indicates that, as of this date, no formal responses or objections to the Motion have been filed.

---

[1] The Debtors, and the last four digits of the Debtors' respective federal taxpayer identification number, are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc. (9831).

ME1 48635834v.1

5. However, the Trustee received three overbids, each in the amount of $30,000 from (i) Strategic Liquidity Fund, LLC ("SLFAQ"), (ii) Cranehill Capital LLC, and (iii) Dewar Capital, LLC.

6. On May 30, 2024, the Trustee conducted an auction with Oak Point and the three overbidders, which was transcribed. The highest and best offer received was from SLFAQ in the amount of $142,000. The next highest offer received was from Oak Point in the amount of $141,000.

7. Attached hereto as **Exhibit A** is a redline of the Proposed Order outlining the changes between the Proposed Order and the proposed form of order filed with the Motion. Attached hereto as **Exhibit B** is a clean copy of the Proposed Order.

WHEREFORE the undersigned, on behalf of the Trustee respectfully requests the revised Proposed Order approving the sale of the remnant assets, attached hereto as **Exhibit B**, be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: June 3, 2024<br>Wilmington, Delaware | **McCARTER & ENGLISH, LLP**<br><br>By: */s/ Kate R. Buck*<br>Kate R. Buck (No. 5140)<br>Shannon D. Humiston (No. 5740)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6300<br>Facsimile: (302) 984-6399<br>Email: kbuck@mccarter.com<br>        shumiston@mccarter.com<br><br>&<br><br>Jeffrey T. Testa<br>100 Mulberry Street<br>4 Gateway Center<br>Newark, New Jersey 07102<br>Telephone: (973) 639-7939<br>Facsimile: (973) 297-6230<br>Email: jtesta@mccarter.com<br>*Counsel to the Chapter 7 Trustee* |